IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.<br><br>Defendant. | Case No. C-13-01196-D~~MR~~   EMC<br><br>**[PR~~OPO~~SED] ORDER SETTING BRIEFING SCHEDULE PURSUANT TO PARTIES' JOINT STIPULATION** |

Having reviewed the Parties' joint stipulation pursuant to Local Rules 6-1 and 6-2, it is hereby ordered that plaintiffs shall file an amended complaint on or before May 20, 2013. Defendant shall file an answer, move or otherwise respond to the amended complaint within 30 days of service of the amended complaint.

This order is without prejudice to the defendant requesting from the Court additional time to respond to the complaint, if necessary.

Should defendant file a motion challenging the amended complaint, plaintiffs shall file opposition papers within 30 days thereafter and defendant shall file reply papers, if any, within 14

*Case No. C13-01196-DMR*

*PROPOSED ORDER*

1  days of the opposition.

2  IT IS SO ORDERED:

   IT IS SO ORDERED
   AS MODIFIED
   Judge Edward M. Chen

3          4/29/13
4  Dated: _____    _____
5                                HONORABLE DONNA M. RYU
                                  UNITED STATES MAGISTRATE JUDGE
6

- 2 -
Case No. C13-01196-DMR

*PROPOSED ORDER*