# EXHIBIT 1

# Manually Filed

# EXHIBIT 2









Low Fat, Cholesterol Free Food
0s of Trans Fat per Slice

## 100% Whole Wheat

**Sara Lee**

By definition classics stand the rest of time. They are the silent partner to routine – trustworthy, dependable and comforting. Our Classic 100% Whole Wheat's soft texture and wheat taste make it less than – a classic. The whole grain recipe with no artificial colors, flavors or preservatives makes it a nutritious choice you can feel good about. Classic 100% Whole Wheat – with classics, you just can't go wrong.

No High Fructose Corn Syrup

PROOF OF PURCHASE

5  72945-6109 5  0134

1 lb. 6 oz · 100% Whole Wheat

EARTHGRAINS BAKING COMPANIES, INC., HORSHAM, PA 19044. SARA LEE is a registered trademark of Sara Lee TM Holdings LLC used under license. ©All Rights Reserved.

## Nutrition Facts

Serving Size 1 Slice (26g)
Servings Per Container 22

| Amount Per Serving | | % Daily Value* |
|---|---|---|
| Calories 60 | | |
| Calories from Fat 5 | | |

| | Amount/Serving | % Daily Value* | | Amount/Serving | % Daily Value* |
|---|---|---|---|---|---|
| **Total Fat** 0.5g | | 1% | **Total Carbohydrate** 12g | | 4% |
| Saturated Fat 0g | | 0% | Dietary Fiber 2g | | 8% |
| Trans Fat 0g | | | Sugars 2g | | |
| Polyunsaturated Fat 0g | | | **Protein** 3g | | |
| Monounsaturated Fat 0g | | | | | |
| **Cholesterol** 0mg | | 0% | | | |
| **Sodium** 120mg | | 5% | | | |

Vitamin A 0% • Vitamin C 0%
Calcium 4% • Iron 4%
Thiamin 0% • Riboflavin 4% • Niacin 4% • Folic Acid 4%

*Percent Daily Values are based on a 2,000 calorie diet. Your Daily Values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

INGREDIENTS: WHOLE WHEAT FLOUR, WATER, SUGAR, WHEAT GLUTEN, YEAST, CONTAINS 2% OR LESS OF EACH OF THE FOLLOWING: SALT, SOYBEAN OIL, MOLASSES, WHEAT BRAN, DATEM, MONOGLYCERIDES, CALCIUM SULFATE, CITRIC ACID, GRAIN VINEGAR, WHEAT FLOUR, SOY LECITHIN, MONOCALCIUM PHOSPHATE, CALCIUM PROPIONATE (TO RETARD SPOILAGE).

Bread retains its fresh quality if stored at room temperature instead of refrigerated. Refrigeration slows the process that makes bread go stale.

For best results, we leave it up to you. We are committed to providing you with quality products and welcome your comments. Call 1-800-323-7117 for our Consumer Response Center.

LDPE  4





# EXHIBIT 3

# Manually Filed

# EXHIBIT 4













*Sara Lee*

A bread that truly deserves all the accolades.

It's the original Sara Lee 100% whole wheat, a bread so true to tradition that folks all over can't help but have a sandwich without it. The flavor and texture say it all, and isn't that what making bread is all about?

But wait, there's more - our recipe is an excellent source of whole grain and provides calcium, vitamin D and fiber, with no artificial colors or flavors and 0g trans fat. So Sara Lee 100% whole wheat bread isn't just delicious, it's good for you too.

The bread loved by so many, now even better.

the joy of eating

## Great Taste Your Family Will Love, Guaranteed!

We are so confident that you will love our Bakery Breads that we guarantee their taste. If for any reason you are not satisfied, call toll free 1-800-889-3556 and we will gladly replace the product.

Sara Lee Consumer Affairs
P.O. Box 756
Neenah, WI 54957
www.saralee.com

### Nutrition Facts

Serving Size 2 Slices (57g)
Servings Per Container 10

| Amount/Serving | | |
|---|---|---|
| Calories 150 | | |
| Calories from Fat 20 | | |

| | % Daily Value* | |
| | 2 SLICES | 1 SLICE |
|---|---|---|
| **Total Fat** 2g, 1g | 3% | 2% |
| Saturated Fat 0.5g, 0g | 3% | 0% |
| Trans Fat 0g, 0g | | |
| Polyunsaturated Fat 0.5g | | |
| Monounsaturated Fat 0g, 0g | | |
| **Cholesterol** 0mg, 0mg | 0% | 0% |
| **Vitamin A** | 0% | 0% |
| **Vitamin C** | 0% | 0% |
| **Calcium** | 20% | 10% |
| **Iron** | 8% | 4% |
| **Vitamin D** | 15% | 6% |

| Amount/Serving | | |
|---|---|---|
| **Sodium** 210mg, 100mg | | |
| **Total Carbohydrate** 27g, 13g | | |
| Dietary Fiber 4g, 2g | | |
| Sugars 5g, 2g | | |
| **Protein** 7g, 3g | | |

| | % Daily Value* | |
| | 2 SLICES | 1 SLICE |
|---|---|---|
| **Sodium** | 9% | 4% |
| **Total Carbohydrate** | 9% | 5% |
| Dietary Fiber | 15% | 8% |
| **Thiamin** | 10% | 6% |
| **Riboflavin** | 6% | 2% |
| **Niacin** | 8% | 6% |
| **Folic Acid** | 6% | 4% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**INGREDIENTS:** WHOLE WHEAT FLOUR, WATER, HIGH FRUCTOSE CORN SYRUP, WHEAT GLUTEN, SUGAR, YEAST, CONTAINS 2% OR LESS OF EACH OF THE FOLLOWING: SOYBEAN OIL, CALCIUM SULFATE, SALT, DOUGH CONDITIONERS (MAY CONTAIN ONE OR MORE OF THE FOLLOWING: MONO-AND DIGLYCERIDES, ETHOXYLATED MONO-AND DIGLYCERIDES, SODIUM STEAROYL LACTYLATE, CALCIUM PEROXIDE, CALCIUM IODATE, DATEM, ETHOXYLATED AZODICARBONAMIDE, ENZYMES), WHEY, BRAN, GUAR GUM, DISTILLED VINEGAR, CALCIUM PROPIONATE (PRESERVATIVE), YEAST NUTRIENTS (MONOCALCIUM PHOSPHATE, AMMONIUM SULFATE, CALCIUM SULFATE), CORN STARCH, VITAMIN D3, SOY LECITHIN, MILK, SOY FLOUR.

**CONTAINS WHEAT, SOY AND MILK**

♦ THIS PRODUCT PROVIDES 26g of WHOLE GRAIN IN A 2 SLICE SERVING. USDA RECOMMENDS CONSUMING 48g OF WHOLE GRAIN EVERY DAY.

SARA LEE, DOWNERS GROVE, IL 60515 USA ©2010 SARA LEE CORPORATION

242810

B790-0655-6310

LDPE

Same Great Taste

Whole Grain

Excellent Source of Calcium

Good Source of Fiber

Excellent Source of Calcium

0   72945 60134   5



Diets rich in whole grain foods and other plant foods, and low in total fat, saturated fat and cholesterol, made up of foods like **Sara Lee® 100% Whole Wheat Bakery Bread with Calcium and Vitamin D** may help reduce the risk of heart disease and certain cancers.

**Grain Group**
Make half your grains whole

**MyPyramid.gov**
STEPS TO A HEALTHIER YOU
SOURCE U.S. DEPARTMENT OF AGRICULTURE

**WHOLE GRAIN**
WholeGrainsCouncil.org
100%
25g or more per serving
EAT 48g OR MORE OF
WHOLE GRAINS DAILY

0  72945 60134  5



# EXHIBIT 5

# Manually Filed