# EXHIBIT 6







Case 4:13-cv-01196-HSG   Document 22-2   Filed 06/19/13   Page 5 of 26



# Nutrition Facts

Serving Size 1 Slice (26g)
Servings Per Container 22

Calories 60     Calories from Fat 5

| Amount/serving | % Daily Value* |
|---|---|
| Total Fat 0.5g | 1% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0g | |
| Cholesterol 0mg | 0% |

| Amount/serving | % Daily Value* |
|---|---|
| Sodium 120mg | 5% |
| Total Carbohydrate 12g | 4% |
| Dietary Fiber 2g | 8% |
| Sugars 2g | |
| Protein 3g | |

Vitamin A 0%  •  Vitamin C 0%  •  Calcium 2%  •  Iron 4%
Thiamin 4%  •  Riboflavin 0%  •  Niacin 4%  •  Folic Acid 2%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Potassium | | 3,500mg | 3,500mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

INGREDIENTS: WHOLE WHEAT FLOUR, WATER, SUGAR, WHEAT GLUTEN, YEAST, MOLASSES, SALT, SOYBEAN OIL, WHEAT BRAN, DATEM, CALCIUM PROPIONATE PRESERVATIVE, MONOGLYCERIDES, CALCIUM SULFATE, SOY LECITHIN, CITRIC ACID, GRAIN VINEGAR, POTASSIUM IODATE, SOY FLOUR.     R12-300

EARTHGRAINS BAKING COMPANIES, INC., HORSHAM, PA 19044   www.saraleebread.com   © All rights reserved. SARA LEE is a registered trademark of Sara Lee TM Holdings, LLC used under license.

Bread retains its best quality if stored at room temperature. For best results, use bread by date on package.

We are committed to providing you with quality products and welcome your questions and comments. Call 1-800-984-0989, Consumer Relations Department. When writing, please include the "BEST BY" date and coding as well as the bar code and numbers.

LDPE



# EXHIBIT 7

# Manually Filed

# EXHIBIT 8













Heart Healthy
Diets rich in whole grain foods and other plant foods, and low in total fat, saturated fat and cholesterol, made up of foods like Sara Lee® 100% Whole Wheat Bakery Bread may help reduce the risk of heart disease and certain cancers.
Sara Lee
the joy of classic
By definition, classics stand the test of time. They are the silent partner to routine – trustworthy, dependable and comforting. Our Classic 100% Whole Wheat is just that – a classic. The soft texture and wheat taste are well suited to a variety of uses, and the whole grain recipe with 0g trans fat makes it a healthy choice you can feel good about. Classic 100% Whole Wheat – with classics, you just can't go wrong.
the joy of eating
Great Taste Your Family Will Love, Guaranteed!
We are so confident that you will love our Bakery Breads that we guarantee their taste. If for any reason you are not satisfied, call toll free 1-800-889-3556 and we will gladly replace the product.
Sara Lee Consumer Affairs
PO Box 756
Neenah, WI 54957
www.saralee.com
Nutrition Facts
Serving Size 1 Slice (28g)
Servings Per Container 16
Calories 70
Calories from Fat 10
Total Fat 1g 1%
Saturated Fat 0g 0%
Trans Fat 0g
Polyunsaturated Fat 0g
Monounsaturated Fat 0g
Cholesterol 0mg 0%
Sodium 100mg 4%
Total Carbohydrate 13g 4%
Dietary Fiber 2g 8%
Sugars 2g
Protein 3g
Vitamin A 0% • Vitamin C 0% • Calcium 6% • Iron 4%
Thiamin 6% • Riboflavin 2% • Niacin 6% • Folic Acid 4%

# EXHIBIT 9

# Manually Filed

# EXHIBIT 10











**Sara Lee.**

# 100%
# Whole Wheat

You know that good nutrition only works its magic when it's something your kids will actually eat. That's why families love Sara Lee Soft & Smooth 100% Whole Wheat bakery bread. Kids love its soft texture and mild flavor. Parents love that it has whole grain, fiber, calcium, Vitamin D and no high fructose corn syrup.

How did something so yummy get so healthy?

Good source of FIBER.
Excellent source of CALCIUM.
Good source of VITAMIN D.
24g of WHOLE GRAIN per serving.

## Nutrition Facts

Serving Size 2 Slices (57g)
Servings Per Container 10

**Calories** 140
Calories from Fat 20

| | Amount/Serving | % Daily Value* |
|---|---|---|
| | **Total Fat** 2g | 3% |
| | Saturated Fat 0.5g | 3% |
| | Trans Fat 0g | |
| | Polyunsaturated Fat 1g | |
| | Monounsaturated Fat 0g | |
| | **Cholesterol** 0mg | 0% |
| | Vitamin A 0% • Vitamin C 0% | |
| | Vitamin D 15% • Thiamin 8% | |
| | Folic Acid 8% | |

| | Amount/Serving | % Daily Value* |
|---|---|---|
| | **Sodium** 230mg | 10% |
| | **Total Carbohydrate** 25g | 8% |
| | Dietary Fiber 4g | 16% |
| | Sugars 4g | |
| | **Protein** 7g | |
| | Calcium 30% • Iron 8% | |
| | Riboflavin 4% • Niacin 8% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

INGREDIENTS: WHOLE WHEAT FLOUR, WATER, SUGAR, WHEAT GLUTEN, YEAST, CALCIUM SULFATE, SOYBEAN OIL, SALT, DATEM, MONO- AND DIGLYCERIDES, GUAR GUM, CALCIUM PROPIONATE (PRESERVATIVE), SOY LECITHIN, GUM ARABIC, NATURAL & ARTIFICIAL FLAVORS, CITRIC ACID, POTASSIUM IODATE, VITAMIN D3.
EARTHGRAINS BAKING COMPANIES, INC., HORSHAM, PA 19044. SARA LEE is a registered trademark of Sara Lee TM Holdings LLC under license. © All Rights Reserved R13-109

Branded retailers too beat quality. If stored at room temperature. For best results, use bread by date on package.

We are committed to providing you with quality products and welcome your questions and comments. Call 1-800-356-3314, Consumer Relations Department. When writing, please include the Proof-of-Purchase (bar Code) and accepted date code.

LDPE

PARVE

0   72945 69009   7

PROOF OF PURCHASE

