# EXHIBIT 11

# Manually Filed

# EXHIBIT 12











Nutrition Facts
Great Taste Your Family Will Love,
Guaranteed!
We are so confident that you will love our Bakery Breads that we guarantee their taste.
If for any reason you are not satisfied, call toll free 1-800-889-3556 and we will gladly replace the product.
Sara Lee Consumer Affairs
PO Box 756
Neenah WI 54957
www.saralee.com
0 72945 60154 3
Sara Lee
IT'S SO EASY TO BE HEALTHY WHEN IT TASTES SO GOOD.
You know that good nutrition only works its magic when it's something your kids will actually eat. That's why families love Sara Lee Soft & Smooth® 100% Whole Wheat Bakery Bread. Kids love its soft texture and mild flavor. Parents love that it has whole grain, fiber, calcium, vitamin D, and no high fructose corn syrup.
How did something so yummy get so healthy?
YOU KNOW WHAT THEY LIKE.
While many factors affect heart disease, diets low in saturated fat and cholesterol made up of foods like Sara Lee® Soft & Smooth® 100% Whole Wheat Bakery Bread with Calcium and Vitamin D may reduce the risk of this disease.
Grain Group
MyPyramid.gov
WHOLE GRAIN
EAT 48g OR MORE OF WHOLE GRAINS DAILY
LDPE

# Nutrition Facts

Serving Size 2 Slices (57g)
Servings Per Container 10

**Calories** 150
Calories from Fat 25

**Calories Per Slice** 70
Calories from Fat 10

| Amount/Serving | % Daily Value* 2 SLICES 1 SLICE | |
|---|---|---|
| **Total Fat** 2.5g, 1g | 4% | 2% |
| Saturated Fat 1g, 0g | 4% | 0% |
| Trans Fat 0g, 0g | | |
| Polyunsaturated Fat 1g, 0.5g | | |
| Monounsaturated Fat 0.5g, 0g | | |
| **Cholesterol** 0mg, 0mg | 0% | 0% |
| Vitamin A | 0% | 0% |
| Vitamin C | 0% | 0% |
| Calcium | 25% | 15% |
| Iron | 8% | 4% |
| Vitamin D | 15% | 6% |

| Amount/Serving | % Daily Value* 2 SLICES 1 SLICE | |
|---|---|---|
| **Sodium** 210mg, 105mg | 9% | 4% |
| **Total Carbohydrate** 25g, 13g | 8% | 4% |
| Dietary Fiber 3g, 2g | 13% | 6% |
| Sugars 5g, 3g | | |
| **Protein** 7g, 3g | | |
| Thiamin | 10% | 6% |
| Riboflavin | 6% | 2% |
| Niacin | 10% | 5% |
| Folic Acid | 8% | 4% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | | Less than | 65g | 80g |
| Sat Fat | | Less than | 20g | 25g |
| Cholesterol | | Less than | 300mg | 300mg |
| Sodium | | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

INGREDIENTS: WHOLE WHEAT FLOUR, WATER, SUGAR, WHEAT GLUTEN, YEAST, CONTAINS 2% OR LESS OF EACH OF THE FOLLOWING: SOYBEAN OIL, CALCIUM SULFATE, BUTTER (CREAM, SALT), SALT, DOUGH CONDITIONERS (MAY CONTAIN ONE OR MORE OF THE FOLLOWING: MONO- AND DIGLYCERIDES, ETHOXYLATED MONO- AND DIGLYCERIDES, SODIUM STEAROYL LACTYLATE, CALCIUM PEROXIDE, DATEM, ASCORBIC ACID, AZODICARBONAMIDE, ENZYMES), CALCIUM PROPIONATE (PRESERVATIVE), DISTILLED VINEGAR, GUAR GUM, YEAST NUTRIENTS (MONOCALCIUM PHOSPHATE, CALCIUM SULFATE, AMMONIUM SULFATE), CORN STARCH, VITAMIN D3, SOY LECITHIN, SOY FLOUR.
CONTAINS WHEAT, MILK AND SOY
24391/5

SARA LEE, DOWNERS GROVE, IL 60515 USA   ©2010 SARA LEE CORPORATION

★ THIS PRODUCT PROVIDES 28g OF WHOLE GRAIN IN A 2 SLICE SERVING. USDA RECOMMENDS CONSUMING 48g OF WHOLE GRAIN EVERY DAY.

11423-0643-0310

LDPE



# EXHIBIT 13

# Manually Filed

# EXHIBIT 14











## Fall in Love with Bagels All Over Again

For a crispy outside with a soft inside, toast Bagel Thins™ bagels together before separating. Or for a crispier texture, separate before toasting.

**110 CALORIES**

### THOMAS'

**DID YOU KNOW every serving of Thomas'® Plain Bagel Thins™ bagels has...**

✓ 4g of Fiber – A Good Source
✓ No High Fructose Corn Syrup
✓ No Artificial Sweeteners
✓ 0g of Trans Fat
✓ No Cholesterol (A Cholesterol Free Food)
✓ And is Low in Fat

**Enjoy classic bagel taste in just the right size with Thomas'® Bagel Thins™ bagels.**

Each bagel has 110 calories, 1g of fat, and is a good source of fiber, making it a perfect fit for your morning. Baked like a traditional bagel, Bagel Thins™ bagels have all the quality and fresh-baked goodness you would expect with Thomas'® 130 years of experience.



# EXHIBIT 15

# Manually Filed