# EXHIBIT 16











THOMAS'

**Fall in Love with Bagels All Over Again**

For a crispy outside with a soft inside, toast Bagel Thins™ bagels together before separating. Or for a crispier texture, separate before toasting.

**110 CALORIES**

**DID YOU KNOW** every serving of Thomas'® Plain Bagel Thins™ bagels has...

✓ 4g of Fiber – A Good Source
✓ No High Fructose Corn Syrup
✓ No Artificial Sweeteners
✓ 0g of Trans Fat
✓ No Cholesterol (A Cholesterol Free Food)
✓ And is Low in Fat

Enjoy classic bagel taste in just the right size with Thomas'® Bagel Thins™ bagels.

Each bagel has 110 calories, 1g of fat, and is a good source of fiber, making it a perfect fit for your morning. Baked like a traditional bagel, Bagel Thins™ bagels have all the quality and fresh-baked goodness you would expect with Thomas'®, 130 years of experience.



# EXHIBIT 17

# Manually Filed

# EXHIBIT 18











PRE-SLICED PLAIN BAGEL THINS

0 48121 13545 4

PROOF OF PURCHASE

## Fall in Love with Bagels All Over Again

For a crispy outside with a soft inside, toast Bagel Thins™ bagels together before separating. Or for a crispier texture, separate before toasting.

**110 CALORIES**

**THOMAS'**

**DID YOU KNOW** every serving of **Thomas'** Plain Bagel Thins™ bagels has...

> 4g of Fiber – A Good Source
> No High Fructose Corn Syrup
> No Artificial Sweeteners
> 0g of Trans Fat
> No Cholesterol (A Cholesterol Free Food)
> And is Low in Fat

Enjoy classic bagel taste in just the right size with Thomas'® Bagel Thins™ bagels.

Each bagel has 110 calories, 1g of fat, and is a good source of fiber, making it a perfect fit for your morning. Baked like a traditional bagel, Bagel Thins™ bagels have all the quality and fresh-baked goodness you would expect with Thomas'® 130 years of experience.



# EXHIBIT 19

# Manually Filed

# EXHIBIT 20











PRE-SLICED PLAIN BAGEL THINS

0  48121 13545  4

PROOF OF PURCHASE

Fall in Love with Bagels All Over Again

For a crispy outside with a soft inside, toast Bagel Thins™ bagels together before separating. Or for a crispier texture, separate before toasting.

110 CALORIES

THOMAS'

DID YOU KNOW every serving of Thomas'®
Plain Bagel Thins™ bagels has...

» 4g of Fiber – A Good Source
» No High Fructose Corn Syrup
» No Artificial Sweeteners
» 0g of Trans Fat
» No Cholesterol (A Cholesterol Free Food)
» And is Low in Fat

Enjoy classic bagel taste in just the right size with Thomas'® Bagel Thins™ bagels.

Each bagel has 110 calories, 1g of fat, and is an excellent source of fiber, making it a perfect fit for your morning. Baked like a traditional bagel, Bagel Thins™ bagels have all the quality and fresh-baked goodness you would expect with Thomas'® 130 years of experience

# Nutrition Facts

Serving Size 1 bagel (46g)
Servings Per Container 8

**Amount Per Serving**

**Calories** 110     Calories from Fat 10

| | % Daily Value* |
|---|---|
| **Total Fat** 1g | 2% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 210mg | 9% |
| **Total Carbohydrate** 25g | 8% |
| Dietary Fiber 4g | 16% |
| Sugars 3g | |
| **Protein** 4g | |

| | | | |
|---|---|---|---|
| Vitamin A | 0% | Vitamin C | 0% |
| Calcium | 4% | Iron | 8% |
| Thiamin | 10% | Riboflavin | 6% |
| Niacin | 6% | Folic Acid | 10% |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

RGP9310

INGREDIENTS: UNBLEACHED ENRICHED WHEAT FLOUR (FLOUR, MALTED BARLEY FLOUR, REDUCED IRON, NIACIN, THIAMIN MONONITRATE (VITAMIN B1), RIBOFLAVIN (VITAMIN B2), FOLIC ACID), WATER, SUGAR, CELLULOSE FIBER, CORNMEAL, YEAST, SALT, MONOGLYCERIDES, WHEAT GLUTEN, PRESERVATIVES (CALCIUM PROPIONATE, SORBIC ACID), GUAR GUM, SODIUM STEAROYL LACTYLATE, SOYBEAN OIL, SOY FLOUR.

**OROGRAIN BAKERIES PRODUCTS, INC.**
**HORSHAM, PA 19044**

© ALL RIGHTS RESERVED.

www.thomasbagels.com

SPECIALTY BAKERS SINCE 1880

We are committed to providing you with quality products and welcome your questions and comments. Call 1-800-984-0989, Consumer Relations Department. When writing, please include the Proof-of-Purchase (Bar Code) and stamped date code.

