# EXHIBIT 21

# Manually Filed

# EXHIBIT 22









# Nutrition Facts

Serving Size 1 slice (15g)
Servings Per Container 14

**Amount Per Serving**

**Calories** 70

Calories from Fat 15

| | Amount Per Serving | % Daily Value* | Amount Per Serving | % Daily Value* |
|---|---|---|---|---|
| | **Total Fat** 1.5g | 2% | **Sodium** 90mg | 4% |
| | Saturated Fat 1g | 5% | **Total Carbohydrate** 11g | 4% |
| | *Trans* Fat 0g | | Dietary Fiber 0g | 0% |
| | Polyunsaturated Fat 0g | | Sugars 2g | |
| | Monounsaturated Fat 0.5g | | **Protein** 2g | |
| | **Cholesterol** 0mg | 0% | | |

| Vitamin A 0% | • | Vitamin C 0% | • | Calcium 0% | • | Iron 4% |
|---|---|---|---|---|---|---|
| Thiamin 8% | • | Riboflavin 4% | • | Niacin 6% | • | Folate 4% |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**BIMBO BAKERIES USA, INC.**
HORSHAM, PA 19044
© 2012 All rights reserved

PRODUCT OF MEXICO

**QUESTIONS OR COMMENTS?**
CALL TOLL-FREE
1-800-984-0989

**CAUTION:**
**DO NOT MICROWAVE**

**INGREDIENTS: WHEAT FLOUR,** WATER, HIGH FRUCTOSE CORN SYRUP, VEGETABLE SHORTENING (PALM AND/OR FRACTIONATED PALM AND/OR SOYBEAN OILS), YEAST, WHEAT GLUTEN, IODIZED SALT, MONOCALCIUM PHOSPHATE, AMMONIUM CHLORIDE, DATEM, **SOY LECITHIN,** COTTONSEED OIL, THIAMINE MONONITRATE, RIBOFLAVIN, NIACIN, REDUCED IRON, TBHQ (ANTIOXIDANT), ARTIFICIAL COLOR (YELLOW 5, RED 40), AZODICARBONAMIDE, FOLIC ACID, FERROUS SULFATE, ZINC OXIDE. **CONTAINS TRACES OF MILK AND SESAME SEEDS.**

7391.01.A03



# EXHIBIT 23











ENU5OB-01475-10-10

## Nutrition Facts

Serving Size 1 donut (40g)
Servings Per Container 12

**Calories** 170    Calories from Fat 90

| | Amount/serving | %Daily Value* |
|---|---|---|
| **Total Fat** 10g | | 15% |
| Saturated Fat 4.5g | | 23% |
| Trans Fat 0g | | |
| **Cholesterol** 15mg | | 6% |
| **Sodium** 190mg | | 8% |

| | Amount/serving | %Daily Value* |
|---|---|---|
| **Total Carbohydrate** 19g | | 6% |
| Dietary Fiber less than 1g | | 2% |
| Sugars 7g | | |
| **Protein** 2g | | |

Vitamin A 4% • Vitamin C 0% • Calcium 0% • Iron 4%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

ENRICHED WHEAT FLOUR [FLOUR, MALTED BARLEY FLOUR, REDUCED IRON, NIACIN, THIAMIN MONONITRATE (B1), RIBOFLAVIN (B2), FOLIC ACID], WATER, PALM OIL, SUGAR, SOYBEAN OIL, EGG YOLK. LEAVENING (BAKING SODA, SODIUM ACID PYROPHOSPHATE, SODIUM ALUMINUM PHOSPHATE), GLYCERIN, SOY FLOUR, WHEY (MILK), CORN SYRUP SOLIDS, PREGELATINIZED WHEAT STARCH, SALT, DEXTROSE, NONFAT MILK, BUTTERMILK, SOY LECITHIN, POTASSIUM SORBATE (PRESERVATIVE), NATURAL & ARTIFICIAL FLAVOR, XANTHAN GUM, MONO- AND DIGLYCERIDES, POLYSORBATE 80, BETA CAROTENE (COLOR), GUAR GUM, NUTMEG OIL, WHEAT GERM.

**OROGRAIN BAKERIES PRODUCTS, INC.**
P.O. BOX 976
HORSHAM, PA 19044
© All rights reserved.

We are committed to providing you with quality products and welcome your questions and comments. Call 1-800-984-0989. Consumer Relations Department. When writing, please include the Proof-of-Purchase (Bar Code) and stamped date code.

SOFTEES® PLAIN DONUTS 1475
R12-138

**For more information visit us at:**
www.entenmanns.com

www.facebook.com/Entenmanns

E492P5







Entenmann's.

Softees™

FAMILY PACK

12 PLAIN DONUTS

Great taste and wide variety! Entenmann's® Soft'ees™ Donuts offer moist, delicious options to satisfy the entire family any time of day. Choose from the traditional Plain, or enjoy a sweet burst of flavor with the Powdered Sugar, Cinnamon, or Frosted varieties. Only Entenmann's® has your favorite Soft'ees™ Donuts. Pick one up today!

RESEALABLE
PACKAGE

Since 1898

the Entenmann's name has stood for moist and delicious baked goods. Today, this tradition remains, as Entenmann's bakes fresh and delivers to stores daily.

William Entenmann





ENUS06-01475:10-10

## Nutrition Facts

Serving Size 1 donut (40g)
Servings Per Container 12

Calories 170
Calories from Fat 90

| | Amount/serving | %Daily Value* | Amount/serving | %Daily Value* |
|---|---|---|---|---|
| **Total Fat** 10g | | 15% | **Total Carbohydrate** 19g | 6% |
| Saturated Fat 4.5g | | 23% | Dietary Fiber less than 1g | 2% |
| Trans Fat 0g | | | Sugars 7g | |
| **Cholesterol** 15mg | | 5% | **Protein** 2g | |
| **Sodium** 190mg | | 8% | | |

Vitamin A 4% • Vitamin C 0% • Calcium 0% • Iron 4%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

ENRICHED WHEAT FLOUR [FLOUR, MALTED BARLEY FLOUR, REDUCED IRON, NIACIN, THIAMIN MONONITRATE (B1), RIBOFLAVIN (B2), FOLIC ACID], WATER, PALM OIL, SUGAR, SOYBEAN OIL, EGG YOLKS, LEAVENING [BAKING SODA, SODIUM ACID PYROPHOSPHATE, SODIUM ALUMINUM PHOSPHATE], GLYCERIN, SOY FLOUR, WHEY (MILK), CORN SYRUP SOLIDS, PREGELATINIZED WHEAT STARCH, SALT, DEXTROSE, NONFAT MILK, BUTTERMILK, SOY LECITHIN, POTASSIUM SORBATE (PRESERVATIVE), NATURAL & ARTIFICIAL FLAVOR, XANTHAN GUM, MONO- AND DIGLYCERIDES, POLYSORBATE 60, BETA CAROTENE (COLOR), GUAR GUM, NUTMEG OIL, WHEAT GERM.

OROGRAIN BAKERIES PRODUCTS, INC.
P.O. BOX 976
HORSHAM, PA 19044

© All rights reserved.

We are committed to providing you with quality products and welcome your questions and comments. Call 1-800-984-0905. Consumer Relations Department. When writing, please include the Proof-of-Purchase (Bar Code) and stamped date code.

DRTEST™ PLAIN DONUTS 1475
R12-138
For more information visit us at:
www.entenmanns.com
www.facebook.com/Entenmanns

E492P5



# EXHIBIT 24



Hogan Lovells US LLP
3 Embarcadero Center
Suite 1500
San Francisco, CA 94111
T +1 415 374 2300
F +1 415 374 2499
www.hoganlovells.com

April 5, 2013

**By Email and Federal Express**

Ben F. Pierce Gore, Esq.
Pratt & Associates
1871 The Alameda, Suite 425
San Jose, CA 95126

Re:     ***Ang, et. al. v. Bimbo Bakeries USA, Inc.***
        **Case No. 4:13-cv-01196-DMR**

Dear Mr. Gore:

We write for Bimbo Bakeries USA, Inc. in relation to the above-referenced litigation.  We are in receipt of the complaint that your clients filed against Bimbo Bakeries and are in the process of analyzing it.  While we have not fully digested all of the intricacies of your pleading, even a cursory review easily reveals that the complaint is fatally vague as to the products and alleged representations at issue and includes a number of claims that have been dismissed in other proceedings, including some brought by your firm.  Given these circumstances and your direct knowledge of them, we ask that you agree to voluntarily amend the complaint filed on behalf of your clients in this case so that we can avoid bringing what should be an unnecessary motion to dismiss.

Specifically, it appears to us that the pleading, as framed, fails to specify the products actually purchased by the plaintiffs in this case and the specific labeling claims at issue.  In light of the fact that the complaint is apparently based on specific products purchased by the plaintiffs, certain claims made about those products and an alleged scheme by Bimbo Bakeries to somehow defraud its customers, the complaint does not satisfy the strict pleading requirements for such claims under Federal Rule of Civil Procedure 8 and 9.  In addition, the complaint alleges, without any factual support to the contrary, claims based on "fresh baked" and "delivered daily" statements that are both FDA compliant and true.  Finally, the Ang complaint includes a claim for restitution and unjust enrichment that is redundant to the relief requested elsewhere in the complaint.

We are quite certain that you are well aware that the pleading issues and failures that we point out here routinely have been the subject of successful motions to dismiss in California.  Indeed, there have been a number of orders granting motions to dismiss such claims brought by your firm on behalf of other plaintiffs.  For example, the very issues with respect to vague allegations, failure to identify products and labeling claims and asserting claims for disgorgement that your current complaint raises were the subject of recent rulings by Judge Breyer (on a motion to dismiss your complaint brought by ConAgra) and by Judge Conti (on a motion to dismiss your complaint brought by PepsiCo and Frito-Lay).  As you will recall, Judge Conti, citing such precedents as *Colucci v. ZonePerfect Nutrition Co.*, No. 12-2907 SC, 2012 WL 6737800, at *7 (N.D. Cal. Dec. 28, 2012), specifically found that your failure to identify all of the specific products and the specific labels at issue was a violation of Rules 8 and 9 and required granting the motion to dismiss claims based on those products and statements.  Judge Conti further found that the claims based on Frito-Lay's

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Brasil  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rio de Janeiro  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb  For more information see www.hoganlovells.com

Ben F. Pierce Gore, Esq.                           - 2 -                           April 5, 2013

website, which are materially identical to the claims made here relating to Bimbo Bakeries' website, should be dismissed.  That court also indicated that statements that did not violate the FDA regulations on their face – like the "fresh baked daily" claims alleged in the Ang complaint -- were not actionable.  Both Judge Breyer and Judge Conti dismissed your unjust enrichment claims as non-actionable.

Again, these rulings are just two of several in California regarding lawsuits brought by your firm finding that these types of deficiencies warrant dismissal of your clients' claims.  Given that the complaint that you have filed in the Ang litigation against Bimbo Bakeries includes a large number of the same deficiencies that have already led district courts in California to grant motions to dismiss, we believe that you should withdraw your complaint and file an amended complaint that corrects these issues, specifies the products and labels at issue, if you can, includes only claims that arguably violate FDA regulations, if there are any, and are actionable under the law. We would hope that, in light of your personal knowledge regarding the pleading deficiencies identified here and how the Northern District Court has treated them in other cases, you would agree to amend your complaint and avoid our having to being a motion to dismiss on the same basis as several other successful motions to dismiss that have been brought against your clients.

If your client does not agree within three (3) days of the date of this letter to file an amended complaint before such time that Bimbo Bakeries' response to the current pleading would be due, Bimbo Bakeries will be forced to file a motion to dismiss.  Given the lack of any reasonable basis -- in light of the decisions already rendered on the very pleading deficiencies identified here -- to refuse to voluntarily amend the Ang complaint, if Bimbo Bakeries is forced to file a motion to dismiss, we will seek sanctions for having to do so.

We look forward to your response to this request.


Sincerely,


*/s/ Mark Goodman*

Mark Goodman

Partner
mark.goodman@hoganlovells.com
D 415.374.2442

Ben F. Pierce Gore, Esq.                    - 3 -                                    April 5, 2013


bcc:    Shelly W. Seligman
        Claudia V. Coscia

# EXHIBIT 25

Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.<br><br>        Defendant. | Case No. C-13-01196-DMR<br><br>**JOINT STIPULATION RE TIME TO FILE AMENDED COMPLAINT AND TIME TO RESPOND THERETO AND REQUEST TO SET MODIFIED BRIEFING SCHEDULE**<br><br>Complaint filed:  March 18, 2013<br>Judge: Hon. Donna M. Ryu |

Pursuant to Local Rules 6-1 and 6-2, plaintiffs Alex Ang and Lynn Streit and defendant Bimbo Bakeries USA, Inc. (collectively, the "Parties") respectfully submit this joint stipulation requesting that the Court issue an order setting a date by which plaintiffs shall amend their complaint, extending the time within which defendant shall answer, move or otherwise respond to the amended complaint and, should defendant make a responsive motion, setting a briefing schedule for such motion.  The current complaint, which will be superseded, was served on March 28, 2013.

The Parties respectfully request that:

1.      Plaintiffs' time to file an amended complaint be extended to permit the filing of such amended complaint on or before May 20, 2013;

2.      Defendant shall have thirty (30) days from the date on which plaintiffs' amended complaint is served to answer, move or otherwise respond to the pleading but defendant shall be permitted to request from the Court additional time to respond should the nature of plaintiffs' amendments require such additional time;

3.      Should defendant file a motion in response to the amended complaint, plaintiffs shall have thirty (30) days within which to file opposition papers to such motion; and

4.      Defendant shall have fourteen (14) days to file any reply in support of its responsive motion.

The Parties further stipulate that Bimbo Bakeries USA, Inc. may be properly served through its counsel with any notices required under the Consumer Legal Remedies Act (Cal. Civil. Code § 1750, et seq.).  Such notices may be served upon counsel for Bimbo Bakeries USA, Inc. by electronic mail addressed to Mark Goodman and Ethan Miller.

The Parties request this enlargement of time and the briefing schedule herein because of the complexity of the legal and factual issues in this dispute.  (See Declaration of Keith M. Fleischman (filed concurrently).)  This is the first time any modification or extension has been requested by either party in this case and this modification and/or extension would have no material effect on the schedule for the case.

Dated: April 19, 2013                                THE FLEISCHMAN LAW FIRM PLLC

                                                    By:     /s/ Keith M. Fleishman
                                                        Keith M. Fleischman (admitted *pro hac vice*)
                                                        565 Fifth Avenue, 7th Floor
                                                        New York, New York  10017
                                                        Tel:  (212) 880-9571
                                                        Fax: (917) 591-5245
                                                        keith@fleischmanlawfirm.com
                                                        *Counsel for Plaintiffs*

1

Dated:  April 19, 2013                              PRATT & ASSOCIATES

2
                                                    By: s/  Pierce Gore
3                                                       Ben F. Pierce Gore (SBN 128515)
                                                        1871 The Alameda
4                                                       Suite 425
                                                        San Jose, CA  95126
5                                                       Tel: (408) 429-6506
                                                        Fax: (408) 369-0752
6                                                       pgore@prattattorneys.com
                                                        *Counsel for Plaintiffs*
7

8
Dated:  April 19, 2013                              HOGAN LOVELLS US LLP
9
                                                    By:    /s/ Mark Goodman
10                                                         Mark Goodman
                                                        3 Embarcadero Center, Suite 1500
11                                                      San Francisco, CA 94111
                                                        Tel: (415) 374-2300
12                                                      Fax: (415) 374-2499
                                                        mark.goodman@hoganlovells.com
13                                                      *Counsel for Defendant*

14

15

16
                                    ATTESTATION
17

18        I, Ben F. Pierce Gore, am the ECF user whose ID and password are being used to file the.

19   JOINT STIPULATION RE TIME TO FILE AMENDED COMPLAINT AND TIME TO

20   RESPOND THERETO AND REQUEST TO SET MODIFIED BRIEFING SCHEDULE

21   In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this

22   document has been obtained from signatory Mark Goodman.

23

24
                                                    By: s/  Pierce Gore
25                                                      Ben F. Pierce Gore

26

27

28