Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

Keith M. Fleischman (admitted *pro hac vice*)
Bradley F. Silverman (admitted *pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

*Attorneys for Plaintiffs*

Mark C. Goodman (Bar No. 154692)
Ethan A. Miller (Bar No. 155965)
Stacy Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: + 1 (415) 374-2300
Facsimile: + 1 (415) 374-2499
mark.goodman@hoganlovells.com
ethan.miller@hoganlovells.com
stacy.hovan@hoganlovells.com

Attorneys for Defendant
Bimbo Bakeries USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 13 Civ. 1196 (WHO)<br><br>**STIPULATION AND ORDER CONTINUING THE HEARING ON DEFENDANT'S MOTION TO DISMISS** |

Subject to the Court's review and approval, IT IS HEREBY STIPULATED AND AGREED as follows:

WHEREAS, defendant filed a motion to dismiss the amended complaint (the "Motion to Dismiss") on June 19, 2013; and

WHEREAS, the Motion to Dismiss has been fully briefed; and

WHEREAS, on July 2, 2013, defendant re-noticed a hearing on the Motion to Dismiss for August 28, 2013 [Dkt. 25]; and

WHEREAS, on July 16, 2012, the parties filed a joint case management statement in which it was acknowledged that counsel for plaintiffs had a previously scheduled family vacation during the week of August 28, 2013, and that the parties would file a joint stipulation requesting that the Court reschedule the hearing on the Motion to Dismiss for a subsequent date [Dkt. 26 at 8];

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective attorneys of record that the hearing on the Motion to Dismiss shall be adjourned from August 28, 2013 to September 11, 2013.

IT IS SO STIPULATED AND AGREED

Dated: August 13, 2013          HOGAN LOVELLS US LLP

                                By:    */s/ Mark C. Goodman*

                                Mark C. Goodman
                                Attorneys for Defendant


Dated: August 13, 2013          THE FLEISCHMAN LAW FIRM PLLC

                                By:    */s/ Keith M. Fleischman*

                                Keith M. Fleischman (admitted *pro hac vice*)
                                Attorneys for Plaintiffs

| | | |
|---|---|---|
| Dated: August 13, 2013 | PRATT & ASSOCIATES | |
| | By: | */s/ Ben F. Pierce Gore* |
| | | Ben F. Pierce Gore<br>Attorneys for Plaintiffs |

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: August 14, 2013

_____
UNITED STATES DISTRICT JUDGE

## ATTESTATION

In compliance with Local Rule 5-1 (i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories thereto.

By: */s/ Pierce Gore*
BEN F. PIERCE GORE

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on August 13, 2013 on counsel of record in compliance with Federal Rule 5, Local Rule 5-6 and General Order 45, by use of the Court's ECF system.

By: */s/ Pierce Gore*
BEN F. PIERCE GORE