1

Ben F. Pierce Gore (SBN 128515)

2

PRATT & ASSOCIATES

1871 The Alameda, Suite 425

3

San Jose, CA  95126

Telephone:  (408) 429-6506

4

Fax:  (408) 369-0752

pgore@prattattorneys.com

5

6

Keith M. Fleischman (admitted *pro hac vice*)

Bradley F. Silverman (admitted *pro hac vice*)

7

THE FLEISCHMAN LAW FIRM, PLLC

565 Fifth Avenue, Seventh Floor

8

New York, New York 10017

Telephone: (212) 880-9571

9

Fax:  (917) 591-5245

keith@fleischmanlawfirm.com

10

bsilverman@fleischmanlawfirm.com

11

*Attorneys for Plaintiffs*

12

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

SAN FRANCISCO DIVISION

16

17

ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,

18

Plaintiffs,

19

v.

20

BIMBO BAKERIES USA, INC.,

21

Defendant.

Case No. 13 Civ. 1196 (WHO)

**STATEMENT OF RECENT DECISION**

**Judge:     Hon. William H. Orrick**
**Hearing: September 11, 2013, 2:00 p.m.**
**Courtroom:  2, 17th Floor**
**Department: 2**

22

23

Plaintiffs, through the undersigned counsel, submits this Statement of Recent Decision

24

pursuant to Local Rule 7-3(d)(2).

25

Attached hereto as **Exhibit A** is a true and correct copy of a decision from the United

26

States District Court for the Northern District of California, dated August 9, 2013, entitled *Clancy*

27

*v. Bromley Tea Company, et al,* 3:12-cv-03003-JST (Dkt. No. 72).   Under Local Rule 7-3(d)(2),

28

*Clancy* is a relevant judicial opinion published after plaintiffs filed their memorandum in opposition to defendant's motion to dismiss.

Dated: August 15, 2013                    Respectfully submitted,

                                          */s/ Ben F. Pierce Gore*
                                          Ben F. Pierce Gore (SBN 128515)
                                          PRATT & ASSOCIATES
                                          1871 The Alameda, Suite 425
                                          San Jose, CA  95126
                                          Telephone:  (408) 429-6506
                                          Fax:  (408) 369-0752
                                          pgore@prattattorneys.com

                                          Keith M. Fleischman
                                          Bradley F. Silverman
                                          THE FLEISCHMAN LAW FIRM, PLLC
                                          565 Fifth Avenue, Seventh Floor
                                          New York, New York 10017
                                          Telephone: (212) 880-9571
                                          Fax:  (917) 591-5245
                                          keith@fleischmanlawfirm.com
                                          bsilverman@fleischmanlawfirm.com

                                          *Attorneys for Plaintiffs*