Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

Keith M. Fleischman (admitted *pro hac vice*)
Bradley F. Silverman (admitted *pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 13 Civ. 1196 (WHO)<br><br>**STATEMENT OF RECENT DECISION**<br><br>**Judge:   Hon. William H. Orrick**<br>**Hearing: September 11, 2013, 2:00 p.m.**<br>**Courtroom: 2, 17th Floor**<br>**Department: 2** |

Plaintiffs, through the undersigned counsel, submits this Statement of Recent Decision pursuant to Local Rule 7-3(d)(2).

Attached hereto as Exhibit A is a true and correct copy of a decision from the United States District Court for the Northern District of California, dated September 6, 2013, entitled *Bruton v. Gerber Products Co., et al,* 5:12-cv-02412-LHK (Dkt. No. 57). Under Local Rule 7-


3(d)(2), *Bruton* is a judicial opinion relevant to the pending motion to dismiss that was published after plaintiffs filed their memorandum in opposition to defendant's motion to dismiss.

Dated: September 9, 2013

                      Respectfully submitted,

                      */s/ Ben F. Pierce Gore*
Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

Keith M. Fleischman (admitted *pro hac vice*)
Bradley F. Silverman (admitted *pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax:  (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

*Attorneys for Plaintiffs*

STATEMENT OF RECENT DECISION
Case No. 13-Civ-1196 (WHO)

    2