UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: September 11, 2013 | Time: 52 minutes 2:03-2:04 p.m. and 3:14 p.m. to 4:05 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 13-cv-01196-WHO | Case Name: Ang v. Bimbo Bakeries USA, Inc. | |

**Attorneys for Plaintiff:** Brad Silverman and Pierce Gore
**Attorney for Defendant:** Mark Goodman

**Deputy Clerk:** Jean Davis                **Court Reporter:** FTR Recording

### PROCEEDINGS

Case called at 2:03 p.m. and parties excused at 2:04 p.m. with the directive to confer regarding case management schedule and return.

Case recalled at 3:14 p.m. Parties heard as to Motion to Dismiss. Motion taken under submission; written order to follow.

Case Management Conference conducted. Parties outline their proposed case management schedule, which the Court finds to be generally appropriate. The Court sets the following dates:

    Hearing on Class Certification Motion set for **September 3, 2014 at 2:00 p.m.**
    Further Case Management Conference set for **February 18, 2014 at 2:00 p.m.**
    Pretrial Conference set for **April 6, 2015 at 2:00 p.m.**
    Jury Trial Set for **April 20, 2015 at 2:00 p.m.**