Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

Keith M. Fleischman (admitted *pro hac vice*)
Bradley F. Silverman (admitted *pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax:  (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNNE STREIT, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>             v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>                      Defendant. | Case No. 13 Civ. 1196 (WHO)<br><br>**DECLARATION OF BRADLEY F. SILVERMAN**<br><br>**Judge:    Hon. William H. Orrick**<br>**Hearing: February 5, 2013 at 2:00 p.m.** |

BRADLEY F. SILVERMAN, hereby declares, pursuant to 28 U.S.C. § 1746(1), as follows:

1. I am of counsel to the Fleischman Law Firm, PLLC, attorneys for plaintiffs Alex Ang and Lynne Streit (collectively, "Plaintiffs") in the above-captioned action. I was granted admission *pro hac vice* to appear in this matter by the Court on April 9, 2013. I have personal knowledge of the information set forth herein. I make this declaration in opposition to the motion of defendant Bimbo Bakeries USA, Inc. to dismiss portions of Plaintiffs' second amended complaint.

2. Annexed hereto as Exhibit A is this Court's Order Granting in Part and Denying in Part Motion To Dismiss dated September 25, 2013 (Dkt. # 38).

3. Annexed hereto as Exhibit B is the Second Amended Complaint filed by Plaintiffs in the above-captioned action on November 4, 2013 (Dkt. # 40).

4. Annexed hereto as Exhibit C is the First Amended Complaint filed by Plaintiffs in the above-captioned action on May 20, 2013 (Dkt. # 20).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 3, 2013

                                                 */s/ Bradley F. Silverman*
                                                 BRADLEY F. SILVERMAN