1  Ben F. Pierce Gore (SBN 128515)
2  PRATT & ASSOCIATES
   1871 The Alameda, Suite 425
3  San Jose, CA  95126
   Telephone:  (408) 429-6506
4  Fax:  (408) 369-0752
   pgore@prattattorneys.com
5
6  *Attorneys for Plaintiffs*

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13  ALEX ANG and LYNNE STREIT,            | Case No.  13 Civ. 1196 (WHO)
    individually and on behalf of all others
14  similarly situated,

15              Plaintiffs,               | **NOTICE OF ERRATA**
                                          | **RE DOCUMENT NUMBER NO. 45**
16  v.

17  BIMBO BAKERIES USA, INC.,

18              Defendant.

19

20

21

22

23

24

25

26

27

28
                                          1

On January 3, 2014, Plaintiffs filed in error (**Document No. 45**) their *PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT*.  The Table of Authorities case cites were inadvertently omitted from this filing.

Plaintiffs are filing herewith the corrected *PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT*.

Dated:  January 3, 2014                                    Respectfully submitted,

/S/ Ben F. Pierce Gore
Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1901 S. Bascom Avenue, Suite 350
Campbell, CA  95008
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com