Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

Keith M. Fleischman (admitted *pro hac vice*)
Bradley F. Silverman (admitted *pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax:  (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BIMBO BAKERIES USA, INC., <br><br> Defendant. | Case No. 13 Civ. 1196 (WHO) <br><br> **STATEMENT OF RECENT DECISION** <br><br> **Judge:  Hon. William H. Orrick** |

  Plaintiffs, through the undersigned counsel, submits this Statement of Recent Decision pursuant to Local Rule 7-3(d)(2).

  Attached hereto as **Exhibit A** is a true and correct copy of a decision from the United States District Court for the Northern District of California, dated February 7, 2014, entitled *Swearingen v. Yucatan Foods, L.P.,* 3:13-cv-03544-RS (Dkt. No. 28).  Under Local Rule 7-

3(d)(2), *Swearingen* is a relevant judicial opinion published after plaintiffs filed their memorandum in opposition to defendant's motion to dismiss the second amended complaint filed in the above-captioned action.

Dated: February 19, 2014                                             Respectfully submitted,

                                                */s/ Ben F. Pierce Gore*
Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA  95126
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

Keith M. Fleischman
Bradley F. Silverman
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax:  (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

*Attorneys for Plaintiffs*