UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ANG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>    Defendant. | Case No. 13-cv-01196-WHO<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 51 |

Given the recency of the Court's order in this matter regarding the motion to dismiss, the Case Management Conference is continued from March 18, 2014 to April 29, 2014 at 2:00 p.m. On or before April 24, 2014, the parties shall file a Joint Case Management Statement which shall include their perspectives on whether any dates need to be adjusted in the case management schedule in light of the time it has taken to settle the pleadings.

**IT IS SO ORDERED**.

Dated: March 14, 2014

WILLIAM H. ORRICK
United States District Judge