# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 13-cv-01196 WHO (NC)<br><br>**ORDER TO FILE JOINT LETTER BRIEF AND SETTING HEARING RE: DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 56, 57 |

On March 12, 2014, Bimbo Bakeries filed a separate statement presenting a dispute regarding plaintiffs' responses to Bimbo Bakeries' interrogatories and document requests. Dkt. No. 56. One day later, plaintiffs filed a statement opposing Bimbo Bakeries' request for relief and raising additional discovery issues. Dkt. No. 57. On March 17, 2014, discovery in this case was referred to the undersigned Magistrate Judge. *See* Dkt. No. 60.

By April 2, 2014, the parties must meet and confer in an attempt to resolve their dispute and file a joint statement in accordance with the undersigned's civil standing order. The parties must attach the pertinent discovery requests and responses, to the extent not already submitted to the Court in connection with Dkt. No. 56. In addition, by the same date, each side must file a detailed proposed order, indicating the specific relief sought on each disputed issue.

Case No. 13-cv-01196 WHO (NC)
ORDER RE: DISCOVERY DISPUTES

1    The Court will hold a hearing to address the issues presented in the parties' joint
2    statement on April 16, 2014 at 2:00 p.m. in Courtroom A, 15th Floor, U.S. District Court,
3    450 Golden Gate Avenue, San Francisco, California.
4    IT IS SO ORDERED.
5    Date: March 19, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge