# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 13-cv-01196 WHO (NC)<br><br>**ORDER TO FILE JOINT LETTER BRIEF**<br><br>Re: Dkt. No. 65 |

In response to the parties' separate statements raising unresolved discovery issues, Dkt. Nos. 56-57, the Court previously ordered the parties to meet and confer and file a joint statement and proposed orders by April 2, 2014. Dkt. No. 61. The Court set the matter for hearing on April 16, 2014 at 2:00 p.m.

On April 2, Bimbo Bakeries filed a notice informing the Court that the discovery dispute regarding plaintiffs' written responses to interrogatories and document demands has been resolved, and thus it was "no longer necessary to submit joint or separate statements to the Court on April 2, 2014," and requesting that the Court take the April 16 hearing off calendar. Dkt. No. 63. That same day, plaintiffs filed a separate statement of remaining unresolved discovery disputes. Dkt. No. 65.

//

Case No. 13-cv-01196 WHO (NC)
ORDER RE: DISCOVERY DISPUTES

1    The undersigned Magistrate Judge's civil standing order requires all discovery
2    disputes to be presented to the Court by way of a joint statement by the parties, after
3    meeting and conferring to attempt to resolve their dispute. By April 9, 2014, the parties
4    must meet and confer and file a joint statement in accordance with the undersigned's civil
5    standing order. The parties must attach the pertinent discovery requests and responses, to
6    the extent not already submitted to the Court in connection with Dkt. No. 65. In addition,
7    by the same date, each side must file a detailed proposed order, indicating the specific relief
8    sought on each disputed issue.
9       The Court will hold a hearing on this discovery matter on April 16, 2014 at 2:00 p.m.
10   in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco,
11   California.
12      IT IS SO ORDERED.
13      Date: April 3, 2014

Nathanael M. Cousins
United States Magistrate Judge