UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ANG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BIMBO BAKERIES USA, INC., <br><br> Defendant. | Case No. 13-cv-01196-WHO <br><br> **ORDER REFERRING DEFENDANT'S MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE TO HON. NATHANAEL COUSINS** <br><br> Re: Dkt. No. 83 |

On May 28, 2014, defendant Bimbo Bakeries USA, Inc., filed a motion for relief from an Order Re: Discovery Disputes entered on May 14, 2014 by the Hon. Nathanael Cousins. Dkt. Nos. 83 and 80. Defendant is concerned that it could not comply with the Order's requirements within the time period allotted to do so. This case was referred for all discovery purposes to Judge Cousins, and defendant's motion is fairly construed as a motion for reconsideration of one facet of the Order. Accordingly, the motion is referred to Judge Cousins for his determination.

**IT IS SO ORDERED**.

Dated: May 30, 2014



WILLIAM H. ORRICK
United States District Judge