# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 13-cv-01196 WHO (NC)<br><br>**ORDER TO MEET AND CONFER AND FILE JOINT LETTER BRIEF**<br><br>Re: Dkt. No. 83 |

This order addresses Bimbo Bakeries' motion seeking an extension of the deadline to produce documents set by the Court in its May 14, 2014, discovery order. Dkt. Nos. 80, 83. By June 4, 2014, the parties must meet and confer and file a joint letter brief addressing the discovery issues raised in Bimbo Bakeries' motion that remain in dispute. In addition, by the same date, each side must file a detailed proposed order, indicating the specific relief sought. The Court will hold a hearing on this discovery matter on June 11, 2014 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Date: May 30, 2014

Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-01196 WHO (NC)
ORDER SETTING HEARING