# Exhibit A

# FLEISCHMAN | LAW FIRM

## Keith M. Fleischman
*Principal*



Tel:  212.880.9571
Fax: 917.591.5245
keith@fleischmanlawfirm.com

### Education
J.D., California Western School of Law, 1984
B.A., University of Vermont, 1980

### Admissions
**New York**
**United States District Court:**
District of Colorado
Eastern District of New York
Southern District of New York
Southern District of Texas
Eastern District of Wisconsin
**United States Court of Appeals:**
First Circuit
Second Circuit
Eleventh Circuit
**United States Supreme Court**

Keith Fleischman is a nationally recognized litigator and trial lawyer having successfully investigated, litigated and tried to verdict some of the largest and most complex civil and criminal prosecutions in the country.

Mr. Fleischman's practice presently focuses on representing public and private companies, financial institutions, and institutional and individual investors in connection with the prosecution and defense of complex financial and commercial litigation on a national scale.

Mr. Fleischman began his legal career with the Bronx District Attorney's Office.  In 1988, Mr. Fleischman joined the United States Department of Justice, Criminal Division, Fraud Section as a trial lawyer.  During his tenure, he supervised international undercover operations involving counterfeiting, money laundering and passport fraud.  In 1990, Mr. Fleischman accepted a position as an Assistant United States Attorney in the District of Connecticut, where he was in charge of financial fraud, originated the Connecticut Bank Fraud Working Group and was a member of the New England Bank Fraud Task Force Coordinating Committee.  As an AUSA, he successfully investigated and prosecuted major financial, violent and white-collar violations.

After leaving the government, Mr. Fleischman spent eleven years at the national plaintiffs' firm Milberg, Weiss, where he rose to Senior Managing Partner and established himself as one of the premier plaintiffs' lawyers in the country.  During this period, Mr. Fleischman litigated and negotiated to settlement numerous high profile individual and class actions.  Prior to founding the Fleischman Law Firm in 2011, Keith served as a Director in the New York office of Grant & Eisenhofer, litigating high profile complex cases and class actions.



Mr. Fleischman has been a trial practice instructor at the Trial Practice Institute of the U.S. Justice Department, and served for ten years as co-chairman of the Practicing Law Institute's annual conference on class actions.  He has lectured in the United States, Canada and Europe on the investigation, litigation and prevention of securities and financial fraud.

**Notable Cases:**

- ***U.S. v. Heath*, 970 F.2d 1397 (5th Cir. 1992)** - serving as chief federal prosecutor, Mr. Fleischman led a two year investigation that culminated in a four month trial resulting in the largest sentences ever obtained during the Savings and Loan Crisis.

- ***Robbins v. Koger Properties, Inc.,* 116 F.3d 1441 (11th Cir. 1997)** – In this securities fraud case against a former big six accounting firm, Mr. Fleischman obtained a verdict of $81.3 million after a five-week federal trial.

- ***Novak v. Kasaks,* 216 F.3d 300 (2nd Cir. 2000)** – In front of the Second Circuit, Mr. Fleischman litigated this significant decision, which established precedent as to the appropriate pleading standard under the PLSRA and as to the disclosure of confidential informants, which has been cited and followed by courts throughout the United States.

- ***In re Satyam Computer Services Ltd. Securities Litigation,* No. 1:09-MD-02027-JPO (S.D.N.Y. 2009)** – In this case, involving India's own version of "Enron," Mr. Fleischman and a team of other lawyers obtained a settlement comprising a cash payment of $125 million and twenty-five percent of any recovery should the company decide to sue its auditor, PricewaterhouseCoopers.

- ***In re Marsh & McLennan Companies, Inc. Securities Litigation,* 2009 WL 5178546 (S.D.N.Y.)** – Mr. Fleischman spent four years as co-lead counsel litigating and ultimately negotiating a $400 million settlement with Marsh & McLennan in this federal securities class action. The settlement represents the 25th largest securities class action settlement to date under the PSLRA.

### Honors / Awards
**Super Lawyers,**
 *2006-2009, 2014*

### Organizations
**Outward Bound,**
 *National Board of Advisors*
**California Western School of Law,**
 *Board of Visitors*
**King School,**
 *Board of Trustees (2011 – present)*
**Madison Boys & Girls Club,**
 *Board of Trustees (2013 – Present)*

# FLEISCHMAN | LAW FIRM

# Robert Plotz
*Senior Counsel*



Tel:  212.880.9534
Fax: 917.591.5245
law@plotz.com

## Education
J.D., University of Pennsylvania, 1980
*- magna cum laude / Order of the Coif*
B.A., Yale College, 1977
*- cum laude*

## Admissions
**New York**
**United States District Court:**
  Eastern District of New York
  Southern District of New York
**United States Court of Appeals:**
  Second Circuit

Bob Plotz has spent his career as a litigator at the highest levels of the legal profession.

An experienced trial lawyer, he has litigated disputes in state and federal courts across the country and argued many appeals.  Bob's practice focuses on complex commercial and securities litigation, as well as regulatory defense, government investigations, trusts and estates, employment disputes and white-collar criminal defense.  Bob's civil cases have run the gamut of complex disputes, takings cases and civil fraud.

Prior to starting his own practice in 2010, Bob spent twenty years as a partner at Orans, Elsen, Lupert & Brown, LLP.  Before that, Mr. Plotz was an Assistant United States Attorney in the criminal division of the US Attorney's Office in the Southern District of New York, a litigation associate at Debevoise & Plimpton, LLP, and a law clerk to the Hon. Edward Weinfeld, U.S. District Court for the Southern District of New York.



# FLEISCHMAN | LAW FIRM

# Bradley F. Silverman
*Counsel*

Brad Silverman is a highly experienced commercial litigator who has represented individuals and public and private companies in courts throughout the country.

Mr. Silverman has represented clients in numerous types of business and commercial disputes, including contract disputes; disputes relating to the management and control of partnerships and closely held corporations; employment matters; intellectual property and trade secret disputes; class actions; RICO Act claims; antitrust and unfair competition matters; commercial landlord-tenant matters; internal corporate investigations; and challenges to local and state laws and regulations because they are either unconstitutional or preempted under federal law.

Prior to joining the Firm, Mr. Silverman practiced at the international law firm of Kaye Scholer LLP, as well as at another leading litigation boutique in New York City. He received his undergraduate degree, *magna cum laude*, from Brandeis University. He received his law degree from the University of Pennsylvania Law School where he served as a member of the Moot Court Board and as Senior Editor of the Journal of International Economic Law. Born and raised in Brooklyn, New York, he and his family now reside in Westchester County.



Tel:  212.880.9534
Fax: 917.591.5245
bsilverman@fleischmanlawfirm.com

## Education
J.D., University of Pennsylvania, 1999
B.A., Brandeis University, 1996
 - *magna cum laude*

## Admissions
**New York**
**United States District Court:**
  Eastern District of New York
  Southern District of New York
**United States Court of Appeals:**
  Second Circuit
  Ninth Circuit

# FLEISCHMAN | LAW FIRM

## Michael Kalmus
*Of Counsel*



Tel:  212.880.9567
Fax: 917.591.5245

### Education
J.D., Emory University School of Law, 1980
B.A., SUNY Stony Brook, 1975

### Admissions
**Georgia**
**New Jersey**
**New York**
**United States District Court:**
  District of New Jersey
  Eastern District of New York
  Southern District of New York

Michael Kalmus is a highly experienced litigator whose area of practice focuses on commercial litigation and securities arbitration.

He has represented public customers, stock brokers, and brokerage firms, as both claimants' and respondents' counsel.  Mr. Kalmus has appeared before numerous state and federal agencies and courts, as well as self-regulatory organizations.  Over his three decades of experience, Mr. Kalmus has resolved more than 300 securities controversies through settlement, mediation, and arbitration.

Michael Kalmus began his practice as the Deputy Chief of the Rackets Bureau in the Bronx County District Attorney's Office.  While serving as Deputy Chief, he was appointed Special Assistant United States Attorney for the Southern District of New York.  Since entering private practice, Mr. Kalmus has resolved numerous customer claims involving multi-million dollar disputes, and has appeared before the New York Stock Exchange, the National Association of Securities Dealers (NASD) and the Financial Industry Regulatory Authority (FINRA).



# FLEISCHMAN | LAW FIRM

## Frank Karam
*Of Counsel*

Frank Karam brings over 30 years of experience to a practice that focuses on complex commercial and securities litigation.



He has tried complex cases involving tax fraud and commercial fraud and has argued numerous appeals in state and federal courts.  From 1984 through 1990, Mr. Karam served as an Assistant District Attorney in the Bronx, where he was a senior Trial Attorney in the Homicide Bureau.  Since entering private practice in 1990, Mr. Karam has concentrated on trial and appellate work in state and federal courts, trying more than 100 cases to verdict and recovering hundreds of millions of dollars on behalf of institutional and private investors.

Mr. Karam is an active teacher and lecturer for the National Institute for Trial Advocacy and was a panelist at the ABA Business Law section entitled *"Corporate Accounting in the Wake of Enron."*  He has served as an instructor at trial advocacy programs for both the New Jersey and Massachusetts Attorney General's Offices, the Rutgers University School of Law, and recently served as an instructor at the trial advocacy program for antitrust litigators sponsored by the National Association of Attorneys General.

Tel:  212.880.9567
Fax: 917.591.5245
fkaram@fleischmanlawfirm.com

### Education
J.D., Tulane University, 1981
A.B., College of Holy Cross, 1977

### Admissions
**New York**
**Pennsylvania**
**United States District Court:**
  Eastern District of New York
  Southern District of New York
**United States Court of Appeals:**
  Second Circuit

### Organizations
**National Institute of Trial Lawyers**
 - *Teacher and Lecturer*

# FLEISCHMAN | LAW FIRM

## June Park
*Associate*



Tel:  212.880.9565
Fax: 917.591.5245
jpark@fleischmanlawfirm.com

### Education
J.D., Harvard Law School, 2004
B.A., Rutgers University, 2001
 - with highest honors

### Admissions
**New York**
**United States District Court:**
   Southern District of New York

June Park specializes in the representation of public and private companies, financial institutions, investors and consumers in a variety of complex commercial litigation matters, including business torts, class actions, contractual disputes and securities fraud, and has experience in handling all aspects of large-scale litigation.

She has successfully conducted internal investigations on behalf of public corporations, as well as practiced before the SEC and FINRA. In addition, she has also advised both employees and employers in connection with employment matters involving discrimination under federal and state law, FMLA claims and OSHA violations.

Ms. Park began her career as an associate in the litigation department of Milbank, Tweed, Hadley & McCloy LLP, where she gained experience in a wide range of complex commercial litigation matters covering such diverse areas as securities law, the reinsurance broking industry, the international gas market and trusts and estates law.

# FLEISCHMAN | LAW FIRM

## Ananda N. Chaudhuri
### *Associate*



Ananda Chaudhuri focuses his practice on the representation of corporations, institutional investors, and individuals in connection with complex commercial litigation, regulatory proceedings and internal corporate investigations.

Mr. Chaudhuri has successfully represented plaintiffs and defendants in complex securities litigation, including cases involving the sale of oil and gas general partnership interests, the sale of auction rate securities, and fraud claims involving public companies.

Mr. Chaudhuri has experience representing brokers in connection with FINRA disciplinary hearings, investors who purchased securities in private placements, and public companies in connection with internal investigations into executive wrongdoing.   Mr. Chaudhuri has also worked with activist investors and has defended shareholder proposals in federal and state court and before the SEC's Division of Corporate Finance.

Mr. Chaudhuri began his legal career as an associate at a large plaintiff's firm where he represented numerous institutional and individual investors in cases involving securities fraud, corporate waste, excessive compensation, and corporate mergers. He has helped investors recover hundreds of millions of dollars in large securities class actions.

Prior to the practice of law, Mr. Chaudhuri was an investigative reporter and freelance writer for various national publications. While attending law school at the University of Pennsylvania, Mr. Chaudhuri was a founding member of the Journal of International Law and Policy.

Tel:  212.880.9569
Fax: 917.591.5245
achaudhuri@fleischmanlawfirm.com

### Education
J.D., University of Pennsylvania, 2005
B.A., New York University, 1998

### Admissions
**Delaware**
**New York**
**Pennsylvania**
**United States District Court:**
   District of Colorado
   Southern District of New York
   Southern District of Texas

# FLEISCHMAN | LAW FIRM

# Julia Sandler
*Associate*



Since joining the Fleischman Law Firm in 2013, Ms. Sandler has represented clients in a variety of complex commercial matters, including business torts, contractual disputes and securities litigation.

Prior to joining the Firm, Ms. Sandler worked as an Assistant Crown Attorney in Toronto, where she prosecuted numerous trial matters and represented Ontario's Attorney General in complex criminal appeals and applications before the Ontario Court of Appeal and the Supreme Court of Canada. Ms. Sandler has also served as Legislative Counsel to a non-profit advocacy organization that addresses violence against women in the United States.

Ms. Sandler is a graduate of York University and the Osgoode Hall Law School in Toronto, where she was named a Dean's Fellow and served as an editor on the Osgoode Hall Law Journal. She received a Master of Laws from Harvard Law School and is the recipient of numerous academic awards and scholarships.

Tel:  212.880.9561
Fax: 917.591.5245
jsandler@fleischmanlawfirm.com

## Education
L.L.M., Harvard University, 2008
J.D., Osgoode Hall Law School, 2007
B.A., York University, 2004

## Admissions
**New York**
**United States District Court:**
   Southern District of New York
**Ontario, Canada**



# FLEISCHMAN | LAW FIRM

## Tyler Van Put
*Associate*

Tyler Van Put is an associate with the Fleischman Law Firm, where his practice primarily focuses on commercial matters, including contractual disputes, business torts, class actions, and general securities litigation.

Mr. Van Put is a graduate of the Maurice A. Deane School of Law at Hofstra University.  While there he studied international business law abroad in Curacao and Cuba.  He was also an intern for the Brooklyn District Attorney.  Prior to attending law school, Mr. Van Put worked in the litigation department of Paul, Weiss, Rifkind, Wharton & Garrison. He received a Bachelor's Degree from Ithaca College where he participated on the collegiate debate team.



Tel:  212.880.9452
Fax: 917.591.5245
tvanput@fleischmanlawfirm.com

### Education
J.D., Hofstra University, 2013
B.A., Ithaca College, 2006

### Admissions
**New York**
**United States District Court:**
   Southern District of New York

### Organizations
American Bar Association
New York Bar Association

# FLEISCHMAN | LAW FIRM

# Michael Park
## *Associate*



Since joining the firm in 2012, Mr. Park has been involved in all aspects of the firm's complex commercial matters, from the initial pleading stage through discovery and trial.

Mr. Park is a graduate of Hofstra University, where he was actively involved in the school's trial advocacy teams as well as public service programs.  Mr. Park has served as a mediator at a community mediation center, and was a supervisor at a 24-hour suicide prevention and crisis hotline.

Tel:  212.880.9452
Fax: 917.591.5245
mpark@fleischmanlawfirm.com

## Education
J.D., Hofstra University, 2010
B.A., Rutgers University, 2007

## Admissions
**New York**