# Exhibit B

# FLEISCHMAN | LAW FIRM



## The Fleischman Law Firm

The Fleischman Law Firm provides a broad spectrum of legal services specializing in the investigation, litigation and resolution through settlement or trial of complex high stakes commercial and securities litigation on behalf of a wide range of institutional, corporate and individual clients.

# FLEISCHMAN | LAW FIRM

## OUR FIRM

After 27 years of practice as a litigator and trial lawyer, Keith M. Fleischman founded The Fleischman Law Firm in 2011.  The firm draws on its experience from successfully litigating and bringing to trial numerous complex commercial matters.  The Firm and its attorneys have led some of the largest and most complex criminal and civil litigations in the United States.  We have brought commercial disputes and high stakes SEC investigations to successful conclusions, won major dismissals of lawsuits and successfully litigated complaints brought on behalf of corporate and private equity clients in both state and federal court.  The Firm has accomplished wide ranging successful outcomes representing a broad range of institutions, corporations and individuals, including pension funds, hedge funds and executive officers, as both defendants and plaintiffs.

## FIRM PHILOSOPHY

As a firm we understand that clients want precision and focus.  To this end we conduct efficient pre-filing investigations and make detailed assessments prior to the commencement of any lawsuit to ensure the strongest possible case.  We are sensitive to our client's needs and adjust strategies to fit our client's goals and resources while at all times maintaining clear communication and coordination throughout the litigation process. We conduct our practice in teams to maximize the diverse talents and unique strengths of our staff. We have the capacity and experience to take a case through trial and any appellate process, drawing on a combined seventy-five years of trial experience and proven success.

## PRACTICE AREAS

### Our areas of practice include:

- Complex Commercial Litigation
- Securities Litigation
- Hedge Fund, Private Equity, and Financial Institution Cases
- Business Disputes
- Investigation & Defense of Government and Regulatory Enforcement Actions
- Arbitration and Alternative Dispute Resolution
- Litigation Risk Assessment and Case Evaluation
- Qui Tam / SEC Whistleblower Representation

Within these practice areas, the Firm's attorneys have litigated a diverse range of subject matters. We combine our technical capabilities in these areas with our willingness and ability to go to trial on behalf of our clients.  As a former state and federal prosecutor, Mr. Fleischman has successfully investigated, litigated and tried to verdict some of the largest and most complex civil and criminal prosecutions in the United States.  We believe this trial expertise distinguishes the Firm and enhances our ability to obtain a successful outcome for our clients.



# Representative Cases

***NextEra Energy Capital Holdings, Inc. v. B.B.V.A., S.A., et al.,* 13 Civ. 1873 (S.D.N.Y. 2013)**

Represent a Fortune 500 company in a contractual dispute with a consortium of sixteen international banks arising out of the construction and operation of two solar power plants in Spain.

***C.H. Robinson Worldwide, Inc. v. XPO Logistics, Inc., et al.,* 27-cv-12-16003 (Minn. 2012)**

Represent a leading national third-party logistics company against suit alleging misappropriation of trade secrets and tortious interference with contractual relationships, while advancing counterclaims against plaintiff for alleged antitrust violations.

***LRGP III, LLC v. CPP Investment Board Real Estate Holdings, Inc., et al.,* 14-cv-6937 (S.D.N.Y.)**

Represent the general partner of a prominent real estate private equity fund in litigation concerning the construction and enforcement of a limited partnership agreement.

***Camp, et al. v. Berman, et al.,* 14-cv-1049 (S.D.N.Y.)**

Represent shareholders in an action alleging fraud in the connection with the sale of securities of a closely-held corporation. Also representing corporation and four of its officers and directors in relation to counterclaims brought by defendant, a former CEO, alleging breach of his employment agreement.

***Schaffer v. Kessler,* 1:12-cv-08576 (S.D.N.Y.) /** ***Kessler v. Schaeffer,* 654336/2012 (N.Y. Sup.)**

Successfully resolved, via mediation, two related cases involving claims asserted by and against a former employee of a New York corporation providing trading, risk and fund accounting systems to the financial services community.

***MacAndrews & Forbes Group v. Gagosian, et al.,* 653189/2012 (N.Y. Sup Ct.) /** ***Gagosian Gallery, Inc. v. Perelman, et al.,* 653181/2012 (N.Y. Sup. Ct.)**

Represent a leading art collector in a dispute over the value of art obtained in a series of purchases.

***Peterson v. Islamic Republic of Iran,* 10 Civ. 4518 (S.D.N.Y.)**

Represent families of United States Marines killed in the 1983 attack on the Marine barracks in Beirut, Lebanon. Have, along with co-counsel, recovered over $1.8 billion in judgments against Iran.

***Patriot Exploration, LLC v. SandRidge Energy, Inc.,* 11 Civ. 1234 (D. Conn.)**

Represent general partnerships and other investors alleging fraud against a national energy company.

***Nussdorf v. BDO Seidman, LLP,* 601359/2009 (N.Y. Sup. Ct.)**

Represented a private company in connection with tax shelters marketed and sold by BDO Seidman.

***In re MF Global Holdings Ltd Investment Litigation,* 12 MD 2338 (S.D.N.Y.)**

Serve on the Executive Committee in a multi-district litigation regarding the purchases of commodities from MF Global prior to its collapse in October 2011.

# FLEISCHMAN | LAW FIRM

## Recent Press
*December 2014*

---

December 12, 2014 | PRESS RELEASE

### *Judge Denies C.H. Robinson's Motion to Dismiss XPO Logistics, Inc.'s Counterclaims in Full*

The Fleischman Law Firm successfully defended against a Motion to Dismiss counterclaims brought on behalf of client XPO Logistics, Inc. in this Minnesota action involving claims for, *inter alia*, tortious interference, antitrust violations and deceptive trade practices.

October 1, 2014 | HARRIS MARTIN PUBLISHING

### *Manufacturing Defect, Negligence Claims to Proceed Against Cochlear Implant Maker in N.Y.*

The Honorable Sandra J. Fuerstein denied defendant's motion to dismiss manufacturing defect claims asserted by the Fleischman Law Firm in this Eastern District New York cochlear implant action.

October, 2014 | PRESS RELEASE

### *Keith Fleischman named New York Super Lawyer for 2014*

Fleischman Law Firm Principal Keith M. Fleischman was named one of New York's Super Lawyers for 2014.  This is the 5th time that Mr. Fleischman has been awarded the honor.

September 23, 2014 | HARRIS MARTIN PUBLISHING

### *N.Y. Federal Judge Refuses to Compel Cochlear Implant Plaintiff to Obtain Discovery Via Hague Convention*

Judge Steven I. Locke found in favor of the Fleischman Law Firm, holding that defendant Cochlear Limited failed to meet their burden for applying the Hague Convention to plaintiff's discovery requests.

September 11, 2014 | LAW 360

### *PE Firm Says LPs Didn't Serve Injunction Papers in Fee Row*

The Fleischman Law Firm alleged that a group of limited partners failed to notify client Liquid Realty Partners of a recent preliminary injunction bid, in an attempt to avoid paying the general partner $26.5 million in management fees.

August 29, 2014 | LAW 360

### *PE Firm Slams Removal Bid by Limited Partners in Fee Row*

The Fleischman Law Firm filed suit on behalf of real estate secondary investing private equity fund Liquid Realty Partners, claiming that the limited partners efforts to remove them was done to avoid service fees.



June 30, 2014 | PRESS RELEASE

### JC Real Estate Fund Successfully Defeats Motion to Dismiss Bid

The Fleischman Law Firm successfully defeated a motion to dismiss a derivative action brought by JC Real Estate Fund I, LLC against defendants Robert Berman, Joseph Bernstein and Avon Road Rock Hill, LLC.  The complaint, which was filed in New York State Court, involves competing interests in 500 acres of land in Thompson, New York.

January 30, 2014 | LAW 360

### MF Global Auditor Settles Customer Class Action

Fleischman Law Firm principal Keith Fleischman served on the Executive Committee that successfully negotiated a $14.5 million settlement from CME Group, Inc. for their role in MF Global's descent into bankruptcy.

July 1, 2013 | LAW 360

### SandRidge Can't Escape Suit Over $75M Oil Project

A Connecticut federal judge rejected SandRidge Energy Inc.'s bid to dismiss an investor lawsuit, holding that the plaintiffs adequately supported their fraud claims in accusing the oil drilling company of misrepresenting the expected returns of a $75 million drilling project.

March 1, 2013 | LAW 360

### Beirut Bombing Victims Closer To $2B Iran Award From Citibank

U.S. District Judge Katherine B. Forrest granted a partial summary judgment bid, pushing the families and survivors of the 241 soldiers killed closer to receiving the $1.8 billion in Iranian funds currently held in a New York Citibank account.

July 31, 2012 | THE REGISTRY

### Liquid Realty Sues Companies Run by its Former Execs

San Francisco private equity real estate firm Liquid Realty Advisors LLC and its chief executive, Scott Landress, have sued Clairvue Realty Advisors LLC and related entities, accusing them of stealing trade secrets and using the information to create a competing business.

July 7, 2011 | LAW 360

### Ex-Prosecutor Launches NY Litigation Boutique

Former federal prosecutor Keith M. Fleischman announced last week that he has left his post at Grant & Eisenhofer PA to launch a firm dealing in complex commercial, securities and general litigation in New York.