1  Pierce Gore (SBN 128515)
   PRATT & ASSOCIATES
2  1871 The Alameda, Suite 425
3  San Jose, CA 95126
   Telephone: (408) 369-0800
4  Fax:  (408) 369-0752
   pgore@prattattorneys.com
5
6  Keith M. Fleischman (admitted *pro hac vice*)
   Bradley F. Silverman (admitted *pro hac vice*)
7  THE FLEISCHMAN LAW FIRM, PLLC
   565 Fifth Avenue, Seventh Floor
8  New York, New York 10017
   Telephone: (212) 880-9571
9  Fax:  (917) 591-5245
   keith@fleischmanlawfirm.com
10 bsilverman@fleischmanlawfirm.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNNE STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No.  CV13-01196-HSG (NC)<br><br>**DECLARATION OF BRIAN HERRINGTON IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS  CERTIFICATION, FOR APPOINTMENT OF CLASS REPRESENTATIVES, AND FOR APPOINTMENT OF CLASS COUNSEL**<br><br>Hearing Date:   April 23, 2015<br>Time:                2:00 p.m.<br>Location:          Courtroom 15, 18th Floor<br>Judge:              Hon. Haywood S. Gilliam, Jr. |

BRIAN HERRINGTON, hereby declares, pursuant to 28 U.S.C. § 1746(1), as follows::

1. I am a partner in the law firm of Barrett Law Group, P.A. I submit this declaration in support of plaintiffs' motion for class certification and for the appointment of class representative and class counsel.

2. I received my Juris Doctor from the University of Mississippi Law Center in May 1995. I am licensed to practice in the states of Mississippi and Tennessee, as well as the United States Court of Appeals for the Fifth, Ninth, and Tenth Circuits.

3. I mainly represent consumers, small business plaintiffs, and attorneys general in complex litigation including class actions. These litigations have ranged in subject matter from antitrust, to market manipulation, to deceptive acts and practices.

4. Below is a representative sample of my case experience:

**TCI Cable Late Fee Litigation**: I served on the steering committee responsible for litigating state court class actions in Alabama, Tennessee, Kentucky, Indiana, and California. The classes consisted of consumers who had been charged unlawful late fees. All of the cases were settled favorably on a classwide basis.

*Hill, on behalf of himself and all others similarly situated, v. Galaxy Telecom, L.P. and Galaxy Telecom, L.P. d/b/a/ Galaxy Cablevision*, **No. CIV. 1:98CV51–D–D. (N.D. Miss.)**: In *Hill*, I served as lead counsel and was successful in obtaining certification of a 15-state class of consumers who had been charged unlawful late fees. After a bench trial, the judge found that the fees were reasonable and entered judgment for the defendant.

**State Attorney General Lawsuits Against The Tobacco Industry**: I was one of the attorneys who represented the State of Mississippi, through Attorney General Mike Moore, in the State's successful efforts to recover its cigarette-related health care monies spent over the past years. I also represented the Attorneys General of New York, Louisiana, Arizona, Washington, Indiana, Alaska, Idaho, Oregon, Rhode Island, Ohio, Vermont, Illinois, and the Commonwealth of Puerto Rico in their successful litigation against the tobacco industry.

*In Re: United Parcel Service, Inc., Shipper Excess Value Insurance Coverage Litigation*: Judge Berman of the Southern District of New York appointed me as one of five Settlement Class Counsel. This case, involving unlawfully charged premiums for excess value insurance coverage, was settled favorably on a national classwide basis.

*In re PPA Litigation*: This litigation involved a defective over-the-counter medicine recalled by the Food and Drug Administration. I litigated, and was prepared to try, the first post-recall case in the country. The case settled favorably two weeks before trial.

*State of Oklahoma, ex rel., W.A. Drew Edmondson, Attorney General General of Oklahoma v. BP America, Inc., et al.*, **No. CJ-09-1564 (Cleveland Cty., Dist. Ct., Okla.)** and *State of Oklahoma, ex rel., W.A. Drew Edmondson, Attorney General of Oklahoma v. BP, America, Inc., et al*., **No. CJ-09-1385 (Cleveland Cty. Dist. Ct., Okla.)**: In these companion cases, the Attorney General for the state of Oklahoma hired me to pursue civil penalties against the defendants for market manipulation of gas and propane. The cases were successfully resolved.

5. Over the last three years, I have also appeared on behalf of plaintiffs in several food misbranding actions. They include *Brazil v. Dole Food Company, Inc. et al.*, Case No. 5:12-cv-1831 (N.D. Cal.), *Werdebaugh v. Blue Diamond Growers*, Case No. 5:12-cv-2724 (N.D. Cal.), *Jones v. Conagra Foods, Inc.*, Case No. 3:12-cv-1633 (N.D. Cal.), *Kosta v. Del Monte Corporation*, Case No. 4:12-cv-1722 (N.D. Cal.), and *Lanovaz v. Twinings North America, Inc.*, Case No. 5:12-cv-2646 (N.D. Cal.).

6. I have familiarized myself with the local rules, applicable statues, and case law. I commit to utilizing the full resources of my law firm to represent the proposed classes.

I declare under penalty of perjury of the laws of the state of California and the United States of America that the foregoing is true and correct.

February 18, 2015

                                     */s/ Brian Herrington*
                                     BRIAN HERRINGTON