# Exhibit A





By definition classics stand the test of time.
They are the silent partner to routine –
trustworthy, dependable and comforting.
Our Classic 100% Whole Wheat's soft texture and
wheat taste make it just that – a classic.
The whole grain recipe with no artificial colors
or flavors makes it a nutritious choice
you can feel good about.
Classic 100% Whole Wheat –
with classics, you just can't go wrong.

www.saraleebread.com

Like us on Facebook
facebook.com/saraleebread

Follow us on Twitter

## Nutrition Facts

Serving Size 1 Slice (26g)
Servings Per Container 22

**Calories** 60   Calories from Fat 5

| Amount/serving | % Daily Value* | Amount/serving | % Daily Value* |
|---|---|---|---|
| **Total Fat** 0.5g | 1% | **Sodium** 120mg | 5% |
| Saturated Fat 0g | 0% | **Total Carbohydrate** 12g | 4% |
| Trans Fat 0g | | Dietary Fiber 2g | 8% |
| Polyunsaturated Fat 0g | | Sugars 2g | |
| Monounsaturated Fat 0g | | **Protein** 3g | |
| **Cholesterol** 0mg | 0% | | |

Vitamin A 0% • Vitamin C 0% • Calcium 2% • Iron 4%
Thiamin 4% • Riboflavin 0% • Niacin 4% • Folic Acid 2%

INGREDIENTS: **WHOLE WHEAT FLOUR**, WATER, SUGAR, WHEAT GLUTEN, YEAST, MOLASSES, SALT, SOYBEAN OIL, WHEAT BRAN, (PRESERVATIVE), MONOGLYCERIDES, CALCIUM SULFATE, SOY LECITHIN, CITRIC ACID, GRAIN VINEGAR, POTASSIUM IODATE, S EARTHGRAINS BAKING COMPANIES, INC., HORSHAM, PA 19044   www.saraleebread.com   © All rights reserved. SARA LEE is a registered trademark of

..., SOYBEAN OIL, WHEAT BRAN, DATEM, CALCIUM PROPIONATE ..., POTASSIUM IODATE, **SOY FLOUR.**

SARA LEE is a registered trademark of Sara Lee TM Holdings LLC used under license.

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Potassium | | 3,500mg | 3,500mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

% Daily Value*

ydrate 12g  4%
5%
8%

Iron 4% • Folic Acid 2%

R12-300

Bread retains its best quality if stored at room temperature. For best results, use bread by date on package.

We are committed to providing you with quality products and welcome your questions and comments. Call 1-800-984-0989, Consumer Relations Department. When writing, please include the "BEST BY" date and coding as well as the bar code and numbers.



LDPE



BCTGM
BAKERY CONFECTIONERY TOBACCO WORKERS & GRAIN MILLERS
UNION MADE
AFL-CIO CLC