# Exhibit B







PRE-SLICED PLAIN BAGEL THINS

## Nutrition Facts

Serving Size 1 bagel (46g)
Servings Per Container 8

**Amount Per Serving**

Calories 110    Calories from Fat 10

| | % Daily Value* |
|---|---|
| **Total Fat** 1g | 2% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 210mg | 9% |
| **Total Carbohydrate** 25g | 8% |
| Dietary Fiber 4g | 16% |
| Sugars 3g | |
| **Protein** 4g | |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C 0% | |
| Calcium 4% | • | Iron 8% | |
| Thiamin 10% | • | Riboflavin 6% | |
| Niacin 6% | • | Folic Acid 10% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

INGREDIENTS: **UNBLEACHED ENRICHED WHEAT FLOUR** (FLOUR, MALTED BARLEY FLOUR, REDUCED IRON, NIACIN, THIAMIN MONONITRATE (VITAMIN B1), RIBOFLAVIN (VITAMIN B2), FOLIC ACID), WATER, SUGAR, CELLULOSE FIBER, CORNMEAL, YEAST, SALT, MONOGLYCERIDES, WHEAT GLUTEN, PRESERVATIVES (CALCIUM PROPIONATE, SORBIC ACID), GUAR GUM, SODIUM STEAROYL LACTYLATE, SOYBEAN OIL, SOY FLOUR.

**OROGRAIN BAKERIES PRODUCTS, INC.
HORSHAM, PA 19044**

© ALL RIGHTS RESERVED.

www.thomasbagels.com

SPECIALTY BAKERS SINCE 1880

We are committed to providing you with quality products and welcome your questions and comments. Call 1-800-984-0989, Consumer Relations Department. When writing, please include the Proof-of-Purchase (Bar Code) and stamped date code.

RCP9310