# Exhibit C



Same Great Taste!

Sara Lee

Soft & Smooth

Made with 35% Whole Grain White

No High Fructose Corn Syrup

Good Source of Fiber | Good Source of Whole Grain* | Excellent Source of Calcium

1   3
348 2332 1656   BEST BY DEC 27 B



## Nutrition Facts

Serving Size 2 Slices (57g)
Servings Per Container 10

**Calories** 150  Calories from Fat 15
**Calories Per Slice** 70  Calories from Fat 10

| Amount/Serving | % Daily Value* 2 SLICES 1 SLICE | | Amount/Serving | % Daily Value* 2 SLICES 1 SLICE | |
|---|---|---|---|---|---|
| **Total Fat** 1.5g, 1g | 2% | 1% | **Total Carbohydrate** 28g, 14g | 9% | 5% |
| Saturated Fat 0g, 0g | 0% | 0% | Dietary Fiber 3g, 2g | 13% | 6% |
| Trans Fat 0g, 0g | | | Sugars 4g, 2g | | |
| Polyunsaturated Fat 0.5g, 0g | | | **Protein** 6g, 3g | | |
| Monounsaturated Fat 0g, 0g | | | | | |
| **Cholesterol** 0mg, 0mg | 0% | 0% | | | |
| **Sodium** 190mg, 90mg | 8% | 4% | | | |

| | | | | | |
|---|---|---|---|---|---|
| Vitamin A | 0% | 0% | Thiamin | 15% | 8% |
| Vitamin C | 0% | 0% | Riboflavin | 8% | 4% |
| Calcium | 25% | 10% | Niacin | 10% | 6% |
| Iron | 10% | 6% | Folic Acid | 10% | 6% |
| Vitamin D | 15% | 6% | | | |

INGREDIENTS: ENRICHED BLEACHED FLOUR [WHEAT FLOUR, MALTED BARLEY FLOUR, NIACIN, IRON, THIAMIN MONONITRATE (VITAMIN B1), RIBOFLAVIN (VITAMIN B2), FOLIC ACID], WATER, W... UGAR, WHEAT GLUTEN, YEAST, CELLULOSE. CONTAINS 2% OR LESS OF EACH OF THE FOLLOWING: CALCIUM SULFATE, SOYBEAN OIL, SALT, DOUGH CONDITIONERS (MAY CONTAIN O... HOXYLATED MONO- AND DIGLYCERIDES, SODIUM STEAROYL LACTYLATE, CALCIUM PEROXIDE, DATEM, ASCORBIC ACID, AZODICARBONAMIDE, ENZYMES), GUAR GUM, CALCIUM PROPI... MONOCALCIUM PHOSPHATE, CALCIUM SULFATE, AMMONIUM SULFATE AND/OR CALCIUM CARBONATE), CORN STARCH, VITAMIN D3, SOY LECITHIN, MILK, SOY FLOUR.
CONTAINS WHEAT, SOY AND MILK

SARA LEE, DOWNERS GROVE, IL 60515 USA   © 2010 SARA LEE CORPORATION
25147
*THIS PRODUCT CONTAINS 35% OF ITS GRAIN AS WHOLE GRAIN AND PROVIDES 10g OF WHOLE GRAIN IN A 2 SLICE SERVING. USDA RECOMMEN...

Case 4:13-cv-01196-HSG   Document 103-3   Filed 02/18/15   Page 5 of 5

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**Amount/Serving** — 2 SLICES / 1 SLICE — % Daily Value*

- Sodium 190mg, 90mg — 8% / 4%
- Total Carbohydrate 28g, 14g — 9% / 5%
- Dietary Fiber 3g, 2g — 13% / 6%
- Sugars 4g, 2g
- Protein 6g, 3g

Thiamin 15% / 8%
Riboflavin 10% / 4%
Niacin 10% / 6%
Folic Acid

INGREDIENTS: WHOLE WHEAT FLOUR, HULLED BARLEY FLOUR, WATER, WHOLE GRAIN (WHOLE WHEAT FLOUR, HULLED BARLEY FLOUR), YEAST NUTRIENTS (CALCIUM SULFATE, SOYBEAN OIL, SALT, DOUGH CONDITIONERS (MAY CONTAIN ONE OR MORE OF THE FOLLOWING: MONO- AND DIGLYCERIDES, ASCORBIC ACID, AZODICARBONAMIDE, ENZYMES), GUAR GUM, CALCIUM PROPIONATE (PRESERVATIVE), DISTILLED VINEGAR, YEAST NUTRIENTS (AMMONIUM SULFATE), THIAMIN MONONITRATE (VITAMIN B1), RIBOFLAVIN (VITAMIN B2), FOLIC ACID), CORN STARCH, VITAMIN D3, SOY LECITHIN, MILK, SOY FLOUR.

..RS GROVE, IL 60515 USA   © 2010 SARA LEE CORPORATION

10860-0600-1010

..ES 0g OF WHOLE GRAIN IN A 2 SLICE SERVING. USDA RECOMMENDS CONSUMING 48g OF WHOLE GRAIN EVERY DAY.

LDPE (4)

BCTGM — BAKERY CONFECTIONERY TOBACCO WORKERS & GRAIN MILLERS — UNION MADE — AFL-CIO CLC