# Exhibit D





**Nutrition Facts**

Serving Size 1 slice (15g)
Servings Per Container 14

**Amount Per Serving**

**Calories** 70   Calories from Fat 15

| | % Daily Value* |
|---|---|
| **Total Fat** 1.5g | % |
| Saturated Fat 1g | % |
| Trans Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0.5g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 90mg | % |
| **Total Carbohydrate** 11g | % Da |
| Dietary Fiber 0g | |
| Sugars 2g | |
| **Protein** 2g | |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C 0% | |
| Thiamin 8% | • | Riboflavin 4% | |
| | | Calcium 0% | |
| | | Niacin 6% | |

7391_01_A03

**INGREDIENTS: WHEAT FLOUR**, WATER, HIGH FRUCTOSE CORN SYRUP, VEGETABLE SHORTENING (PAL... YEAST, WHEAT GLUTEN, IODIZED SALT, MONOCALCIUM PHOSPHATE, AMMONIUM CHLORIDE... MONONITRATE, RIBOFLAVIN, NIACIN, REDUCED IRON, TBHQ (ANTIOXIDANT), ARTIFICIAL COLOR (Y... ...C SULFATE, ZINC OXIDE. **CONTAINS TRACES OF MILK AND SESAME SEEDS.**

14 Slices Package



## Nutrition Facts

**Amount Per Serving**

| | % Daily Value* |
|---|---|
| **Total Fat** 1.5g | 2% |
| Saturated Fat 1g | 5% |
| Trans Fat 0g | |
| Polyunsaturated Fat 0g | |
| Monounsaturated Fat 0.5g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 90mg | 4% |
| **Total Carbohydrate** 11g | 4% |
| Dietary Fiber 0g | 0% |
| Sugars 2g | |
| **Protein** 2g | |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C 0% | |
| Calcium 0% | • | Iron 4% | |
| Riboflavin 4% | • | Niacin 6% | • Folate 4% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**INGREDIENTS:** ...G FRUCTOSE CORN SYRUP, VEGETABLE SHORTENING (PALM AND/OR FRACTIONATED PALM AND/OR SOYBEAN OILS), ...T, MONOCALCIUM PHOSPHATE, AMMONIUM CHLORIDE, DATEM, **SOY LECITHIN**, COTTONSEED OIL, THIAMINE ...UCED IRON, TBHQ (ANTIOXIDANT), ARTIFICAL COLOR (YELLOW 5, RED 40), AZODICARBONAMIDE, FOLIC ACID, TRACES OF MILK AND SESAME SEEDS.

Bimbo® (pronounced Beembo) Toasted Bread is an entirely different kind of bread. It's born toasted! Bimbo Bakeries has combined 65 years of baking experience to create this delicious toasted bread that has all the crunchy goodness and flavor of toast but with no toasting required! Bimbo Toasted Bread is perfect with your favorite toppings, like butter, jam, or cream cheese, and makes a quick-and-easy breakfast. It's also great as an accompaniment to soup or for making last-minute appetizers. Add a little variety - and a little crunch - to your day with Bimbo Toasted Bread!

Bread born toasted!