# Exhibit E



## Nutrition Facts

Serving Size 1 Slice (28g)
Servings Per Container 16

Calories 70    Calories from Fat 10

| Amount/Serving | % Daily Value* | Amount/Serving | % Daily Value* |
|---|---|---|---|
| Total Fat 1g | 1% | Sodium 100mg | 4% |
| Saturated Fat 0g | 0% | Total Carbohydrate 13g | 4% |
| Trans Fat 0g | | Dietary Fiber 2g | 8% |
| Polyunsaturated Fat 0g | | Sugars 2g | |
| Monounsaturated Fat 0g | | Protein 3g | |
| Cholesterol 0mg | 0% | | |

Vitamin A 0% • Vitamin C 0% • Calcium 6% • Iron 4%
Thiamin 6% • Riboflavin 2% • Niacin 6% • Folic Acid 4%

**INGREDIENTS:** WHOLE WHEAT FLOUR, WATER, HIGH FRUCTOSE CORN SYRUP, WHEAT GLUTEN, YEAST, BROWN SUGAR. CONTAINS 2% OR LESS OF THE FOLLOWING: (SOYBEAN AND/OR COTTONSEED OILS), SALT, HONEY, WHEAT BRAN, DOUGH CONDITIONERS (MAY CONTAIN ONE OR MORE OF THE FOLLOWING: AND DIGLYCERIDES, SODIUM STEAROYL LACTYLATE, CALCIUM PEROXIDE, DATEM, ASCORBIC ACID, AZODICARBONAMIDE, ENZYMES), CALCIUM MONOCALCIUM PHOSPHATE, CALCIUM SULFATE, AMMONIUM SULFATE), CORN STARCH, CALCIUM PROPIONATE (PRESERVATIVE), SOY LECITHIN. **CONTAINS WHEAT, SOY AND MILK**

242979    SARA LEE, DOWNERS GROVE, IL 60515 USA   © 2009 SARA LEE CORPORATION

* THIS PRODUCT PROVIDES 14g OF WHOLE GRAIN IN A 1 SLICE SERVING. USDA RECOMMENDS CONSUMING 48g OF WHOLE GRAIN EVERY DAY.

**100% WHOLE GRAIN**

28g or more per serving**

EAT 48g OR MORE OF WHOLE GRAINS DAILY

** in 2 slices

WholeGrainsCouncil.org

MyP
STEPS T
SOURCE: U.S. D
USDA doe
servi

| | % Daily Value* |
|---|---|
| ...hydrate 13g | 4% |
| ...r g | 8% |
| Folic Acid | 4% |
| Iron | 4% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

...UAR. CONTAINS 2% OR LESS OF EACH OF THE FOLLOWING: VEGETABLE OIL ...R MORE OF THE FOLLOWING: MONO- AND DIGLYCERIDES, ETHOXYLATED MONO- ...AMIDE, ENZYMES), CALCIUM SULFATE, DISTILLED VINEGAR, YEAST NUTRIENTS ...RESERVATIVE), SOY LECITHIN, MILK, SOY FLOUR.

...RA LEE CORPORATION
...OLE GRAIN EVERY DAY.

12030-0699-0509



LDPE