# Exhibit F

me Great Taste!

## Sara Lee

### 100% Whole Wheat

**Excellent Source of Whole Grain***

Excellent Source of Calcium

Good Source of Fiber

# Nutrition Facts

Serving Size 2 Slices (57g)
Servings Per Container 10

Calories 150    Calories from Fat 20
Calories Per Slice 70    Calories from Fat 10

| Amount/Serving | % Daily Value* 2 SLICES 1 SLICE | | Amount/Serving | % Daily Value* 2 SLICES 1 SLICE | |
|---|---|---|---|---|---|
| **Total Fat** 2g, 1g | 3% | 2% | **Sodium** 210mg, 100mg | 9% | 4% |
| Saturated Fat 0.5g, 0g | 3% | 0% | **Total Carbohydrate** 27g, 13g | 9% | 4% |
| Trans Fat 0g, 0g | | | Dietary Fiber 4g, 2g | 15% | 8% |
| Polyunsaturated Fat 1g, 0.5g | | | Sugars 5g, 2g | | |
| Monounsaturated Fat 0g, 0g | | | **Protein** 7g, 3g | | |
| **Cholesterol** 0mg, 0mg | 0% | 0% | | | |

| Vitamin A | 0% | 0% | Thiamin | 10% | 6% |
| Vitamin C | 0% | 0% | Riboflavin | 6% | 2% |
| Calcium | 25% | 10% | Niacin | 10% | 6% |
| Iron | 8% | 4% | Folic Acid | 6% | 4% |
| Vitamin D | 15% | 6% | | | |

**INGREDIENTS:** WHOLE WHEAT FLOUR, WATER, HIGH FRUCTOSE CORN SYRUP, WHEAT GLUTEN, SUGAR, YEAST. CONTAINS 2% OR LESS OF THE FOLLOWING: MONO- AND DIGLYCERIDES, ETHOXYLATED MONO- AND DIGLYCERIDES, SODIUM STEAROYL LACTYLATE, CALCIUM STEAROYL LACTYLATE, CALCIUM PEROXIDE, DATEM, ASCORBIC ACID, AZODICARBONAMIDE, ENZYMES), WHEAT BRAN, GUAR GUM, CALCIUM SULFATE, SALT, DOUGH CONDITIONERS (MAY CONTAIN ONE OR MORE OF THE FOLLOWING: MONO- AND DIGLYCERIDES, ETHOXYLATED MONO- AND DIGLYCERIDES, SODIUM STEAROYL LACTYLATE, CALCIUM STEAROYL LACTYLATE, CALCIUM PEROXIDE, DATEM, ASCORBIC ACID, AZODICARBONAMIDE, ENZYMES), WHEAT BRAN, GUAR GUM, CALCIUM SULFATE, AMMONIUM SULFATE), CORN STARCH, VITAMIN D. **CONTAINS WHEAT, SOY AND MILK**

PRODUCT PROVIDES 28g OF WHOLE GRAIN IN A 2 SLICE SERVING. USDA RECOMMENDS CONSUMING 48g OF WHOLE GRAIN EVERY DAY.

**SARA LEE, DOWNERS GROVE, IL 60515 USA** © 2010 SARA LEE CORPORATION



| % Daily Value* | | |
|---|---|---|
| 2 SLICES | 1 SLICE | |
| 9% | 4% | Total Fat |
| 9% | 4% | Sat Fat |
| | | Cholesterol |
| 15% | 8% | Sodium |
| | | Total Carbohydrate |
| | | Dietary Fiber |
| 10% | 6% | |
| 6% | 2% | |
| 10% | 6% | |
| 6% | 4% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

CONTAINS 2% OR LESS OF EACH OF THE FOLLOWING: SOYBEAN OIL, ID DIGLYCERIDES, ETHOXYLATED MONO- AND DIGLYCERIDES, SODIUM EAT BRAN, GUAR GUM, DISTILLED VINEGAR, CALCIUM PROPIONATE ORN STARCH, VITAMIN D3, SOY LECITHIN, MILK, SOY FLOUR.

LEE CORPORATION

8790-0668-0310



