1  Pierce Gore (SBN 128515)
   PRATT & ASSOCIATES
2  1871 The Alameda, Suite 425
3  San Jose, CA 95126
   Telephone: (408) 369 0800
4  Fax:  (408) 369-0752
   pgore@prattattorneys.com
5
6  Keith M. Fleischman (admitted *pro hac vice*)
   Bradley F. Silverman (admitted *pro hac vice*)
7  THE FLEISCHMAN LAW FIRM, PLLC
   565 Fifth Avenue, Seventh Floor
8  New York, New York 10017
   Telephone: (212) 880-9571
9  Fax:  (917) 591-5245
   keith@fleischmanlawfirm.com
10 bsilverman@fleischmanlawfirm.com
11
   *Attorneys for Plaintiffs*
12
                IN THE UNITED STATES DISTRICT COURT
13
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

| 16 | ALEX ANG and LYNNE STREIT, individually and on behalf of all others similarly situated, | Case No. CV13-01196-HSG (NC) |
|---|---|---|
| 17 | | **DECLARATION OF BRADLEY F. SILVERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, FOR APPOINTMENT OF CLASS REPRESENTATIVES, AND FOR APPOINTMENT OF CLASS COUNSEL AND REQUEST FOR JUDICIAL NOTICE** |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | BIMBO BAKERIES USA, INC., | |
| 21 | Defendant. | |
| 22 | | Hearing Date: April 23, 2015<br>Time: 2:00 p.m.<br>Location: Courtroom 15, 18th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

# EXHIBITS 13-22

DECLARATION OF BRADLEY F. SILVERMAN
CASE NO. CV13-01196-HSG (NC)