Exhibit 14

BBUSA_ANG0158029



# Wheat Bread Research
## ~ Preliminary Slides ~

December 8, 2011

Prepared by:



BBUSA_ANG0158030



# Wheat Bread Claims

MRS BAIRDS

© 2011

*Decision Analyst*

2



# Nutritional Claims Ratings
## (Interest - Top-Two Box)

**MRS BAIRD'S**

Of Most Interest

Of Least Interest

| | Honey Wheat | 100% Whole Wheat |
|---|---|---|
| Made with whole grains | 86 | 94* |
| High in fiber | 86 | 92* |
| Heart healthy | 86 | 89 |
| Good source of calcium | 81 | 83 |
| Good source of antioxidants | 76 | 80 |
| Contains more vitamins, such as A, D, B6, and E | 77 | 78 |
| Does not have preservatives | 71 | 80* |
| Low in calories | 74 | 76 |
| Low in fat | 74 | 75 |
| Does not have artificial flavors | 69 | 79* |
| Does not contain bleached or refined flour | 69 | 78* |
| No high fructose corn syrup | 69 | 76* |
| Low in sugar | 69 | 76* |
| Does not have artificial colors | 68 | 76* |
| Low in sodium | 66 | 71 |
| Low in carbohydrates | 65 | 71 |
| Low in salt | 66 | 70 |
| Contains minerals, such as magnesium, zinc, and folic acid | 64 | 70 |
| Has no ADA (Azodicarbonamide) | 48 | 55* |
| Gluten free | 39 | 38 |

NOwn Honey
MrsB Honey

NOwn 100%
MrsB 100%

Base:         P1 Respondents: n = 271 Honey Wheat Consumers; n = 271 100% Whole Wheat Consumers
Decision Analyst Question:   P1 Q13. What effect, if any, would each statement have on your interest to buy [100% Whole Wheat/Honey Wheat] bread?

© 2011

3

BBUSA_ANG0158031



# Claims Benefits Package Comparisons

- Honey Wheat consumers preferred the group of claims on the Mrs Baird's Honey Wheat package more than the group of claims on the Nature's Own Honey Wheat package.
- The same thing occurred with the 100% Whole Wheat package claims comparison.



Honey Wheat Package Comparison

100% Whole Wheat Package Comparison

Base:       P2 Respondents; n = 234 Honey Wheat Consumers; n = 239 100% Whole Wheat Consumers
Question:   P2 Q8. Each of these packages contains several benefits messages.  Thinking about the benefits highlighted on each package, which group of
            benefits would you say is most appealing?

© 2011

BBUSA_ANG0158032

4



# Claims Benefits Package Comparisons

- Consumers who prefer the Mrs Baird's package claims tend to like *Rich in antioxidants.*
  - 100% Whole Wheat consumers liked *Certified by the American Heart Association* the best.

- The most appealing claim on either Nature's Own package was *No high fructose corn syrup.*

### Mrs Baird's 100% WW Wheat Package Claims Ranking
#1: Certified by the American Heart Association (Low in saturated fat & cholesterol) (36%)
#2: Rich in antioxidants (27%)
#3: 15 grams of whole grain per serving (22%)
#4: Vitamins A & E (11%)
#5: No artificial colors or flavors (4%)

### Mrs Baird's Honey Wheat Package Claims Ranking
#1: Rich in antioxidants (53%)
#2: Vitamins A & E (29%)
#3: No artificial colors or flavors (13%)
#4: Good source of Vitamin B1 Thiamin (4%)

### Nature's Own 100% WW Wheat Package Claims Ranking
#1: No high fructose corn syrup (56%)
#2: No artificial preservatives (21%)
#3: 14 grams of whole grain per slice (9%)
#4: Heart healthy (9%)
#5: No artificial colors or flavors (6%)

### Nature's Own Honey Wheat Package Claims Ranking
#1: No high fructose corn syrup (46%)
#2: No artificial preservatives (36%)
#3: No artificial colors or flavors (18%)

Base: P2 Respondents; n = 137 Preferred Claims on the Mrs Baird's Honey Wheat Package, n = 125 Preferred Claims on the Mrs Baird's 100% Whole Wheat Package, n = 78 Preferred Claims on the Nature's Own Honey Wheat Package, n = 88 Preferred Claims on the Nature's Own 100% Whole Wheat Package

Question: P2 Q9. Which one benefit message from the package you selected would most influence your likelihood to buy that brand?

5

© 2011

BBUSA_ANG0158033



# Nutritional Claims Rankings

- Honey Wheat consumers are most interested in buying wheat bread that claims to be *Heart healthy. Made with whole grains* and *100% whole wheat* are also claims that prompt interest.

- *100% Whole Wheat* consumers, on the other hand, are most interested in wheat bread that is *100% Whole Wheat. Made with whole grains* is also interesting to this group.



**100% Whole Wheat Consumers**

| | #1 Ranking | #2 Ranking | Total Ranking |
|---|---|---|---|
| Heart healthy | 7% | 12% | 19% |
| Made with whole grains | 17% | 17% | 33% |
| 100% whole wheat | 31% | 18% | 49% |
| High in fiber | 8% | 18% | 26% |
| No high fructose corn syrup | 18% | 8% | 25% |
| Does not have artificial preservatives | 11% | | 17% |
| American Heart Association Certified | 12% | 8% | 20% |
| Does not have artificial colors | | | 4% |
| Does not have artificial flavors | | | 3% |
| Low in sodium | | | 4% |

**Honey Wheat Consumers**

| | #1 Ranking | #2 Ranking | Total Ranking |
|---|---|---|---|
| Heart healthy | 21% | 15% | 36% |
| Made with whole grains | 17% | 15% | 32% |
| 100% whole wheat | 16% | 14% | 30% |
| High in fiber | 9% | 17% | 26% |
| No high fructose corn syrup | 16% | 7% | 23% |
| Does not have artificial preservatives | 8% | 14% | 2% |
| American Heart Association Certified | 6% | 6% | 12% |
| Does not have artificial colors | | | 7% |
| Does not have artificial flavors | 6% | | 7% |
| Low in sodium | 3% | | 6% |

Base:       P2 N = 473 Total Respondents, with n = 234 Honey Wheat Consumers and n = 239 100% Whole Wheat Consumers
Questions:  P2 Q43.  Which of the following statements would make you most interested in buying [Honey Wheat/100% Whole Wheat] bread?
            P2 Q44.  Now consider the other statements. Which of the remaining statements would make you most interested in buying [Honey Wheat/100% Whole Wheat] bread?



BBUSA_ANG0158034

© 2011

6



# Local Claims Statement Ratings

- Approximately 2/3 of respondents would be persuaded by a local Texas statement (one-third of respondents would not ).
- Honey Wheat consumers preferred *A Texas tradition since 1908*.
- 100% Whole Wheat consumers, on the other hand, preferred *Texas Born. Texas Bread.*

| | Honey Wheat Consumers | 100% Whole Wheat Consumers |
|---|---|---|
| A Texas tradition since 1908 | 30%* | 21% |
| Texas Born. Texas Bread. | 21 | 26 |
| A Baking Tradition since 1908 | 13 | 16 |
| Native Texan | 5 | 3 |
| Go Texan. | 1 | 1 |
| None would influence my decision | 30 | 33 |



© 2011

Base:      P2 n = 234 Honey Wheat Consumers; n = 239 100% Whole Wheat Consumers
Question:  P2 Q54. Which of the following statements about Honey Wheat/100% Whole Wheat bread would make you most interested in buying it?

BBUSA_ANG0158035

7



Current Package Test



BBUSA_ANG0158036

8

© 2011

BBUSA_ANG0158037

**MRS BAIRD'S**

## Current Package Test Summary

- The current **Nature's Own package scored higher** than the current Mrs Baird's package on all key package test metrics.  This was true for both the Honey Wheat and the 100% Whole Wheat packages.

- It was easier for consumers to find and read the nutritional facts and ingredients on the current **Mrs Baird's packages compared to the current Nature's Own packages.**

- It was more difficult, however, for consumers to find the expiration date on the Mrs Baird's packages than on the Nature's Own packages.

- **In general, consumers liked the Nature's Own logo better** than the Mrs Baird's logo.

- **100% Whole Wheat consumers liked the appearance of the grains on the top of the Mrs Baird's loaf,** and they also liked the shape of the loaf and thought the loaf felt fresher.

© 2011



9

# Current Package Test Ratings

**MRS BAIRD'S**

  

| | Mrs Baird's Honey Wheat | Nature's Own Honey Wheat | Mrs Baird's 100% Whole Wheat | Nature's Own 100% Whole Wheat |
|---|---|---|---|---|
| | A | B | C | D |
| Overall rating (top-two box) | 93 | 96 | 90 | 96 |
| Package preference | 31 | 53A | 40 | 49C |
| Likelihood to notice package (top-two box) | 83 | 91A | 84 | 86 |
| Likelihood to notice name of brand (top-tow box) | 90 | 94 | 87 | 94C |
| Persuasion to buy (top-two box) | 67 | 77A | 63 | 70 |

Base:       P2 N = 473 Home-Use Respondents, with n = 234 Honey Wheat Consumers and n = 239 100% Whole Wheat Consumers
Questions:  P2 Q1. If you were walking down the aisle in a store looking at packages on the shelves, how likely would you be to notice the package?
            P2 Q2. If you were walking down the aisle in a store looking at packages on the shelves, how likely would you be to notice the name of the brand on this package?
            P2 Q3. If you saw this package in a store, would it persuade you to buy the brand? Based only on this package, would you...?
            P2 Q4. What is your overall rating of the Mrs Baird's package design?
            P2 Q10. Which of these two packages do you like the best, overall?

© 2011       *Decision Analyst*

BBUSA_ANG0158038

10

BBUSA_ANG0158039

11



New Package Test

© 2011   Decision Analyst



MRS BAIRD'S

# New Package Test Summary

- **Consumers preferred the new package with the stacked logo and wheat stalk image.**





- This new package preference was true for both Honey Wheat and 100% Whole Wheat consumers, although preference for this design was a bit stronger for 100% Whole Wheat consumers.

- **This package design was preferred over the current Mrs Baird's package designs as well as the current Nature's Own design.**

© 2011    Decision Analyst

BBUSA_ANG0158040

12

## Honey Wheat New Package Ratings
## New Design Comparisons



WINNER



**Versus**

| | MRS BAIRD'S | | Winner |
|---|---|---|---|
| Package Preference | 30% | | 70%* |
| Likelihood to Notice the Package (Top-two box) | 74 | | 79 |
| Persuasion to Buy the Brand (Top-two box) | 56 | | 65* |
| Overall Package Design Rating (Excellent/Good) | 74 | | 88* |
| Colors on the Package  (Excellent/Good) | 85 | | 88 |
| Brand Logo on the Package (Excellent/Good) | 83 | | 90* |
| Pictures/Images on the Package (Excellent/Good) | 67 | | 82* |



Base:      P2 n = 234 Home-Use Honey Wheat Consumers
Questions:  P2 Q45x/y: If you were walking down the aisle in a store looking at packages on the shelves, how likely would you be to notice the package?
            P2 Q46x/y: If you saw this package in a store, would it persuade you to buy the brand? Based only on the package, would you...?
            P2 Q47x/y: What is your overall rating of the package design?
            P2 Q48x/y: How would you rate this package on each of the following?
            P2 Q49: Which package would most influence you in buying Mrs Baird's?

© 2011      Decision Analyst

13

BBUSA_ANG0158041



# Honey Wheat New Package Ratings
## New Design Comparisons



**WINNER**

**Versus**

| | Mrs Baird's | Winner |
|---|---|---|
| Package Preference | 16% | 84%* |
| Likelihood to Notice the Package (Top-two box) | 76 | 90* |
| Persuasion to Buy the Brand (Top-two box) | 54 | 66* |
| Overall Package Design Rating (Excellent/Good) | 71 | 85* |
| Colors on the Package  (Excellent/Good) | 75 | 88* |
| Brand Logo on the Package (Excellent/Good) | 81 | 92* |
| Pictures/Images on the Package (Excellent/Good) | 62 | 82* |

Base:       P2 n = 239 Home-Use 100% Whole Wheat Consumers
Questions:  P2 Q45x/y. If you were walking down the aisle in a store looking at packages on the shelves, how likely would you be to notice the package?
            P2 Q46x/y. If you saw this package in a store, would it persuade you to buy the brand? Based only on the package, would you...?
            P2 Q47x/y. What is your overall rating of the package design?
            P2 Q48x/y. How would you rate this package on each of the following?
            P2 Q49. Which package would most influence you in buying Mrs Baird's?

Decision Analyst

© 2011

14

BBUSA_ANG0158042



# New Package Design Comparisons Versus Current Design and Natures Own

## MRS BAIRD'S

### New Design Versus Current Design



| Prefer | No Preference | Prefer |
|---|---|---|
| 60% | 7% | 33% |

### New Design Versus Nature's Own Design



| Prefer | No Preference | Prefer |
|---|---|---|
| 41% | 13% | 46% |

Base:      P2 n = 70 Honey Wheat Consumers who Preferred This New Package Design
Questions: P2 QS2. Please tell us if you prefer your favorite new Mrs Baird's package, or the current Mrs Baird's package.
P2 QS3. Please tell us if you prefer your favorite new Mrs Baird's package, or the current Nature's Own package.

© 2011    DecisionAnalyst

BBUSA_ANG0158043

15

# New Package Design Comparisons Versus Current Design and Natures Own

**MRS BAIRD'S**





**WINNER**



### New Design Versus Current Design

| Prefer → | No Preference | ← Prefer |
|---|---|---|
| 73% | 6% | 21% |

### New Design Versus Nature's Own Design

| Prefer → | No Preference | ← Prefer |
|---|---|---|
| 55% | 14% | 31% |



Base:       P2 n = 164 Honey Wheat Consumers who Preferred This New Package Design
Questions:  P2 Q52. Please tell us if you prefer your favorite new Mrs Baird's package, or the current Mrs Baird's package.
            P2 Q53. Please tell us if you prefer your favorite new Mrs Baird's package, or the current Nature's Own package.



© 2011   *DecisionAnalyst*

BBUSA_ANG0158044

16

BBUSA_ANG0158045

# New Package Design Comparisons Versus Current Design and Natures Own

**MRS BAIRD'S**








## New Design Versus Current Design

| ← Prefer | No Preference | Prefer → |
|---|---|---|
| 51% | 18% | 31% |

## New Design Versus Nature's Own Design

| ← Prefer | No Preference | Prefer → |
|---|---|---|
| 62% | 7% | 31% |





Base:       P2 n = 39 100% Whole Wheat Consumers who Preferred This New Package Design
Questions: P2 Q52. Please tell us if you prefer your favorite new Mrs Baird's package, or the current Mrs Baird's package.
          P2 Q53. Please tell us if you prefer your favorite new Mrs Baird's package, or the current Nature's Own package.

© 2011        *Decision Analyst*

17



# MRS BAIRD'S

## New Package Design Comparisons Versus Current Design and Natures Own

WINNER











### New Design Versus Current Design

| Prefer ← | No Preference | Prefer → |
|---|---|---|
| 76% | 11% | 14% |

### New Design Versus Nature's Own Design

| Prefer ← | No Preference | Prefer → |
|---|---|---|
| 55% | 10% | 35% |




Base:        P2 n = 200 100% Whole Wheat Consumers who Preferred This New Package Design
Questions:  P2 Q52. Please tell us if you prefer your favorite new Mrs Baird's package, or the current Mrs Baird's package.
                P2 Q53. Please tell us if you prefer your favorite new Mrs Baird's package, or the current Nature's Own package.

© 2011



Decision Analyst

BBUSA_ANG0158046

18