# Exhibit 15

| | |
|---|---|
| **From:** | Lisa Accardo |
| **Sent:** | Tuesday, September 01, 2009 4:45 PM |
| **To:** | Alicia Rosas |
| **Subject:** | whole grains |

Hi Alicia,
We (highly) do not recommend using good and excellent source in conjunction with whole grains. The FDA has not defined the recommended daily intake for whole grains as they have done with fiber, protein, etc.

I recommend either stating the facts: "5/16 grams of whole grain per em/bagel/serving" or going with the old favorite: MADE WITH whole grains.

I hope this helps.......Lisa

Lisa Accardo
Quality Assurance Labeling Manager
Bimbo Bakeries USA
631.951.5064 office
631.951.5322 fax
LAccardo@BBUmail.com