# Exhibit 16

| | |
|---|---|
| **From:** | Lisa Accardo |
| **Sent:** | Tuesday, April 13, 2010 4:36 PM |
| **To:** | Gerard Eckhardt |
| **Subject:** | whole grains |

Hi Jerry-

In order to say MADE WITH WHOLE GRAINS, we need at minimum 5 grams of whole grain per serving or reference, whichever is lower.

Since there is no official FDA recommended daily intake for whole grains, we can not claim GOOD SOURCE in conjunction with whole grains.

Lisa Accardo
Regulatory Manager
Bimbo Bakeries USA
631.951.5064 office
631.951.5322 fax
L.Accardo@BBUmail.com

1

BBUSA_ANG0324558