# Exhibit 17

**From:** Lisa Accardo
**Sent:** Wednesday, June 27, 2012 8:09 AM
**To:** Kara Reddy (GWB); Rick Weger
**Subject:** RE: Ignore previous email - Please see these copy lines

Hi Kara –

This is very different from what we saw previously.

Healthfull 45 is an EXCELLENT source of fiber. Whole grain content cannot be used in conjunction with "good/excellent source". With the one change below, all looks good, but please give Rick a chance to review as well.

See below.

Lisa Accardo
Regulatory Labeling Manager - East
631.951.5064 phone
LAccardo@BBUmail.com

---

**From:** Kara Reddy (GWB)
**Sent:** Tuesday, June 26, 2012 10:47 PM
**To:** Lisa Accardo; Rick Weger
**Subject:** Ignore previous email - Please see these copy lines
**Importance:** High

Hi Guys,

We had to switch up the direction for the FSI that you had already approved – please see copy options below that would go next to the corresponding product. Please let me know any comments/concerns.

Thanks!!


Additional Copy Options:

<45>

45 calories per slice. ~~Good~~ Excellent source of fiber. Delicious whole grain taste you can count on.

45 calories per slice, with fiber & whole grains. Proof that good can be delicious.


<SPROUTED>

Baked with sprouted grains and natural ingredients. Great taste and good for you.


Kara Reddy Wynn
Brand Manager - Western Premium Bread Brands
366 S Acacia Ave
Fullerton, CA 92831

BBUSA_ANG0315259

Cell Phone: 323 314-1530
Fax: 714 441-3435

EMAIL ADDRESS: kreddy2@bbumail.com

BBUSA_ANG0315260