# Exhibit 21

# Exhibit 21

