# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ALEX ANG and LYNNE STREIT, individually and on behalf of all others

Plaintiff(s),

v.

BIMBO BAKERIES USA, INC.,

Defendant(s).

Case No: CV13-01196-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brian Herrington, an active member in good standing of the bar of S. D. of Mississippi, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Alex Ang and Lynne Streit in the above-entitled action. My local co-counsel in this case is Ben Pierce Gore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 927<br>Lexington, MS 39095 | 1871 The Almeda, Suite 425<br>San Jose, CA 95126 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (662) 834-9138 | (408) 429-6506 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bherrington@barrettlawgroup.com | pgore@prattattorneys.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 10204.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/19/15

Brian Herrington
APPLICANT

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian Herrington is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/19/2015

Haywood S. Gill Jr.
United States District Judge

PRO HAC VICE APPLICATION & ORDER

October 2012

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN     **DISTRICT OF**     MISSISSIPPI

**CERTIFICATE OF GOOD STANDING**

*I,*    ARTHUR JOHNSTON    *, Clerk of this Court,*

*certify that*    Brian K. Herrington    *, Bar #*    10204    ,

*was duly admitted to practice in this Court on*

October 23, 1995    *, and is in good standing*
*DATE*

*as a member of the Bar of this Court.*

*Dated at*    Jackson, Mississippi    *on*    October 29, 2014    .
*LOCATION*           *DATE*

ARTHUR JOHNSTON        *Katherine H. Alexander*
*CLERK*                              *DEPUTY CLERK*