HOGAN LOVELLS US LLP
Mark C. Goodman (Bar No. 154692)
Ethan A. Miller (Bar No. 155965)
David W. Skaar (Bar No. 265377)
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
mark.goodman@hoganlovells.com
ethan.miller@hoganlovells.com
david.skaar@hoganlovells.com

*Attorneys for Defendant*
BIMBO BAKERIES USA, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 13-CV-1196-HSG (NC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE ITS OPPOSITION TO THE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

This matter came before the Court on Defendant Bimbo Bakeries USA, Inc.'s Request for an Extension of Time to File Its Opposition to Plaintiffs' Motion for Class Certification (the "Request"). The Court, having considered that Request, and all documents filed in relation thereto:

HEREBY ORDERS that the Request is GRANTED and that the deadline for Defendant to file its opposition to the plaintiffs' motion for class certification is hereby extended from March 4, 2015, to March 25, 2015.

Dated: February 24, 2015

_/s/ Haywood S. Gilliam, Jr._
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge