UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ANG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>    Defendant. | Case No. 13-cv-01196-HSG<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. Nos. 117, 118, 119 |

    This matter is before the Court on Defendant Bimbo Bakeries USA, Inc.'s Request for an Extension of Time to File Its Opposition to Plaintiffs' Motion for Class Certification (the "Request"). Having considered that Request, the Opposition and the Reply, the Court sets the following briefing schedule:

| | |
|---|---|
| April 6, 2015 | Opposition to Class Certification Motion Due |
| April 17, 2015 | Reply in Support of Class Certification Motion Due |
| April 23, 2015 | Hearing on Motion for Class Certification. This date will not be moved. |

    To be clear: the Court expects the parties to meet and confer and work in good faith to come to agreement regarding routine matters such as deposition scheduling and briefing schedules without the Court's intervention. No party should view the meet and confer process regarding these matters as an opportunity to angle for tactical advantage or extract concessions. The Court is amazed that even this simple issue has generated fifty pages of briefing and declarations, filled with dueling accusations of bad motives and improper conduct. The parties should understand that this pattern of being unable to agree on even the most basic matters is not helping either side's cause. The Court expects a renewed and robust good-faith commitment to work out agreements

without Court involvement whenever possible, and strongly believes that such matters should be resolvable without its intervention in the vast majority of instances.

**IT IS SO ORDERED.**

Dated:   3/20/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge