**Exhibit 1**
**Presence of Heart-Check Mark on Labels of Selected Products At Issue**
**Heart-Check Class**
3/18/2009 – 3/31/2015



Source:  Defendant's Responses to Plaintiffs' Third Set of Interrogatories, 2/20/15; Declaration of Kenneth W. Gerhart, 2/4/15; Plaintiffs' Motion for Class Certification.
Note:  Included products are those purchased by the Heart Check Class defined in the Motion for Class Certification and for which a change in the presence of the allegedly false and misleading statements is observed, regardless of whether product is sold in California.  Products not shown include those for which no change was observed.

**Exhibit 2**
**Presence of '"Excellent' or Good Source of Whole Grains" on Labels of Selected Products At Issue**
**Whole Grain Class**
3/18/2009 − 3/31/2015



Source:  Defendant's Responses to Plaintiffs' Third Set of Interrogatories, 2/20/15; Declaration of Kenneth W. Gerhart, 2/4/15; Plaintiffs' Motion for Class Certification.
Note:  Included products are those purchased by the Whole Grain Class defined in the Motion for Class Certification and for which a change in the presence of the allegedly false and misleading statements is observed, regardless of whether product is sold in California.  Products not shown include those for which no change was observed.

**Exhibit 3**
**Presence of Added Coloring in the Ingredients Lists on Selected Products At Issue Labeled "Bread"**
**Added Coloring Class**
3/18/2009 – 3/31/2015



Source:  Defendant's Responses to Plaintiffs' Third Set of Interrogatories, 2/20/15; Declaration of Kenneth W. Gerhart, 2/4/15; Plaintiffs' Motion for Class Certification.
Note:  Included products are those purchased by the Added Coloring Class defined in the Motion for Class Certification and for which a change in the presence of the allegedly false and misleading statements is observed, regardless of whether product is sold in California.  Products not shown include those for which no change was observed.

**Exhibit 4**
**Presence of Soy Flour in the Ingredients Lists of Selected Products At Issue Labeled "100% Whole Wheat"**
**Whole Wheat Class**
3/18/2009 – 3/31/2015



Source: Defendant's Responses to Plaintiffs' Third Set of Interrogatories, 2/20/15; Declaration of Kenneth W. Gerhart, 2/4/15; Plaintiffs' Motion for Class Certification.
Note: Included products are those purchased by the Whole Wheat Class defined in the Motion for Class Certification and for which a change in the presence of the allegedly false and misleading statements is observed, regardless of whether product is sold in California. Products not shown include those for which no change was observed.



**Exhibit 5A**
**Prices at Retailers in California**
**Bimbo Original Toasted Bread (7.4OZ)**
**Added Coloring Class**
**2010 – 2013**

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.



**Exhibit 5B**
**Prices at Retailers in California**
**Bimbo Original Toasted Bread (8.82OZ)**
**Added Coloring Class**
**2010 – 2013**

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.



**Exhibit 6A**
**Prices at Retailers in California**
**Sara Lee Classic 100% Whole Wheat Bread (16OZ)**
**Whole Grain Class; 100% Whole Wheat Class**
**2010 – 2013**

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.

# Exhibit 6B
## Prices at Retailers in California
## Sara Lee Classic 100% Whole Wheat Bread (20OZ)
## Whole Grain Class; 100% Whole Wheat Class
## 2010 – 2013



Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.



**Exhibit 6C**
**Prices at Retailers in California**
**Sara Lee Classic 100% Whole Wheat Bread (40OZ)**
**Whole Grain Class; 100% Whole Wheat Class**
**2010 – 2013**

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.



**Exhibit 6D**
**Prices at Retailers in California**
**Sara Lee Soft & Smooth 100% Whole Wheat Bread**
**Whole Grain Class; 100% Whole Wheat Class**
**2010 – 2013**

Source: BBUSA_ANG000004.xlsx
Note: Data covers the California locations for the following retailers: ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target. For SaveMart, the data is aggregated to a level that may include retail locations outside of California. Each diamond in a given year represents a unique retailer. For retailers with multiple California locations, a weighted average price is calculated using yearly units.

# Exhibit 6E
## Prices at Retailers in California
## Sara Lee Soft & Smooth 100% Whole Wheat Bread (20OZ)
## Whole Grain Class; 100% Whole Wheat Class
## 2010 – 2013



Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.



**Exhibit 6F**
**Prices at Retailers in California**
**Sara Lee Soft & Smooth 100% Whole Wheat Bread (24OZ)**
**Whole Grain Class; 100% Whole Wheat Class**
**2010 – 2013**

Source: BBUSA_ANG000004.xlsx
Note: Data covers the California locations for the following retailers: ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target. For SaveMart, the data is aggregated to a level that may include retail locations outside of California. Each diamond in a given year represents a unique retailer. For retailers with multiple California locations, a weighted average price is calculated using yearly units.



**Exhibit 7A**
**Prices at Retailers in California**
**Sara Lee Soft & Smooth Whole Grain White Bread (16OZ)**
**Whole Grain Class**
**2010 – 2013**

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.

**Exhibit 7B**
**Prices at Retailers in California**
**Sara Lee Soft & Smooth Whole Grain White Bread (20OZ)**
**Whole Grain Class**
**2010 – 2013**



Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.

# Exhibit 7C
## Prices at Retailers in California
## Sara Lee Soft & Smooth Whole Grain White Bread (48OZ)
## Whole Grain Class
## 2010 – 2013



Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.



**Exhibit 8A**
**Prices at Retailers in California**
**Thomas Sahara 100% Whole Wheat Pita Pockets (12OZ)**
**100% Whole Wheat Class**
**2010 – 2013**

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.

**Exhibit 8B**
**Prices at Retailers in California**
**Thomas 100% Whole Wheat English Muffins (12OZ)**
**100% Whole Wheat Class**
**2010 – 2013**



Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.



**Exhibit 8C**
**Prices at Retailers in California**
**Thomas 100% Whole Wheat Mini Bagels (18OZ)**
**100% Whole Wheat Class**
**2010 – 2013**

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.



**Exhibit 9A**
**Prices at Retailers in California**
**Thomas Plain Bagel Thins (13OZ)**
**Heart-Check Class**
**2010 – 2013**

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.



# Exhibit 9B
## Prices at Retailers in California
## Thomas Everything Bagel Thins (13OZ)
## Heart-Check Class
## 2010 – 2013

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.

**Exhibit 9C**
**Prices at Retailers in California**
**Thomas Plain Bagel Thins (16.25OZ)**
**Heart-Check Class**
**2010 – 2013**



Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.



**Exhibit 9D**
**Prices at Retailers in California**
**Thomas Plain Bagel Thins (26OZ)**
**Heart-Check Class**
**2010 – 2013**

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.

**Exhibit 10A**
**Prices at Retailers in California**
**Thomas 100% Whole Wheat Bagel Thins (16.25OZ)**
**Heart-Check Class; 100% Whole Wheat Class**
**2010 – 2013**



Retail Price

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.



**Exhibit 10B**
**Prices at Retailers in California**
**Thomas 100% Whole Wheat Bagel Thins (13OZ)**
**Heart-Check Class; 100% Whole Wheat Class**
**2010 – 2013**

Source:  BBUSA_ANG000004.xlsx
Note:  Data covers the California locations for the following retailers:  ABS LLC, KMart, Kroger, Raleys, Safeway, SaveMart, Stater Bros and Target.  For SaveMart, the data is aggregated to a level that may include retail locations outside of California.  Each diamond in a given year represents a unique retailer.  For retailers with multiple California locations, a weighted average price is calculated using yearly units.