# Exhibit L

**Chart Showing the Corresponding Pages in the Final Transcripts
of the Depositions of Plaintiffs for Each Citation to the
<u>Rough Transcripts Made in Plaintiffs' Opening Brief</u>**

## DEPOSITION OF ALEX ANG

| Location of Cite in Opening Brief | Cited Pages from Rough Transcript | Corresponding Pages in Final Transcript |
|---|---|---|
| Page 2, Footnote 2 | Page 68, Page 73 | Pages 81-82, 87 |
| Page 3, Line 1 | Pages 195-96 | Pages 225-27 |
| Page 3, Line 10 | Pages 98-99 | Pages 114-16 |
| Page 3, Line 13 | Page 191 | Pages 221-22 |
| Page 4, Lines 1-2 | Pages 98-99 | Pages 114-16 |
| Page 4, Lines 1-2 | Pages 190-91 | Pages 220-22 |
| Page 4, Line 12 | Page 194 | Pages 224-25 |
| Page 4, Line 16 | Pages 193-94 | Pages 223-25 |
| Page 4, Line 22 | Pages 54, 190-91 | Pages 64-66, 220-22 |
| Page 4, Line 22 | Page 198 | Pages 230-31 |
| Page 4, Lines 24-25 | Pages 54, 190-91 | Pages 64-66, 220-22 |
| Page 4, Lines 24-25 | Page 198 | Pages 228-29 |
| Page 5, Line 3 | Pages 54, 190-91 | Pages 64-66, 220-22 |
| Page 5, Line 3 | Page 198 | Pages 228-29 |
| Page 16, Line 15 | Pages 190-200 | Pages 220-32 |
| Page 16, Footnote 13 | Page 190 | Pages 228-29 |

**DEPOSITION OF LYNNE STREIT**

| Location of Cites in Opening Brief | Cited Pages from Rough Transcript | Corresponding Pages in Final Transcript |
|---|---|---|
| Page 2, Footnote 2 | Page 123 | Page 138 |
| Page 3, Line 10 | Pages 90, 171 | Pages 101-02, 192 |
| Page 3, Line 16 | Pages 248-50 | Pages 278-80 |
| Page 3, Line 16 | Pages 253-54 | Pages 283-84 |
| Page 4, Line 2 | Pages 11, 171, 251 | Pages 16, 192, 281 |
| Page 4, Line 2 | Pages 255-56 | Pages 285-86 |
| Page 4, Line 22 | Pages 80-81, 251, 255 | Pages 90-92, 281, 285 |
| Page 4, Line 25 | Pages 248-50, 253 | Pages 278-80, 283 |
| Page 5, Line 3 | Pages 251-53, 255-56 | Pages 281-83, 285-86 |
| Page 16, Line 15 | Pages 250-56 | Pages 280-86 |