Exhibit M

ALEX ANG v.
BIMBO BAKERIES USA, INC.

---

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   ALEX ANG and LYNN STREIT,          )
     individually and on behalf of      )
 6   all others similarly situated,     )
                                        )
 7              Plaintiffs,             )
                                        )   Case No.
 8   vs.                                )13 Civ. 1196 (WHO)
                                        )
 9   BIMBO BAKERIES USA, INC.,          )
                                        )
10              Defendant.              )
11
12
13              VIDEOTAPED DEPOSITION OF
14                    ALEX ANG
15                    VOLUME I
16              SAN FRANCISCO, CALIFORNIA
17                FEBRUARY 13, 2015
18
19
20
21
22
23   Reported by ANGELICA R. GUTIERREZ, CSR No. 13292
24
25
```

---

Page 3

```
 1                  APPEARANCES
 2
 3   For the Plaintiffs:
 4                PRATT & ASSOCIATES
                  By:  Ben F. Pierce Gore
 5                Attorney at Law
                  1871 The Alameda
 6                Suite 425
                  San Jose, California 95126
 7                (408) 369-0800
                  pgore@prattattorneys.com
 8
 9   For Defendant Bimbo Bakeries:
10                HOGAN LOVELLS US LLP
                  By:  Mark C. Goodman
11                Attorney at Law
                  3 Embarcadero Center
12                Suite 1500
                  San Francisco, California 94111
13                (415) 374-2300
                  mark.goodman@hoganlovells.com
14
15   ALSO PRESENT:  Warren Nguyen, Videographer
16
17
18
19
20
21
22
23
24
25
```

---

Page 4

```
 1                    INDEX
 2   WITNESS:                                     PAGE
 3   ALEX ANG
 4      Examination by Mr. Goodman            7, 233
 5      Examination by Mr. Gore           220, 242
 6
 7                INDEX OF EXHIBITS
 8   DEFENDANT'S                                  PAGE
 9   13   Grocery receipts                        127
10   14   Plaintiff Alex Ang's responses to       145
          first request for production of
11        documents
12   15   Defendant's first set of                150
          interrogatories
13
     16   Verification dated December 11, 2013    157
14
     17   Supplemental responses for              159
15        defendant's first request for
          production of documents
16
     18   Supplemental responses to first set     160
17        of interrogatories.
18   19   Second supplemental responses to        160
          defendant's first request for
19        production of documents
20   20   Label                                   184
21   21   Label off Sara Lee 100 Percent          185
          Whole Wheat Bread
22
     22   Photographs of label                    187
23
     23   Label for 16 Ounce Sara Lee Classic     188
24        100 Percent Whole Wheat Bread
25
```

---

Page 5

```
 1                INDEX OF EXHIBITS
 2   DEFENDANT'S                                  PAGE
 3   24   Label for Sara Lee Soft and Smooth      189
          100 Percent Whole Wheat Bread
 4
 5   25   Labeling images for Sara Lee Soft and   192
          Smooth 100 Percent Whole Wheat Bread
 6   26   Images from the label for Thomas'       196
          Bagel Thins, Plain, 13 ounce
 7
 8   27   Images from the label for Thomas'       202
          Bagel Thins, eight count
 9   28   Images from Bimbo Toasted Bread         203
          packages
10
11   29   April 19, 2013, letter from Mr. Gore    205
          to Mr. Goodman
12   30   Heart-Check mark nutritional guidelines 213
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 6

1    **VIDEOGRAPHER:** Here begins media number 1 of
2  the deposition of Alex Ang, volume 1, in the matter of
3  Alex Ang and Lynn Street versus Bimbo Bakeries U.S.A.,
4  Incorporated.  This case is in the United States
5  District Court, Northern District of California, San
6  Francisco Division.  And the case number is:
7  13CIV1196WHO.
8    Today's date is February 13th, 2015 and the
9  time is 9:57 a.m.
10    This deposition is taking place at 1871 The
11  Alameda, San Jose, California.
12    The videographer is Warren Nguyen appearing on
13  behalf of Barkley Court Reporters.
14    Will counsel please identify yourselves, state
15  whom you represent.
16    **MR. GORE:** Good morning.  Pierce Gore for
17  plaintiffs.
18    **MR. GOODMAN:** Mark Goodman for Bimbo Bakeries
19  U.S.A., Inc.
20    **VIDEOGRAPHER:** The court reporter today is
21  Angelica Gutierrez.
22    Will the court reporter please swear in the
23  witness?
24
25

Page 7

1    BE IT REMEMBERED that on Friday, February 13,
2  2015, commencing at the hour of 9:57 a.m. thereof, at Hogan
3  Lovells US LLP, 3 Embarcadero Center, Suite 1500, San
4  Francisco, California, before me, Angelica R. Gutierrez, a
5  Certified Shorthand Reporter in and for the State of
6  California, there personally appeared
7    ALEX ANG
8  called as a witness by the Defendant, who, being by me
9  first duly sworn, was thereupon examined and interrogated
10  as hereinafter set forth.
11    EXAMINATION
12    **MR. GOODMAN:** Q.  Good morning, Mr. Ang.  As I
13  said, my name is Mark Goodman, I represent Bimbo
14  Bakeries, U.S.A., Inc. in a litigation pending in the
15  Northern District of California, in which you a
16  plaintiff.
17    Have you ever been deposed before?
18    A.  No.
19    Q.  Have you ever been a plaintiff in a lawsuit
20  before?
21    A.  Yes.
22    Q.  How many times?
23    A.  Just one.
24    Q.  What was that case?
25    A.  It was a White Wave.

Page 8

1    **COURT REPORTER:** It was a what?
2    **THE WITNESS:** White Wave.
3    **MR. GOODMAN:** Q.  What does that mean?
4    A.  That was the name of the company.
5    Q.  What was that case about, to your knowledge?
6    A.  It was the same as this, mislabeled food
7  products.
8    Q.  What type of food products?
9    A.  It was soy milk.
10    Q.  Did Mr. Gore represent you in that litigation?
11    A.  Yes.
12    Q.  Is that litigation still on going?
13    A.  No.
14    Q.  Did that litigation settle?
15    A.  Yes.
16    Q.  When did you file that lawsuit?
17    A.  I believe it was around same time as that one,
18  probably March 2013.
19    Q.  Was that a class action lawsuit, to your
20  knowledge?
21    A.  I'm not 100 percent, but I believe.
22    Q.  Was there another named plaintiff besides you?
23    A.  I'm not sure.
24    Q.  What were you alleging in the soy milk case;
25  do you know?

Page 9

1    A.  You know, I don't know the specifics of what
2  happened in that case.
3    Q.  Do you know why you thought the soy milk was
4  mislabeled?
5    A.  No, I don't.
6    Q.  Since you have not been deposed before I'll go
7  over some ground rules with you with respect to the
8  deposition we're going to do today.
9    You've been given an oath by the court
10  reporter.  It's the same oath that you would be under
11  if you were in a court of law.  It obligates you to
12  tell the truth to the best of your ability under
13  penalty of perjury.  Do you understand that?
14    A.  Yes.
15    Q.  So will you do your best to tell the truth
16  today?
17    A.  Yes.
18    Q.  The court reporter is going to take down
19  everything that we say, including what your lawyer
20  says, if he objects; and she's going to put it into a
21  booklet form, and she's going to allow you to review
22  that booklet at some point after the deposition.  To
23  the fact that she's writing everything down, there's a
24  couple things that that requires.  One:  You have to
25  wait for me to stop speaking before you start speaking,

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 10

1  and I have to stop and wait for you to stop speaking
2  before I start speaking because she can only take down
3  one person at a time, okay?
4      A.  Got it.
5      Q.  You also need to do what you've been doing, to
6  answer audibly, because shakes of the head or nods or
7  utterances don't translate well on a transcript.  So if
8  you could answer each of my questions with actual words
9  that would be helpful, okay?
10     A.  Okay.
11     Q.  You will have the ability to make corrections
12 to your transcript if you so wish however, it's very
13 important that you give your best testimony today
14 'cause if you do make corrections I'll be able to
15 comment on those at trial.  So do your best to be as
16 accurate as possible today, okay?
17     A.  Okay.
18     Q.  And if you don't understand one of my
19 questions please let me know that, and I'll do my best
20 to rephrase it, to make understandable to you.  If you
21 give me an answer I will assume that you understood the
22 question.  And again, that goes to the whole trying to
23 be as accurate as possible, today.
24     A.  Got it.
25     Q.  If you need to take a break I'll do my best to

Page 11

1  accommodate you.  Hopefully, it won't be in the middle
2  of a question, I'd prefer you to answer the question
3  and then we take breaks.  I usually go an hour, an hour
4  and a half.  If you need to take a break before that
5  for any reason, this is not supposed to be an endurance
6  test, let me know and we'll do our best to make that
7  happen, okay?
8      A.  Sounds good.
9      Q.  All right.  I would like to talk to you about
10 your food purchasing habits.
11        Who does the -- currently, who does the
12 shopping in your household?
13     A.  Currently, it's me and my girlfriend.
14     Q.  Okay.  Do you live with your girlfriend?
15     A.  Yes.
16     Q.  And what's your address?
17     A.  It's 1529 Alice Street, apartment 202, in
18 Oakland, California.
19     Q.  And how long have you lived on Alice Street in
20 Oakland?
21     A.  It's been about a year and a half.
22     Q.  What's your girlfriend's name?
23     A.  Her name is Angelica.
24     Q.  And how long have you lived with Angelica?
25     A.  About a year and a half.

Page 12

1      Q.  Where did you live before you lived on Alice
2  Street in Oakland?
3      A.  I was living in San Francisco.
4      Q.  What was the address there?
5      A.  It's 2046 20th Avenue.
6      Q.  Did you live with anybody at 20th Avenue?
7      A.  Yeah, I had three other roommates.
8      Q.  What were their names?
9      A.  Their names were Eric, Nilam and Joel.
10     Q.  Can you spell Nilam's name?
11     A.  Yeah.  N-I-L-A-M.
12     Q.  What's Angelica's last name?
13     A.  Her last name is Ornelas.
14     Q.  Can you spell that?
15     A.  O-R-N-E-L-A-S.
16     Q.  And Eric's last?
17     A.  Su.  S-U.
18     Q.  Nilam?
19     A.  Patel.  P-A-T-E-L.
20     Q.  And Joel?
21     A.  Joel Fischer.  F-I-S-C-H-E-R.
22     Q.  And how long did you live on 20th Avenue?
23     A.  It was about two years, I believe.
24     Q.  Did you were you -- strike that.  Sorry.
25        Did you have the same roommates for all two

Page 13

1  years?
2      A.  Yes.
3      Q.  Okay.  And before you lived on 20th Avenue,
4  where did you live?
5      A.  Before that I was living in Berkeley.  I don't
6  know the house number, but it was on Martin Luther King
7  Junior.
8      Q.  Did you have roommates?
9      A.  Yes.
10     Q.  And how long did you live on MLK?
11     A.  Three years.
12     Q.  Did you have the same roommate?
13     A.  I had one roommate, Christopher Driscoll, who
14 was there all three years.  And the other room in the
15 house, somebody moved in every year.
16     Q.  Who was the person who moved in the first
17 year?
18     A.  The first year?  That was James.  Last name
19 was Byun.  B-Y-U-N.
20     Q.  Second year?
21     A.  It was Charlie.  His last name was Carrier.
22 C-A-R-R-I-E-R.
23     Q.  Okay.  And the third year?
24     A.  Third year was Chuck, and his last name
25 McQuilkin.  M-C-Q-U-I-L-K-I-N.

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 14

1    Q.  And where did you live before MLK?
2    A.  Before that was I was in Berkeley, on Channing
3    Street, that was I was going undergrad.  I forgot the
4    house number on that.
5    Q.  Were you going to Berkeley?
6    A.  Yeah.
7    Q.  And how long did you live on Channing?
8    A.  That place was one year.  And then before that
9    it was another place on Channing for one year.
10   Q.  Did you have roommates on Channing?
11   A.  Yes.
12   Q.  So take me through, what year did you first
13   live on Channing Street?
14   A.  I was -- must have been 2006.
15       MR. GOODMAN: Go off the record really
16   quickly.
17       VIDEOGRAPHER: Off the record at 10:07 a.m.
18       (Recess taken from 10:07 a.m. to 10:08
19   a.m.)
20       VIDEOGRAPHER: Back on the record at
21   10:08 a.m.
22       MR. GOODMAN: Q.  You were telling me that the
23   first year that you lived on Channing in Berkeley was
24   in 2006; is that correct?
25   A.  Yes.

Page 15

1    Q.  And then you also lived on Channing in 2007?
2    A.  Yes.
3    Q.  In 2006, do you recall who your roommates
4    were?
5    A.  2006?  Yeah.  I believe that was Kevin, the
6    last name was Tse, T-S-E.
7    Q.  Anybody else?
8    A.  No, just the two of us.
9    Q.  What about 2006?  I'm sorry, 20007?
10   A.  2007?  That was Nick Yap, Y-A-P.  Just two of
11   us there.
12   Q.  During the time that you lived on Channing in
13   Berkeley as an undergrad, did you go grocery shopping?
14   A.  Yes.
15   Q.  Who did the grocery shopping for your
16   household in 2006?
17   A.  That was between the both of us.
18   Q.  Do you recall what kind of food products you
19   bought in 2006?
20   A.  I can't remember specifically but, you know,
21   they were just regular groceries; bread, milk, beef,
22   chicken, vegetables.
23   Q.  Anything else that you can recall?
24   A.  I mean nothing specific, other than that.
25   Q.  Do you recall any of the brands of milk that

Page 16

1    you brought in 2006?
2    A.  No, not specifically.  That was a little too
3    far back.
4    Q.  Understood.
5        Just so you know, some of those questions
6    might seem a little ridiculous, some people have
7    excellent memories, some people terrible memories; I
8    just need to know what yours is.
9    A.  Yes.
10   Q.  So do you recall what brand of bread you
11   brought in 2006?
12   A.  No.
13   Q.  Do you recall what stores you shopped at in
14   2006, you personally?
15   A.  In 2006 I know for sure we shopped at Safeway,
16   'cause that was the closest market to us.
17   Q.  Any other stores?
18   A.  Trader Joe's here and there, but predominantly
19   Safeway.
20   Q.  Do you know where Kevin shopped besides
21   Safeway?
22   A.  No.  I -- I think he went to Safeway also.
23   Q.  Did you guys cook at that house?
24   A.  Yes.
25   Q.  You had a kitchen?

Page 17

1    A.  Yeah.
2    Q.  How often did you go out to eat in 2006, would
3    you say, a week?
4    A.  We were in undergrad, so I feel we ate out
5    more than cooked in.  Four times we'd go out.
6    Q.  What types of places would you eat out at?
7    A.  Places around campus, so cafes or Chinese
8    restaurants around there, burger places.
9    Q.  Pizza?
10   A.  Pizza.
11   Q.  Blondies?
12   A.  Yes.
13   Q.  In 2007, when you were living with Nick Yap,
14   did you shop the same types of shopping?
15   A.  Yeah, it was in the same area, so Safeway was
16   closest.  There was a Trader Joe's a little further
17   out.
18   Q.  How much would you say you spent on groceries
19   in 2006?
20   A.  I don't know off the top of my head.
21   Q.  Can you estimate it?
22   A.  Like a week or per month?
23   Q.  Sure.  Whatever you could remember.
24   A.  I put in maybe 100 bucks every two weeks.
25   Q.  200 a month, roughly?

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 18

1    A.  Yeah, between the two of us.
2    Q.  Same in 2007?
3    A.  Yeah.
4    Q.  Were there any products in 2007 that you
5    bought that you hadn't -- food products that you didn't
6    really buy in 2006, anything new or different?
7    A.  Not that I recall.
8    Q.  Do you recall any of the brands of food
9    products that you brought in 2007?
10   A.  No.
11   Q.  Do you know whether you bought national brands
12   or did you buy like store brands, like Safeway store
13   brand?
14   A.  You know, at that time it was -- they probably
15   just depended on what the prices were.
16   Q.  I remember college myself.
17   A.  Yeah.
18   Q.  So when you were -- in 2006, 2007 it was
19   basically price that was driving your purchasing
20   decisions?
21   A.  I would say so, yeah.
22   Q.  Were you spending roughly the same amount in
23   2007 that you spent in 2006?
24   A.  I would say so.
25   Q.  Did Nick also go shopping?

Page 19

1    A.  Yeah.
2    Q.  Did he do about the same amount of shopping
3    that Kevin did?
4    A.  Yeah, I would say so.  About 50/50.
5    Q.  Between you and your roommate?
6    A.  Yes.
7    Q.  Did you also eat out four times a week,
8    basically, in 2007?
9    A.  Yeah, I would say so.  I don't think that our
10   habits changes much in those two years.
11       COURT REPORTER: I'm sorry.
12       I would say so?
13       THE WITNESS: I don't think that our habits
14   changes much in those two years.
15       MR. GOODMAN: Q.  Were you undergrad when you
16   were living in Martin Luther King?
17   A.  No, I graduated in 2008, so --
18   Q.  What was your degree in?
19   A.  It was environmental economics.
20   Q.  Did you ever have meal plan at Berkeley?
21   A.  My freshman and sophomore year.
22   Q.  So 2006, basically the first year that you
23   started cooking for yourself?
24   A.  Yes.
25   Q.  Okay.  When you were living on MLK, where did

Page 20

1    you shop?
2    A.  The same place as before, Safeway, Trader
3    Joe's.
4    Q.  And you said you had two roommates.  Were they
5    also shoppers?
6    A.  I'd say at that house we were a little bit
7    more -- you know, we weren't really sharing groceries
8    too much, so --
9    Q.  So that means you would shop for yourself
10   basically, living on MLK?
11   A.  Yeah.  We would still have communal stuff that
12   we'd pick up for the house, but I can't really speak on
13   their shopping habits too much.
14   Q.  What communal items would you have, as far as
15   food goes?
16   A.  I would say, you know, bread, milk, cereal
17   usually, with each meal.
18   Q.  You just didn't want people eating your steak
19   or chicken, big ticket items?
20   A.  I would say, yeah.
21   Q.  I also had roommates.
22   A.  Yeah.
23   Q.  Do you recall what brands of bread you bought
24   when you were living at MLK?
25   A.  MLK?  No, I can't remember specifically.

Page 21

1    Q.  Do you recall generally what types of bread
2    you bought?
3    A.  You know, we'd have sandwich bread in the
4    house, sliced bread.
5    Q.  Do you recall whether that was a national
6    brand as opposed to like a store brand?
7    A.  No. 2008?  I can't really recall.
8    Q.  Was that -- were your purchasing decisions
9    with respect to bread driven by price since you were
10   just out of college?
11   A.  It was -- I'd say it was price but, you know,
12   because I was working I had the luxury to buy better
13   stuff if I felt the need to.
14   Q.  Do you recall what different brands of bread
15   you were buying when you were working versus when you
16   were in school?
17   A.  No, I can't really recall the difference
18   between 2007 and 2008.
19   Q.  How about between 2007 and 2009, you lived on
20   MLK for three years, right?
21   A.  Yeah.
22   Q.  Can you recall the difference between when you
23   were living on Channing in 2007, and when you were
24   living on MLK in 2009, what the difference of your
25   purchasing bread was, if any?

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 22

1    A.  I can't really recall.

2    Q.  Do you know whether, as you sit here today,

3  you bought any different types of bread in 2009 that

4  you were buying in 2006?

5    A.  You know, I really -- it would be hard for me

6  to compare.  I don't really remember what I was buying

7  in 2006 as compared to 2009.

8    Q.  So my question, Mr. Ang, is as you sit here

9  today can you recall whether there was any difference?

10    A.  Between?

11    Q.  What you were buying in 2006 and what you were

12  buying in 2009 as far as bread products?

13    A.  No, I can't say for sure.

14    Q.  How about milk?  Were you buying the same

15  kinds of milk in college versus after college?

16    A.  Let's see.  Milk, you know, we were typically

17  buying store brand because it was little bit cheaper.

18  But now that I'm living with my girlfriend she buys

19  organic milk.

20    Q.  We'll get to her.

21      So during the time that you were on MLK,

22  though, you were buying whatever the best deal was on

23  milk?

24    A.  Milk usually would be the store brand.

25    Q.  What kinds of cereal were you buying when you

Page 23

1  were on MLK?

2    A.  You know, also cereal, kind of what was on

3  sale that week.

4    Q.  Can you recall any types of cereal that you

5  and your roommates would eat when you were living on

6  MLK?

7    A.  Let's see.  We would have Cheerios in the

8  house, Frosted Flakes; that would usually be in the

9  house.

10    Q.  Any other brands that you can remember?

11    A.  You know, not specifically.  But those two

12  were definitely in the house more than often than not.

13    Q.  I had a roommate that at Cocoa Puffs for

14  dinner in 1992, and I still remember that.

15    A.  Yeah.

16    Q.  Did you buy cereal when you were an undergrad,

17  were you a cereal guy?  You list that as your food

18  purchases.

19    A.  Undergrad?  Yeah.

20    Q.  Would it have been Cheerios or Frosted Flakes?

21    A.  Probably those two, or whatever else was on

22  sale.

23    Q.  Price driven?  Well, and you had to like it?

24    A.  Yeah, I wouldn't buy some -- I didn't like the

25  taste.

Page 24

1    Q.  Did you ever buy any high-fiber or unsweetened

2  cereal --

3    A.  I'd say --

4    Q.  -- when you were living at MLK?

5    A.  Probably the healthiest cereal I'd get would

6  be Shredded Wheat.

7    Q.  The frosted or the non-frosted?

8    A.  Both.

9    Q.  Do you recall why you brought the Shredded

10  Wheat?

11    A.  When I grew up we had it in the house, so it

12  was a cereal that I was used to.

13    Q.  Do you recall why you bought the Frosted

14  Flakes, same reason?

15    A.  Yeah, just grew up with --

16    Q.  Same for Cheerios?

17    A.  Yeah, just familiar cereal.

18    Q.  Did you buy the same kind of bread when you

19  were living by yourself that your mom and dad used to

20  give you when you were living at home?

21    A.  Yeah.  Typically, you know, we used bread for

22  sandwiches, undergrad.  So, you know, we'd get the

23  sliced bread that we were familiar with.

24    Q.  Like you say, that and price were the reasons

25  that you were buying that kind of bread?

Page 25

1    A.  Yeah, I would say so.

2    Q.  When you were living on MLK did you ever buy

3  any bakery items like cakes or donuts or Ding Dongs or

4  Ho Ho's or anything like that.

5    A.  Nothing like that.  If it was somebody's

6  birthday we'd buy birthday cake, but on a regular basis

7  we didn't really get too many baked goods.

8    Q.  What about bagels?  Were you bagel eaters when

9  you were at MLK?

10    A.  Yeah, I would put that in with, you know,

11  having sandwich bread in the house.  We would have

12  bagels.

13    Q.  Do you recall what kind of bagels?  Were these

14  bagels from a bakery in Berkeley or was it bakery from

15  Safeway?

16    A.  No, it was bagels we picked up from Trader

17  Joe's...

18    Q.  Safeway or Trader Joe's?

19    A.  Yeah.

20    Q.  Do you recall any brands of bagels you bought

21  when you were living on MLK?

22    A.  None off the top of my head.

23    Q.  Do you recall why you chose the types of

24  bagels that you chose when you bought them at that

25  point in time?

**Page 26**

1    A.  No, not specifically.
2    Q.  Did you eat bagels when you were a kid?
3    A.  Yes.
4    Q.  Were these bagels that you bought when you
5    were living on MLK similar to those bagels?
6    A.  Yeah.
7    Q.  Would you say that you bought these bagels
8    because they were like the ones that you liked when you
9    grew up?
10   A.  Yeah.
11   Q.  I assume price also had something to do with
12   your bagel purchasing decision; is that fair?
13   A.  Yes.
14   Q.  Did you ever buy bagels at like Noah's or some
15   bagel shop in Berkeley when you were living on MLK?
16   A.  No.  Typically it was -- Noah's, it was to get
17   like a bagel sandwich or something like that.  We
18   wouldn't buy like a dozen from them and take them home.
19   Q.  Is that because they were a little bit too
20   suppressive for you guys?
21   A.  You know, I don't know why, it's just not
22   something we did.
23   Q.  Other than the communal things you bought with
24   your roommates, such as milk, cereal, bagels, bread;
25   what kind of food items did you tend to buy when you

**Page 27**

1    were living on MLK?
2    A.  Let's see, so -- you know, buy protein; beef,
3    chicken, fish.  I'd buy rice, vegetables, broccoli and
4    salads.
5    Q.  Anything else?
6    A.  Not off the top of my head.
7    Q.  Are you a snack food guy; chips, salsa,
8    buffalo wings, peanuts; anything like that?
9    A.  Yeah, maybe nuts here and there.  I can't say
10   that it was like something that I picked up every trip.
11   Q.  No potato chips, popcorn; anything like that?
12   Again, I'm just talking about when you were on MLK.
13   A.  Yeah.  You know, potato chips once in a while.
14   Q.  Did you have a favorite brand of potato chips?
15   A.  Yeah, kettle Chips.
16   Q.  Is that a brand?
17   A.  Yes.
18   Q.  Why did you like those?
19   A.  I thought they were just crunchier than the
20   Lay's, so --
21   Q.  Do you drink soda, or did you when you were at
22   MLK?
23   A.  I did drink diet soda, but I tried not too
24   drink too much of it.
25   Q.  What was your brand of soda when you were

**Page 28**

1    living on MLK?
2    A.  Diet Coke.
3    Q.  Why was that your brand of choice?
4    A.  You know, again, that's something that we had
5    growing up in the house.  Just used to the taste.
6    Q.  Any estimate of how much you would spend on
7    groceries during the three years that you were living
8    on MLK?
9    A.  It was probably a little bit more then, maybe
10   250 a month.
11   Q.  Is that because you had more money at the
12   time?
13   A.  I had more money and I was trying to eat out
14   less, more grocery shopping.
15   Q.  How much were you eating out at that point in
16   time during those three years?  You're saying four
17   times a week when you were undergrad.
18   A.  Yeah.  I can't cut that down.  Three to two
19   times.
20   Q.  Did you change the type of places that you
21   would eat out at when you got out of college?
22   A.  No, they stayed the same.
23   A.  Chinese food, pizza, burgers --
24   A.  Yeah, stuff in the neighborhood.
25   Q.  -- cafe.

**Page 29**

1         Did you ever go to any fast-food restaurants,
2    chain fast-food restaurants?
3    A.  You know, in Berkeley we didn't have too many
4    in there.  There's zoning laws or something.
5    Q.  Berkeley?
6    A.  Yeah.  We really didn't have too much access
7    to it.
8    Q.  Did you ever go to fast-food restaurants when
9    you were living on MLK?
10   A.  Yeah.  Occasionally.
11   Q.  Which ones, sorry?
12   A.  Oh, we tried to go to In-N-Out when we could.
13   Q.  Any others?
14   A.  No, not around Berkeley.
15   Q.  During the time that you were living on
16   20th Avenue, I think that -- my calculations would have
17   been 2010 to 2012.
18   A.  Yeah, I think we moved in 2011.
19   Q.  2011?
20   A.  Yeah.
21   Q.  During the time that you were living in San
22   Francisco, did you grocery shop?
23   A.  Yes.
24   Q.  Did your roommates grocery shop as well?
25   A.  Yeah.

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 30

1　Q.　Was it the same kind of deal that you guys
2　would buy communal things that you would share, but
3　then you would buy other things for individual --
4　A.　Yeah, we'd have stuff for the house and then
5　people would have their -- all kind of stashes in the
6　kitchen.
7　Q.　So what were the communal items at your San
8　Francisco place?
9　A.　I think they were the same.  Milk, bread,
10　cereal; pretty communal.  And then I'd any kind of
11　snack was pretty communal, chips or anything like that.
12　Q.　Do you know what kind of bread you guys were
13　having in your house during the time that you were on
14　20th Avenue?
15　A.　Yeah.  I think it was -- you know, we'd have
16　sandwich bread and sometimes we'd have like a loaf, so
17　like a baguette or loaf of ciabatta or something like
18　that.
19　Q.　Where were you going grocery shopping when you
20　were living on 20th?
21　A.　We were close to a Safeway, also.
22　Q.　Anywhere else?
23　A.　Safeway and probably Trader Joe's.
24　Q.　You guys are loyal customers.
25　　　　Do you know where your roommates at that house

Page 31

1　shopped?
2　A.　I think it was the same because we were pretty
3　close to those two grocery stores.
4　Q.　Do you know if they shopped anywhere else?
5　A.　Not to my knowledge.
6　Q.　So do you know what kind of sandwich bread you
7　guys were buying during the time that you guys were in
8　San Francisco?
9　A.　The specific brand?
10　Q.　Yeah.
11　A.　No, I don't remember.
12　Q.　Do you recall whether it was white bread,
13　wheat bread, rye bread?
14　A.　I think most of the time it was wheat bread.
15　Q.　Do you know why you were buying wheat bread
16　when you bought it?
17　A.　Yeah, 'cause I figured it was healthier than
18　white bread.
19　Q.　What made you think that?
20　A.　You know, 'cause I heard that white flour is
21　less healthier for you than whole wheat flour, whole
22　wheat products.
23　Q.　You heard that in 2011?
24　A.　I don't know when I heard that.
25　Q.　Had you heard that by 2011?

Page 32

1　A.　Yeah.
2　Q.　Do you recall the first time that you learned
3　wheat was better than white?
4　A.　No, I don't recall when exactly it was.
5　Q.　When you were buying bread at your previous
6　residence was it mostly wheat bread as well?
7　A.　I think..
8　Q.　So MLK and Channing?
9　A.　Yeah, I believe so.
10　Q.　Did you grow up eating wheat bread when you
11　were a kid?
12　A.　Probably when I was a little bit older.  We'd
13　have white bread when we were little kids and as we got
14　older started eating wheat bread.
15　Q.　Because you wouldn't eat wheat bread when you
16　were a little kid?
17　A.　Probably, yeah.
18　Q.　Okay.  Were you buying the same kind of wheat
19　bread that you ate when you were a little kid?
20　A.　You know, to be honest, I don't remember what
21　kind of brands my mom would buy as a kid.
22　Q.　Have you ever read any articles relating to
23　whether wheat bread is healthier than white bread?
24　A.　No, I can't remember specifically.
25　Q.　Have you ever done any research into wheat

Page 33

1　bread versus white bread and the various health
2　benefits?
3　A.　I would say that was probably when, you know,
4　the Atkins diet was kind of a big craze.  So they were
5　saying that complex carbohydrates that you'd find in
6　wheat bread or like multi-grain bread, whole wheat
7　pasta, things like that; those were healthier for you
8　than, you know, white flour or white rice.  Brown rice
9　was healthier than white rice.
10　Q.　Did you buy brown rice when you were living in
11　San Francisco?
12　A.　No, I didn't really buy brown rice.
13　Q.　Did you buy any multigrain products when you
14　were living in San Francisco?
15　A.　Possibly multigrain.
16　Q.　Did you buy multigrain bread?
17　A.　I believe so.
18　Q.　Which brands of multigrain bread did you buy
19　once in a while?
20　A.　You know, I don't know off the top of my head
21　what the brands were.
22　Q.　Did you buy any whole grain breads?
23　A.　Yes.
24　Q.　What brands?
25　A.　I don't remember what brand.

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 34

1   Q. Do you know why you brought the multigrain
2  breads that you bought?
3   **A. They seemed healthier than white bread.**
4   Q. Was there anything in particular about the
5  brands that you bought that made them seem better than
6  other brands to you?
7   **A. No, not that I can recall.**
8   Q. Do you recall why you bought the whole grain
9  breads that you bought?
10   **A. No, I don't know why.**
11   Q. Did you -- when you were living in San
12  Francisco did you choose your bread product the same
13  way that you chose your prior bread product, that is by
14  taste and something that you're familiar with and
15  price?
16   **A. For the whole grain products?**
17   Q. For any of the bread that you were buying.
18   **A. Yeah.**
19   Q. Were there any other reasons that you can
20  think of that you were buying those particular bread
21  products at that time?
22   **A. Other than price, taste?**
23   Q. Yes.
24   **A. Well, no. Other than just buying whole grains**
25  **because it was supposed to be healthier than white**

Page 35

1  **bread. That's it.**
2   Q. Did you buy any white bread when you were
3  living in San Francisco?
4   **A. You know, I don't recall, but we might have.**
5   Q. Did your roommates buy any white bread when
6  you were living in San Francisco, to your knowledge?
7   **A. When you're saying white bread are you talking**
8  **about the sliced sandwich bread?**
9   Q. That's what I'm talking about, yeah. Thank
10  you.
11   **A. You know, we might have. But I don't recall**
12  **it being in the house too often.**
13   Q. Do you recall the brands of white bread that
14  were in that house at any one time?
15   **A. No, not brands.**
16   Q. Do you recall Wonder Bread or -- I forgot the
17  other white bread; is Patrick's still around?
18   **A. You know, when it came to the bread I can't**
19  **say I was paying -- well, I can't say I can recall**
20  **exactly what was in the house.**
21   Q. Okay. How much whole grain bread would you
22  say you brought versus not whole grain?
23   **A. You know, I don't know.**
24   Q. How much 100 percent -- strike that.
25   Do you recall buying 100 percent wheat bread

Page 36

1  when you were living in San Francisco?
2   **A. You know, I don't recall specifically, but I'm**
3  **pretty sure I did.**
4   Q. What makes you pretty sure you did?
5   **A. You know, just more when we were buying bread**
6  **look for, you know, wheat bread or multigrain so --**
7   Q. Well, do you understand there's a difference
8  between a label that says wheat bread and 100 percent
9  whole wheat bread?
10   **A. No.**
11   Q. Okay. Where would you buy your baguettes?
12   **A. Probably from Safeway.**
13   Q. Would you buy the Safeway brand baguette or
14  was there a particular bakery that you would -- whose
15  baguettes you would buy?
16   **A. Actually, I believe it was the Semifreddi's**
17  **brand.**
18      **COURT REPORTER:** The what?
19      **THE WITNESS:** Semifreddi's.
20      **MR. GOODMAN:** Q. Do you know if the
21  Semifreddi's was whole wheat bread?
22   **A. You know, I don't recall.**
23   Q. Do you know what the ingredients were in the
24  Semifreddi's?
25   **A. I don't know exactly what they are.**

Page 37

1   Q. Did you ever look at the label?
2   **A. Yes, I have.**
3   Q. And what part of the label did you look at?
4   **A. I looked at the front, saw what kind of bread**
5  **it was.**
6   Q. Any other part of the label?
7   **A. You know, I'm sure I looked at the back. I**
8  **can't recall from memory exactly what it said.**
9   Q. Do you recall looking at the back of
10  Semifreddi's label?
11   **A. Yeah.**
12   Q. Do you recall looking at any particular part
13  of that label, the back?
14   **A. Not specifically. Just the back.**
15   Q. Did you ever read the ingredients?
16   **A. Yeah.**
17   Q. Why did you do that in respect to the
18  Semifreddi's bread?
19   **A. It was probably just out of curiosity.**
20   Q. Do you recall why you were curious?
21   **A. No.**
22   Q. Are you a label reader when you buy your
23  products, would you say?
24   **A. You know, I'll look at the product, I'll look**
25  **at the front. I can't say I really dig too deep into**

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 38

1   the package.
2      Q.  You want to know what you're buying?
3      A.  Yeah.
4      Q.  Correct?
5      A.  Yeah.
6      Q.  Are you a guy -- some people read every inch
7   of a label; that's not you though, right?
8      A.  Not every inch.  I'd say if it's a product I
9   haven't bought before I'll check out front and back,
10   but if it's something that I'm familiar with, you know,
11   I'll usually just look at the front.
12      Q.  Okay.  When you were shopping, when you were
13   living in San Francisco, how long would you say you
14   typically spent in Safeway on a shopping trip?
15      A.  I'd take 20 minutes.  20 minutes to a half an
16   hour.
17      Q.  And how much would you spend on a typical
18   shopping trip where it would take 20 minutes to a half
19   an hour?
20      A.  Maybe $50 to $70.
21      COURT REPORTER: 15?
22      THE WITNESS: 50.
23      MR. GOODMAN: Q.  And how often would you go
24   shopping at Safeway a month when you were living in San
25   Francisco?

Page 39

1      A.  I'd say twice a month.
2      Q.  Would you buy the same kind of items every
3   time you'd go to Safeway when you were living in San
4   Francisco?
5      A.  You know, it would differ from trip to trip.
6   But, you know, we used to eat it every day so it would
7   show up usually on every shopping trip.
8      Q.  So with respect to sandwich bread, would you
9   buy that every shopping trip?
10      A.  Not every trip.
11      Q.  How many times a month, how often were you
12   buying sandwich bread when you were living in San
13   Francisco?
14      A.  Probably once a month.
15      Q.  How often would you buy the Semifreddi's
16   baguettes a month?
17      A.  I'd say the same, once a month.
18      Q.  Once a month?
19      Were you buying any other types of bread other
20   than sandwich bread and baguettes?
21      A.  No.
22      Q.  What kind of milk were you buying, what brand?
23      A.  I think it was the same, the Safeway brand.
24      Q.  How often would you buy milk during that time
25   period when you were living in San Francisco?

Page 40

1      A.  That would probably be every trip, so twice a
2   month.
3      Q.  And you brought cereal?  Was it the same kind
4   of cereal; cheerios, Frosted Flakes?
5      A.  Yeah, nothing really changed.
6      Q.  How often would you buy cereal when you went
7   to Safeway?
8      A.  Probably once a month I'd get a couple of
9   boxes.
10      Q.  Did you ever read any of the labels on the
11   cereal boxes during this time period when you were
12   living in San Francisco?
13      A.  No, not since they were cereals that we had
14   bought before.
15      Q.  Have you ever read any of the ingredients in
16   Frosted Flakes?
17      A.  I probably have, just, you know, while eating
18   with the box in front of you.
19      Q.  Reading the box?
20      A.  Yeah.
21      Q.  Have you ever read the label on a Frosted
22   flakes box before buying it?
23      A.  Not right before I bought it.
24      Q.  How about any cereal, other than seeing it's a
25   Cheerios box, for example?

Page 41

1      A.  Are you saying going through the ingredients
2   list?
3      Q.  Or reading any part of the label.
4      A.  No.
5      Q.  And what snack foods were you buying at
6   Safeway when you were living in San Francisco?
7      A.  You know, we bought definitely bought chips
8   when we were living in San Francisco.  I can't think of
9   anything else that was, you know, always on our
10   shopping list such as snack food.
11      Q.  What kind of chips?
12      A.  Kettle Chips.
13      Q.  Any others?
14      A.  You know, we had Doritos in the house
15   sometimes.  It kind of just depends.
16      Q.  Did you ever read any of the ingredients on
17   Doritos?
18      A.  No, I can't recall.
19      Q.  Did you ever read the label on Doritos at all
20   other than identifying it as Doritos?
21      A.  I looked at the serving size just to see what
22   that was supposed to be like.  But I can't say I've
23   gone through the ingredients list.
24      Q.  Do you recall reading any other part of the
25   Doritos label or bag other than the fact that it was

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

**Page 42**

1 Doritos and the serving size?
2     A.  Not specifically.
3     Q.  Did you buy Diet Coke when you were living in
4 San Francisco?
5     A.  Once in a while.
6     Q.  How often would you buy Diet Coke, would you
7 say?
8     A.  Maybe once a month.
9     Q.  When you bought Diet Coke were buying a 20oz
10 bottle or were you buying a six pack?
11     A.  It was probably a 12 pack.
12     Q.  And was the Diet Coke something that was
13 communal or was something that you would hoard?
14     A.  That was communal.
15     Q.  Okay.  How often would your roommates buy Diet
16 Coke, to your knowledge?
17     A.  I'd say about the same.  If somebody noticed
18 it was gone low they'd pick it up on their trip.
19     Q.  So these items were always in the house
20 somehow, is that fair?
21     A.  Yeah, I would say so.
22     Q.  How often -- if you were going shopping twice
23 a month, how often would Eric, Nilam and Joel go
24 shopping a month?
25     A.  You know, I can't really say.  I would assume

---

**Page 43**

1 about the same but, you know, since there were four of
2 us in the house, you know, each trip was a little
3 different.  Sometimes we'd -- someone would have to do
4 a big trip, sometimes someone would do a smaller trip.
5     Q.  Okay.  Did you guys take turns going shopping,
6 sort or like a -- or was it just basically whoever --
7     A.  I mean it wasn't really structured or anything
8 like that.
9     Q.  Okay.  Do you recall any other items that you
10 purchased when you were living in San Francisco
11 other -- as far as communal items, other than sandwich
12 bread, baguettes, cereal, chips and milk?
13     A.  No, I can't think of anything else.
14     Q.  I'm sorry, soda?
15         Can't think of anything else?
16     A.  No.
17     Q.  And as far as things that you would buy for
18 yourself, that again was protein and veggies?
19     A.  Yeah.
20     Q.  And did you buy those items at Safeway or
21 Trader Joe's or both?
22     A.  Usually bought them at Safeway.
23     Q.  What were the items that you would buy at
24 Trader Joe's during the time that you lived in San
25 Francisco?

---

**Page 44**

1     A.  Trader Joe's, you know, I think we'd pick up
2 some frozen food sometimes at Trader Joe's, stuff out
3 of the frozen section.  We'd get cheese at Trader
4 Joe's.  Sometimes we'd get Trader Joe's cereal.
5     Q.  Okay.  What kind of cheese?
6     A.  Like cheddar cheese, like brie once in a
7 while.  Other than that I can't really think of
8 anything.
9     Q.  Do you know what particular brands you bought?
10     A.  For cheese?
11     Q.  Yeah.
12     A.  No, I don't remember those.
13     Q.  What brands of cereal were you buying?
14     A.  At Trader Joe's?
15     Q.  Yes, sir.
16     A.  I think they were the Cheerios.  I think they
17 were -- like might be called "Os".
18     Q.  Did you ever read the label on the Os to see
19 what's in them?
20     A.  The ingredients list?
21     Q.  Yes, sir.
22     A.  You know, if anything it was the same thing,
23 like have the box in front of me eating it, like
24 reading the box.
25     Q.  Did you ever buy any Os at Trader Joe's

---

**Page 45**

1 yourself?
2     A.  Yes.
3     Q.  Did you ever read the label?
4     A.  Not in the aisle before I put in the cart.
5     Q.  What kind of frozen food items were you buying
6 at Trader Joe's?
7     A.  We were buying frozen croissants.
8     Q.  What brand were those?
9     A.  Trader Joe's.
10     Q.  Do you know what was in those croissants?
11     A.  No.
12     Q.  Did you ever buy any of the Trader Joe's
13 croissants?
14     A.  Yes.
15     Q.  Did you ever look at the label before you
16 bought them?
17     A.  Looked at the front.  Probably the first time
18 I bought them I looked at the back.
19     Q.  Do you recall looking at the back of the label
20 when you bought them?
21     A.  Yeah, it was the first time I bought them, so
22 I'd probably look at the front and back.
23     Q.  What were you looking for?
24     A.  Just to make sure that, you know, the calories
25 weren't out of control or anything like that.  Or make

---

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

Page 46

1  sure the serving size wasn't like a fourth of a
2  croissant.
3      Q.  So you were looking at serving size and
4  calories; anything else?
5      A.  No, I don't remember anything else
6  specifically.
7      Q.  Okay.  When you were buying beef and chicken
8  what brands do you buy when you bought them in --
9      A.  In San Francisco?
10     Q.  Yeah.
11     A.  What brand?  I think it was the Safeway brand.
12     Q.  Do you know where that beef comes from?
13     A.  No.
14     Q.  Do you know where the chicken comes from?
15     A.  No.
16     Q.  Did you ever ask anybody at Safeway where the
17  meat comes from?
18     A.  No.
19     Q.  What about fish?  Did you buy fish when you
20  were living in San Francisco?
21     A.  Not very often.
22     Q.  What would you say your favorite protein is as
23  far as the amount that you eat or ate when you were in
24  San Francisco?
25     A.  Probably beef.

---

Page 47

1      Q.  We're talking about ground beef or steak or
2  stew or what?
3      A.  Yeah, probably steaks.
4      Q.  When you were eating steaks when you were
5  living in San Francisco with your three roommates what
6  kind of sides would you have with that?
7      A.  Probably some kind of vegetable, like
8  broccoli, asparagus.
9      Q.  Did you have french fries or potatoes or
10  anything like that?  Any other kind of potatoes?
11     A.  No, I don't remember buying too many potatoes
12  when any of us were in San Francisco.
13     Q.  Atkins?
14     A.  Kind of, yeah.  Trying to.
15     Q.  When you were living in San Francisco did you
16  buy any bakery goods other than the baguettes and the
17  sandwich bread?  Any cakes, donuts, bagels; anything
18  like that?
19     A.  No.  If we had a cake in the house it was
20  because it was somebody's birthday, so it wasn't
21  something that we picked up on the regular.
22     Q.  And the same thing for cookies, bagels?
23     A.  Yeah.  If there were cookies in the house it
24  wasn't very often.  You know, sometimes there would be
25  bagels in the house but sliced bread was always in the

---

Page 48

1  house.
2      Q.  Do you recall any cookie brands that you or
3  your roommates ever bought for that house?
4      A.  No, not off the top of my head.
5      Q.  Do you recall any bagel brands that you or
6  your roommates had in the house San Francisco?
7      A.  No.
8      Q.  When you bought bagels did you try to buy
9  whole wheat or whole grain bagels?
10     A.  No.  With bagels it was more like it wasn't
11  healthy to begin with.
12     Q.  That's not on the Atkins diet?
13     A.  Yeah, so --
14     Q.  But did you treat yourself to a bagel every
15  once in a while when you were in San Francisco?
16     A.  Yeah.  I tried to do Atkins but I wasn't --
17     Q.  Join the club.
18         How often would you say you ate bagels when
19  you were in San Francisco during those two years?
20     A.  It's kind of hard to say.  It wasn't every day
21  sort of thing.  I'd say maybe every two weeks, on
22  average.
23     Q.  Once every two weeks?
24     A.  Something like that.
25     Q.  Okay.  And you've been living in Oakland since

---

Page 49

1  2013 --
2      A.  Yes.
3      Q.  -- is that correct?
4         And who does the shopping at your Oakland
5  address?
6      A.  It's both of us, me and my girlfriend.
7      Q.  50/50?
8      A.  We usually go together, like on weekends.
9      Q.  How often do you and your girlfriend, or have
10  you and your girlfriend gone shopping since you've
11  lived at the Oakland address, per month?
12     A.  I'd say close to -- yeah, probably twice a
13  month.
14     Q.  And where do you guys go shopping when you go
15  shopping?
16     A.  Now it's either Safeway or Costco.
17     Q.  What Safeway do you shop at?
18     A.  The Safeway on Grand Avenue.
19     Q.  And the Costco?
20     A.  It's the one in San Leandro.
21     Q.  Are those the only two?  Is that the only
22  Safeway you've shopped at since you lived in Oakland?
23     A.  If it's not that one there's a Safeway in
24  Alameda that we've gone to a few times.
25     Q.  But the grand majority is the Grand Street?

---

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 50

1    A.  Yeah.
2    Q.  Any other Costcos that you've gone to other
3  than the one on San Leandro?
4    A.  We have gone to the one in Pinole, but we
5  don't go there too often.
6    Q.  How often would you say you go to Costco a
7  month?
8    A.  I'd say once a month.
9    Q.  And how often do you go to Safeway?
10   A.  Probably twice a month.
11   Q.  So, total shopping, three times a month then?
12   A.  Yeah.
13   Q.  What kind of items do you typically buy at
14 Costco?
15   A.  So we usually get our vegetables and meats at
16 Costco.  And then any type of like pharmacy, home goods
17 stuff, we'll get it at Costco if we can.
18   Q.  Pharmacy, home goods, you say?
19   A.  Yeah, pharmacy, like cleaning supplies, things
20 like that.
21   Q.  Okay.  What kind of meats do you buy at
22 Costco?
23   A.  We usually pick up steaks and chicken breasts.
24   Q.  Do you know where the steak comes from?
25   A.  I don't know where it comes from.

Page 51

1    Q.  Do you know where the chicken comes from?
2    A.  I don't know where it comes from.
3        We get the organic and free range chicken.
4    Q.  Organic, free range chicken?
5    A.  Yeah.
6    Q.  Organic beef?
7    A.  I'm not sure if the beef is organic.
8    Q.  Why do you get organic, free range chicken?
9    A.  You know, we heard it's better for us.
10       It's mostly my girlfriend's call, so that's
11 would we buy it.
12   Q.  Did you ever buy organic, free range chicken
13 before you moved in with your girlfriend?
14   A.  We might have, but I can't recall a specific
15 time when we did.
16   Q.  Have you abandoned shopping at Trader Joe's
17 since you moved in with your girlfriend then?
18   A.  Yeah, it's not on our regular shopping trips.
19   Q.  Do you ever shop at any other stores, like
20 Whole Foods or any other outlet stores?
21   A.  We'll go to Whole Foods once in a while, one
22 or two things.  It's not where we do the bulk of our
23 shopping.
24   Q.  How often would you say you and your
25 girlfriend go to Whole Foods?

Page 52

1    A.  I think like once every two months.
2    Q.  And what do you typically buy at Whole Foods?
3    A.  She really likes the creamer there, we'll pick
4  that up.
5    Q.  For coffee?
6    A.  Yeah.
7    Q.  Do you buy anything besides creamer at Whole
8  Foods?
9    A.  Not regularly.
10   Q.  Because it's too expensive?
11   A.  Yeah.
12   Q.  Do you buy any baked products at Costco?
13   A.  We do buy bread at Costco.
14   Q.  What kind of bread?
15   A.  It's their Costco brand.  Kirkland brand.  So
16 it's -- I'd describe it, it's kind of a baguette but
17 it's a little bit shorter and wider.  I don't know
18 exactly what it's called.
19   Q.  Is it white bread?
20   A.  It's wheat bread.
21   Q.  It's sandwich bread?
22   A.  No.  It's more of a loaf, so it's not sliced
23 up.
24   Q.  What do you guys do with that bread?
25   A.  We'll slice it up and eat it with dinner.

Page 53

1    Q.  Your sandwich bread, you'll have it as a side
2  for a meal?
3    A.  Yeah.
4    Q.  Is that whole wheat bread, to your knowledge?
5    A.  You know, I'm not 100 percent sure.
6    Q.  Have you ever read the ingredients in the
7  Kirkland bread?
8    A.  No.
9    Q.  Do you buy any other types of bakery goods at
10 Costco?
11   A.  No.
12   Q.  Do you buy any bagels at Costco?
13   A.  No.  Actually I haven't had bagels in a while.
14   Q.  Cookies, cakes; anything like that?  Donuts?
15   A.  No, not really.
16   Q.  Okay.  What do you and your girlfriend buy at
17 Safeway in your two times a month typically?
18   A.  Safeway?  We'll usually pick up our dairy
19 products there.
20   Q.  Dairy products other than milk?
21   A.  Milk.  So creamer, usually from Safeway.
22 Let's see.  Sometimes we'll get vegetables there, the
23 Costco kind are too big before they go bad.  Let's see,
24 yeah.  Usually, you know, if it's cheaper at Safeway
25 than it is at Costco we'll go to Safeway and

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 54

1   vice-versa.
2   Q. So dairy products; milk, creamer and veggies.
3   Anything else that you buy at Safeway?
4   A. Like I said, if it's cheaper at Safeway than
5   Costco, anything else that is on the shopping list.
6   Q. So when is the last time you went to Safeway?
7   A. Must have been two weeks ago.
8   Q. Do you recall what you bought during that
9   trip?
10  A. Not specifically.
11  Q. Do you ever buy any bread at Safeway with your
12  girlfriend?
13  A. Yeah, occasionally we do.
14  Q. What kind of bread do you buy at Safeway?
15  A. It's usually Semifreddi's bread.
16  Q. Baguette?
17  A. Baguette or ciabatta.
18  Q. Is the baguette whole wheat?
19  A. Yeah. I don't believe it is, but I'm not
20  100 percent sure.
21  Q. Ciabatta's not wheat?
22  A. No.
23  Q. Is your girlfriend a label reader when she
24  buys products?
25  A. She looks at it a little more in depth than

Page 55

1   do, but I wouldn't say she goes through and reads.
2   Q. Do you know why she buys Semifreddi's
3   baguettes?
4   A. I don't know why.
5   Q. What kind of creamer do you buy at Safeway?
6   A. I believe it's Horizon brand.
7   Q. Do you know why you guys buy that brand?
8   A. 'Cause it's organic.
9   Q. Is that her choice?
10  A. Yeah.
11  Q. You don't care if it's organic or not?
12  A. I feel better about drinking if it's organic.
13  Q. Are you a coffee drinker?
14  A. Yes.
15  Q. Did you ever buy creamer at any time prior to
16  living with your girlfriend or did you use milk?
17  A. I'd usually go out for coffee.
18  Q. That's not something you bought at home?
19  A. Yes.
20  Q. Where did you go out for coffee before you
21  lived with your girlfriend?
22  A. Either Starbucks or a coffee shop up the
23  street in San Francisco.
24  Q. What's your order at Starbucks?
25  A. Just regular coffee.

Page 56

1   Q. With cream?
2   A. Yeah, I'll do it myself with the half & half.
3   Q. Do you buy any sandwich bread at Safeway these
4   days?
5   A. You know, not too often.
6   Q. If you do buy sandwich bread do you know what
7   brands you buy?
8   A. No.
9   Q. If you buy sandwich bread do you buy wheat
10  bread or white bread?
11  A. Probably pick up wheat bread.
12  Q. Do you recall picking up wheat bread at
13  Safeway with your girlfriend?
14  A. You know, I can't recall the last time we did.
15  Q. Do you recall buying any white bread, sandwich
16  bread, with your girlfriend?
17  A. No. I can't -- I don't think I bought white
18  bread in a really long time.
19  Q. Do you recall buying any types of sprouted
20  wheat or rye or anything else like that?
21  A. No, nothing like that.
22  Q. Do you ever buy bread at a bakery?
23  A. No.
24  Q. Do you buy any frozen food at Safeway?
25  A. No.

Page 57

1   Q. Do you buy any frozen food at Costco with your
2   girlfriend?
3   A. We'll pick up frozen fruit, we usually have
4   smoothies in the morning.
5   Q. Do you know what brands of frozen fruit you
6   are picking up at Costco?
7   A. I believe they are Costco brand, but I'm not
8   100 percent.
9   Q. Do you know where that fruit comes from?
10  A. No.
11  Q. Do you know if there are any preservative3s in
12  the fruit?
13  A. It does say organic on the brand, so --
14  Q. Have you ever read the ingredient list?
15  A. Yeah, I think I have, on the fruit.
16  Q. Okay. What kind of fruit do you buy at
17  Costco?
18  A. It's --
19  Q. Frozen fruit?
20  A. -- berry mix. Raspberries and strawberries in
21  there. Also frozen pineapple.
22  Q. Are those all organic --
23  A. Yeah.
24  Q. -- to your knowledge?
25      And why do you buy the organic variety?

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 58

1    A.  You know, just because it's supposed be
2   healthier, less pesticides.
3    Q.  Is there a non-organic choice at Costco for
4   frozen fruit, or is that the only fruit they sell
5   that's frozen fruit, organic?
6    A.  I think do have an organic and an non-organic.
7   I'm not 100 percent on that though.
8    Q.  Do you know what the price difference is
9   between the two?
10   A.  No, not off the top of my ahead.
11   Q.  How much do you spend on groceries since you
12  moved in with your girlfriend?
13   A.  I would say closer to 200 bucks a month, or
14  250.
15   Q.  So you've already spent around $200, $250
16  month on groceries?
17   A.  I would say so.
18   Q.  How often do you and your girlfriend go out to
19  eat since you've been living together?
20   A.  It's probably once a week.
21   Q.  And where do you guys go out to eat,
22  typically?
23   A.  We --
24       COURT REPORTER: I'm sorry?
25       THE WITNESS: We like to try new places around

Page 59

1   the neighborhood, so I wouldn't say we have like a
2   go-to spot.
3       MR. GOODMAN: Q.  When is the last time you
4   and your girlfriend went out to eat?
5    A.  I think that was Monday.  We just came back
6   from Vegas.
7    Q.  Do you have any money left?
8    A.  No.
9       MR. GOODMAN: On that note, let's take a quick
10  break.
11      VIDEOGRAPHER: Off the record at 11:06 a.m.
12      (Recess taken from 11:06 a.m. to 11:20
13  a.m.)
14      VIDEOGRAPHER: Back on the record at
15  11:20 a.m.
16      MR. GOODMAN: Q.  We're back on the record,
17  you realize you're under oath still?
18   A.  Yes.
19   Q.  When you and your girlfriend went out to
20  dinner after you came back from Vegas where did you go?
21   A.  We went to In-N-Out.
22   Q.  Do you and your girlfriend go to any other
23  fast food restaurants?
24   A.  No, not usually.  We stick to In-N-Out.
25   Q.  Chain restaurants, Applebees?

Page 60

1    A.  Not too often.
2    Q.  Ever?
3    A.  I don't remember the last time we went to a
4   chain restaurant.
5    Q.  McDonalds or Jack In The Box or Taco Bell, any
6   of those?
7    A.  Yeah, it happens here and there but --
8    Q.  Sure.  How many times a month would you say
9   you eat at a national fast food restaurant?
10   A.  Other than In-N-Out?
11   Q.  In-N-Out is a California fast food restaurant,
12  which I'm very proud of.  Yeah.
13   A.  I'd say once every three months, it's pretty
14  rare.
15   Q.  Where do you guys buy your coffee?
16   A.  Coffee?
17   Q.  Do you have that on your list?
18   A.  I think we pick that up at Costco.
19   Q.  Do you know where the coffee comes from?
20   A.  It's the Pete's brand.
21   Q.  What brand?
22   A.  Pete's.
23   Q.  Whole bean or ground?
24   A.  Whole bean.
25   Q.  You said you had a soy milk case but I didn't

Page 61

1   hear you say that you bought any soy milk.  Is that
2   something that you bought at any point in time?
3    A.  No, it must have been in the house 'cause my
4   old roommate drank soy milk.
5       COURT REPORTER: Because what?
6       THE WITNESS: My old roommate drank soy.
7       MR. GOODMAN: Q.  Are you allergic to soy?
8    A.  No.
9    Q.  Do you try to avoid products with soy in them?
10   A.  No.
11   Q.  Does your girlfriend ever do any shopping for
12  your household other than when you go shopping with
13  her?
14   A.  Occasionally, you know, if I'm working and she
15  has the time she'll go grocery shopping.
16   Q.  And she'll go to the same places that you
17  listed for me?
18   A.  Yes.
19   Q.  There's no other types of store or food that
20  you and your girlfriend buy for your household; is that
21  accurate?
22   A.  Yeah, I'd say that's accurate.
23   Q.  Are you familiar with Bimbo Bakeries as a
24  brand?
25   A.  Yes.

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 62

1   Q.  How are you familiar with Bimbo Bakeries?
2   A.  I believe they are the biggest bakery company
3   in the world, and they have a lot of different brands
4   under their belt.
5   Q.  Have you ever bought any Bimbo Bakeries
6   products?
7   A.  Yes.
8   Q.  Which products?
9   A.  The Sara Lee bread and Bimbo's Toast.
10   Q.  I asked you previously if you could recall any
11   of the brands of bread that you bought and you said no,
12   how is it that you can recall that you bought Sara Lee
13   and Bimbo's Toast?
14   A.  I didn't recall, you know, specifically what I
15   bought when I was living in Berkeley 2006, or -- but --
16   Q.  I asked you all the way through now.
17   A.  Yeah, I know I bought them.  I didn't know
18   exactly when I bought them.
19   Q.  Do you know when the last time you bought a
20   loaf of Sara Lee bread was?
21   A.  No.
22   Q.  Was it in 2011?
23   A.  I really don't know, off the top of my head.
24   Q.  2010?
25   A.  I can't recall.

Page 63

1   Q.  2009?
2   A.  Could have been.  I don't know what the date
3   was.
4   Q.  Do you know whether you've bought a loaf of
5   Sara Lee bread since 2009?
6   A.  Yeah.
7   Q.  When?
8   A.  I don't recall when I bought that specific
9   bread.
10   Q.  What kind of Sara Lee bread did you buy?
11   A.  It was the whole wheat.
12   Q.  Did you buy any other types of Sara Lee bread?
13   A.  I believe it was the whole wheat sliced bread.
14   Q.  And you've bought other types of -- other
15   brands of whole wheat sliced bread, correct?
16   A.  Yes.
17   Q.  How many different brands of whole wheat
18   sliced bread have you bought during the years since
19   college?
20   A.  I have no idea.
21   Q.  More than five?
22   A.  I really don't recall.
23   Q.  Was it more than two?
24   A.  Probably.
25   Q.  More than three?

Page 64

1   A.  Yeah, I don't know.  It was probably more than
2   two.
3   Q.  Can you give me a ballpark?
4   A.  If I had to guess I'd probably say three or
5   four.
6   Q.  Do you know what other brand of whole wheat
7   sliced bread you've bought other than Sara Lee?
8   A.  The Safeway brand.
9   Q.  Do you know if that was 100 percent whole
10   wheat bread?
11   A.  I do not know.
12   Q.  Do you know if that bread had preservatives in
13   it?
14   A.  I don't know.
15   Q.  Can you name any other brands of whole wheat
16   sliced bread besides Sara Lee an Safeway brand?
17   A.  Oroweat.
18   Q.  Do you know what kind of Oroweat bread you
19   brought?
20   A.  I don't remember the specific kind of Oroweat,
21   but that was the brand I remember.
22   Q.  Do you know if it was wheat bread?
23   A.  I believe so.
24   Q.  Do you know if it was 100 percent whole wheat
25   bread?

Page 65

1   A.  I don't know.
2   Q.  When you go shopping do you look for a label
3   that says 100 percent whole wheat bread or do you just
4   look for wheat bread?
5   A.  If the two were side by side I'd probably pick
6   the 100 percent whole wheat.
7   Q.  Is that something that you're looking for or
8   not, I guess is my question?
9   A.  I mean I would say specifically going out
10   looking for 100 percent whole wheat, but if it was side
11   buy side I'd probably be drawn to 100 percent whole
12   wheat.
13   Q.  What does 100 percent whole wheat mean to you?
14   A.  To me it means that all the flour that they
15   use in that bread is 100 percent whole wheat flour.
16   Q.  All the flour that they use, all the grain
17   flour?
18   A.  Uh-hum.
19   Q.  That a yes?
20   A.  Yes.
21   Q.  So would 100 percent whole wheat bread mean to
22   you that all of the whole wheat flour that they use is whole
23   wheat, as opposed to using non-whole wheat flour?
24   A.  Say that again?
25   Q.  Sure.  So would 100 percent whole wheat mean

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 66

1  to you that all of the wheat flour that they use in
2  that bread is whole wheat?
3      A.  I would say that all of the flour that they
4  use in there is 100 percent whole wheat.
5      Q.  Do you know whether -- and, again, you're
6  talking about the grain flour?
7      A.  I was just talking about flour in general.
8      Q.  What kind of flour would be in bread that
9  wouldn't be a grain flour, to your knowledge?
10     A.  That wouldn't be a grain flour?
11     Q.  Yes.
12     A.  I'm not sure.
13     Q.  Do you know whether the Oroweat bread that you
14  bought was 100 percent whole wheat?
15     A.  I do not.
16     Q.  Do you know whether the Sara Lee bread that
17  you bought was 100 percent whole wheat?
18     A.  I do not.
19     Q.  As you sit here today, can you recall ever
20  seeing a label during the time that you were in the
21  store purchasing a product where you bought 100 percent
22  whole wheat?
23     A.  Do I remember buying it?
24     Q.  Yes.
25     A.  Not specifically.  I couldn't you give a

Page 67

1  specific date.
2      Q.  How about a specific product?
3      A.  The Sara Lee bread is 100 percent whole wheat.
4      Q.  I already asked you whether you bought
5  100 percent whole wheat Sara Lee bread and you said you
6  didn't remember.  Now you're saying you did buy 100
7  percent whole wheat Sara Lee bread?
8      A.  Yes.
9      Q.  Okay.  What did that label look like?
10     A.  Describe the Sara Lee label?
11     Q.  The one that you remember where you said you
12  bought 100 percent whole wheat Sara Lee bread.
13     A.  It said 100 percent whole wheat on the front
14  package.
15     Q.  Did it say anything else?
16     A.  Sara Lee.
17     Q.  Anything else?
18     A.  That's all I can remember.
19     Q.  Do you recall looking at any other parts of
20  the Sara Lee bread label other than the front where it
21  said Sara Lee and 100 percent whole wheat?
22     A.  Do I remember looking at any other parts of
23  the front?
24     Q.  Of the label.
25     A.  You know, I'm sure I looked at the whole

Page 68

1  label.  I can't recall from memory exactly what it said
2  on the front of it now.
3      Q.  Did you ever read the ingredients on a bag of
4  100 percent whole wheat bread?
5      A.  No, I don't believe I have.
6      Q.  Why not?
7      A.  It just never crossed my mind to.
8      Q.  Okay.  Have you ever read the fat content on a
9  bag of 100 percent whole wheat Sara Lee bread?
10     A.  No, not fat content.
11     Q.  Calories?
12     A.  I probably looked at calories and serving
13  sizes and carbohydrates.
14     Q.  Do you know what the serving size of Sara
15  lease 100 percent whole wheat bread is?
16     A.  I can't recall off memory.
17     Q.  Do you recall what the carbohydrates are?
18     A.  Not off the top of my head.
19     Q.  Do you recall looking for a specific serving
20  size when you were looking for 100 percent whole wheat
21  bread?
22     A.  You know, if anything, I was probably looking
23  for something more than two -- or something that was at
24  least two slices, you know, for a sandwich.
25     Q.  Were you looking for a particular carbohydrate

Page 69

1  level?
2      A.  Not a particular level, I was just trying to
3  see if it was really high or not.
4      Q.  What's really high to you?
5      A.  You know, for bread I was looking for
6  something under 30 grams.
7      Q.  Did you look at the Safeway brand bread label?
8      A.  I think I did.  I'm not sure.
9      Q.  Did you look at the serving size for that
10  bread?
11     A.  Probably.
12     Q.  Do you recall doing that?
13     A.  Not specifically.
14     Q.  Do you recall looking at the carbohydrate
15  level for the Safeway bread?
16     A.  Not specifically.
17     Q.  Do you recall looking at the label for the
18  Oroweat bread?
19     A.  I'm sure I've looked at it.  I couldn't give
20  you a date.
21     Q.  My question is:  Do you recall looking at it.
22      So, as you sit here today, can you remember
23  looking at the Oroweat label?
24     A.  Yeah.
25     Q.  And you did that while you were purchasing the

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

Page 70

1 bread, correct?

2 A. I don't know when I did it, before or after

3 Q. Do you know whether you looked at the label on

4 the Sara Lee bread before as opposed to after?

5 A. You know, I'm not sure if it was before or

6 after I purchased it.

7 Q. Do you know what the serving size on the

8 Oroweat bread is?

9 A. Not off the top of my head.

10 Q. Do you recall looking at the Oroweat label to

11 see if it had a particular serving size?

12 A. You know, I'm sure I looked at it. Again, I

13 just don't know if it was before or after.

14 Q. I understand. My question is: Do you recall

15 looking at the serving size in particular for Oroweat

16 bread?

17 A. Yes.

18 Q. Do you recall looking at the carbohydrates in

19 particular for Oroweat bread?

20 A. Yes.

21 Q. Did you look at anything else on the Oroweat

22 bread label other than carbohydrate and serving size?

23 A. Not that I can remember.

24 Q. Other than the Sara Lee bread and the Bimbo's

25 Toast what other Bimbo Bakeries products do you recall

---

Page 71

1 purchasing?

2 A. It was Thomas' Bagel Thins.

3 Q. Do you recall when you bought the Thomas'

4 Bagel Thins?

5 A. No, I don't recall exactly when.

6 Q. Do you recall whether that was in 2012?

7 A. Yeah, I don't have the exact year.

8 Q. 2011?

9 A. It might have been.

10 Q. I understand might have been, but do you

11 recall purchasing Thomas' Bagel Thins at any point

12 after 2011?

13 A. After 2011?  Yes.

14 Q. When was the last time you purchased Thomas'

15 Bagel Thins?

16 A. It must have been some time before March of

17 2013.

18 Q. Why do you say that?

19 A. That's when I first talked to Pierce and

20 stopped purchasing Sara Lee products.

21 Q. Do you recall when, prior to March 2013, you

22 purchased Thomas' Bagel Thins?

23 A. Not exactly.

24 Q. Can you give me a year?

25 A. It's probably 2012. I can't say for certain.

---

Page 72

1 Q. How many times did you purchase Thomas' Bagel

2 Thins?

3 A. I don't know. It's hard to give you an exact

4 number how many times I purchased bagel thins.

5 Q. Can you give me a ballpark number?

6 A. No, it's just not a number I have in my head.

7 Q. More than once?

8 A. Yeah.

9 Q. More than ten times?

10 A. I don't know. That would be hard to say.

11 Q. It did you buy Thomas' Bagel Thins more than

12 you bought any other brand of bagels?

13 A. That's hard to say, also.

14 Q. Did you buy Sara Lee bread more than Safeway

15 bread?

16 A. No. I can't recall if I bought one brand more

17 than the other.

18 Q. Did you buy Oroweat bread more than you bought

19 Sara Lee bread?

20 A. You know, I don't really know if I bought one

21 brand more than the other.

22 Q. Why would you buy Safeway bread over Oroweat

23 bread, for example?

24 A. It would probably be price point. If one was

25 on sale.

---

Page 73

1 Q. Any other reasons?

2 A. No.

3 Q. Why would you buy Safeway bread over Sara Lee

4 bread?

5 A. Same reason.

6 Q. Price?

7 A. Yeah.

8 Q. And why would you buy Sara Lee bread over

9 Oroweat bread?

10 A. Price. Same.

11 Q. If Sara Lee bread was cheaper than the Oroweat

12 bread you would buy that?

13 A. Depending on what it was that week.

14 Q. And by what it was that week you mean the

15 price?

16 A. Price.

17 Q. And you're a Safeway Club member; is that

18 correct?

19 A. Yes.

20 Q. And how long have you been a Safeway Club

21 member?

22 A. I'd say since 2005. Possibly before that,

23 under my parents' name.

24 Q. When you shop at Safeway do you try to

25 purchase products that have a Safeway Club discount?

---

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 74

1  A. Yeah, sometimes.
2  Q. When you purchase bread products at Safeway
3  did you try to purchase bread products that were
4  discounted?
5  A. It depends. I saw those three brands as
6  pretty comparable, so what was cheaper that week or had
7  a better discount was probably what ended up in the
8  cart.
9  Q. Why were the Sara Lee, Safeway or Oroweat
10 breads comparable in your mind?
11 A. 'Cause I saw them as wheat bread.
12 Q. Were there any other wheat bread options
13 available to you when you were shopping at Safeway for
14 bread?
15 A. Probably. I mean I don't know exactly what
16 other brands were out there.
17 Q. Why didn't you look at other brands?
18 A. I don't know, to be honest. I mean, those
19 were the three that I knew, that I tasted and liked, so
20 those were the ones I stuck with.
21 Q. When did you first start buying Sara Lee
22 bread?
23 A. I don't know exactly when. My family had Sara
24 Lee bread, you know, I saw it in the house. It was a
25 brand that I was familiar with.

Page 75

1  Q. When you were a kid?
2  A. Yeah.
3  Q. What about Safeway bread, when did you first
4  start buying that?
5  A. Same thing. My parents shopped at Safeway
6  when we were growing up. Those are the three brands of
7  bread that I'm familiar with.
8  Q. From childhood?
9  A. Yes.
10 Q. So, as you just testified to earlier, you're
11 familiar with these brands and you liked the taste of
12 these brands and as long as one was cheaper than the
13 other you would buy that brand; is that fair?
14 A. Yeah. And also because, you know, I thought
15 it was healthier than buying white bread.
16 Q. I'm talking about wheat bread. You said you
17 didn't really buy a lot of white bread?
18 A. Yes.
19 Q. These breads were what you bought because you
20 were familiar with them --
21 A. Yes.
22 Q. -- and they were the right price?
23 A. Yes.
24 Q. And they were also at Safeway, where you
25 happened to shop?

Page 76

1  A. Yes.
2  Q. What other brands of bagels did you buy?
3  A. The only other brand was the generic Safeway
4  ones that come in a plastic bag.
5  Q. Do you know how many Safeway bagels you've
6  bought in your career?
7  A. That's a tough question.
8  Q. Ballpark?
9  A. How many bagels?
10 Q. How many bags of bagels.
11 A. Since 2008?
12 Q. Let's say since you were living in San
13 Francisco or, actually, after college; let's do it that
14 way, if that would be a good way for you to remember.
15 A. Ballpark, maybe 20 bags of bagels.
16 Q. Of Safeway brand?
17 A. I don't know exactly. Either Safeway or
18 Thomas'.
19 Q. Do you know which ones you bought more of?
20 A. No, just the same with the wheat bread.
21 Q. So since you graduated from college you
22 believe you've purchased approximately 20 bags of
23 bagels, whether they were Thomas' or Safeway or some
24 combination of the two; is that fair?
25 A. Yeah, you know. But, again, it's kind of a

Page 77

1  ballpark figure.
2  Q. I understand. I'm not holding you to twenty.
3  You know it's not forty, right?
4  A. It's kind of hard to remember your bagel
5  purchases.
6  Q. You said you didn't eat a lot of bagels.
7  A. It wasn't an everyday item.
8  Q. Okay. Do you know what kind of Safeway brand
9  bagels you bought? Plain, seeded, everything, poppy?
10 A. They were probably between plain and sesame.
11 Q. And did you read the Safeway brand label when
12 you bought those bagels?
13 A. No.
14 Q. Why not?
15 A. You know, just 'cause I had them before. So I
16 was familiar with them.
17 Q. Did you have Thomas' Bagel Thins before?
18 A. Yes.
19 Q. So that's something you grew up with?
20 A. Yeah. I can't remember exactly when I first
21 had them. I think I was a little bit older.
22 Q. When you bought Thomas' Bagel Thins what
23 varieties did you buy?
24 A. I only remember the plain ones.
25 Q. You recall ever buying any other variety other

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

Page 78

1  than plain?
2    A.  No.
3    Q.  And did you read the labels on the Thomas'
4  Bagels when you bought those?
5    A.  Yeah, I looked at the label.
6    Q.  When you bought it?
7    A.  I don't know if it was before or after I
8  bought them.
9    Q.  Do you know why you wouldn't look at the
10  Safeway label when you bought that but you'd look at
11  the Thomas' label?
12    A.  Well, the Safeway is usually -- it's kind of
13  just, you know, that plastic -- that long plastic bag
14  that has the generic Safeway sticker on it with a
15  bar-code.  I believe it's an ingredient list.
16    Q.  And you didn't read the ingredients list and
17  bar-code?
18    A.  No.
19    Q.  Do you recall -- and you don't recall reading
20  the Thomas' label before you bought the product, you
21  know you read it at some point; is that fair?
22    A.  Yeah.
23    Q.  Okay.  Do you recall what parts of the Thomas'
24  Bagel Thins label you read?
25    A.  I definitely looked at the front of the label

---

Page 79

1  and probably checked out the back.
2    Q.  Why did you check out the back?
3    A.  I think it's like my cereal, you know, I was
4  eating it in the morning with the bag in front of me.
5    Q.  Do you recall looking at the back of the
6  Thomas' Bagel Thins bag at the time that you purchased
7  it?
8    A.  I don't know if it was before or after I
9  purchased it.
10    Q.  You just said it was like your cereal where
11  you're eating breakfast and you're looking at it.  You
12  weren't eating breakfast in Safeway.
13    A.  I don't recall the exact moment when I checked
14  the label.
15    Q.  Do you know what parts of the Thomas' Bagel
16  Thins bag you looked at?
17    A.  Yeah, I can't say for certain, but I'm pretty
18  sure I read whatever writing was there and then I
19  checked out the stuff that I usually look at, the
20  serving size, calories, carbohydrates.
21    Q.  Do you recall what writing was on the back of
22  the Thomas' Bagel Thin bag that you looked at?
23    A.  No, I don't recall.
24    Q.  Do you recall looking at the calories in
25  Thomas' Bagel Thins?

---

Page 80

1    A.  Yeah.
2    Q.  Do you recall what the calories are?
3    A.  I do not.
4    Q.  Do you recall looking at the serving size?
5    A.  Yes.
6    Q.  Do you recall what the serving size is?
7    A.  No.
8    Q.  Do you recall looking at the carbohydrates?
9    A.  Yes.
10    Q.  Do you recall what the carbohydrate level is?
11    A.  No.
12    Q.  Do you recall looking at any other information
13  on the back of the Thomas' bag?
14    A.  No, I don't recall.
15    Q.  As you sit here today, did you look at the
16  information on the back of the Thomas bag other than
17  what we just talk about?
18    A.  No, I don't think so.
19    Q.  Other than Thomas and Safeway brand, have you
20  ever bought any other bagels?
21    A.  You know, I'm sure bought a bagel or two from
22  Noah's.
23    Q.  Did you look at the ingredients in a Noah's
24  bagel?
25    A.  No, I don't think they put those on the bagel

---

Page 81

1  bag.
2    Q.  You testified previously that you never
3  expected bagels to be healthy, correct?
4    A.  I knew they weren't a health food.
5    Q.  So that's not something you were really
6  looking for when you were buying bagels, correct?
7    A.  I'm sorry, looking for what?
8    Q.  That they were healthy?
9    A.  No.  But, you know, if a bagel is healthier
10  than the other I'd probably try that.
11    Q.  When did you ever buy a healthier option
12  bagel?
13    A.  Well, the Bagel Thins, they had the American
14  Heart Association label on, so I've seen them
15  endorse that bagel over another one.
16    Q.  Okay.  What other products do you buy with the
17  American Heart Association mark on it?
18    A.  None, that I can recall.
19    Q.  What does the American Heart Association mark
20  mean to you?
21    A.  Well, to me, I believe that they endorse the
22  product and they believe it's healthier than other
23  products without the label.
24    Q.  What do you mean, they endorse the product?
25    A.  I mean I look at it as -- like an Energy Star

---

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

Page 82

1  seal on a lightbulb, so with that seal I assume they
2  tested the light bulb and rated it and it meets their
3  standards.
4  Q.  Do you know if the American Heart Association
5  tested Thomas' Bagel Thins and rated them?
6  A.  No.  But I believe they did, since they had
7  that label on the bag.
8  Q.  Do you know if when Energy Star rates a
9  product how it does that?
10  A.  Not specifically.  But I do know that they
11  test for the rate of light and they look at the energy
12  consumption of the bulb, so it meets a certain set of
13  standard.
14  Q.  Do you know who pays for that testing?
15  A.  Yeah, I believe it's the government, but I'm
16  not 100 percent.
17  Q.  Do you know who pays for the American Heart
18  Association to do testing on products?
19  A.  No.
20  Q.  Did you ever do any research into what it
21  takes for the American Heart to put a check mark on a
22  product?
23  A.  No.
24  Q.  Do you know what criteria go into the decision
25  for the American Heart Association to put a Heart-Check

---

Page 83

1  mark on product?
2  A.  No.  But I do understand now that it was a
3  paid endorsement.
4  Q.  What do you mean?
5  A.  That the American Heart Association sticker on
6  the Bagel Thin bag was something that was paid for.
7  Q.  What do you mean?
8  A.  There wasn't a check on bagels, you know,
9  there wasn't a direct endorsement, it was something
10  that they paid to put on a bag.
11  Q.  How do you have that understanding?
12  A.  I learned it from Pierce.
13  Q.  Okay.  What have you --
14  MR. GORE:  Excuse me.  Just so it's clear on
15  the record, and I'm sorry for interrupting, I want to
16  make sure --
17  MR. GOODMAN:  Do you have an objection?
18  MR. GORE:  I just want to object to this line
19  of questioning, only to the extent that it seeks
20  communication protected by the attorney-client
21  privilege, which we're not waiving.  That's all.
22  MR. GOODMAN:  Okay.  I'm not seeking any
23  information protected by the -- he volunteered
24  information, so I think that I get to ask him the
25  question.

---

Page 84

1  MR. GOODMAN:  Q.  What's your understanding of
2  how the Heart-Check mark got onto the Thomas' Bagel
3  Thins?
4  A.  Can you repeat that?
5  Q.  Sure.  What is your understanding of how the
6  Heart-Check mark got onto Thomas' Bagel Thins?
7  A.  My understanding now or when I bought them?
8  Q.  Let's start with when you bought them.
9  A.  So I assumed the Heart Association looked at
10  the bagel, looked at the nutrition facts, and deemed
11  them worthy of that label.
12  Q.  And now what is your understanding?
13  A.  Now it's my understanding that the label was
14  paid for and they put on the bag.
15  Q.  Do you have that understanding from any source
16  other than Mr. Gore?
17  A.  Did I do research on it?
18  Q.  No.  Did you have that understanding from any
19  source other than Mr. Gore?
20  A.  No.
21  Q.  Have you done any research into whether a
22  company can pay to have a Heart-Check mark put on its
23  products?
24  A.  No.
25  Q.  Is it your understanding that a Heart-Check

---

Page 85

1  mark can be put on a product no matter what the product
2  paid for?
3  A.  You know, I'm not really an expert.
4  Q.  I'm not asking for you to be an expert, I'm
5  asking you for your understanding.
6  A.  No.  'Cause I don't think they would put their
7  mark on like motor oil.
8  Q.  Why not?
9  A.  Because that has not anything to do with your
10  heart.
11  Q.  Okay.  If they put a Heart-Check mark on a box
12  of softies or donuts, do you believe that the American
13  Heart Association put their mark on that box of softies
14  that Entenmann's paid for it?
15  A.  If they paid for it, yeah, it's my
16  understanding.
17  Q.  Do you know whether there are any
18  requirements, other than payment, that a company has to
19  go through in order to get a Heart-Check mark on its
20  products?
21  A.  No, I do not.
22  Q.  Have you ever looked at the American Heart
23  Association website to determine how the Heart-Check
24  mark system works?
25  A.  No.

---

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 86

1  Q.  Have you ever read any documents that tell you
2  how the American Heart Association Heart-Check system
3  works?
4  A.  No.
5  Q.  You're just accepting what Mr. Gore told you?
6  A.  Yes.
7  Q.  Has anybody else told you how the American
8  Heart Association Heart-Check system works?
9  A.  No.
10  Q.  Do you know anybody who buys products because
11  they have the American Heart-Check mark on them?
12  A.  No.
13  Q.  When you were buying Thomas' Bagel Thins did
14  you buy the Bagel Thins because they had the
15  Heart-Check mark on them?
16  A.  I bought them compared to other bagels because
17  they had the Heart-Check mark on them.
18  Q.  Did the Safeway brand have the Heart-Check
19  mark on it?
20  A.  No.
21  Q.  So then why did you buy the Safeway brand?
22  A.  They were probably on sale.
23  Q.  Okay.  So you did buy bagels without a
24  Heart-Check mark on it?
25  A.  They weren't a requirement for me to purchase

Page 87

1  the bagels.
2  Q.  Has the Heart-Check mark been a requirement
3  for you to purchase any food products?
4  A.  Not a requirement, but if two products, one
5  had Heart-Check, I'd probably lean towards that one.
6  Q.  So I'd asked you before if you'd ever bought
7  any other products with a Heart-Check mark on them and
8  you said no.
9  A.  Uh-hum.
10  Q.  Is that correct?
11  A.  Yes.
12  Q.  So --
13  A.  Not that I recall.
14  Q.  Are you aware of any other products that have
15  a Heart-Check mark on them other than Thomas' Bagel
16  Thins?
17  A.  I think I've seen it on orange juice, but I'm
18  not 100 percent.
19  Q.  Have you ever bought orange juice simply
20  because it had the Heart-Check mark on it as opposed to
21  some other kind of orange juice that didn't have a
22  Heart-Check mark on it?
23  A.  No, but I don't really buy too much orange
24  juice.
25  Q.  Have you ever bought any product because it

Page 88

1  had a Heart-Check mark on it versus another product
2  that didn't have a Heart-Check mark on it?
3  A.  Not that I recall.
4  Q.  Have you ever bought any other Bimbo Bakeries
5  products other than Bimbo's Toast, Sara Lee whole wheat
6  bread and the Thomas' Bagel Thins?
7  A.  Yeah, I'm sure I have.  I just don't recall
8  off the top of my head.
9  Q.  How much Bimbo's Toast did you buy?
10  A.  That's one of those tough questions.  It's not
11  something on the everyday list but, you know, once in a
12  while it would be in the house.
13  Q.  It wasn't on the list of items you give me
14  before, what you bought.  Do you recall the last time
15  you bought Bimbo Toast?
16  A.  I don't recall the last time I bought it.
17  Q.  Do you recall the first time you bought it?
18  A.  No.
19  Q.  Was Bimbo's Toast something that your family
20  had when you were a kid?
21  A.  Yeah, I did see it in the house.
22  Q.  Did you eat it?
23  A.  Yes.
24  Q.  You saw it in the house did you eat it?
25  A.  Yes.

Page 89

1  Q.  How did you eat it?
2  A.  What do you mean by that?
3  Q.  Make a sandwich out of it, did you put jam on
4  it; how di you consume it?
5  A.  Oh, you know, we ate it the way we eat
6  crackers, eat them plain or if we had some kind of
7  spread, use spread on it.
8  Q.  Do you know whether you brought Bimbo's Toast
9  on more than one occasion, you personally, purchasing
10  it?
11  A.  Yes.
12  Q.  How many times, roughly?
13  A.  I'd say at least ten.
14  Q.  More than twenty?
15  A.  That would be hard to say.
16  Q.  And do you know whether you bought Bimbo's
17  Toast last in 2012?
18  A.  You know, I don't recall if I bought it that
19  year.
20  Q.  How about 2011?
21  A.  Possibly.  I don't remember.
22  Q.  How about 2010?
23  A.  It might have been.  I don't remember the last
24  time I bought it.
25  Q.  I'm asking you when you recall the last time

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 90

1   you bought it. Do you know for sure you bought it in
2   2010?
3       A. You know, I can't really recall.
4       Q. Do you know whether you bought it in 2009?
5       A. I don't know.
6       Q. Do you know whether you bought any in 2008?
7       A. You know, I'm not sure. But between 2008 and
8   2010 was the last time.
9       Q. Do you recall buying it between 2008 and 2010?
10      A. Yes.
11      Q. When?
12      A. I don't remember.
13      Q. Where did you buy it?
14      A. I don't remember, either.
15      Q. Did you buy it at Safeway?
16      A. Might have been.
17      Q. Anything is possible, Mr. Ang?
18      A. It's not one of those everyday items. It's
19   hard to recall that far back.
20      Q. Do your roommates eat toasted bread?
21      A. If it was in the house they would eat it.
22      Q. Yeah. How did they eat it?
23      A. Same way, they would snack on it like
24   crackers.
25      Q. Do you ever buy any other types of toasted

Page 91

1   bread?
2       A. No.
3       Q. Ever buy any melba toast?
4       A. I have bought that.
5       Q. When was the last time you bought melba toast?
6       A. It was probably in the last year.
7       Q. How do you eat melba toast? The same way,
8   like a cracker?
9       A. Yeah.
10      Q. Do you also buy crackers?
11      A. Not typically.
12      Q. Are you more likely to buy toasted bread than
13   crackers to use as a cracker?
14      A. I probably most likely buy crackers.
15      Q. What kind of crackers do you typically buy?
16      A. Just regular saltine crackers.
17      Q. Any other brand of crackers that you buy?
18      A. No, not that I can recall.
19      Q. When was the last time you bought saltine
20   crackers?
21      A. Must have been in the last year.
22      Q. Have you bought saltine crackers pretty
23   regularly since you were in college?
24      A. Not regularly. It's something that's usually
25   in the pantry. We don't go through them that fast.

Page 92

1       Q. I'm sorry. As far as buying crackers, is that
2   your cracker brand since you were in college?
3       A. Yeah.
4       Q. Ever buy any whole wheat crackers?
5       A. Not typically.
6       Q. Why not?
7       A. Like I said, it's not something that we eat
8   every day. A snack on crackers.
9       Q. My question is why don't you buy whole wheat
10   crackers?
11      A. I'm just used to buying the regular saltines.
12      Q. It's what you like?
13      A. Uh-hum.
14      Q. Is that a yes?
15      A. Yes.
16      Q. Do you ever read the ingredients in Bimbo
17   Toast?
18      A. I have.
19      Q. Do you recall when you did that?
20      A. I don't recall when.
21      Q. Do you know if you reviewed the ingredient in
22   Bimbo's Toast before you bought it?
23      A. I don't know if it was before or after.
24      Q. Why did you read the ingredients in Bimbo's
25   Toast; do you recall?

Page 93

1       A. I don't know exactly why I did.
2       Q. Do you recall seeing in Bimbo's Toast that it
3   includes artificial color?
4       A. Yes, I did see that.
5       Q. Do you recall seeing the label of Bimbo's
6   Toast when you bought it?
7       A. Yes.
8       Q. What parts of the label did you read when you
9   bought it, if you can recall?
10      A. As I was in the aisle, just buying it or --
11      Q. Yes.
12      A. You know, I believe I probably just looked at
13   the front.
14      Q. Do you recall what it said on that label?
15      A. I didn't really inspect the package before I
16   put in the cart.
17      Q. That label has a partially clear panel so you
18   can see the product, correct?
19      A. Yes.
20      Q. What color is Bimbo's Toast?
21      A. The toast itself?
22      Q. Yeah.
23      A. Brown color.
24      Q. You weren't buying Bimbo Toast as a substitute
25   for toasted bread, were you? Like bread you'd put in

ALEX ANG  v.                                                    ALEX ANG, VOL. I
BIMBO BAKERIES USA, INC.                                       February 13, 2015

Page 94

1    the toaster?
2    A.  I wouldn't put in the toaster.  It looked like
3    it was already hard, toasted.
4    Q.  Right.  So my question is you didn't use the
5    Bimbo's Toast as a substitute for toast that you would
6    make yourself out of sandwich bread?
7    A.  No.
8    Q.  Do you try avoid purchasing food products that
9    have added color in them?
10   A.  I don't go out of the my way to do that.
11   Q.  Did you buy any Bimbo toasted bread after you
12   had read the label and seen that there was food color
13   in it?
14   A.  No, not after I saw that.
15   Q.  Why?
16   A.  I didn't understand why you would need to food
17   color bread, you know.
18   Q.  Why do you need to food color anything?
19   A.  I don't know.  I mean I understand you food
20   color candy to make it more appealing but, to me, food
21   coloring bread is the same as food coloring chicken,
22   it's not something you need to food color.
23   Q.  Do you know if there's food coloring in diet
24   coke?
25   A.  Yes.

Page 95

1    Q.  So do you know why?
2    A.  So that it looks the way it does.
3    Q.  Okay.  Any other reasons?
4    A.  Not that I know of.
5    Q.  Do you know if there's food coloring in
6    Doritos?
7    A.  I'm not 100 percent but I'm pretty sure there
8    is.
9    Q.  Do you know why?
10   A.  To make it look like cheese.
11   Q.  Do all the Doritos look like cheese?
12   A.  Not all of them.
13   Q.  What about other varieties?
14   A.  Not all of them.
15   Q.  Do you know whether those varieties have added
16   color in them?
17   A.  I do not know.
18   Q.  Do you know whether Safeway bagels have added
19   color in them?
20   A.  Do I know what?
21   Q.  Do you know if they do?
22   A.  I don't know if they do.
23   Q.  You never read the Safeway bagel bag, correct?
24   A.  No, I don't recall the ingredients list.
25   Q.  Do you know whether Safeway wheat bread has

Page 96

1    added color in it?
2    A.  I don't know.
3    Q.  If Safeway wheat bread has added color in it
4    would you buy it?
5    A.  I probably try to find other bread that didn't
6    have added color in it.
7    Q.  If it matters, why didn't you read the
8    ingredients?
9    A.  I just didn't think it was something I had to
10   check for.
11   Q.  Do you ever buy Bimbo Toast as sandwich bread?
12   A.  No.
13   Q.  Would you consider saltines to be bread?
14   A.  No.
15   Q.  Do you know whether melba toast has any added
16   color in it?
17   A.  I don't know, off the top of my head.
18   Q.  Have you ever read the melba toast
19   ingredients?
20   A.  No.
21   Q.  Why not?
22   A.  I don't know.
23   Q.  What would you say you buy more of, melba
24   toast or Bimbo Toast?
25   A.  Over my lifetime?

Page 97

1    Q.  You purchased, yes.
2    A.  Probably more Bimbo Toast.
3    Q.  How much more would you say, percentage-wise?
4    A.  To be honest, I only bought melba toast about
5    five times in my life.
6    Q.  So maybe half as much as you bought Bimbo
7    Toast?
8    A.  Yeah, I'd say that.
9    Q.  Do you know where you bought the melba toast?
10   A.  It was probably Safeway.
11   Q.  Do you know if it was Safeway?
12   A.  Not 100 percent.
13   Q.  And do you know when you last bought melba
14   toast?
15   A.  It was within the last year.  I don't know
16   exactly when.
17   Q.  2014?
18   A.  Yeah, probably.
19   Q.  Do you recall buying melba toast in 2014, Mr.
20   Ang?
21   A.  Yes.
22   Q.  And again, you can't tell me at any point in
23   time a particular year in which you bought Bimbo Toast,
24   correct?
25   A.  It was before 2013.  I just don't know exactly

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 98

1  when.
2  Q.  Can you give me a particular year when you
3  bought Bimbo's Toast?
4  A.  I can't give you a year.
5  Q.  Have you ever bought any other cracker or
6  toasted bread products other than Bimbo Toast, melba
7  toast and saltines?
8  A.  Not that I recall.
9  MR. GOODMAN: We need to change the tape, so
10  let's take a five minute break.
11  THE WITNESS: Okay.
12  VIDEOGRAPHER: This is the end of media
13  number 1 in the deposition of Alex Ang.  We're off the
14  record at 12:10 p.m.
15  (Recess taken from 12:11 p.m. to 12:19
16  p.m.)
17  VIDEOGRAPHER: Back on the record.  This is
18  the beginning of media number 2 and the time is
19  12:10 p.m.
20  MR. GOODMAN: Q.  Can you list for me all of
21  the reasons that you purchased Bimbo Toast?
22  A.  I was familiar with it and I like the taste.
23  Q.  Any other reasons?
24  A.  Not that I can think of.
25  Q.  Have you ever bought any Bimbo Bakeries

Page 99

1  product and not consumed it, not eaten it?
2  A.  Possibly, if I bought it and brought it to my
3  parents' house.
4  Q.  Have you ever had any -- strike that.
5  The purpose of your buying Bimbo Bakery
6  products was to eat them, correct?
7  A.  Yes.
8  Q.  Somebody, whether it's your parents, your
9  roommates or you, the purpose was for them to be eaten,
10  correct?
11  A.  Yes.
12  Q.  You've never distributed any Bimbo Bakeries
13  products, have you?
14  A.  As a gift or something?  No.
15  Q.  Have you ever sold any?
16  A.  No.
17  Q.  Have you ever tried to sell any?
18  A.  No.
19  Q.  Have you ever had any Bimbo Bakeries products
20  seized from you by a federal or state agency?
21  A.  No.
22  Q.  Would it matter to you if you couldn't resell
23  the food products that you buy?
24  A.  No, I don't sell the food that we buy.
25  Q.  You buy food to eat it?

Page 100

1  A.  Yes.
2  Q.  Have you ever read the FDA's October 2009
3  guidance for industry letter?
4  A.  No.
5  Q.  And have you ever read the March 2010 open
6  letter to industry from the FDA?
7  A.  No.
8  Q.  Have you ever read any FDA publications?
9  A.  Not that I recall.
10  Q.  Are you familiar with food labeling
11  requirements under federal law?
12  A.  No.
13  Q.  Are you familiar with food labeling
14  requirements under California law?
15  A.  No.
16  Q.  Have you familiar with any food labeling
17  requirements under any state laws?
18  A.  No.
19  Q.  Do you know what a nutrient is?
20  A.  Yes.
21  Q.  What is a nutrient?
22  A.  A substance that would provide nutrients to
23  your body.  So calcium, for example.
24  Q.  Can you think of any other nutrients besides
25  calcium?

Page 101

1  A.  No, not really.
2  Q.  Do you know whether whole grains nutrients?
3  A.  You know, I'm not sure if they would classify
4  them as nutrients.
5  Q.  Do you know the difference between a nutrient
6  and an ingredient?
7  A.  I don't know for sure, but if I'd have to
8  guess I'd say that nutrients are like some sort of --
9  nutrients are for the body whereas an ingredient is
10  maybe more of a filler.
11  Q.  Do you know if whole grains are an ingredient?
12  A.  I'm not sure how they are classified.
13  Q.  Do you know what nutrients whole grains
14  provide?
15  A.  No.
16  Q.  When you're making food purchases do you care
17  about the nutrients that a particular food provides?
18  A.  If I had a choice between something that had
19  nutrients and something that didn't have nutrients, I
20  would pick the ones with the nutrients.
21  Q.  How would you make that determination?  How
22  would you actually make that determination, not how you
23  theoretically would?
24  A.  I don't know.  I guess just based on prior
25  knowledge.  If it's -- if I had a candy bar and, you

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

Page 102

1 know, a piece of chicken, I would get more nutrients
2 out of the chicken.
3    Q.  Other than just knowing that a certain thing
4 like chicken, a certain food like chicken is more
5 healthy for dinner than a certain food like candy
6 because your mother told you not to have candy for
7 dinner, how do you go about determining something is
8 more nutritious than something else when you're making
9 food purchases?
10   A.  You know, outside of, you know, what I already
11 have in my head I can't sit down and determine if
12 something is --
13   Q.  When you are buying bread products do you look
14 at nutrients?
15   A.  In the ingredients list?
16   Q.  Anywhere.  Do you look for nutrients?
17   A.  No.
18   Q.  When you are buying meat products do you look
19 for nutrients?
20   A.  No.
21   Q.  When you with buying dairy products do you
22 look for nutrients?
23   A.  No.
24   Q.  Can you think of any particular type of food
25 purchase that you make where you actually look for

---

Page 103

1 nutrients as part of your purchasing decision?
2    A.  We have bananas, there's potassium in bananas.
3 That's the best I can give you.
4    Q.  But you are not checking the label on the
5 bananas to see what the nutrients are, correct?
6    A.  No.  I'm not even aware that bananas have
7 nutrient labels.
8    Q.  I'm not either.  You're going back to your
9 knowledge that bananas have potassium in them, correct?
10   A.  Yes.
11   Q.  I guess when you make a food purchasing
12 decision can you think of any food or type of food that
13 you buy simply based on nutrient value alone?
14   A.  Not other than the banana example, that's all
15 I got.
16   Q.  Can you think of any food purchase that you
17 make, other than the banana example, where you make it
18 based on nutrients to any degree?
19   A.  I don't understand the difference between the
20 last question.
21   Q.  Well, I just asked for nutrients alone.  I
22 only buy this because of the nutrients as opposed to --
23 or I'm buying this, in part, because of the nutrients.
24 Maybe there are other reasons, maybe there is no
25 difference; but I'm just trying to make sure I'm

---

Page 104

1 covering all the bases.
2    A.  No, I can't say.
3    Q.  What is your current employment?
4    A.  I work at Kaiser.
5    Q.  Kaiser Hospital?
6    A.  Yeah.
7    Q.  Which one?
8    A.  The one in San Jose, off Santa Teresa.
9    Q.  What do you do for Kaiser?
10   A.  I'm a -- the title is Operations Specialist.
11 Basically we try to get Kaiser patients who are out of
12 network hospitals back into Kaiser hospitals.
13   Q.  Does that involve customer service or is that
14 more of technical job?
15   A.  There's a little bit of customer service,
16 we'll talk to, you know, different people at different
17 hospitals and coordinate to bring patients back.
18   Q.  When you say patents back, do you mean
19 administratively, bring them back into your system?
20   A.  No.  Back into the hospital.  Let's say
21 they're in a car crash and they end up at General, once
22 they're stable we try to bring them back to San
23 Francisco, to Kaiser.
24   Q.  I see.  So physically moving patents from
25 other facilities to your facility?

---

Page 105

1    A.  Yes.
2    Q.  How long have you had that job?
3    A.  I've been working there since December of
4 2014.
5    Q.  So recently?
6    A.  Pretty recent.
7    Q.  What was your job before that?
8    A.  I was working at a consulting firm doing
9 program coordination.
10   Q.  Which consulting firm?
11   A.  It's called DNVGL.
12   Q.  D as in dog --
13   A.  N as in Nancy, V as in Victor, G-L.
14   Q.  And what did you do you for DNVGL?
15   A.  Administrative rebate program for small to
16 medium sized businesses, to get rebates for energy
17 upgrades.
18   Q.  When you say energy upgrades what do you mean?
19   A.  For example, if a store switched out their
20 lightning to something more efficient we'd help them
21 get rebates for doing that.
22   Q.  How long did you have that job for?
23   A.  Since 2008.
24   Q.  So that's until 2014?
25   A.  Yes.

---

Page 106

1   Q.  And where are they located?

2   A.  They're in Oakland, downtown.

3   Q.  Did you have a job before consulting.

4   A.  I had a part-time job at Edible Arrangements.

5   Q.  Was that while you were in school?

6   A.  Yeah.

7   Q.  What did you do for Edible Arrangements?

8   A.  Beginning with building those fruit baskets to

9  sales, ring people up.

10   Q.  Did you -- was Edible Arrangements just fruit

11  baskets?  Did you have any other food products that you

12  dealt with there?

13   A.  No, it was just fruit and then they would have

14  chocolate dipped stuff.

15   Q.  Do you know what was in the chocolate?

16   A.  No.  I just know we used the Nestle chocolate

17  chips.

18   Q.  Is it safe to say that consulting for DNVGL

19  was your first real job?

20   A.  Yeah.

21   Q.  Have you had any other jobs in the food

22  industry other than Edible Arrangements?

23   A.  No.

24   Q.  When were you born?

25   A.  1986.

Page 107

1   Q.  Where?

2   A.  Century City, Kaiser.  Back where I started.

3   Q.  Literally.  Did you grow up in San Jose?

4   A.  Yeah.  Grew up in San Jose and moved up to

5  Berkeley for College.

6   Q.  School.

7     Did you ever live out of the Bay Area?

8   A.  No.

9   Q.  Do you know whether any of your roommates,

10  including your girlfriend, ever bought any Bimbo

11  Bakeries products?

12   A.  I'm not sure.

13   Q.  Do you know the reasons that any of your

14  roommates bought any of the food products that they

15  bought?

16   A.  No, it's not something we talked about.

17   Q.  Didn't think so, unless you're kind of weird.

18     Do you whether any of your roommates

19  bought any food products with an AHA, American Heart

20  Association, Heart-Check mark on them?

21   A.  I have no idea.

22   Q.  Do you know whether any of them care about the

23  American Heart-Check mark on any of their food

24  products?

25   A.  I don't know.  Again, it's kind of a weird

Page 108

1  thing to talk about.

2   Q.  I understand.  I'm just wondering if it was

3  like you were just playing beer pong one day and you

4  said:  You know what, I love that Heart-Check.

5   A.  Yeah.

6   Q.  That never happened?

7   A.  Right.  Never happened.

8   Q.  All right.  Do you know anybody, as you sit

9  here today, who buys products with the American

10  Heart-Check on them?

11   A.  Not specifically, no.

12   Q.  As you sit here today, do you know anybody who

13  buys any Bimbo Bakeries products other than you?

14   A.  My parents do.

15   Q.  They still do?

16   A.  I believe so.

17   Q.  Do you know why they buy those products?

18   A.  They are familiar with them, they like the

19  taste.

20   Q.  Any other reasons as to why your parents buy

21  those products?

22   A.  No.  Again, it's not something we really talk

23  about.

24   Q.  Understood.  Again, just wondering if you dad

25  said you know, I love this bread because --

Page 109

1   A.  No.  I mean I think they've just been buying

2  it for a while.  Kind of set in their ways.

3   Q.  Have you ever told them not to buy it?

4   A.  I have not.

5   Q.  Do you have any siblings?

6   A.  I have one sister.

7   Q.  Does she buy Bimbo Bakeries products, so your

8  knowledge, since she grew up with it as well?

9   A.  I'm not sure if she does.  We've lived

10  separately since I was 18.  I don't really know what

11  her grocery list looks like.

12   Q.  Fair enough.

13     The last time when you bought a food product

14  with an American Heart Association mark on it was?

15   A.  No, I don't recall.

16   Q.  Do you know whether the Semifreddi's bread

17  that you buy has an American Heart-Check mark on it?

18   A.  I don't believe it does.

19   Q.  Do you know if that bread is any less healthy

20  than bread with a Heart-Check mark on it?

21   A.  No, I do not know that.

22   Q.  And have you ever bought any food products

23  that were marked baked fresh daily?

24   A.  Not that I recall.

25   Q.  Do you have an understanding what baked fresh

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

**Page 110**

1 daily means?

2    **A. I would assume that it's baked every day.**

3    Q. Does that mean to you that it's baked today if

4 it says baked fresh daily?

5    **A. I would assume so.**

6    Q. Why would you assume that?

7    **A. If something says baked fresh daily I wouldn't**

8    **assume that it was baked last week. I think it's the**

9    **word fresh.**

10    Q. Have you ever bought products with an

11 expiration date on them?

12       MR. GORE: Objection. No foundation.

13       THE WITNESS: Yes.

14       MR. GOODMAN: Q. Do you also understand that

15 to be referred to as a best-buy date?

16    **A. Yes.**

17    Q. When you buy products with a best-buy date do

18 you typically try to buy products with a best-buy date

19 that's further out from the date on which you're buying

20 the product?

21    **A. Yeah, if I had the choice between two exact**

22    **products and one had a further expiration date I'd**

23    **probably pick that one.**

24    Q. Why?

25    **A. Just 'cause it would last longer.**

---

**Page 111**

1    Q. Any other reasons?

2    **A. No.**

3    Q. What is your understanding of the purpose of a

4 best-buy date?

5    **A. I understand after that date the manufacturer**

6    **wouldn't necessarily guarantee their best product. It**

7    **kind of diminishes after that date.**

8    Q. Do you know if all products with a best-buy

9 date on them have some sort of guarantee attached to

10 them?

11    **A. I'm not sure.**

12    Q. Do you know whether your Semifreddi's

13 baguettes have best-buy date on them?

14    **A. I'm not sure if they have or not.**

15    Q. Do you know whether any of the Bimbo Bakeries

16 products that you've bought have a best-buy date on

17 them.

18    **A. I'm not 100 percent.**

19    Q. Did you ever look at any best-buy dates o0n a

20 Bimbo Bakeries product, to your knowledge?

21    **A. I do know they are on regular bags of bread .I**

22    **couldn't say specifically if they were on the Bimbo**

23    **products.**

24    Q. What do you mean, regular bags of bread?

25    **A. You know, any other bag of bread in the**

---

**Page 112**

1 grocery store. If it's just a generic bag of bread I

2 think there's an expiration date on them.

3    Q. A brand, national brand bread, you mean?

4    **A. Yeah.**

5    Q. Do you know if Noah's has a best-buy date on

6 their bagels?

7    **A. I don't believe so. I think they just give it**

8    **to you in a bag.**

9    Q. Do you know why they wouldn't have a best-buy

10 date on their bagels?

11    **A. I don't know for sure, but I assume they bake**

12    **bagels and sell them that day.**

13    Q. So if something had a best-buy date on it

14 would it indicate to you that they weren't necessarily

15 baked that day?

16    **A. Not necessarily.**

17    Q. So why would Noah's not have a best-buy date

18 on their bagels?

19    **A. I really don't know.**

20    Q. Have you ever sought out any that's been

21 labeled baked fresh?

22    **A. Not specifically, that I can recall.**

23    Q. Do you know whether the Bimbo toasted bread

24 that you bought had a best-buy date on it?

25    **A. That, I don't remember.**

---

**Page 113**

1    Q. Do you know whether the melba toast had a

2 best-buy date on it?

3    **A. I don't know.**

4    Q. Do you know whether your saltine crackers have

5 a best-buy date on them?

6    **A. I don't remember if they do or not.**

7    Q. When you buy or when you have bought Bimbo

8 toasted bread, how long does it typically take for you

9 to get through a bag of that product? In other words,

10 from the time that you buy it to the time that you

11 finish eating it, the entire bag.

12    **A. Yeah. I'd say, on average, maybe like -- it**

13    **would probably stay in the pantry for like two weeks.**

14    Q. And how many slices are in the bag that you

15 bought?

16    **A. You know, I don't know, off the top of my**

17    **head.**

18    Q. How many bagels were in the Thomas Bagel Thins

19 bag that you bought?

20    **A. I don't remember.**

21    Q. Do you know if you bought the 16-pack?

22    **A. I really have no idea.**

23    Q. When you bought, in your life, have you bought

24 cakes, birthday cakes, did you buy them at a bakery or

25 a national brand at a store?

---

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 114

1    A.  You know, it depends on where we're living.
2  Undergrad, probably just Safeway, you know.
3        Nowadays, probably be from a bakery that
4  specializes in cakes.
5    Q.  When you said you bought it from Safeway, did
6  you buy cakes from the Safeway bakery or did you buy
7  like a Sara Lee cake?
8    A.  Probably cakes from the Safeway bakery.
9    Q.  Do you recall ever buying like a brand cake at
10  the store?
11    A.  No.
12    Q.  Do you know why you would buy cake from the
13  bakery as opposed to a national brand cake?
14    A.  Probably just cause they write on it for you.
15    Q.  And you're buying it for the purpose of a
16  birthday?
17    A.  Yeah.
18    Q.  So more like a birthday cake?
19    A.  Yeah.
20    Q.  Have you ever looked to purchase products that
21  claim to be a good source of whole grains?
22    A.  I believe so.
23    Q.  Why did you look for those products?
24    A.  I don't know if I specifically went out
25  looking for something that said a good source of whole

Page 115

1  grains.
2    Q.  But you believe that you bought products that
3  made that claim?
4    A.  I believe if I was comparing products and one
5  said whole grain and the other one didn't I'd lean
6  towards the whole grains.
7    Q.  Why?
8    A.  Seems healthier.
9    Q.  Do you know what a good source of whole grains
10  is?
11    A.  I don't know how they would define a good
12  source of whole grains.
13    Q.  How would you define it?
14    A.  Me, personally, would be a product that would
15  give you your daily recommended value.
16    Q.  The entire recommended value would be a good
17  source?
18    A.  Something close to it.  But then I don't
19  really know how it would be defined.
20    Q.  Have you ever sought products that were
21  labeled -- again, sought, not bought; sought products
22  that were labeled an excellent source of whole grains?
23    A.  Not specifically.
24    Q.  Do you know what an excellent source of whole
25  grains would be?

Page 116

1    A.  I don't know how that would be classified,
2  either.
3    Q.  Have you ever bought any products that were
4  labeled an excellent source of whole grains because
5  they were labeled that?
6    A.  Yeah.  If a product said that and a comparable
7  product didn't I would lean towards them.
8    Q.  Do you recall doing that?
9    A.  Yeah, I believe so.
10    Q.  Which products would you buy that said an
11  excellent source of whole grains on them?
12    A.  I believe it was Sara Lee bread.
13    Q.  Any others?
14    A.  Not that I can recall.
15    Q.  What product were you comparing the Sara Lee
16  bread to that made you choose the Sara Lee bread?
17    A.  I don't remember specifically, but it was
18  either the house brand bread or another brand.
19    Q.  So would you always pick the Sara Lee bread
20  that claimed to be an excellent source of whole grain
21  over the house bread if it didn't make that claim?
22    A.  I wouldn't say always, but it would sway me in
23  that direction.
24    Q.  What do you mean, it would sway you in that
25  direction?

Page 117

1    A.  It wouldn't be the only thing I would
2  consider, also the price point.
3    Q.  Right.  Before you said it was flavor and
4  price point that made your decisions.  Now you're
5  saying that the excellent source of whole grain claim
6  would sway you.
7    A.  If I was comparing two products and one said
8  that and one didn't.
9    Q.  Sure.  If the Safeway bread never said it then
10  you would never buy the Safeway bread, correct?
11    A.  No.  I'm not saying it's not always that way,
12  that's not the only thing that would determine my
13  decision.
14    Q.  Okay.  So if the Safeway bread was cheaper and
15  it did not make an excellent source of whole grain
16  claim you would still buy that bread?
17    A.  Depends on how much cheaper it was.
18    Q.  How much cheaper would it have to be for you
19  to buy it?
20    A.  Maybe a dollar cheaper.
21    Q.  Are you guessing or is are you telling it's
22  something that actually happened?
23    A.  No, I just didn't -- I'm just guessing.
24    Q.  Yeah.  I'm looking for you to tell me what
25  actually happened in your purchasing decisions.  I'm

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

Page 118

1  looking for the time that you sat there in an aisle at
2  Safeway and looked at a brand of -- a loaf of Sara Lee
3  bread and a loaf of Safeway bread and said I'm going to
4  pick this Sara Lee bread because it says excellent
5  source of whole grain on it.
6      **A.  So I'm saying if they were the same price I**
7  **would pick the on that's an excellent source of.**
8      Q.  But what if the -- do you recall ever being in
9  a situation where you looked at the two loaves of bread
10  that I just described, and picking the Safeway bread
11  over the Sara Lee bread?
12      **A.  I don't recall specifically.  But, if I did,**
13  **it would probably be because the Safeway bread was**
14  **significantly cheaper.**
15      Q.  And significantly cheaper is a dollar or more?
16      **A.  I mean -- I guess, that's kind of ballpark.**
17      Q.  I'm asking you.  You and I might have
18  different definitions of significantly cheaper.  I'm
19  very cheap.  So to me somewhat cheaper might be --
20      **A.  I'd say if the difference is say like 60 cents**
21  **I'd probably go for the cheaper one.**
22      Q.  How much does a loaf of Sara Lee bread that
23  you bought?
24      **A.  I don't know off the top of my head.**
25      Q.  How much have you spent on Sara Lee bread in

---

Page 119

1  any given year?
2      **A.  In a year?**
3      Q.  Yeah.
4      **A.  I have no idea.**
5      Q.  Okay.  Do you know how much on Sara Lee bread
6  you've spent ever?
7      **A.  No.**
8      Q.  Do you ever use any coupons to buy any Sara
9  Lee bread?
10      **A.  Not that I can recall.**
11      Q.  How much Safeway house brand bread have you
12  bought?
13      **A.  I have no idea.**
14      Q.  How much have you spent in a year on Safeway
15  bread?
16      **A.  I don't know.**
17      Q.  Do you know how many times you've chosen to
18  buy Sara Lee bread that claimed to be an excellent
19  source of whole grains, over another brand of bread
20  that did not make that claim?
21      **A.  I can't tell you how many times I've compared**
22  **two products and picked one over the other.**
23      Q.  Can you give me a ballpark?
24      **A.  I feel like it's something you do e4very time**
25  **you go shopping, you look around and see what's cheaper**

---

Page 120

1  and looks better to you.
2      Q.  Okay.  And so my question, Mr. Ang, is:  Do
3  you recall any instance where you did that and picked
4  the Sara Lee bread that made the claim that it was an
5  excellent source of whole grains over Safeway brand
6  bread?
7      **A.  I can't recall specifically.  I can't give you**
8  **a date on that.**
9      Q.  Can you give me a store in which that
10  happened?
11      **A.  Safeway.**
12      Q.  Can you give me a time of year?
13      **A.  No.  I mean it could have been any time of the**
14  **year.  It's just one of those things I don't really**
15  **keep track of.**
16      Q.  Understood.  But I'm asking for your
17  recollection, not what you would normally do.  I'm
18  asking you to picture a time where you actually did
19  that and tell me what time of year that was.
20      **A.  I can't remember.**
21      Q.  You can't remember a particular time when you
22  did that, correct?
23      **A.  No.**
24      Q.  That's not correct?
25      **A.  I mean I can't remember a time when I did**

---

Page 121

1  that.
2      Q.  Okay.  Same questions with respect to the
3  bread that made a claim that it was a good source of
4  whole grain:  Do you recall what brands of bread that
5  you've purchased in your lifetime that made that claim?
6      **A.  No.**
7      Q.  Do you know whether there are any brands of
8  bread, other than Sara Lee, that make a claim that they
9  are excellent sources of whole grain?
10      **A.  I don't know.**
11      Q.  Have you looked for brands that make that
12  claim?
13      **A.  Not specifically.**
14      Q.  Again, that's not one of the primary drivers
15  for your purchases, correct?
16      **A.  Yeah.  If I'm comparing two products, like I**
17  **said, that would sway me towards one.**
18      Q.  And the price was right?
19      **A.  Yeah.**
20      Q.  What kinds of foods do you eat with whole
21  grains in them?
22      **A.  Bread and some cereals.**
23      Q.  What breads currently do you eat with whole
24  grains in them?
25      **A.  The Semifreddi breads, I believe, are whole**

---

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 122

1    grain. I'm not 100 percent, though.
2    Q.  What makes you think the Semifreddis are whole
3    grains?
4    A.  Again, I'm not 100 percent sure.
5    Q.  Do you have any reason to believe that the
6    Semifreddis' breads are 100 percent whole grain or, I'm
7    sorry, an excellent source of whole grain?
8    A.  No.
9    Q.  Do you have any reason to believe the
10   Semifreddi's breads have whole grains in them?
11   A.  You know, I'm not sure.
12   Q.  What cereals do you currently eat and buy that
13   have whole grains in them?
14   A.  I believe Cheerios says whole grains on the
15   box.
16   Q.  Any others?
17   A.  Not that I can think of.
18   Q.  You don't buy Cheerios because they're whole
19   grain, though, you buy Cheerios because you've eaten
20   them your whole life, correct?
21   A.  Yeah. I've eaten Cheerios since I was a kid.
22   Q.  Any other foods that you eat with whole grains
23   in them, to your knowledge?
24   A.  No, not that I know of.
25   Q.  Do you buy any products with soy in them?

Page 123

1    A.  Yes.
2    Q.  What products do you buy with soy in them?
3    A.  Soy sauce. We buy edamame sometimes.
4    Q.  Anything else, to your knowledge?
5    A.  No, not off the top of my head.
6    Q.  In front of you is what was previously marked
7    as Exhibit 1 to these proceedings. It's a copy of the
8    class action and representative action second amended
9    complaint. Have you ever seen this document before?
10   A.  No.
11   Q.  Turning your attention to page 21, starting
12   with photograph 180, it says substantially similar
13   products. And then it continues on to the next six
14   pages, listing substantially similar products as
15   alleged in this complaint.
16        Have you ever bought or do you know anybody
17   who's ever bought any of those products?
18   A.  Yes. 100 percent whole wheat bread, I bought
19   that.
20   Q.  And which one are you pointing to?
21   A.  Page 22, paragraph 494, in bold.
22   Q.  Okay. What about the product they're listing
23   paragraph number 98?
24   A.  The Bimbo's Toasted Bread?
25   Q.  Which one? The Bimbo's Double Fiber Toasted

Page 124

1    Bread?
2    A.  Yeah, I believe so.
3    Q.  Why did you buy the Bimbo Double Fiber Toasted
4    Bread?
5    A.  To eat.
6    Q.  Why did you buy that one opposed to any other
7    toasted bread or cracker?
8    A.  I -- to be honest, I don't know any other
9    brands other than melba toast that are similar.
10   Q.  Why did you buy the Bimbo Toasted -- Double
11   Fiber Toasted Bread instead of melba toast?
12   A.  You know, I really don't know. That might
13   have been the only one there.
14   Q.  Okay. Do you recall where you bought Bimbo
15   Double Fiber Toasted Bread?
16   A.  I'm guessing it was Safeway.
17   Q.  Don't guess, please.
18   A.  I can't say for sure then.
19   Q.  Okay. Any other products in that paragraph
20   that you've purchased, to your knowledge?
21   A.  You know, I have purchased this Thomas'
22   Cinnamon Raisin Swirl, as I recall.
23   Q.  Do you recall when you purchased that?
24   A.  No.
25   Q.  Do you recall where you purchased that?

Page 125

1    A.  No.
2    Q.  Do you recall why you purchased that?
3    A.  Again, to eat.
4    Q.  To eat?
5    A.  Yeah.
6    Q.  Do you use that as bread or something else?
7    A.  You know, more of a -- I guess like a dessert.
8    It's not like an everyday type --
9    Q.  You didn't confuse that with sandwich bread,
10   did you?
11   A.  I try not to.
12   Q.  How about paragraph 203, did you buy any of
13   those products?
14   A.  Yeah. These are Thomas' Bagel Thins.
15   Q.  The whole wheat Bagel Thins?
16   A.  Yes.
17   Q.  You testified previously that you purchased
18   only plain Bagel Thins, are you changing that?
19   A.  I'm sorry, I thought that was the same thing.
20   Q.  Okay. Do you --
21   A.  So I guess it wasn't that. It was the plain
22   ones.
23   Q.  Okay. Any others here that you recognize as
24   something that you bought?
25   A.  I've definitely bought Thomas' English Muffins

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

## Page 126

1  before. I'm not sure if they were the whole wheat, so
2  it might not be that one. But nothing else on this
3  list.
4      Q. Do you know anybody who's bought anything on
5  this list, to your knowledge?
6      A. I can't say for certain.
7      Q. Do you know anybody who's bought any of the
8  products in paragraph 198?
9      A. I can't say for sure.
10     Q. And, obviously, you couldn't know why somebody
11  would buy those products, correct?
12     A. I'm guessing, to eat.
13     Q. Paragraph 215, and continuing for
14  two-and-a-half pages, do you recognize any of those
15  products as something that you either bought or you
16  know somebody who bought them?
17     A. You know, I know my dad buys the Entenmann's
18  coffee cake. I'm not sure which one it is, though.
19     Q. Do you know why your dad buys Entenmann's
20  coffee cakes.
21     A. He likes those.
22     Q. Any other reasons?
23     A. No. I think it's the crumb coffee cake.
24     Q. The crumb coffee cake.
25        Has your dad ever told you that he thought

## Page 127

1  that the Entenmann's coffee cake was baked the same day
2  that he purchased it?
3      A. Not that I can recall.
4      Q. Any other products that you recognize as
5  something that either you bought or somebody that you
6  know bought?
7      A. No. I know I've seen the donuts in the office
8  before. Somebody else brought those in. I'm not sure
9  exactly which ones they were.
10     Q. Entenmann's donuts?
11     A. No.
12     Q. Do you know why those people bought those
13  donuts?
14     A. To bring them into the office, score some
15  points.
16     Q. Do you know why they bought Entenmann's donuts
17  in particular as opposed to some other brand of donuts?
18     A. I don't know.
19     Q. Page 28, paragraph 226, have you ever bought
20  or known anybody who's bought any of those products?
21     A. No.
22        MR. GOODMAN: Mark that one next in order. I
23  think we're on 13. Is that right, Pierce?
24        (Exhibit 13 was marked for
25        identification.)

## Page 128

1        MR. GOODMAN: Q. Mr. Ang, marked as
2  Exhibit 13 is a series of pages, it's a series of
3  receipts Bates stamped AA1 through AA3. Do you
4  recognize these receipts?
5      A. Yeah.
6      Q. And what are these documents?
7      A. Grocery receipts.
8      Q. Are those yours?
9      A. Yes.
10     Q. And how did you happen to find these receipts?
11     A. I have them.
12     Q. Where did you have them?
13     A. In house.
14     Q. Which house?
15     A. The San Francisco one, looks like.
16     Q. What do you mean it looks like, you mean based
17  on where the stores are?
18     A. Yeah. Those all look like San Francisco
19  Safeways. So it must have been when I was living
20  there.
21     Q. What about the Rotten City Pizza, Emeryville?
22     A. It's cause I was working out in Oakland.
23     Q. That receipt is dated December 13, 2013. Were
24  you living in San Francisco in December of 2013?
25     A. Yes.

## Page 129

1      Q. So when did you move in your current
2  residence, then?
3      A. I think it was July 2014.
4      Q. So you said you lived in San Francisco
5  previously it was March 2013. It's 2011 and I think
6  you said March of 2013. But it's now 2011 to
7  July 2014?
8      A. Yeah, 'cause my girlfriend had her place in
9  Oakland already, so I came from San Francisco to work
10  in Oakland and spent more than half the week there, so
11  it was kind of like almost double residency.
12     Q. Okay. Still the same roommates, though?
13     A. Yes, san Francisco, correct.
14     Q. Do you keep your receipts when you make food
15  purchases typically?
16     A. I'll keep them for a little while.
17     Q. Do you have any receipts for food purchases
18  other than what's been reflected in Exhibit 13?
19     A. I think the only few receipts I have would
20  probably be the last few months. I don't keep them for
21  that long.
22     Q. Since you've filed this complaint have you
23  saved any of your receipts?
24     A. Let's see, the ones I have now are from
25  before, a few months ago. I don't think I would have

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 130

1    anything from, you know, 2013 right now.
2    Q.   You threw those away?
3    A.   Yes.
4    Q.   Why did you throw those away?
5    A.   I'll usually keep them for a few months just
6    in case there's a charge I need to dispute, and then
7    get rid of them.
8    Q.   Did anybody tell you to maintain your food
9    purchase receipts after your filed your complaint?
10   A.   No, that was something I was doing.
11   Q.   Did anybody tell you at the time that you were
12   thinking about filing this lawsuit to keep your
13   receipts?
14   A.   No.
15   Q.   Why did you provide these particular receipts,
16   that are Exhibit 13, to your attorney?
17   A.   He asked for grocery receipts.
18   Q.   And these are the receipts that you found at
19   that time?
20   A.   Yes.
21   Q.   When did he ask you for the grocery receipts?
22   A.   It must have been around March 2013.
23   Q.   Do you recall your attorney asking, or anybody
24   else asking, you for grocery receipts at any point
25   after March 2013?

Page 131

1    A.   No.
2    Q.   And you found these in your house.  How long
3    did you look for grocery receipts in your house when
4    you were asked to do so?
5    A.   It didn't take long, I keep them all in the
6    same place.
7    Q.   Where do you keep them?
8    A.   In my bedroom.
9    Q.   In a box or something?
10   A.   Yes.
11   Q.   Do you have grocery receipts in your bedroom
12   right now?
13   A.   Yes.
14   Q.   How far do those go back?
15   A.   A few months.
16   Q.   I would ask you to keep those receipts and not
17   destroy them.
18   A.   Okay.
19   Q.   When you searched for these receipts did you
20   ask your roommate, your former roommates for any of
21   their receipt?
22   A.   No. I believe these were all mine.
23   Q.   Did you ask any of your roommates for any of
24   their receipts?
25   A.   No.

Page 132

1    Q.   Did you ask your girlfriend for any of her
2    receipts?
3    A.   No.
4    Q.   Does anybody else do food shopping for you, or
5    has anybody else done food shopping for you since you
6    graduated from college, other than your roommates and
7    you?
8    A.   My girlfriend.
9    Q.   That counts as of your roommates at this
10   point.
11   A.   No.
12   Q.   Okay.  And the first receipt on the top left,
13   the Safeway receipt, there's an entry for Lawry's
14   Marinade.  Do you see that, Mr. Ang?
15   A.   Yes.
16   Q.   Do you know whether Lawry's Marinade contains
17   any added color?
18   A.   I'm not sure.
19   Q.   At the bottom of the receipt it says Emerson
20   Ang, is that your true name?
21   A.   No.  That's my dad.
22   Q.   Is that your dad's Safeway Club account?
23   A.   Yeah, he signed up with our old house number,
24   so that's what we all use.
25   Q.   Do you still use that Club number today?

Page 133

1    A.   No, I'm using my girlfriend's now.
2    Q.   Do you know what her Club number is?
3    A.   I don't have the Club number, I use the phone
4    number.
5    Q.   What's the phone number?
6    A.   (831)578-3960.
7    Q.   And how long have you been using that Club
8    Card number?
9    A.   Since the past two years.
10   Q.   2013?
11   A.   Yeah.
12   Q.   Before you filed this lawsuit or after?
13   A.   It's probably after, probably around July when
14   she moved back to the Bay Area.
15   Q.   Before that, before using this 831 number you
16   were using your dad's number?
17   A.   Yes.
18   Q.   Were you using any other Club numbers?
19   A.   No.
20   Q.   Do you know what your dad's number is?
21   A.   (408)281-4751.
22   Q.   And your whole family's purchases from Safeway
23   would be on your dad's Club number?
24   A.   We all use the same house number.
25   Q.   Your sister as well?

Min-U-Script®

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 134

1    A. I believe so.
2    Q. The Whole Foods receipt references a purchase
3    at the hot bar, do you know what that is?
4    A. Looks like that was lunch.
5    Q. Do you know what it was?
6    A. Not off the top of my head.  Something
7    self-serve.
8    Q. On page 2 of the Safeway receipt it says
9    chicken cube and beef cube; do you know what that is?
10   A. That's bouillon cubes.
11   Q. Do you know what's in those bouillon cubes?
12   A. Not off the top of my ahead.
13   Q. Do you know whether there's any artificial
14   colors?
15   A. I don't know.
16   Q. Do you know whether there's any preservatives?
17   A. I do not know.
18   Q. Do you know whether there's any soy?
19   A. I do not know.
20   Q. Further on down on that receipt it says:  L
21   cheese.  Do you know what that cheese is?
22   A. I don't recall.
23   Q. The receipt on the side, do you know what that
24   first entry is?
25   A. Yeah, it's candy.

Page 135

1    Q. Did you buy that for yourself?
2    A. That's my girlfriend.
3    Q. Your girlfriend?
4    A. Yes.
5    Q. Do you know if there's any artificial color in
6    that?
7    A. Probably is.  I'm not sure.
8    Q. Did you read the label for that?
9    A. I don't.
10   Q. Next one:  Lays Chicken and Waffle.  I assume
11   that's potato chips.
12   A. Yeah, I think so.
13   Q. Those for you?
14   A. I ate some of those.
15   Q. Do you know whether there's any colors in
16   that?
17   A. I don't know.
18   Q. Preservatives?
19   A. I don't know.
20   Q. Do you have any reason to believe that there
21   are preservatives and colors in chicken and waffle
22   potato chips?
23   A. I don't know.
24   Q. Did you read the Lays Chicken and Waffle
25   Potato Chips bag?

Page 136

1    A. No.
2    Q. Why not?
3    A. I don't know.
4    Q. Further on down it says:  Deli, boneless
5    chicken wings.  Am I reading that correctly?
6    A. Looks Luke.
7    Q. Do you recall buying boneless chicken wings
8    from Safeway?
9    A. Not this particular one, but I have.
10   Q. Do you know where that chicken comes from?
11   A. No.
12   Q. Do you know what's in that chicken?
13   A. No.
14   Q. Does it come with a sauce or is it breaded?
15   A. It's breaded.
16   Q. Do you know what's in the breading?
17   A. No.
18   Q. Do you know if there's any added color to that
19   product?
20   A. I do not know.
21   Q. Do you know if there's any soy in that
22   product?
23   A. I don't know.
24   Q. The next page, first entry, that's the same
25   candy that your girlfriend likes?

Page 137

1    A. I think so.  I'm not 100 percent though.
2    Q. Trolley Sour something.
3    Next entry.  Do you know what that is?
4    A. Oyster crackers.
5    Q. Are those for you?
6    A. I don't remember why I bought those.
7    Q. Next one is Lay's Mesquite.  And I can't read
8    it.  Can you identify that?
9    A. I'm guessing barbecue.
10   Q. Are those Lay's potato chips?
11   A. Yeah, I think so.
12   Q. Did you buy those?
13   A. Yes.
14   Q. Did you read the label on that product?
15   A. No, I was familiar with those.
16   Q. Do you have any reason to believe those
17   products didn't have any added color or artificial
18   preservatives?
19   A. No.
20   Q. Next one is M&Ms Peanut.  Is that for you?
21   A. I'm not sure if I bought them for myself or
22   for the house.
23   Q. Did you read the ingredients on that one?
24   A. No.
25   Q. Did you read the label?

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 138

1   A. No.
2   Q. How about for the chicken and beef cubes, did
3   you read the labels on those?
4   A. Those were the same ones.
5   Q. The bouillon?
6   A. Yeah.
7   Q. Did you read the labels?
8   A. No.
9   Q. Further down there's -- looks like ice cream.
10  Dryer's Cookies and Cream. Do you know what products
11  those are?
12  A. Ice cream.
13  Q. Do you know whether there's any soy in those
14  products?
15  A. I don't know.
16  Q. Did you read the labels on those products?
17  A. No, just 'cause I was familiar with them.
18  Q. 'Cause you had bought them before?
19  A. Yeah.
20  Q. Next receipt there's a Quaker Chewy Chocolate.
21  Do you know what that is?
22  A. I believe it's granola bars.
23  Q. Did you read the label on those products?
24  A. No, I'm familiar with them.
25  Q. The next on down says American Singles. Is

Page 139

1   that American cheese?
2   A. I believe so.
3   Q. Did you read the label on that?
4   A. No.
5   Q. Do you know what the brand was for that
6   product?
7   A. Not off the top of my head.
8   Q. Do you know if there's any preservatives in
9   American cheese?
10  A. I don't know for sure.
11  Q. Do you have any reason to believe there are
12  not preservatives in American cheese?
13  A. No.
14  Q. Do you know whether there's any added coloring
15  in American cheese?
16  A. I do not know.
17  Q. Does it matter to you?
18  A. I mean if there was a version that didn't have
19  added color I would probably take that one.
20  Q. Have you ever looked for a version of American
21  cheese that did not have added color?
22  A. No.
23  Q. Have you ever generally looked for a version
24  of American cheese that did not have added color?
25  A. I've never seen American cheese other than

Page 140

1   orange.
2   Q. Neither have I.
3   Q. Have you ever looked for a different color?
4   A. No.
5   Q. Further on down it says Eggo Homestyle. I
6   guess that's a waffle. Do you recall buying those?
7   A. Yes.
8   Q. Do you read the labels on the Eggo Homestyle
9   Waffles?
10  A. No, because I've had those before.
11  Q. Do you know what's in an Eggo Homestyle
12  waffle?
13  A. No.
14  Q. Do you know if that's a whole wheat product?
15  A. I don't know.
16  Q. Do you care?
17  A. With Eggos? I mean, not really.
18  Q. Have you ever bought a whole wheat Eggo
19  Waffle?
20  A. No.
21  Q. Tastes horrible. That's just my opinion.
22      Next one, French baguette. Do you know what
23  brand that was?
24  A. You know, I really don't know off the top of
25  my head but if I had to guess I would say Semifreddi's.

Page 141

1   Q. Again, you don't know whether that's whole
2   wheat or not, correct?
3   A. Correct.
4   Q. Mr. Ang, do you recall looking at the labels
5   on any of the products reflected in Exhibit 13?
6   A. No. Other than the front of the packaging?
7   No.
8   Q. Other than the front of the packaging to
9   identify what it is, you don't walk around the store
10  with your eyes closed and pick things off the shelf?
11  A. Yes.
12  Q. You see Eggo Waffle and you buy that?
13  A. Yes.
14      MR. GOODMAN: Q. Can we mark this next,
15  please?
16      And we've marked as Exhibit 14 -- I had
17  already marked that.
18      (Off the record.)
19      MR. GOODMAN: Q. I have retracted Exhibit --
20  I'm going to mark 14. I realize we've already marked
21  it as Exhibit 2. Exhibit 2 is plaintiff's initial
22  disclosures.
23      Have you ever seen this document before, Mr.
24  Ang?
25  A. No.

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

**Page 142**

1   Q.   In this document numbered 2, on page number 1,
2   it says: Plaintiffs have in their possession, custody
3   or control packaging related to protects identified in
4   the second amended complaint. Do you have any such
5   packaging in your possession, custody or control?
6   A.   No.
7   Q.   Your lawyer handed me, this morning, an
8   envelope stuffed -- I can't think of a better word,
9   show that to the camera, with -- it looks like labels
10  of various products packaged as -- it's addressed to
11  Pierce Gore at the address that we're at today, it says
12  it's from Alexander Ang on 20th Avenue, San Francisco,
13  California; do you recall sending this page to
14  Mr. Gore?
15  A.   Yes.
16  Q.   When did you do that?
17  A.   Must have been around March 2013. I don't
18  know the exact date.
19  Q.   Why do you say it must have been March 2013?
20  A.   Because I sent it over when I first started...
21  Q.   Okay. There's no postmark on this. Did you
22  put it in the mail?
23  A.   Yes.
24  Q.   I assume you don't know why there's no
25  postmark on it.

---

**Page 143**

1       And what labels did you put in this envelope
2   when you sent it to Mr. Gore?
3   A.   It was the bread labels. I believe it was a
4   Sara Lee whole wheat bread label, not label, package,
5   and the Thomas Plain Bagel Thins and the Bimbo's Toast.
6   Q.   Buy did you send these labels to Mr. Gore?
7   A.   He asked me to send over some labels that I
8   wanted to check out, since he was doing the case on
9   food labels.
10  Q.   Did you buy these products just to send the
11  bags to Mr. Gore?
12  A.   No. They were in the house already. They
13  were either at my house where I was living, or at my
14  parents' house.
15  Q.   Do you know which of these labels or bags you
16  got from your parents' house versus your house?
17  A.   It's been a while. I can't really recall.
18  Q.   Take a look through them. You can tell me if
19  any of these are labels that came from your house for
20  sure.
21  A.   I can't say for sure. It's been too long.
22  Q.   Can you identify any of these that came from
23  your house as opposed to your parents' house for sure?
24  A.   It's been too long.
25  Q.   When you went to your parents did you tell

---

**Page 144**

1   them that you needed some bags to give to your lawyer?
2   A.   No. They were bags that were already around
3   the house so I thought I'd send them in and have them
4   check it out.
5   Q.   You just grabbed the bags without telling your
6   parents you were grabbing them?
7   A.   Yeah.
8   Q.   Why did you select these bags that are in this
9   envelope?
10  A.   No particular reason.
11  Q.   Were you looking for specific brands of
12  products to send the bags to your lawyer?
13  A.   No, it was just products that we regularly
14  have in the house.
15  Q.   There's no Safeway bread bag in there. You
16  said that was a regular purchase of yours. Why wasn't
17  there a Safeway bread bag in there?
18  A.   I don't know.
19  Q.   Why wasn't there a Semifreddi's bag in there?
20  A.   I only started eating Semifreddi's recently.
21  Q.   That's not what you said before, remember?
22  A.   Yeah. I don't know.
23  Q.   Why wasn't there a melba toast bag in there?
24  A.   I don't buy melba toast very often.
25  Q.   Well, you said you bought it roughly half as

---

**Page 145**

1   much as you bought the Bimbo toasted bread so --
2   A.   Which wasn't that often.
3   Q.   Correct.
4   A.   Yeah.
5   Q.   So was there a reason why you didn't send the
6   melba toast bag is that you just didn't happen to have
7   one at either your house or your parents' house?
8   A.   Yeah.
9   Q.   Okay. Why didn't you pick cereal or some
10  other product as opposed to bread and bagels and
11  toasted bread?
12  A.   I'm not sure what the reason was.
13  Q.   As you sit here today, Mr. Ang, are you aware
14  of any other labels that you have in your possession,
15  custody or control?
16  A.   No.
17       MR. GOODMAN: All right. This one needs to be
18  marked 14.
19       (Exhibit 14 was marked for
20       identification.)
21       MR. GOODMAN: Q. So, Mr. Ang, we've marked as
22  Exhibit 14 plaintiff Alex Ang's responses to first
23  request for production of documents.
24       Have you ever seen this document before?
25  A.   No, I don't believe so.

---

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

Page 146

1   Q.  This document states that -- requests --
2   they're requesting certain documents, and it states
3   that plaintiff shall produce various categories of
4   documents.  This document is dated December 11th, 2013.
5       Do you recall searching for or producing any
6   documents at the end of December 2013?
7   A.  No.
8   Q.  Have you ever, other than looking for the
9   receipts that you said you gave to Mr. Gore, I think
10  you said you said that to him in --
11  A.  Around March.
12  Q.  -- March of 2013?
13  A.  You know, I'm not sure when I sent the
14  receipts over.  I sent the packages around March, but
15  the receipts, I'm not sure.
16  Q.  Other than the receipts that you sent to
17  Mr. Gore, do you have any -- have you ever looked for
18  any other documents relating to this case?
19  A.  Other than the receipts?
20  Q.  Yes.
21  A.  No.
22  Q.  Other than the receipts, have you ever
23  provided Mr. Gore the labels?  Have you ever provided
24  Mr. Gore with any other documents?
25  A.  No.

---

Page 147

1   Q.  Have you ever provided anybody else with any
2   documents relating to this case?
3   A.  No.
4   Q.  Have you ever talked to somebody name Keith
5   Fleishman?
6   A.  No, I haven't.
7   Q.  Have you ever talked to anybody named Brad
8   Silverman?
9   A.  I haven't.
10  Q.  Have you ever -- do you know who those guys
11  are?
12  A.  You know, I've seen them in e-mails but never
13  met them.
14  Q.  Or talked to them on the phone?
15  A.  No.
16  Q.  How did you get involved in this litigation?
17  A.  My aunt, she works at this law firm.  She told
18  me that Mr. Gore was doing a case on food labeling, and
19  she said, you know, if I had any questions I should
20  talk to him.
21  Q.  What did she tell you?
22  A.  Exactly that he was doing a case on food
23  labels and if I had any questions about it I should
24  talk to him.
25  Q.  Did you have any questions about food

---

Page 148

1   labeling?
2   A.  Yeah, I did have some questions.
3   Q.  When was this that your aunt talked to you?
4   A.  You know, I don't remember the exact date but
5   it must have been around March of 2013.
6   Q.  What were the questions that you had at that
7   time?
8   A.  You know, just what goes on a food label?
9   What can go on a food label.  You know, the case just
10  sounded interesting, so I decided talk to Pierce about
11  it.
12  Q.  When you say the case sounded interesting,
13  what sounded interesting about the case?
14  A.  You know, that he was investigating food
15  labels and how truthful they are.
16  Q.  What was interesting about that to you?
17  A.  You know, it was interesting that he had to do
18  that to begin with, because you would think -- well, I
19  assumed that food labels are, you know, regulated, and
20  you couldn't put things on labels that weren't true.
21  Q.  Did your aunt tell you that there were things
22  that were being put on labels that weren't true?
23  A.  I don't remember if she told me that
24  specifically.
25  Q.  Have you ever met Lynn Striate?

---

Page 149

1   A.  No, I haven't.
2   Q.  Do you know who she is?
3   A.  She's the other person on this class action.
4   Q.  Did you ever talk to her?
5   A.  No.
6   Q.  Do you know whether Mr. Gore was representing
7   Ms. Striate before you contacted him?
8   A.  No, I did not know that.
9   Q.  Do you know how many food cases Mr. Gore had
10  before you contacted him?
11  A.  No.
12  Q.  Do you know -- when your aunt spoke to you,
13  did she mention any brands in particular?
14  A.  I don't recall.
15  Q.  Did she talk to you about Bimbo toasted bread
16  or Sara Lee?
17  A.  I don't remember specifically.
18  Q.  Did she talk to you Thomas'?
19  A.  You know, I don't remember anything specific
20  like that.
21  Q.  How did you get involved in the Silk lawsuit?
22  A.  It was in the same conversation as this one
23  was.
24  Q.  Your aunt told you that Mr. Gore also had
25  claims involving Silk, or was that just another food?

---

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 150

1    A.  She just told me it was food labels.  She
2  didn't give me any specifics about it.
3    Q.  Did you send Mr. Gore labels relating to Silk?
4    A.  Yes, I did.
5    Q.  Did you send Mr. Gore any labels other than
6  the labels that are in this envelope and the Silk
7  label?
8    A.  I believe I did.  I'm not 100 percent sure
9  which labels I sent, though.
10    Q.  Do you recall any other labels that you sent
11  to him?
12    A.  Not at this time.
13    Q.  Do you recall any brands that related to those
14  labels?
15    A.  No, not off the top of my ahead.
16    MR. GORE:  Mark, it's a little after 1:00.
17    MR. GOODMAN:  Yeah, let me just finish this
18  document and we can --
19    COURT REPORTER:  Q.  15?
20    (Exhibit 15 was marked for
21  identification.)
22    MR. GOODMAN:  Q.  Exhibit 15 is the
23  defendant's first set of interrogatories, have you ever
24  seen these before?
25    A.  Yeah, I have seen this document.

Page 151

1    Q.  When did you first see this document?
2    A.  I don't remember the exact date.
3    Q.  Do you recall approximately when?
4    A.  No.
5    Q.  Do you know whether you reviewed this document
6  before it was served on my client?
7    A.  I'm not sure when I reviewed it but, you know,
8  I have seen this document before.
9    Q.  Do you know if you reviewed it before
10  December 11, 2013?
11    A.  That, I don't remember.
12    Q.  On page 7 it lists the stores at which you
13  have purchased food items that are the subject of this
14  litigation.  You include Safeway, which we have already
15  talked about.  You include Lucky's and Albertsons.  Did
16  you buy food products at Lucky's?
17    A.  You know, that was before I moved out to the
18  East Bay.  That's when I was still living at San Jose,
19  the closest grocery store was Lucky's.
20    Q.  Did you buy products at Lucky's?
21    A.  I believe so.  I was in high school, so my
22  buying was limited to a one-stop shop.
23    Q.  Such as?
24    A.  If mom asked me to pick up milk or bread, it
25  wasn't full-on grocery trips.

Page 152

1    Q.  Do you recall ever buying any bread at
2  Lucky's?
3    A.  Yeah, I did buy bread at Lucky's.
4    Q.  Do you know what bread you bought at Lucky's?
5    A.  Not off the top of my head, this was more than
6  ten years ago.
7    Q.  So Lucky's was more than ten years ago?
8    A.  It was when I was in high school, at least
9  2004 when I was shopping there.
10    Q.  So you don't recall any specific brand of
11  anything that you brought at Lucky's?
12    A.  Not specifically.
13    Q.  Same with Albertsons?
14    A.  Yes.
15    Q.  Do you recall buying any Bimbo Bakery products
16  at Lucky's or Albertsons?
17    A.  I may have.  I can't say for sure.
18    Q.  I understand.  Do you recall buying any?
19    A.  Yeah.
20    Q.  Okay.  What products did you buy at Lucky's?
21    A.  I don't recall the exact products.
22    Q.  That's my question, Mr. Ang.  I asked do you
23  recall any Sara Lee products at Lucky's, you said yes.
24  What products do you recall buying?
25    A.  I recall buying Sara Lee products, I don't

Page 153

1  remember exactly what they were.
2    Q.  Generally, what were they?
3    A.  It was probably bread.
4    Q.  Probably?  I'm asking what you recall.
5    A.  Well, I mean, I can't give you specifics
6  because it's over ten years ago.
7    Q.  I understand.  But when you tell me that you
8  can recall buying Sara Lee products at Lucky I want to
9  know what products you recall buying.
10    A.  I can't recall.
11    Q.  Do you know whether it was a bread product?
12    A.  I can't remember specifically?
13    Q.  Do you know whether you ever bought Sara Lee
14  cake?
15    A.  I don't remember.
16    Q.  Do you know whether you bought Sara Lee
17  donuts?
18    A.  I don't remember.
19    Q.  Do you know whether you bought Sara Lee
20  cupcakes?
21    A.  I don't remember.
22    Q.  What products did you buy at Walgreens?
23    A.  Just groceries.
24    Q.  The products that this answer is in response
25  to are the products that are the subject of this

Page 154

1   litigation.
2   A.  Walgreens, must have been bread.
3   Q.  What bread?
4   A.  You know, I can't recall specifically.  But if
5   I had to guess it was just sliced bread.
6   Q.  Do you recall what sliced bread?
7   A.  No, it was too long ago.
8   Q.  Do you recall if it was wheat bread?
9   A.  I don't recall.
10  Q.  Do you recall if it was white bread?
11  A.  I don't remember.
12  Q.  Do you recall if it was Sara Lee bread?
13  A.  I don't remember.
14  Q.  Do you recall if it was Oroweat bread?
15  A.  I don't remember.
16  Q.  Was it any other brand of bread?
17  A.  It was bread.  I don't remember.
18  Q.  You don't remember any particular brand of
19  bread?
20  A.  No.
21  Q.  Do you know how much you spent at any of these
22  stores on the items that you bought there?
23  A.  What do you mean?
24  Q.  I mean, do you know how much you spent Safeway
25  on the food items that are at issue in this litigation?

Page 155

1   A.  No.
2   Q.  Do you know how much you spent at Lucky's?
3   A.  No.
4   Q.  Do you know how much you spent at Walgreens?
5   A.  No.
6   Q.  Page 8 references to a Costco membership since
7   2007.  Have you been a member of Costco since 2007?
8   A.  Yes.
9   Q.  What's your membership number?
10  A.  I don't have it memorized.
11  Q.  Have you ever used coupons to buy any bread
12  products?
13  A.  No, not that I can recall.
14  Q.  Ever use any coupons to buy any bagels?
15  A.  No, the only coupons I can think of would be,
16  you know, the club card discounts that they give you.
17  I don't do coupons.
18  Q.  I agree with you.
19      Do you have any -- ever use any coupons for
20  Bimbo Toasted Bread?
21  A.  Not that I recall.
22  Q.  All right.
23  MR. GOODMAN: Should we take our lunch break?
24  MR. GORE: I think so.
25  VIDEOGRAPHER: This marks the end of media

Page 156

1   number 2 in the deposition of Alex Ang.  We're off the
2   record at 1:38 p.m.
3       (Recess taken from 1:38 p.m. to 2:22
4   p.m.)
5   VIDEOGRAPHER: Back on the record.  This is
6   the beginning of media number 3.  The time is 2:22 p.m.
7   MR. GOODMAN: Q.  Mr. Ang, we're back on the
8   record after our lunch break.  Do you realize you're
9   still under oath?
10  A.  Yes.
11  Q.  Did you review any documents during the break
12  relating to your deposition?
13  A.  No.
14  Q.  Did you do anything to prepare for your
15  deposition today?
16  A.  No.  I met with Pierce, but that was it.
17  Q.  When did you meet with Mr. Gore?
18  A.  That was Tuesday, this week.
19  Q.  How long did you meet for?
20  A.  I would say about an hour.
21  Q.  Did you review any documents during that
22  meeting?
23  A.  No.
24  Q.  Have you done anything to prepare for your
25  deposition, other than meet with Mr. Gore on Tuesday

Page 157

1   for an hour?
2   A.  No.
3   Q.  Have you discussed your deposition with
4   anybody?
5   A.  No.
6   COURT REPORTER: This is 16.
7       (Exhibit 16 was marked for
8   identification.)
9   MR. GOODMAN: Q.  I handed you, as Exhibit 16,
10  a verification dated December 11, 2013.  Is that your
11  signature?
12  A.  Yes.
13  Q.  Have you ever seen this document before?
14  A.  Yes.
15  Q.  Do you recall reviewing the interrogatories to
16  make sure they were true and correct before you signed
17  this document?
18  A.  Which ones were the interrogatories?
19  Q.  It was -- I believe that was the last exhibit,
20  Exhibit 15.
21  A.  Yes.
22  Q.  And you've already testified you don't recall
23  reviewing Exhibit 14?
24  A.  You know, I did see a copy of this, but I
25  didn't go through it.

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

**Page 158**

1   Q.  So you're changing your testimony?

2   A.  Yes.

3   Q.  When did you see that document?

4   A.  I don't remember.

5   Q.  What made you remember that you had seen that

6   document?

7   A.  It just came back to me.

8   Q.  When?

9   A.  Over the break.

10   Q.  Did you review any documents to make sure that

11   the responses to the request for production of

12   documents that is Exhibit 14 were true and correct?

13   A.  I'm sorry, can you say that again?

14   Q.  Did you review any documents to make sure that

15   the responses to Exhibit 14 were true and correct?

16   A.  No, I didn't review any other documents except

17   for this.

18   Q.  What did you review to make sure that the

19   responses to the interrogatories were true and correct?

20   A.  I read over it and I agreed with the answers.

21   Q.  Okay.  Do you know if there's anything

22   incorrect in Exhibit 14 or 15?

23   A.  Not that I know of.

24   MR. GOODMAN: Q.  Mark this next, please.

25   COURT REPORTER: 17.

---

**Page 159**

1   (Exhibit 17 was marked for

2   identification.)

3   MR. GOODMAN: Q.  Exhibit 17 are supplemental

4   responses for defendant's first request for production

5   of documents; do you recognize this document?

6   A.  No, I don't recall seeing this.

7   Q.  Do you know why you were required to provide

8   supplemental responses if the first set were true and

9   correct?

10   A.  No.

11   Q.  Do you recall reviewing any documents in March

12   of 2014 in order to provide discovery responses in this

13   case?

14   A.  No.

15   Q.  Do you recall looking for any documents in or

16   about March of 2014 in connection with this case?

17   A.  Looking for my own documents?

18   Q.  Yes.

19   A.  No.

20   Q.  Do you recall looking for your own documents

21   during the year 2014 in connection with this case?

22   A.  No.

23   COURT REPORTER: Q.  18.

24   MR. GOODMAN: Q.  Exhibit 18 are your

25   supplemental responses to the first set of

---

**Page 160**

1   interrogatories.

2   (Exhibit 18 was marked for

3   identification.)

4   MR. GOODMAN: Q.  Do you recognize this

5   document?

6   A.  I can't say for sure.  It looks a lot like the

7   other documents.  I can't say 100 percent.

8   Q.  Do you know if you've seen this document as

9   opposed to the other document?

10   A.  To be honest, they all kind of look alike to

11   me.

12   Q.  Okay.  Do you know why you had to provide

13   supplemental responses to interrogatories if the first

14   set were true and correct?

15   A.  No, I do not.

16   Q.  Do you recall reviewing information in March

17   of 2014 or to provide supplemental interrogatory

18   responses?

19   A.  No.

20   COURT REPORTER: Q.  19.

21   (Exhibit 19 was marked for

22   identification.)

23   MR. GOODMAN: Q.  Exhibit 19 are your second

24   supplemental responses to defendant's first request for

25   production of documents.  Do you recognize this

---

**Page 161**

1   document?

2   A.  No, I can't say I do.

3   Q.  Do you know why you provided a second

4   supplemental response to the request for production of

5   documents?

6   A.  No.

7   Q.  Again, as you sit here today, you don't ever

8   recall looking for any documents, in 2014, to provide

9   information for discovery?

10   A.  No.

11   Q.  That's correct?

12   A.  Yes, that's correct.

13   Q.  Take a look -- I believe we've marked this

14   previously as Exhibit 3.  Yes.  Take a look at what

15   we've marked previously as Exhibit 3.  It should be a

16   collection of pictures?

17   A.  Okay.

18   Q.  Thank you.

19   Do you recognize any of these photographs?

20   A.  No, I've never seen this before.

21   Q.  Do you know if you took these?

22   A.  No.

23   Q.  Do you recognize the label in the first set,

24   the Sara Lee 100 Percent Whole Wheat Bread?

25   A.  Yes.  Have I seen the label before?

---

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 162

1    Q. Do you recognize the label is my question.
2    A. Yes.
3    Q. How do you recognize the label?
4    A. I've seen it before and I've purchased this
5    product.
6    Q. Do you recall when you purchased this product?
7    A. No.
8    Q. Do you know what part of this label you
9    reviewed, in particular?
10   A. The front part of the label.
11   Q. What on the front part of the label did you
12   review?
13   A. Probably the whole front label.
14   Q. Probably or did you?
15   A. There aren't too many words on it, so the
16   whole thing.
17   Q. Okay. Were there any parts of this label that
18   you particularly relied in making your purchase of Sara
19   Lee 100 Percent Whole Wheat Bread?
20   A. That it was 100 percent whole wheat.
21   Q. Anything else?
22   A. And that it was an excellent source of whole
23   grain.
24   Q. Anything else?
25   A. No, not specifically.

Page 163

1    Q. You didn't care that it was an excellent
2    source of calcium?
3    A. No. I usually figure I'm good on calcium with
4    milk.
5    Q. You didn't care that it was a good source of
6    fiber?
7    A. I did care.
8    Q. Second page of these pictures is a side view
9    of the package, part of the packet, appears to be. Do
10   you recognize any part of this label?
11   A. Yes.
12   Q. Did you review this part of the label prior to
13   purchasing Sara Lee 100 Percent Whole Wheat Bread?
14   A. I've looked at this label. I don't know when
15   it was, if it was before or after the purchase.
16   Q. Do you recall what parts of this that we're
17   looking at here, the page that you reviewed in
18   particular?
19   A. The serving size and the carbohydrates and the
20   calories.
21   Q. Anything else?
22   A. Not that I recall.
23   Q. Do you know what calcium peroxide is?
24   A. No.
25   Q. Do you know what datem is?

Page 164

1    A. No.
2    Q. Do you know what ascorbic acid is?
3    A. No.
4    Q. Do you know what wheat bran is?
5    A. No.
6    Q. Do you know if 100 percent whole wheat bread
7    includes high fructose corn syrup, whether it's in this
8    label?
9    A. No.
10   Q. Do you care whether this bread contains high
11   fructose corn syrup?
12   A. When I was purchasing it I wasn't looking for
13   it.
14   Q. When you were purchasing this bread did you
15   care that it contained calcium peroxide?
16   A. No, when I purchased this bread I did not look
17   at the ingredients list.
18   Q. So you didn't care?
19   A. I wouldn't say that I didn't care, it's just
20   not something that I'm used to doing.
21   Q. So I'm asking you whether you cared that this
22   bread contained calcium peroxide when you purchased?
23   A. Not when I purchased it.
24   Q. Do you care that this product contained datem
25   when you purchased it?

Page 165

1    A. The thing is I didn't know it contained it
2    when I purchased it.
3    Q. I'm asking you if you would have cared.
4    A. If I knew?
5    Q. Yes.
6    A. If I knew I probably would care.
7    Q. There was a way for you to know, right, you
8    could have read the ingredients.
9    A. But I didn't.
10   Q. Right. So if you cared you could have read
11   the ingredients, right?
12   A. Yes, I could have.
13   Q. But you didn't?
14   A. Right.
15   Q. You see on the bottim it says in bold:
16   Contains wheat, soy and milk. Do you see that?
17   A. Yes.
18   Q. Did you care that it contained wheat, soy and
19   milk at the time you purchased this product?
20   A. Not at the time.
21   Q. Do you care now?
22   A. Yeah, I do care now.
23   Q. Why?
24   A. You know, I would try to stay away from
25   something with high fructose corn syrup in it.

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

Page 166

1  Q.  So you don't buy things with high fructose
2  corn syrup in them?
3  A.  I'm not saying I don't buy, but I try to stay
4  away from it.
5  Q.  How do you make sure you stay away from high
6  fructose corn syrup?
7  A.  I don't.
8  Q.  Do you read ingredients to make sure that the
9  things that you buy don't have high fructose corn syrup
10 today?
11 A.  Not all the time.
12 Q.  Do you ever do that?
13 A.  It's not a regular habit of mine.
14 Q.  Do you ever do that, Mr. Ang?
15 A.  I'm sure I've looked at the ingredients list.
16 Q.  When?
17 A.  I don't recall, specifically.
18 Q.  When did you look on an ingredients list to
19 see if it has high fructose corn syrup?
20 A.  I can't be specific.
21 Q.  Can you give me a general example?
22 A.  No.
23 Q.  Do you know what soy lecithin is?
24 A.  No.
25 Q.  If you had known that this product had soy

---

Page 167

1  lecithin in it would you have bought it?
2  A.  I don't know what it is.
3  Q.  Do you know what soy flour is?
4  A.  I'm assuming it's flour made out of soy.
5  Q.  If you knew that this product had soy flour in
6  it would you have bought it?
7  A.  Yeah, that wouldn't have stopped me from
8  buying it.
9  Q.  Next page.  Picture of the other side of the
10 bread bag where it says:  Facts based on two slices of
11 bread.
12    Do you recall seeing this information on the
13 Sara Lee Whole Wheat Bread label?
14 A.  No.
15 Q.  Are you looking at the same thing I am?
16 A.  No, I'm not.
17 Q.  Should be on the page that says:  Facts based
18 on two slices of bread.
19    Green with circles.
20 A.  Yeah.
21 Q.  What are -- those circles have the calories;
22 did you look at that?
23 A.  Yes.
24 Q.  Did you look at this circle with the calories?
25 A.  Yes.

---

Page 168

1  Q.  Why did you look at that?
2  A.  Because it was on the front label, easily
3  accessible.
4  Q.  Where was it?
5  A.  On the front of the package.
6  Q.  You understand this information is on the
7  front of the package?
8  A.  Yeah, on the front side; like the top part of
9  the bread package.
10 Q.  The top part of the front of the bread
11 package.
12    So on the first page of Exhibit 3 -- this is
13 the front of the label, correct?
14 A.  Yes.
15 Q.  So where does the third -- I'm sorry, fourth
16 page fit in?
17 A.  Right here on the side of the package.
18 Q.  Okay.  On the side of the package?
19 A.  Yeah.
20 Q.  So you read the side of the package?
21 A.  Yes.
22 Q.  Okay.  And why did you read this information?
23 A.  It was easily available.  So when I was
24 looking at the front of the package I also looked at
25 this.

---

Page 169

1  Q.  Okay.  What information did you look at with
2  respect to what's on this fourth page picture?
3  A.  I looked at all of it.  I looked at these six
4  bubbles.  I don't think I read the small black text.
5  Q.  And why didn't you read the small black text?
6  A.  That's not something I'm kind of really used
7  to looking at.
8  Q.  So you don't usually read the small print?
9  A.  No, I looked at these because they were
10 available.
11 Q.  Easy to read?
12 A.  Yes.
13 Q.  Is there anything, to your knowledge,
14 inaccurate about any of the statements in those
15 bubbles?
16 A.  Not to my knowledge.
17 Q.  Do you know whether 5 grams of sugar is a lot
18 for two pieces of bread?
19 A.  You know, I don't know if that's a lot or a
20 little.  I don't know what the baseline would be.
21 Q.  Did you care about the sugar content?
22 A.  Yeah, I looked at it.
23 Q.  What would have been too much sugar for you to
24 buy this bread?
25 A.  Per slice?

---

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

Page 170

1　Q. Based on two slices, Mr. Ang, if you can see,
2　if you read the package.
3　A. I'd say if it was over 20.
4　Q. 20 grams?
5　A. Yeah.
6　Q. Okay. Are you familiar with any sandwich
7　bread that has over 20 grams of sugar per two slices?
8　A. No.
9　Q. How about the fiber content, is that enough
10　fiber for you to buy this product?
11　A. That didn't determine whether I bought it or
12　not.
13　Q. What about sodium, did that determine whether
14　you bought it or not?
15　A. No.
16　Q. What about the whole grain, did that determine
17　whether you bought it or not?
18　A. No.
19　Q. Do you know whether 28 grams of whole grain is
20　a lot?
21　A. I don't know if that's a lot.
22　Q. Is there a particular number of whole grains
23　that you're looking for in bread?
24　A. Not in particular.
25　Q. Is there a minimum amount of whole grain you

---

Page 171

1　want in your bread?
2　A. No.
3　Q. Let's go to the next set of pictures, Exhibit
4　3. It should be Thomas' Mini Bagels. Have you ever
5　seen this label before?
6　A. I have seen this label before.
7　Q. Have you ever bought this product?
8　A. Not that I recall.
9　Q. How do you recall seeing this label, just in
10　the store?
11　A. Yes.
12　Q. Have you ever considered buying Thomas' Mini
13　Bagels?
14　A. No.
15　Q. Would didn't you buy them?
16　A. I don't remember.
17　Q. Why did you consider buying them?
18　A. You know, when I'm looking at bagels I start
19　off looking at all of them.
20　Q. Just comparison shopping?
21　A. Yeah.
22　Q. Do you recall what bagels you bought instead
23　of these Thomas' Mini Bagels if you did buy any other
24　bagels?
25　A. I don't recall.

---

Page 172

1　Q. Did you read the label for these Thomas' Mini
2　Bagels other than just seeing if it was a Thomas' Mini
3　Bagel?
4　A. You know, I can't recall if I did or not.
5　Q. Okay. Looking at the pictures does that
6　refresh any recollection you had of looking at any part
7　of that label?
8　A. No.
9　Q. Okay. Next set of pictures is for Sara Lee
10　Classic 100 percent Whole Wheat. Do you recognize this
11　label?
12　A. Yes.
13　Q. How do you recognize this label?
14　A. I have purchased this product before.
15　Q. And why did you purchase this product?
16　A. 'Cause I like the taste and it was wheat bread
17　as opposed to white bread.
18　Q. And the price?
19　A. And the price.
20　Q. Were there any particular parts of this label
21　that you looked at before you bought it?
22　A. I looked at the front label.
23　Q. One on the first page?
24　A. Yes.
25　Q. Okay. Any other parts?

---

Page 173

1　A. Not that I recall.
2　Q. What on the front label in particular did you
3　look at?
4　A. I looked at the entire front label.
5　Q. Nothing in particular?
6　A. No.
7　Q. Did you check out the calories and
8　carbohydrates in this product?
9　A. I don't remember if I did or not.
10　Q. On the third page there's a 100 percent whole
11　grain sticker or mark; do you see that?
12　A. Yes.
13　Q. Do you recognize that sticker or mark?
14　A. No.
15　Q. Never seen that before, to your knowledge?
16　A. Doesn't look familiar.
17　Q. Do you know whether something that provides 28
18　or more grams per serving of whole grain is a good
19　source of whole grains if the Whole Grain Counsel
20　recommends 48 grams or more of whole grains in a day?
21　A. No, I wouldn't know if you could classify that
22　as good.
23　Q. Do you know whether, in your mind, as a
24　consumer, something that provides more than 50 percent
25　of a substance is a good source of that substance?

---

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

**Page 174**

1    A.  I wouldn't know if it was good.  I would know
2    there was more than 50 percent but I wouldn't classify
3    that as good.
4        Q.  When you're buying something, if something
5    doesn't provide at least 50 percent of something you
6    wouldn't consider it to be a good source of that thing?
7        A.  No, 'cause I don't know what would be
8    considered a good source.
9        Q.  Did you ever ask anybody what would be
10   considered a good source?
11       A.  No.
12       Q.  Did you do any research to determine what
13   would be considered a good source?
14       A.  No.
15       Q.  Do you ever do anything at all to educate
16   yourself as to whether something would constitute a
17   good source of a substance?
18       A.  No.
19       Q.  Okay.  Next set of pictures is a picture of
20   Boboli Original Crust, have you ever seen this before?
21       A.  I have seen it.
22       Q.  You've seen this product, have you ever bought
23   this product?
24       A.  Not that I remember.
25       Q.  Have you ever read this label before?

---

**Page 175**

1        A.  I've seen them in the store, I can't say that
2    I've actually spent a lot of time looking --
3        Q.  Just walking by and seeing it?
4        A.  Yeah.
5        Q.  Next set of pictures is for Bimbo Toasted
6    Bread; do you recognize this label?
7        A.  Yes.
8        Q.  Okay.  How do you recognize this label?
9        A.  I've purchased it before.
10       Q.  Okay.  This is the Bimbo Toasted Bread
11   Original, 14 Slices.  Have you bought this Bimbo
12   Original in the 14 slice size?
13       A.  Yes.
14       Q.  And what parts of this package did you review?
15       A.  I looked at the front of this package.
16       Q.  Okay.  Is that what's on the first page?
17       A.  Looks like the first and second page and the
18   last page.  I would say the front.
19       Q.  Okay.  What in particular on those pictures
20   did you review before you purchased this product?
21       A.  I just looked at the entire front package of
22   it.
23       Q.  Did you look at anything in particular?
24       A.  I looked at what it was called, and it was
25   probably mostly what I was focused on.

---

**Page 176**

1        Q.  When you say what it was called, you
2    recognized that it was Bimbo Toasted Bread, which is
3    what you buy?
4        A.  Yeah.
5        Q.  Anything else?
6        A.  No, not that I remember.
7        Q.  Did you look at the calories and carbohydrate
8    content of this product?
9        A.  I don't remember looking at that.
10       Q.  Why not?
11       A.  It was just something that I had before, so it
12   wasn't a new product that I was looking at.
13       Q.  Do you know what ammonium chloride is?
14       A.  No.
15       Q.  If you knew that this product contained
16   ammonium chloride would you have bought it?
17       A.  That didn't determine my purchase of this.
18       Q.  Same thing, talking about datem before, if you
19   had known that this product contained datem you still
20   would have bought it, right?
21       A.  Yes.
22       Q.  How about the azodicarbonamide?
23       A.  I don't know what that is.
24       Q.  If you knew that was in this product would you
25   still have bought it?

---

**Page 177**

1        A.  Yes.
2        Q.  All right.  I already asked you about the
3    artificial color.  If you had known it had artificial
4    color you still would have bought that?
5        A.  Yes.
6        Q.  On the second to the last plage, Mr. Ang,
7    there's a red sticker that says:  Caution, do not
8    microwave.
9        A.  Okay.
10       Q.  Do you recall seeing that on Bimbo Toasted
11   Bread products?
12       A.  Yeah, I have seen that before.
13       Q.  Have you ever microwaved Bimbo Toasted Bread?
14       A.  No.
15       Q.  Why not?
16       A.  It's like do you microwave your crackers?
17       Q.  Do you know why you can't microwave Bimbo
18   Toasted Bread?
19       A.  I don't know.
20           Can you tell me, now that you brought that up?
21       Q.  I'll take you out for a beer some time.  I
22   don't answer questions in my own depositions.
23           Next set of pictures is Thomas' Bagel Thins,
24   Plain.  Do you recognize this package?
25       A.  Yes.

---

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

Page 178

1  Q.  And how do you recognize this package?
2  A.  I've purchased this product before.
3  Q.  This is bad picture taking in this one.
4      What parts of the package had you reviewed
5  before you purchased this product?
6  A.  I looked at the front of the package.
7  Q.  The part that's on page 1?
8  A.  Yes.  And then I looked at the nutrition facts
9  on this one.
10  Q.  Is that the blurry picture that's --
11  A.  Second to the last page, yeah.
12  Q.  -- page 3?
13  A.  Yes.
14  Q.  And what part of the nutrition facts did you
15  read?
16  A.  The three that I normally look for is serving
17  size, calories and carbohydrates.
18  Q.  And, obviously, you were satisfied with those
19  three because you bought this product, correct?
20  A.  Yes.
21  Q.  Did you review any other part of this package?
22  A.  No, other than the front and the nutrition
23  package.
24  Q.  Next set of pictures.  Sara Lee Soft and
25  Smooth.  Made With 35 Percent Whole Grain, White.

---

Page 179

1      Do you recognize this product?
2  A.  Yes.
3  Q.  Okay.  And how do you recognize this product?
4  A.  I have brought this product.
5  Q.  You understand this to be white bread?
6  A.  Yep.
7  Q.  I don't think you identified any Sara Lee
8  white bread products in your previous identification of
9  numerous products that you bought.
10  A.  Yeah, it's not something that I purchase
11  regularly, but I have purchased it.
12  Q.  Okay.  Do you know when you purchased this
13  product?
14  A.  I don't recall.
15  Q.  Do you recall how much you paid for it?
16  A.  No.
17  Q.  Do you recall what store you bought this
18  product at?
19  A.  I don't know.
20  Q.  Do you recall in what year you might have
21  bought this product?
22  A.  I don't remember.
23  Q.  Why did you buy this product?
24  A.  You know, I've had this product before, so I
25  knew what it tasted like and -- I can't say for sure,

---

Page 180

1  but it was probably a good deal at the time of
2  purchase.
3  Q.  Good deal, good price?
4  A.  Compared to something else.
5  Q.  You say you've had it before, you mean when
6  you were a kid?
7  A.  Yes.
8  Q.  Do you recall the first time you ever had Sara
9  Lee Soft and Smooth Bread?
10  A.  No.
11  Q.  When you bought this product do you recall
12  looking at any parts of the label other than the fact
13  that it was Sara Lee Soft and Smooth and you'd had it
14  before?
15  A.  I looked at the front of the label.  I can't
16  say that I really checked out the back.
17  Q.  But do you know if you looked at any
18  particular parts of the front label?
19  A.  Not in particular, I just looked at the whole
20  front label.
21  Q.  You mean you just saw it?
22  A.  No, I read it.
23  Q.  What were you reading, in particular?
24  A.  I mean there's not a lot here, so everything,
25  you know, from Sara Lee moving down to excellent source

---

Page 181

1  of calcium.
2  Q.  Did you buy this bread because it was an
3  excellent source of calcium?
4  A.  Not specifically because it was an excellent
5  source of calcium.
6  Q.  Did you buy this bread because it had no high
7  fructose corn syrup?
8  A.  Not particularly.
9  Q.  Did you buy this bread because it was a good
10  source of fiber?
11  A.  No.  But I think compared to the other
12  product, like compared to Safeway white bread, on that
13  package it doesn't say a good source of fiber, good
14  source of whole grain, good source of calcium.  So I
15  swayed towards Sara Lee bread.
16  Q.  Again, because if they were roughly the same
17  price or a better deal?
18  A.  Yeah.
19  Q.  But I asked you about good source of fiber,
20  you didn't buy this bread solely because it was a good
21  source of whole grain, correct?
22  A.  Not solely.
23  Q.  Right.  But because -- do you recall comparing
24  this bread to Safeway bread and determining whether
25  this was a better source of fiber than Safeway's bread?

---

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 182

1   A. No.
2   Q. Do you remember comparing this to Safeway's
3   bread and determining whether it was a better source of
4   whole grain?
5   A. No. I just took it for face value on the
6   front of the package.
7   Q. Do you know what made with 35 percent whole
8   grain means?
9   A. No. I would assume it just means 35 percent
10  of the flour they use is whole grain flour.
11  Q. 35 percent of the wheat flour they use is
12  whole grain flour?
13  A. The flour in general is whole grain.
14  Q. Any flour in general?  What other flour goes
15  into wheat bread?
16  A. In the 100 percent whole wheat bread there's
17  actually soy flour in it.
18  Q. That's not a grain though, is it?
19  A. No.
20  Q. Do you know what other grain flour goes into
21  wheat bread?
22  A. No.
23  Q. You can see in this set of pictures on the
24  second page, first ingredient is enriched bleached
25  wheat flour.  Do you know if that is whole wheat flour?

Page 183

1   A. I don't know.
2   Q. Do you know if that's a type of flour?
3   A. I would assume so.
4   Q. On the next page it says whole grain.  If it's
5   whole wheat flour, whole barley flour, do you know what
6   whole wheat flour is?
7   A. I'm assuming it's flour made out of whole
8   wheat.
9   Q. Do you know what barley flour is?
10  A. Flour made from barley.
11  Q. Do you know if barley is a grain?
12  A. I believe it is.
13  Q. If this didn't have any whole grain would you
14  still have bought it?
15  A. For this, yes, I was looking for white bread.
16  Q. Do you recognize the last set of pictures as
17  Entenmann's Soft Wheat Bread?
18  A. I've seen it before.
19  Q. You've never bought it, though?
20  A. Not that I recall.
21  Q. You seen it before, but there's box sitting in
22  front of you, right?
23  A. I've seen in the store, though.  I guess
24  people bring it into work.
25  Q. Right.  Have you ever eaten an Entenmann's

Page 184

1   Softees donut?
2   A. I'm sure I have.
3   Q. Do you know where Entenmann's Softees donuts
4   are baked?
5   A. I don't know.
6   Q. When you ate an Entenmann's Softees donut did
7   you believe you were eating a donut from a bakery as
8   opposed to donut from a factory?
9   A. No, I assumed it was from a factory.
10      (Off the record.)
11      THE COURT: So here is, Exhibit 20.
12      (Exhibit 20 was marked for
13      identification.)
14      MR. GOODMAN: Q. Exhibit 20, Mr. Ang, is a
15  set of documents that relate to a Sara Lee 100 % Whole
16  Wheat label on it, we'll mark it with the label.
17  There's also a set of pictures -- demonstrative the bag
18  itself.  I'm not marking that, but refer to it if you
19  would like to be able to see it in three dimensional.
20      A. Okay.
21      Q. Do you recognize this label?
22      A. Yes.
23      Q. And again, Mr. Ang, what part of this label
24  did you review when you purchased this product?
25      A. I reviewed the front part of the bag.

Page 185

1   Q. And you're gesturing toward the -- can you
2   just hold it up and point to it, please?  Thank you.
3       So basically this corresponds to the second
4   and third pages of Exhibit 20; is that fair?
5       A. Yes.
6   Q. And, again, other than the fact that it says
7   Sara Lee 100 Percent Whole Wheat Bread, was there
8   anything that you relied on in making a purchase of
9   this product?
10      A. Not in terms of making my purchasing decision.
11  Q. Before we move on, did any of the Sara Lee
12  100 Percent Whole Wheat Bread that you bought have this
13  labeling on it?
14      A. Yes.
15  Q. You looked at the bag and made sure that it's
16  the same bag that you purchased?
17      A. Yes.
18      MR. GOODMAN: I'm trying to keep this stuff in
19  order here.
20      Mark that one next, please.
21      COURT REPORTER: This is 21.
22      (Exhibit 21 was marked for
23      identification.)
24      MR. GOODMAN: Q. We've marked as Exhibit 21 a
25  set of documents representing the label off the Sara

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 186

1  Lee 100 Percent Whole Wheat Bread. Do you recognize
2  this label?
3     A.  Yes.
4     Q.  And do you recognize this as a product that
5  you purchased?
6     A.  Yes.
7     Q.  Did the product that you purchased have this
8  particular label?
9     A.  I believe so.
10    Q.  Do you recall reviewing this label before you
11  purchased this product?
12    A.  Yes.
13    Q.  And what parts of the label did you review
14  before you purchased the product?
15    A.  Like the last one, I looked at the front part,
16  this part.
17    Q.  Okay. And again, sir, we've talked about this
18  same label before with respect to the front part. This
19  one also has the bubbles on the side.
20    A.  Uh-hum.
21    Q.  Is that yes?
22    A.  Yes.
23    Q.  And you looked at those, correct?
24    A.  Yes.
25    Q.  And your answer is the same with respect to

Page 187

1  how you relied on those bubbles with respect to this
2  label, correct?
3     A.  Yes.
4     Q.  Okay. And you did not look at the back of
5  this label, correct?
6     A.  I don't remember looking at the back of this
7  label.
8     MR. GOODMAN: Q.  Let's mark these documents.
9     COURT REPORTER: This is 22.
10    (Exhibit 22 was marked for
11    identification.)
12    MR. GOODMAN: Q.  Exhibit 22 is another series
13  of pictures relating to a Sara Lee Classic 100 Percent
14  Whole Wheat Bread label. Do you recognize this label?
15    A.  Yes, but it looks really similar to
16  Exhibit 20.
17    Q.  Do you know whether there's any difference
18  between the label on Exhibit 20 and Exhibit 22?
19    A.  Not by glancing at it, no.
20    Q.  Do you know whether you purchased any Sara Lee
21  bread products with this particular label?
22    A.  You know, now that you're telling me they are
23  different I'm not sure if it was this one. They look
24  pretty similar to me.
25    Q.  Okay. One difference I can tell you between

Page 188

1  the weapon the two labels is in the ingredients; one
2  has soy flour and one doesn't.
3     A.  Okay.
4     Q.  Do you remember whether the bread you bought
5  had an ingredient of soy flour versus not having an
6  ingredient of soy flour?
7     A.  No. Like I said, when I was purchasing it I
8  wasn't going through the ingredient list.
9     Q.  So you're not sure which label the bread that
10  you bought had?
11    A.  Yes.
12    MR. GOODMAN: I'll take that back.
13    Is that 23?
14    COURT REPORTER: Yes.
15    (Exhibit 23 was marked for
16    identification.)
17    MR. GOODMAN: Q.  And with regard to
18  Exhibit 23, another label, this one for 16 Ounce Sara
19  Lee Classic 100 Percent Whole Wheat. Did you ever buy
20  any product with this particular label on it?
21    A.  Again, this looks pretty similar to Exhibit
22  21, so I couldn't tell you for certain if it was this
23  label or that label.
24    Q.  And by this label you mean what we've marked
25  as Exhibit 23?

Page 189

1     A.  Yes.
2     Q.  Were there any parts of Exhibit 23 that you
3  relied on, other than you told me you relied on what we
4  mentioned in Exhibit 21?
5     A.  No, nothing specific to this one.
6     MR. GOODMAN: Exhibit 24.
7     (Off the record.)
8     (Exhibit 24 was marked for
9     identification.)
10    MR. GOODMAN: Q.  Exhibit 24, Sara Lee Soft
11  and Smooth 100 Percent Whole Wheat Bread label. Do you
12  recognize this label, Mr. Ang?
13    A.  It looks familiar. But, again, it looks
14  pretty similar to the last few that you showed me that
15  didn't have the green bars on it. That's the biggest
16  difference.
17    Q.  Are you aware of any other difference between
18  what we've marked as Exhibit 24 and what we've
19  previously marked as Exhibits 21, 22 and 23?
20    A.  Not from memory, but by looking at them the
21  only difference I see is Soft and Smooth, and then some
22  of this language right here in the circle, high
23  fructose corn syrup was a little different, between
24  pagination. But, to be honest, they seem very similar.
25    Q.  Did you care that this bread was called Soft

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 190

1    and Smooth when you bought it?
2    A. No.
3    Q. Did you care that this bread was 100 percent
4    whole wheat when you bought it?
5    A. Yes.
6    Q. Did you care that it was 100 percent whole
7    whole wheat or just that it was whole wheat?
8    A. I cared that it was whole wheat, but if it was
9    100 percent whole wheat that was even better.
10   Q. As long as it was the same price as the
11   comparable bread you would buy it if it was 100 percent
12   whole wheat; is that fair?
13   A. Yeah.
14   Q. And again, you didn't care that there was no
15   high fructose corn syrup in this, that's not what
16   caused you to buy it, correct?
17   A. No, that's not the primary reason I bought.
18   Q. So what I said is correct?
19   A. Yes.
20   Q. So any other part of this label that you
21   looked at in the front where it says Sara Lee Soft and
22   Smooth Whole Wheat?
23   A. Not that I recall specifically but, you know,
24   if I was looking at the front of the package I would
25   have read this part also.

Page 191

1    Q. Which part?
2    A. The square where it says a good source of
3    fiber, a good source of calcium, vitamin D, whole
4    grain.
5    Q. Were any of those numbers important to you?
6    A. I mean, when comparing it to, you know,
7    another loaf of bread.
8    Q. Did you compare it to another loaf of bread?
9    A. I don't remember.
10   Q. Do you remember buying this particular product
11   as opposed to some other Sara Lee 100 percent whole
12   wheat product?
13   A. I can't say for sure it was this product with
14   this label.
15   Q. Right. Do you recall seeing that white box
16   with those statements in it when you were buying bread
17   from Sara Lee?
18   A. You know, it's not really something that would
19   stand out, so I don't remember.
20   Q. Okay. Did you read the back of this, or do
21   you recall reading the back of this package, at any
22   time?
23   A. Not that I recall.
24   Q. Okay.
25       MR. GOODMAN: Next? 25.

Page 192

1        (Exhibit 25 was marked for
2        identification.)
3        MR. GOODMAN: Q. Mr. Ang, we've marked as
4    Exhibit 25 labeling images for Sara Lee Soft and Smooth
5    100 Percent Whole Wheat Bread; do you recognize this
6    particular label?
7    A. Yes, I've seen this before.
8    Q. Do you recall buying a bread product with this
9    particular label on it?
10   A. I can't say for certain if it was this
11   particular label.
12   Q. How do you know if you seen this label before,
13   it just looks familiar?
14   A. It just looks familiar.
15   Q. What part looked familiar to you?
16   A. The front part, the Sara Lee logo, and the
17   100 percent whole wheat and Green Tech I've seen
18   before.
19   Q. Oh, you saw it on other labels from Sara Lee,
20   correct?
21   A. Yes.
22   Q. And when you say the 100 percent whole wheat
23   do you mean 100 percent whole wheat with -- as it's
24   depicted on this label, or just the words 100 percent
25   whole wheat are familiar to you?

Page 193

1    A. Can I see?
2    Q. Sure. As you can see from this label it says
3    100 Percent Whole Wheat in white on brown in a certain
4    text font with two slices of bread depicted on it. Do
5    you recall that labeling statement or just the words,
6    100 percent whole wheat?
7    A. The words, 100 percent whole wheat.
8    Q. Not necessarily just this image?
9    A. Yes.
10   Q. Do you recall reviewing any part of this label
11   in particular, at any time in your life other than
12   sitting here right now? I mean this particular label,
13   not just seeing these words before?
14   A. Yeah, I've definitely read the front of this
15   label. I've read no high fructose corn syrup, a good
16   source of fiber, excellent source of whole grain.
17   Q. Just so it's clear, Mr. Ang, you're saying
18   that you've those read those words before, but you have
19   testified you're not sure if you've seen this
20   particular label before, correct?
21   A. I've seen this particular label, which looks
22   exactly like one of the other ones that we saw.
23   Q. Show me the other one, please.
24   A. Exhibit 21.
25   Q. Okay. So Exhibit 21 is a Sara Lee 100 Percent

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 194

1   Whole Wheat Bread, correct?
2       A.   Correct.
3       Q.   This one is Sara Lee Soft and Smooth 100
4   Percent Whole Wheat, correct?
5       A.   Correct.
6       Q.   Okay.  Those are two different labels, would
7   you agree with me on that one?
8       A.   I think they are pretty similar.
9       Q.   Okay.  I'm not asking if they are similar, I'm
10  asking if they are different labels.
11      A.   Yeah, they are different.
12      Q.   So my question to you is not -- again, I'm
13  trying to make it clear, not whether you've seen these
14  statements or these colors or these words before, but
15  whether you've seen this exact label on the product
16  that you brought.
17      A.   Yeah, I've seen this label.
18      Q.   So you've bought Sara Lee Soft and Smooth 100
19  Percent Whole Wheat Bread, correct?
20      A.   I'm not sure if I bought this package, but I
21  have seen this label.
22      Q.   Okay.  When you've seen this label where did
23  you see it?
24      A.   On a loaf of bread.
25      Q.   Where was the loaf of bread?

Page 195

1       A.   In a grocery store.
2       Q.   Which store?
3       A.   I don't recall exactly.
4       Q.   Do you remember when you saw it?
5       A.   No.
6       Q.   Do you remember what year it was?
7       A.   No.
8       Q.   Do you remember if it was in the last two
9   years?
10      A.   No, I don't remember.
11      Q.   Do you have a specific recollection of looking
12  at the label that we've marked as Exhibit 25?
13      A.   No.
14      Q.   Do you have a specific recollection of looking
15  at any particular parts of the label that we've marked
16  as Exhibit 25?
17      A.   No.
18      Q.   Do you have any proof of purchase of any Sara
19  Lee Soft and Smooth Bread?
20      A.   Not that I can think of.
21      Q.   Do you have any proof of purchase of any Sara
22  Lee bread product at all?
23      A.   No, 'cause I haven't bought them since 2013.
24      Q.   And you haven't saved any proof of purchase
25  since you last purchased them?

Page 196

1       A.   No.
2       Q.   Do you have any proof of purchase any Bimbo
3   Bakeries products at all?
4       A.   No.
5           MR. GOODMAN:  I'll take that back.
6           26.
7           (Exhibit 26 was marked for
8           identification.)
9           MR. GOODMAN:  Q.  All right.  We've marked as
10  Exhibit 26 a bag, or images from the label for Thomas'
11  Bagel Thins, Plain.  16 ounce or -- sorry, 13 ounce.
12  Do you recognize this bag?
13      A.   Yes.
14      Q.   And have you ever seen that bag before?
15      A.   Yes.
16      Q.   And is this a bag that you purchased?
17      A.   Yes, I believe so.
18      Q.   What do you -- this is -- the bag's in
19  front of you is for the 16 presliced bagels.  Do you
20  recognize buying that size?
21      A.   I believe so.
22      Q.   Okay.
23      A.   Does it come in other sizes?
24      Q.   Have you ever bought any other size, to your
25  knowledge?

Page 197

1       A.   No, not that I recall.
2       Q.   Okay.  Do you -- if you can see, it says 16
3   Count Value Pack.  Are you a value guy?  Do you buy the
4   value pack?  Is that accurate for your shopping?
5       A.   I mean, I wouldn't say that that determined my
6   decision to buy them.
7       Q.   If something comes in a value pack versus
8   another size, do you have a tendency to buy one versus
9   the other?
10      A.   Not really with those words, value pack.  They
11  don't really register too much.
12      Q.   Okay.  What parts of this label look familiar
13  to you, or did you read before you purchased this
14  particular product?
15          Let me ask that question better, please.
16          What parts of this label did you read before
17  you purchased this product?
18      A.   I read the front part of this label.
19      Q.   Can you hold that up?
20      A.   Yeah.
21      Q.   Thanks.  So the front part.  Okay.  And which
22  part -- which words or images in particular did you
23  read?
24      A.   I read all of it, Thomas' Bagel Thins, Plain.
25      That about the Heart Association on there.  110

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 198

1 calories. 16 bagels in a package.
2 Q. And, again, you haven't -- to your knowledge
3 you've never bought any other products with the
4 American Heart Association mark on there, correct?
5 A. If I had to guess, I'd say orange juice. But
6 I can't say for sure.
7 Q. And you didn't buy the orange juice because it
8 had the Heart Association mark on it, correct?
9 A. Not solely, but if it was next to another
10 package of orange juice that was the same price I would
11 have picked the one with the Heart Association.
12 Q. Okay. And do you recall doing that, having
13 two different orange juice varieties, one with a mark
14 and one without?
15 A. No, I can't remember.
16 Q. Do you recall comparing Thomas' Bagels to
17 another bagel brand that didn't have the mark and
18 choosing Thomas' because it had the mark?
19 A. I can't remember specifically.
20 Q. Did you read any other part of this bag?
21 A. I believe I read this part, this orange part
22 here, 'cause it was sitting on the table.
23 Q. I meant when you were purchasing the bagels.
24 A. No. I just looked at the front.
25 Q. Okay. Do you believe you subsequently may

Page 199

1 have looked at the orange part of the back, you said?
2 A. Probably after.
3 Q. Okay. What did you look at on the orange
4 part, as you say?
5 A. You know, it was one of those things that
6 nature, I read it 'cause it was in front of me.
7 Q. And what did you read? You said that you
8 didn't read the small print, so what on that did you
9 read?
10 A. I read what was in this box. It says: Did
11 you know?
12 Q. Okay?
13 A. I read: Enjoy classic bagel taste.
14 I read: Fall in love with bagels all over
15 again.
16 And I read: 110 calories.
17 Q. Anything else?
18 A. Sure. I remember I looked at the nutrition
19 facts, it says: Serving size, carbohydrates and
20 calories.
21 Q. Did anything on that package on that orange
22 part that you just read from influence any of your
23 purchasing decisions to buy or not buy Thomas' Bagel
24 Thins in the future?
25 A. You know, they just seemed healthier than the

Page 200

1 regular bagels because they were smaller. So
2 understanding the serving size helps out a lot.
3 Q. But you still bought the other bagels, right?
4 A. Yeah. I wasn't an exclusive Bagel Thin
5 customer.
6 Q. Right. You bought other types of bagels,
7 bagels that didn't claim to be good source of fiber or
8 110 calories any of the other information on that
9 package, correct?
10 A. Correct.
11 Q. Okay. So did any of the information on that
12 package influence any of your purchasing decisions
13 after you read them?
14 A. Yeah. If I was choosing between bagels and I
15 wanted the healthier operation I'd pick these over
16 regular.
17 Q. When did you choose the healthier option?
18 A. When I felt like it.
19 Q. When did you feel like it?
20 A. I don't remember exactly.
21 Q. Do you remember every choosing the healthier
22 option?
23 A. Yeah.
24 Q. Do you ever remember not choosing the
25 healthier option?

Page 201

1 A. Yeah.
2 Q. Was there a particular reason why you would
3 choose the healthier option?
4 A. No, it's one of those on the spot decisions in
5 the grocery store. Like vegetables or chips; your
6 internal struggle, I guess.
7 Q. That one's out there, man. Balance the good
8 with the evil?
9 A. I try to be good, it doesn't happen all the
10 time.
11 Q. You testified before bagels aren't part of
12 your diet, anyway.
13 A. It's not an everyday thing.
14 Q. So it's a treat for you?
15 A. Yeah.
16 Q. So if you're going to buy a treat you want to
17 have -- at least some of the time you want to have a
18 healthier treat, if possible?
19 A. I guess it's like diet soda. You shouldn't be
20 drinking soda but, if you do, diet, you would be better
21 off than regular.
22 Q. Do you know what's in diet soda?
23 A. No.
24 Q. Do you know if artificial sweeteners are
25 better for you than high fructose corn syrup?

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 202

1    A.  No.  But my rationale is soda is zero calories
2    versus like 250 in a can of Coke.
3    Q.  So it's just purely calorie based?
4    A.  For sodas, yeah.
5    Q.  What about for bagels?
6    A.  I feel like that takes a lot more, you know,
7    you're looking at serving size and --
8    Q.  So serving size, calories?
9    A.  Yeah.
10   Q.  Anything else?  Carbohydrates?
11   A.  Yeah.
12   Q.  Anything else?
13   A.  No.
14        MR. GORE:  Mark, I need to take a restroom
15   break.
16        MR. GOODMAN:  Then I guess we should take a
17   restroom break.
18        VIDEOGRAPHER:  Off the record at 3:24 p.m.
19        (Recess taken from 3:25 p.m. to 3:33
20        p.m.)
21        VIDEOGRAPHER:  Back on the record at 3:33 p.m.
22        (Exhibit 27 was marked for
23        identification.)
24        MR. GOODMAN:  Q.  We're back on the record
25   now.

Page 203

1        And I've marked as Exhibit 27 another Thomas's
2    Bagel Thins image.  I'll put the bag in front of you.
3    This is for eight count bagels.  Do you recognize
4    these?
5    A.  Yeah.  The packaging looks familiar, but now
6    that you show me this one I'm not 100 percent sure
7    which one's I'll find, which count it was, the 24 pack
8    or the 16 count.
9    Q.  Okay.  Did you review any part of that label?
10   A.  Okay.  Same as the last one, the front of the
11   Thomas Bagel Thins, Plain, 110 Calories and the Heart
12   Association logo.
13   Q.  Did you read the back of the label?
14   A.  I don't remember doing so.
15   Q.  Okay.
16        MR. GORE:  I think this is Number 28.
17        MR. GOODMAN:  All right.  That's it.
18        (Exhibit 28 was marked for
19        identification.)
20        MR. GOODMAN:  Q.  Exhibit 28 is images from
21   the Bimbo Toasted Bread packages.  I've already asked
22   you some questions about this so I'm not going to spend
23   any time on it.  Do you recognize this packaging?
24   A.  Yes.
25   Q.  This is the same packaging as the Bimbo

Page 204

1    Toasted bread that you remember buying?
2    A.  Yes.
3    Q.  And again, you've already told me that you
4    looked at that it's called toasted bread and that it
5    was 14 slices.  Was there anything else that you looked
6    at on this packaging?
7    A.  No, since I was familiar with the product I
8    didn't do a lot of investigating.
9    Q.  Again, with respect to this bag, it's got a
10   clear, see-through part of the bag so you can see the
11   bread product, correct?
12   A.  Correct.
13   Q.  Did you look at the bread through the package
14   when you bought it?
15   A.  Yeah, to make sure it wasn't broken up or
16   crumbled.
17   Q.  You wanted whole pieces of bread?
18   A.  Right.
19   Q.  Were you looking for anything else when you
20   were looking through the window?
21   A.  I guess any other kind of damages or anything
22   other than bread inside the package.
23   Q.  Were you ever afraid that your toasted bread
24   would get moldy?
25   A.  No.

Page 205

1    Q.  Why not?
2    A.  Just because, you know, they were treated more
3    like crackers.
4    Q.  And did the toasted bread has a best-buy date
5    on it when you bought it?
6    A.  I don't remember that.
7    Q.  Did you ever look at a best-buy date on a
8    package of toasted bread?
9    A.  Not that I recall.
10        MR. GOODMAN:  Can you mark that next, please?
11        MR. GORE:  What number is this?
12        COURT REPORTER:  29.
13        MR. GOODMAN:  Exhibit 29 --
14        (Exhibit 29 was marked for
15        identification.)
16        MR. GOODMAN:  Q.  -- is an April 19, 2013,
17   letter from Mr. Gore to me, and it purports to be a
18   notice and demand letter under the Consumer Legal
19   Rendering Act, re: a, b, Bimbo Bakeries, U.S.A.
20        Do you recognize this document, Mr. Ang?
21   A.  No, I don't.
22   Q.  Have you ever seen this document before?
23   A.  No.
24   Q.  Do you know whether Bimbo Bakeries has ever
25   represented its goods as having a sponsorship that it

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 206

1  did not have?
2  A.  No, not that I know of.
3  Q.  Do you know whether Bimbo Bakeries has ever
4  represented any of its good to have approval that it
5  did not have?
6  A.  No, not that I know of.
7  Q.  Do you know whether Bimbo Bakeries has ever
8  represented that its goods had characteristics that it
9  did not have?
10  A.  Yeah, it was the 100 percent whole wheat claim
11  on bread.
12  Q.  And how do you know that the characteristic
13  was not true?
14  A.  I found that out through Mr. Gore.
15  Q.  Have you ever undertaken to determine whether
16  that characteristic was untrue, other than what
17  Mr. Gore told you?
18  A.  No, not independently.
19  Q.  Do you know why that characteristic is untrue?
20  A.  It's because it doesn't have 100 percent whole
21  wheat flour, it also contains soy flour.
22  Q.  So your understanding is that the bread does
23  not have 100 percent whole wheat flour in it?
24  A.  No, it also has soy flour.
25  Q.  Do you know whether the wheat flour that's

Page 207

1  used in Sara Lee bread is 100 percent whole wheat flour
2  as opposed to other types of wheat flour?
3  A.  Well, what would be the difference?
4  Q.  There's whole wheat flour and there's non
5  whole wheat flour, as we saw, the enriched bleached
6  flour.
7  A.  I don't know the difference between those two.
8  Q.  Okay.  Do you know whether Sara Lee uses any
9  wheat flour in its 100 percent whole wheat bread that
10  is not whole wheat flour?
11  A.  No, I don't.
12  Q.  Do you know whether there's any soy flour in
13  Sara Lee's 100 Percent Whole Wheat Bread?
14  A.  Yeah, it's listed on the ingredients.
15  Q.  Other than what's on the ingredient list, do
16  you know whether there's actually any soy flour in the
17  product?
18  A.  No.
19  Q.  Do you know whether Bimbo has ever represented
20  that its goods have ingredients that it doesn't
21  actually have?
22  A.  No.
23  Q.  Do you know whether Bimbo has ever represented
24  that its goods have uses that they don't actually have?
25  A.  No.

Page 208

1  Q.  Do you know whether Bimbo has ever represented
2  its goods to have benefits that they don't actually
3  have?
4  A.  No.
5  Q.  Do you know whether Bimbo has ever represented
6  its goods to be in quantities they are not actually in?
7  A.  No.
8  Q.  Do you know whether Bimbo has ever represented
9  that its goods are of a particular standard?
10  A.  Can you go back to the last one, the quantity
11  one?
12  Q.  Sure.
13  A.  What was that?
14  Q.  Do you know whether they've ever represented
15  its goods to be in a quantity that they are not
16  actually in?  In other words, it's -- they are selling
17  a pound of something and they're actually selling a
18  half a pound?
19  A.  Yeah.  I'm not sure if it would classify as --
20  going back to the whole wheat thing, the flour that
21  they're using is 100 percent whole wheat because
22  there's actually a soy percentage.
23  Q.  Okay.  Any other products of goods that you're
24  aware of that Bimbo sells that make that quantity claim
25  that is not actually accurate?

Page 209

1  A.  No.
2  Q.  So my next question was are you aware that
3  Bimbo ever represented their goods were of a particular
4  standard?
5  A.  Yeah.  The Heart Association logo, you know, I
6  was under the assumption that the American Heart
7  Association had, you know, reviewed the product and put
8  a seal of approval on it.
9  Q.  Do you know if the American Heart Association
10  did not review a Bimbo product and yet the Bimbo
11  product still has a seal of approval on it?
12  A.  I was told that the seal was actually, you
13  know, something that Bimbo did purchase.
14  Q.  That's not my question, Mr. Ang.  My question
15  is do you know whether Bimbo's products have a seal of
16  approval on them from the American Heart Association
17  but do not meet the standards of the American Heart
18  Association?
19  A.  They have the American Heart Association seal,
20  but I don't know what the standards are.
21  Q.  That's not my question either.
22  Do you know whether they have a -- any of the
23  Bimbo products that have an American Heart Association
24  check mark, mark on them, do not actually meet the
25  American Heart Association standards to have such a

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 210

1  mark on them?
2  A.  I don't know that.
3  Q.  Do you know whether Bimbo has ever represented
4  any of its goods as having a quality that they do not
5  have?
6  A.  The toasted bread is more of a cracker, it's
7  not really toasted bread.
8  Q.  Did you think it was toasted bread when you
9  bought it?
10  A.  Yeah.
11  Q.  You thought you were buying toast?
12  A.  I didn't think I was buying toast, but I
13  thought I was buying something that started off light
14  colored, got toasted and got darker.
15  Q.  You bought toasted bread because you ate it as
16  a kid, right?
17  A.  Yeah.
18  Q.  So you knew when you bought toasted bread that
19  you weren't buying toasted bread, you were buying a
20  cracker, right?
21  MR. GORE:  Objection.  Argumentative.
22  MR. GOODMAN:  I'm not arguing at all.
23  THE WITNESS:  What was the question again?
24  MR. GOODMAN:  Read it back, please.
25  (Record read.)

Page 211

1  MR. GORE:  Same objection.
2  MR. GOODMAN:  You don't have to object to the
3  question when it's read back.
4  THE WITNESS:  I knew it wasn't toast, but I
5  assumed it was, you know, it started out soft and got
6  toasted and got hard, in the package.
7  Q.  Why it did you make that assumption?
8  A.  Because it was called toasted bread.
9  Q.  Any other reasons?
10  A.  No.
11  Q.  Did you read the ingredients in the toasted
12  bread to determine how it got to be toasted bread?
13  A.  Not as a kid.
14  Q.  Did you read it as an adult?
15  A.  No, because I was familiar with the product.
16  Q.  When you were purchasing the product did you
17  believe that it was toasted bread or did you believe it
18  was a cracker?  Not when you were a kid but when you
19  were an adult?
20  A.  To be honest, I never really thought about it.
21  It was something that I already bought.
22  Q.  So you knew what the product was and you
23  bought it, correct?
24  A.  Yes.
25  Q.  So you weren't buying it because you thought

Page 212

1  it was bread that had been toasted, you were buying it
2  because you knew what the product was?
3  MR. GORE:  Objection.  Misstates prior
4  testimony.
5  MR. GOODMAN:  It doesn't.
6  THE WITNESS:  Yes.
7  MR. GOODMAN:  Q.  Have you seen any
8  advertising for any Bimbo products?
9  A.  No.
10  Q.  Have you ever seen any advertising for any
11  Sara Lee products or toasted bread or anything like
12  that?
13  A.  I've seen advertisements for Sara Lee, but I
14  can't remember what specifically for.
15  Q.  Do you recall ever seeing any Sara Lee bread
16  advertisements?
17  A.  Not that I can remember specifically.
18  Q.  And just to be clear, Mr. Ang, you don't know
19  how much you've paid for Bimbo products in any given
20  year, correct?
21  A.  That's correct.
22  Q.  And you don't know how much you paid for Bimbo
23  products over the past four years?
24  A.  I don't know that.
25  Q.  The past eight years?

Page 213

1  A.  No.
2  Q.  Do you know how much you've paid for Bimbo
3  products in 2012?
4  A.  No.
5  Q.  And you haven't bought any Bimbo products, to
6  your knowledge, since March of 2013; is that correct?
7  A.  That's correct.
8  Q.  Has your girlfriend bought any?
9  A.  Not that I know of.
10  COURT REPORTER:  Exhibit 30.
11  (Exhibit 30 was marked for
12  identification.)
13  MR. GOODMAN:  Q.  Exhibit 30 is from the
14  American Heart Association's website.  It's the
15  Heart-Check mark nutritional guidelines.  You've never
16  seen this before, correct?
17  A.  Correct.
18  Q.  Are you familiar in any way with the American
19  Heart Association nutritional guidelines?
20  A.  No.
21  Q.  Under the whole grains Heart-Check food
22  certification program nutritional guidelines on the
23  first page of Exhibit 30; do you see that?
24  A.  Yes.
25  Q.  See where it says total fat less than 6.5

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 214

1    grams?
2    A. Yes.
3    Q. Do you know whether Bimbo Bakeries' products
4    that have the Heart-Check mark have the total fat as
5    less than 6.5 grams?
6    A. Not off the top of my ahead.
7    Q. Do you have any reason to believe that they
8    don't have less than that amount fat?
9    A. I don't know.
10   Q. Do you know whether they have saturated fat, 1
11   gram or less?
12   A. I do not know.
13   Q. Do you know whether they have trans fats, less
14   than 0.5 grams?
15   A. I don't know.
16   Q. Do you know whether they have cholesterol 20
17   milligrams or less?
18   A. I don't know.
19   Q. Do you know whether they have 400 and -- I
20   think that's 80 milligrams, of sodium or less per
21   serving?
22   A. I don't know.
23   Q. Do you know whether any of the beneficial
24   nutrients are 10 percent or more of the daily value?
25   A. No.

Page 215

1    Q. Do you know if the whole grain content is
2    51 percent or more by weight?
3    A. I don't know.
4    Q. Do you know what that means?
5    A. No.
6    Q. Do you know whether the minimum daily fiber of
7    any Bimbo Bakeries products with a Heart-Check mark on
8    them are 1.7 grams R8CC or 30-grams?
9    A. I don't know.
10   Q. Do you have any reason to believe that the
11   Bimbo Bakeries products that have the Heart-Check mark
12   do not meet these standards?
13   A. I don't know the nutritional facts.
14   Q. I understand.
15       Do you have any reason to believe they don't
16   meet those standards?
17   A. No, I don't know either way if they do or not.
18   Q. So, as you sit here today, you don't have any
19   reason to believe they don't, correct?
20   A. Yeah.
21   Q. The next page, second page of Exhibit 30, part
22   of the Heart-Check mark nutritional guidelines, at the
23   top it says: No donations are used to support the
24   Heart-Check program. Participating food manufacturers
25   in the Food Certification Program pay an administrative

Page 216

1    fee to the American Heart Association, which is used to
2    cover the program operating expenses; do you know what
3    that means?
4    A. Yes.
5    Q. What does that mean to you?
6    A. Food manufacturers who are in the Food
7    Certification Program pay a fee to the Heart
8    Association.
9    Q. For what?
10   A. To cover program operating expenses.
11   Q. Do you know what that means?
12   A. To keep their program running, administrative
13   costs.
14   Q. Do you know what it means when it says no
15   donations are used for the Heart-Check program?
16   A. No.
17   Q. Let me just check my notes here.
18       Was your Silk lawsuit settlement public
19   information?
20   A. I'm not sure about that.
21   Q. Was it a class action?
22   A. I believe so, but I'm not --
23   Q. How much did you settle that case for?
24   A. $5,000.
25   Q. Is that how much you got, or is that how much

Page 217

1    the entire case settled for?
2    A. That's how much I got. I don't know how much
3    the entire case settle for.
4    Q. Okay. Were you the named plaintiff in that
5    case?
6    A. Yes, I believe so.
7    Q. Anybody else in your family ever been a
8    plaintiff in a lawsuit?
9    A. Not that I'm aware of.
10   Q. When your aunt talked to you about Mr. Gore's
11   food case, did she tell you any particular brands that
12   he was looking to sue?
13   A. Not that I remember. I just remember it was
14   about food labels.
15   Q. Have you ever been involved in any lawsuits
16   other than this one and the Silk suit?
17   A. No.
18   Q. Where did you go to high school?
19   A. Saint Lawrence Academy in Santa Clara.
20   Q. Have you done any school after Berkeley?
21   A. No.
22   Q. Have you had any classes in anything after
23   Berkeley, formal education?
24   A. Certification programs.
25   Q. In what?

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

---

Page 218

1   A.  It's LEED certification for like building
2   design, making sure they are environmentally sound.
3   L-E-E-D.
4   Q.  Why are you taking those certification
5   courses?
6   A.  When I was working at NVGL the company paid
7   for it, it's something good to have under my belt.
8   Q.  Okay.  Have you taken any other courses since
9   Berkeley?
10  A.  No.
11  Q.  Do you belong to a gym?
12  A.  No, but I do see a personal trainer at a
13  chiropractic office.
14  Q.  Chiropractor?
15  A.  Chiropractor and personal trainer.
16  Q.  Okay.  How tall are you?
17  A.  5'11".
18  Q.  How much do you weigh?
19  A.  260.
20  Q.  How long have you weighed 260, about,
21  approximately that weight?
22  A.  At least since I graduated.  At least since
23  2008.
24  Q.  Since you graduated from college?
25  A.  Yeah.

---

Page 219

1   Q.  Have you -- since you graduated from college,
2   have you ever belonged to a gym?
3   A.  I did belong to 24 Hour Fitness for a year.
4   Q.  Did you go very often?
5   A.  I tried to but, you know.
6   Q.  Yeah.  How many times do you think you went a
7   month to the 24 Hour Fitness?
8   A.  I was pretty good about going at least once a
9   week, four times a month or so.
10  Q.  What did you do since graduating from college
11  and then going to the gym for physical exercise?
12  A.  I'll try going jogging whenever I get the
13  chance to, you know, San Francisco you go like uphill
14  and stuff.  In Oakland we live be the lake so I'll try
15  to go jogging.
16  Q.  How far do you go jogging?
17  A.  Anywhere between two and three miles.
18  Q.  How many times a week do you go jogging?
19  A.  About once a week, probably.
20  Q.  Have you done that since you graduated from
21  college?
22  A.  Yeah.  Not, you know, every week.
23  Q.  Understood.  But something that's around once
24  a week?
25  A.  Yeah, something close to that.

---

Page 220

1   MR. GOODMAN:  I don't have any further
2   questions at this time, Mr. Ang.  Thank you very much.
3   THE WITNESS:  You're welcome.
4   VIDEOGRAPHER:  This concludes today's
5   deposition of --
6   MR. GORE:  I have some questions.
7   EXAMINATION
8   MR. GORE:  Q.  Mr. Ang, when you purchased
9   your Bimbo Bakeries products did you know if the labels
10  on them were truthful and lawful?
11  MR. GOODMAN:  Lacks foundation.  Asked and
12  answered.  Leading.
13  THE WITNESS:  I did not know, but I assumed
14  they were.
15  MR. GORE:  Q.  If you had known that the
16  products, Bimbo Bakeries products, that you purchased
17  were misbranded, would you have purchased them any way?
18  MR. GOODMAN:  Lacks foundation.  Calls for
19  speculation.  Incomplete hypothetical.
20  THE WITNESS:  No.
21  MR. GORE:  Q.  Why not?
22  A.  I don't like being lied to.  I like to buy
23  something that is labeled with what it actually is.
24  Q.  Have you ever knowingly purchased a misbranded
25  food product?

---

Page 221

1   MR. GOODMAN:  Calls for speculation.
2   THE WITNESS:  No, not knowingly.
3   MR. GORE:  Q.  How did the labels on the Bimbo
4   Bakeries products that you purchased affect your
5   purchase decision?
6   MR. GOODMAN:  Lacks foundation.
7   THE WITNESS:  You know, I figured they were
8   healthier, so it was down towards the, you know,
9   100 percent whole wheat, excellent source of whole
10  grains on the packaging, rather than the store brand.
11  It was a little bit more..
12  MR. GOODMAN:  Q.  Were the portions of the
13  label that you're complaining about in this lawsuit,
14  were they a substantial factor in your purchase
15  decisions?
16  MR. GOODMAN:  Vague and ambiguous.  Lacks
17  foundation.
18  THE WITNESS:  Yes, I would say so.
19  MR. GORE:  Q.  Can you briefly describe the
20  time period, to the best of your recollection, when you
21  stopped buying Bimbo Bakeries' products?
22  A.  That would be March of 2013.
23  Q.  And why did you stop buying Bimbo Bakeries'
24  products?
25  A.  Because I found out they were mislabeled.

---

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 222

1    Q.  How do you feel about resuming buying Bimbo
2  Bakeries' products in the future?
3    A.  You know, I like the way they taste.  I'd buy
4  them if they were labeled properly.
5    Q.  How would you satisfy yourself they were
6  labeled properly?
7    A.  You know, just by knowing that the claims on
8  the packages are actually true.
9    Q.  All right.
10    MR. GOODMAN: I want to mark as Exhibit 72 --
11    MR. GOODMAN: I don't want you to mark those
12  'cause I have to take those.
13    MR. GORE: Okay.
14    MR. GORE: Q. I want to show you a package --
15    MR. GORE: Can we go off the record for a
16  moment?
17    MR. GOODMAN: Sure.
18    VIDEOGRAPHER: Off the record at 4:00 0p.m.
19    (Off the record.)
20    VIDEOGRAPHER: Back on the record at 4:02.
21    MR. GORE: Q. Mr. Ang, I've placed something
22  in front of you and please tell us what it is.
23    A.  Bimbo's Toasted Bread.
24    Q.  Okay.  Have you seen this package before?
25    MR. GOODMAN: Lacks foundation.  Calls for

Page 223

1  speculation.
2    THE WITNESS: Yes.
3    MR. GORE: Q. And is this the actual package
4  that you purchased of Bimbo's Toasted Bread?
5    MR. GOODMAN: Asked and answered.  Lacks
6  foundation.  Misstates testimony.
7    THE WITNESS: Yes.
8    MR. GORE: Q. Did you purchase this package
9  for personal consumption, or because someone told you
10  to go out and buy it?
11    A.  Personal consumption.
12    Q.  All right.  Approximately how many times in
13  your life have you purchased this product?
14    MR. GOODMAN: Calls for speculation.  Asked
15  and answered.
16    THE WITNESS: I'd say about ten times.
17    MR. GORE: Q. Okay.  When you purchased this
18  product what particular portions of the label did you
19  read and rely on?
20    MR. GOODMAN: Asked and answered.  Lacks
21  foundation.
22    THE WITNESS: I read Bimbo's, I read Toasted
23  Bread Original.
24    MR. GOODMAN: Q. What is your specific
25  complaint concerning the label on this product?

Page 224

1    MR. GOODMAN: Calls for speculation.
2    THE WITNESS: That it's not actually a bread
3  product.
4    MR. GORE: Q. And why do you say that?
5    A.  Because it contains artificial food dyes.
6    Q.  When you bought this product did you see the
7  product through the clear section of the bag?
8    MR. GOODMAN: Asked and answered.
9    THE WITNESS: Yes.
10    MR. GORE: Q. And can you generally describe
11  what the contents of the package looked like?
12    A.  Yeah, it looked like stacks of toast.
13    Q.  What color was the toast?
14    MR. GOODMAN: Asked and answered.
15    THE WITNESS: Brown.
16    MR. GORE: Q. And did you -- when you were
17  buying this product did you have or did you form any
18  particular belief about why the bread was brown?
19    A.  I believed it was brown due to a toasting
20  process.
21    Q.  When you found out this product was misbranded
22  did you stop buying it?
23    MR. GOODMAN: Lacks foundation.
24    THE WITNESS: Yes.
25    MR. GOODMAN: Q. Would you buy it again in

Page 225

1  the future if you knew it was truthfully and lawfully
2  labeled?
3    A.  Yes.
4    Q.  Okay.  I placed another object in front of
5  you, Mr. Ang, and could you please tell us what it is?
6    MR. GOODMAN: Calls for speculation.  Lacks
7  foundation.
8    THE WITNESS: It's a package of Thomas' Bagel
9  Thins Plain.
10    MR. GORE: Q. Have you seen this package
11  before?
12    MR. GOODMAN: Calls for speculation.
13    THE WITNESS: Yes.
14    MR. GORE: Q. And how is it that you
15  recognize this package?
16    MR. GOODMAN: Lacks foundation.
17    THE WITNESS: I purchased it.
18    MR. GOODMAN: Q. On approximately occasions
19  between 2009 and 2013 did you purchase this product?
20    MR. GOODMAN: Calls for speculation.  Asked
21  and answered.
22    THE WITNESS: Say roughly ten.
23    MR. GORE: Q. Okay.  What portions of the
24  label on this package did you read and rely on when you
25  were purchasing this product?

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 226

1   MR. GOODMAN: Asked and answered, several
2   times.
3       THE WITNESS: The brand.  They were Bagel
4   Thins.  They were plain.  The package count and also
5   the Heart Association sticker.
6       MR. GORE:  Q.  And what is your specific
7   complaint in this case concerning the label on this
8   package?
9       MR. GOODMAN: Vague and ambiguous.
10      THE WITNESS: I was under the assumption that
11  the Heart Association actually did testing
12  in comparison -- testing and comparing it to other
13  similar products on the market; more heart-healthier
14  than others.
15      MR. GORE:  Q.  What understanding, if any, do
16  you have about whether the logo that appears on this
17  package is a paid endorsement?
18      A.  I understand now that it's a paid endorsement,
19  they did not go through any sort of certification.
20      Q.  Did you point to any portion of the label
21  on this package that discloses that the Heart-Check
22  logo is a paid endorsement?
23      A.  No, I don't see that.
24      Q.  How do you feel about purchasing this product
25  in the future?

Page 227

1       MR. GOODMAN: Vague and ambiguous.
2       THE WITNESS: I would purchase if it was
3   labeled correctly.
4       MR. GOODMAN:  Q.  Thank you.
5       Mr. Ang, I've placed another object in front
6   of you.  Can you please tell us what it is?
7       A.  It's a package for Sara Lee Classic
8   100 Percent Whole Wheat.
9       Q.  Have you seen this particular package before?
10      MR. GOODMAN: Calls for speculation.  Lacks
11  foundation.
12      THE WITNESS: Yes.
13      MR. GOODMAN:  Q.  And how is it that you
14  recognize this package?
15      A.  I've purchased this package.
16      Q.  Is this the package that you provided to me at
17  our first meeting?
18      MR. GOODMAN: Calls for speculation.  Lacks
19  foundation.
20      MR. GORE: Strike that.
21      MR. GOODMAN:  Q.  Is this the particular
22  package that you provided to me?
23      MR. GOODMAN: Calls for speculation.  Lacks
24  foundation.
25      THE WITNESS: Yes.

Page 228

1       MR. GORE:  Q.  Did you purchase this product
2   for your own consumption or because someone told you to
3   go out and buy it?
4       MR. GOODMAN: Same objection.
5       THE WITNESS: Personal consumption.
6       MR. GORE:  Q.  On approximately how many
7   occasions, between 2009 and 2013, did you purchase this
8   product for personal consumption?
9       MR. GOODMAN: Asked and answered.  Lacks
10  foundation.  Calls for speculation.
11      MR. GORE:  Q.  Go ahead.
12      A.  I'd say close to thirty or forty.
13      MR. GORE:  Q.  Okay.  Could you please tell us
14  the particular section on this label, on this package,
15  that you read and relied on when you were purchasing
16  this product?
17      MR. GOODMAN: Lacks foundation.  Asked and
18  answered?
19      THE WITNESS: Sara Lee brand and 100 percent
20  whole wheat.
21      MR. GOODMAN:  Q.  What is your specific
22  complaint concerning the label on this package?
23      MR. GOODMAN: Calls for speculation.  Lacks
24  foundation.  Vague and ambiguous.
25      THE WITNESS: Not all of the flour used was

Page 229

1   whole wheat, so 100 percent wasn't whole wheat.
2       MR. GORE:  Q.  How do you know that?
3       A.  On the back it also lists soy flour.
4       Q.  Did you realize that at the time you were
5   purchasing this product that it contained soy flour?
6       A.  No, not at the time of purchase.
7       Q.  How do you feel about purchasing this product
8   in the future?
9       MR. GOODMAN: Lacks foundation.  Calls for
10  speculation.
11      THE WITNESS: I would buy it if it was labeled
12  properly.
13      MR. GORE:  Q.  Okay.  I've place another
14  object in front of you, and could you please tell us
15  what it is?
16      A.  It's a package for Sara Lee Soft and Smooth
17  Whole Grain White.
18      Q.  And do you recognize this particular package?
19      MR. GOODMAN: Calls for speculation.  Lacks
20  foundation.
21      THE WITNESS: Yes.
22      MR. GORE:  Q.  How is it that you recognize
23  this package?
24      A.  I purchased it.
25      Q.  Did you purchased it for personal consumption

Page 230

1  or because someone told you to go out and buy the
2  product?
3      MR. GOODMAN: Calls for speculation. Lacks
4  foundation.
5      THE WITNESS: Personal consumption.
6      MR. GORE: Q. On approximately how many
7  occasions, between 2009 and 2013, did you purchase this
8  product?
9      MR. GOODMAN: Asked and answered. Calls for
10  speculation.
11      THE WITNESS: Probably ten or less.
12      MR. GORE: Q. Okay. Can you please tell us
13  what particular portion of the label on this package
14  you read and relied on when you bought this product?
15      A. The brand name, Sara Lee. It was whole grain
16  white and no high fructose corn syrup, good source of
17  fiber, good source of whole wheat, excellent source of
18  calcium.
19      Q. And what is your specific complaint concerning
20  the label on this package?
21      MR. GOODMAN: Lacks foundation. Calls for
22  speculation. Vague and ambiguous.
23      THE WITNESS: There's not really a, I guess a
24  system for measuring what a good source of whole grain
25  is, compared to an excellent source or what a poor

Page 231

1  source is.
2      MR. GORE: Q. Is it your understanding that
3  this -- the label on this package is misbranded?
4      MR. GOODMAN: Vague and ambiguous. Calls for
5  speculation.
6      Take back the speculation.
7      Lacks foundation.
8      THE WITNESS: Yes.
9      MR. GORE: Q. How do you feel about
10  purchasing this product in the future?
11      MR. GOODMAN: That calls for speculation.
12      THE WITNESS: I would buy it if it was labeled
13  correctly.
14      MR. GORE: Q. Your responses to the written
15  discovery in this case, the document requests and the
16  interrogatories; did you review all of your responses
17  before you verified them to ensure that the information
18  in the responses was true and correct to the best of
19  your knowledge?
20      MR. GOODMAN: Asked and answered.
21      THE WITNESS: Yes.
22      MR. GORE: Q. Do you have any reason to
23  believe that any of the information that you provided
24  in your written discovery responses is not correct and
25  accurate?

Page 232

1      A. No.
2      Q. We had some conversation today, I can't recall
3  whether it was on or off the record, maybe it was on
4  the record, about you have some grocery receipts at --
5  presently have some at home, correct?
6      A. Correct.
7      Q. And will you provide all of those receipts to
8  me so I that can provide them to Mr. Goodman?
9      A. Yes.
10      Q. Will you keep all of your grocery receipts
11  from today until the end of this litigation so that I
12  can provide them to Mr. Goodman?
13      A. Yes.
14      Q. Okay. Thank you.
15      Since this lawsuit was filed in March 2013,
16  approximately how many times have you met with me to
17  work on this case?
18      A. I've probably seen you in person maybe six or
19  seven times.
20      Q. And approximately how many phone conversations
21  have we had?
22      We are not social friends, are we?
23      A. No.
24      Q. And approximately how many phone conversations
25  have we had concerning this case?

Page 233

1      A. I'd say ten, fifteen.
2      Q. And approximately how many e-mail exchanges
3  have we had concerning this case?
4      A. Maybe about twenty.
5      Q. Before your deposition started today,
6  approximately how many hours have you spent working on
7  this case?
8      MR. GOODMAN: Vague and ambiguous.
9      THE WITNESS: Not including the times that I
10  met with you or e-mailed or --
11      MR. GORE: Q. No, what I'm getting at is not
12  including the time spent here today at your deposition,
13  if you added up all the time, and I realize it's just
14  an estimate, the time that you've spent talking to me
15  on the phone, meeting with me in person, e-mailing with
16  me, collecting your receipts, collecting your packages;
17  if you added it all together approximately how much
18  would it total?
19      A. Maybe like ten hours. That's a pretty rough
20  estimate.
21      MR. GORE: That's all I have.
22      EXAMINATION
23      MR. GOODMAN: Q. Mr. Ang, Mr. Gore just asked
24  you to make sure that you gave him all of your receipts
25  so he can produce to me; do you recall him asking you

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 234

1   to do that?
2     A.  Yes.
3     Q.  And do you recall telling him that you would
4   do that?
5     A.  Yes.
6     Q.  Has -- before he just asked you that five
7   minutes ago has he ever asked you to keep your receipts
8   in this case?
9     A.  No.
10    Q.  Before he did that, ten minutes, five minutes
11  ago, did he ever ask you to provide him with receipts
12  so he could produce them to him?
13    A.  Yes.
14    Q.  When did he do that?
15    A.  Must have been after March 2013.  I don't know
16  exactly when.
17    Q.  And those are the receipts that we've marked
18  as an Exhibit to your deposition today, the three pages
19  of receipts?
20    A.  Yes.
21    Q.  He never told you to try to collect other
22  receipts; is that correct?
23    A.  That's correct.
24    Q.  And he didn't tell you to collect other
25  documents; is that correct?

Page 235

1     A.  That's correct.
2     Q.  Did you give him those packages because he
3   asked you to give them to him to give them to me?
4     A.  No.  He asked me to bring in or send him food
5   packages.
6     Q.  And when did he do that?
7     A.  Around March 2013.
8     Q.  Okay.  You testified in response to my
9   questions about those documents --
10       MR. GOODMAN:  Can I see those, Pierce?
11       MR. GOODMAN:  Q.  -- that you had collected
12  these from your parents' house and from your house.
13    A.  Uh-hum.
14    Q.  Do you remember that?
15    A.  Yeah.
16    Q.  Yeah.  You just testified in response to
17  Mr. Pierce's or Mr. Gore's questions that you purchased
18  each of these yourself.  Are you changing your
19  testimony?
20       MR. GORE:  Objection.  Argumentative.
21       MR. GOODMAN:  No, I'm asking if he's changing
22  his testimony.  He seems to be.
23       MR. GORE:  Objection.  Argumentative.
24       Go ahead.
25       MR. GOODMAN:  You can answer.

Page 236

1        THE WITNESS:  Oh, those packages, those were
2   for personal consumption.
3        I did send him other packages.
4     Q.  You sent him other packages?
5     A.  Yeah.  I sent him other food labels that are
6   not here right now.
7     Q.  Where are those food labels?
8     A.  I have no idea.
9     Q.  Okay.  Do you know what products those food
10  labels were for?
11    A.  I don't recall off the top of my head.
12    Q.  I'm showing you this Sara Lee Soft and Smooth
13  package that Mr. Gore showed you.  How do you know this
14  is the package that you sent to him?
15    A.  I don't know.  I can't verify.  I didn't
16  initial it or anything.
17    Q.  How about the Sara Lee Classic, how do you
18  know that this is the package that you sent to him?
19    A.  Same thing.  You know, I sent them all in a
20  package.  I didn't initial them so I can't really
21  prove --
22    Q.  Same thing for all of these, correct?
23    A.  Correct.
24    Q.  Do you recall buying this 100 percent whole
25  wheat bread and then sending the package to Mr. Gore?

Page 237

1     A.  I don't recall buying that specific one and
2   sending it over, but these are packages that I had
3   around.
4     Q.  Do you know whether any of these packages came
5   from your parents' house?
6     A.  No, I believe those were all purchased by me
7   in San Francisco.
8     Q.  Do you recall whether you purchased Bimbo
9   Toasted Bread in 2013?
10    A.  I don't remember specifically purchasing it.
11    Q.  Do you recall purchasing Sara Lee Classic
12  Bread in 2013?
13    A.  I don't remember the exact moment.
14    Q.  I'm not asking for the exact moment, Mr. Ang,
15  I'm talking about the year.
16    A.  Yeah.
17    Q.  That's hardly an exact moment.
18       Do you remember the year?
19       MR. GORE:  Objection.  Argumentative.
20       MR. GOODMAN:  You can answer.
21       THE WITNESS:  No, I can't remember that far
22  back.
23       MR. GOODMAN:  Q.  Can you remember purchasing
24  Sara Lee Soft and Smooth White Bread in 2013?
25    A.  Not specifically.

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

Page 238

1    Q. Okay. How about Thomas' Bagel Thins; do you
2 recall doing that in 2013?
3    A. Not specifically.
4    Q. How about Sara Lee Deluxe Bagels, did you
5 purchase those in 2013?
6    A. I don't know when those were purchased.
7    Q. Do you recall purchasing Sara Lee Deluxe
8 Bagels?
9    A. Yeah.
10   Q. Yeah? 'Cause you didn't list that on your
11 types of bagels that you bought in the past. You said
12 Thomas' and Safeway. So does that refresh your
13 recollection that you also bought Sara Lee bagels?
14   A. Yeah, I guess I must have.
15   Q. What other bagels do you recall buying?
16   A. To be honest, I don't keep track of what
17 bagels I buy.
18   Q. Do you keep track of what bread you buy?
19   A. You know, those were the three brand that I
20 gave you, that's what I typically buy.
21   Q. Sure. But what about other brands?
22   A. You know, I can't say for sure if, you know,
23 exactly which brand of bread that I bought over the
24 course of how many years.
25   Q. How about 2013, which is one year?

Page 239

1    A. I don't really remember my bread purchases
2 from 2013.
3    Q. Can you remember your bread purchases from
4 2015?
5    A. Yeah, I think all we've had is Semifreddi's in
6 the house since the year started.
7    Q. Did you buy any bagels in 2015?
8    A. No.
9    Q. Did you buy any toasted bread in 2015?
10   A. No.
11   Q. You said that if toasted bread had been
12 labeled correctly you would buy it in the future. What
13 would toasted bread need to be labeled as for you buy
14 it in the future?
15   A. Some kind of cracker.
16   Q. Again, you knew what toasted bread was before
17 you started purchasing yourself, correct?
18   A. What do you mean, I knew what it was?
19   Q. You were familiar with the product, you've
20 eaten it for several years before you started buying it
21 yourself, correct?
22   A. Yeah.
23   Q. So you knew what it was, correct?
24   A. Yeah.
25   Q. As far as texture, consistency, taste, color,

Page 240

1 everything; right?
2    A. Yes.
3    Q. All right. Is there some way that you could
4 have found out that Bimbo Toasted Bread had color in
5 it?
6        MR. GORE: Objection. Calls for speculation.
7    You can answer.
8        THE WITNESS: I could have looked at the
9 ingredients.
10       MR. GOODMAN: Q. If you had looked at the
11 ingredients you would have seen that it had color in
12 it, correct?
13   A. Correct.
14   Q. Is there some way you could have found out
15 that Sara Lee 100 Percent Whole Wheat Bread had soy
16 flour in it?
17       MR. GORE: Objection. Calls for speculation.
18       THE WITNESS: Yes.
19       MR. GOODMAN: Q. How would you have done
20 that?
21   A. I could have looked at the ingredient list.
22   Q. You said that you found out that these
23 products were mislabeled. How did you find that out?
24   A. Through my interactions with Mr. Gore.
25   Q. What did Mr. Gore tell you about how these

Page 241

1 products are mislabeled?
2        MR. GORE: Objection. Attorney-client
3 privilege. I will instruct you not to answer that
4 question.
5        MR. GOODMAN: Q. Will you take that
6 instruction, Mr. Ang?
7    A. Yes.
8    Q. Is there anything you can tell me about how
9 these products are mislabeled without revealing
10 Mr. Gore's advice to you?
11   A. No.
12   Q. Would you refuse to answer any questions about
13 how you know that these products are mislabeled?
14   A. Yes.
15   Q. You said that, in response to one of
16 Mr. Gore's questions, that you understand that the
17 heart Mark is a paid endorsement; how do you have that
18 enforcement?
19   A. Through my talking with Mr. Gore.
20   Q. And what is your understanding as to how the
21 AAH mark is a paid endorsement?
22       MR. GORE: Objection. Vague. Calls for
23 speculation.
24       You can answer.
25       MR. GOODMAN: Q. I'm asking for his

Page 242

1 understanding.

2 A. My understanding is it's something that's paid

3 for, but not tested and certified by the American Heart

4 Association.

5 Q. If the product were tested and certified,

6 would that change your understanding?

7 MR. GORE: Objection. Incomplete

8 hypothetical. Calls for an expert opinion.

9 You may answer.

10 THE WITNESS: Say that question again.

11 MR. GOODMAN: Q. Sure. If the product were

12 tested and certified by the AHA would it change your

13 understanding that it's misbranded?

14 MR. GORE: Same objection.

15 THE WITNESS: Yes.

16 MR. GOODMAN: Q. I don't have anything

17 further.

18 **EXAMINATION**

19 MR. GORE: Q. Just a few more.

20 Mr. Ang, on the package of the Bimbo Toasted

21 Bread, do you see a date that is identified on the

22 package as a best-before date?

23 A. Yes.

24 Q. And what is that date?

25 A. May 29th, 2013.

Page 243

1 Q. On the package of -- on your package of Sara

2 Lee Soft and Smooth Whole Grain White, do you see a

3 best-buy date?

4 A. Yes.

5 MR. GOODMAN: Misstates the document.

6 MR. GORE: Q. And what is the best-buy date?

7 A. December 27th.

8 Q. On your package of Sara Lee Classic

9 100 Percent Whole Wheat, do you see a best-buy date?

10 MR. GOODMAN: Misstates the document.

11 THE WITNESS: Yes.

12 MR. GORE: Q. And what is that date?

13 A. March 28th.

14 MR. GORE: All right. That's all I have.

15 MR. GOODMAN: I don't have anything further.

16 VIDEOGRAPHER: This concludes today's

17 deposition of Alex Ang, consisting of 3 media. We're

18 off the record at 4:24 p.m.

19 THE COURT: Will you want a certified

20 transcript?

21 MR. GOODMAN: Yes.

22 MR. GORE: Yes.

23 (Deposition concluded at 4:25 p.m.)

24

25

Page 244

1 I have read the foregoing deposition

2 transcript and by signing hereafter, approve same.

3

4 Dated_____.

5

6

7 _____
(Signature of Deponent)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 245

1 DEPOSITION OFFICER'S CERTIFICATE

2

3 STATE OF CALIFORNIA    )
                        ) ss.
4 COUNTY OF CONTRA COSTA )

5

6 I, Angelica R. Gutierrez, hereby certify:

7 I am a duly qualified Certified Shorthand

8 Reporter in the State of California, holder of

9 Certificate Number 13292 issued by the Court

10 Reporters Board of California and which is in full force

11 and effect. (Fed. R. Civ. P. 28(a)).

12 I am authorized to administer oaths or

13 affirmations pursuant to California Code of Civil

14 Procedure, Section 2093(b) and prior to being examined,

15 the witness was first duly sworn by me. (Fed. R. Civ.

16 P. 28(a), 30(f)(1)).

17 I am not a relative or employee or attorney or

18 counsel of any of the parties, nor am I a relative or

19 employee of such attorney or counsel, nor am I

20 financially interested in this action. (Fed. R. Civ. P.

21 28).

22 I am the deposition officer that

23 stenographically recorded the testimony in the foregoing

24 deposition and the foregoing transcript is a true record

25                      / / /

ALEX ANG, VOL. I
February 13, 2015

ALEX ANG v.
BIMBO BAKERIES USA, INC.

Page 246

1    of the testimony given by the witness.  (Fed. R. Civ. P.

2    30(f)(1)).

3           Before completion of the deposition, review of

4    the transcript [ X ] was [   ] was not requested.  If

5    requested, any changes made by the deponent (and

6    provided to the reporter) during the period allowed, are

7    appended hereto.  (Fed. R. Civ. P. 30(e)).

8

9    Dated:   FEBRUARY 24, 2015

10

11           _____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$200 (1)**
58:15
**$250 (1)**
58:15
**$5,000 (1)**
216:24
**$50 (1)**
38:20
**$70 (1)**
38:20

**A**

**AA1 (1)**
128:3
**AA3 (1)**
128:3
**AAH (1)**
241:21
**abandoned (1)**
51:16
**ability (2)**
9:12;10:11
**able (2)**
10:14;184:19
**Academy (1)**
217:19
**accepting (1)**
86:5
**access (1)**
29:6
**accessible (1)**
168:3
**accommodate (1)**
11:1
**account (1)**
132:22
**accurate (7)**
10:16,23;61:21,22;
197:4;208:25;231:25
**acid (1)**
164:2
**Act (1)**
205:19
**action (5)**
8:19;123:8,8;149:3;
216:21
**actual (1)**
10:8;223:3
**Actually (25)**
36:16;53:13;76:13;
101:22;102:25;117:22,
25;120:18;175:2;
182:17;207:16,21,24;
208:2,6,16,17,22,25;
209:12,24;220:23;
222:8;224:2;226:11
**added (16)**
94:9;95:15,18;96:1,
3,6,15;132:17;136:18;
137:17;139:14,19,21,
24;233:13,17
**address (5)**
11:16;12:4;49:5,11;
142:11
**addressed (1)**
142:10
**Administrative (3)**
105:15;215:25;
216:12
**administratively (1)**
104:19
**adult (2)**
211:14,19
**advertisements (2)**
212:13,16
**advertising (2)**
212:8,10
**advice (1)**
241:10
**affect (1)**
221:4
**afraid (1)**
204:23
**again (35)**
10:22;27:12;28:4;
43:18;65:24;66:5;
70:12;76:25;97:22;
107:25;108:22,24;
115:21;121:14;122:4;
125:3;141:1;158:13;
161:7;181:16;184:23;
185:6;186:17;188:21;
189:13;190:14;194:12;
198:2;199:15;204:3,9;
210:23;224:25;239:16;
242:10
**agency (1)**
99:20
**ago (8)**
54:7;129:25;152:6,7;
153:6;154:7;234:7,11
**agree (2)**
155:18;194:7
**agreed (1)**
158:20
**AHA (2)**
107:19;242:12
**ahead (6)**
58:10;134:12;
150:15;214:6;228:11;
235:24
**aisle (3)**
45:4;93:10;118:1
**Alameda (2)**
6:11;49:24
**Albertsons (3)**
151:15;152:13,16
**Alex (7)**
6:2,3;7:7;98:13;
145:22;156:1;243:17
**Alexander (1)**
142:12

**Alice (3)**
11:17,19;12:1
**alike (1)**
160:10
**alleged (1)**
123:15
**alleging (1)**
8:24
**allergic (1)**
61:7
**allow (1)**
9:21
**almost (1)**
129:11
**alone (2)**
103:13,21
**always (6)**
41:9;42:19;47:25;
116:19,22;117:11
**ambiguous (7)**
221:16;226:9;227:1;
228:24;230:22;231:4;
233:8
**amended (2)**
123:8;142:4
**American (38)**
81:13,17,19;82:4,17,
21,25;83:5;85:12,22;
86:2,7,11;107:19,23;
108:9;109:14,17;
138:25;139:1,9,12,15,
20,24,25;198:4;209:6,
9,16,17,19,23,25;
213:14,18;216:1;242:3
**ammonium (2)**
176:13,16
**amount (5)**
18:22;19:2;46:23;
170:25;214:8
**Ang (41)**
6:2,3;7:7,12,22;8;
90:17;97:20;98:13;
120:2;128:1;132:14,
20;141:4,24;142:12;
145:13,21;152:22;
156:1,7;166:14;170:1;
177:6;184:14,23;
189:12;192:3;193:17;
205:20;209:14;212:18;
220:2,8;222:21;225:5;
227:5;233:23;237:14;
241:6;242:20;243:17
**Angelica (4)**
6:21;7:4;11:23,24
**Angelica's (1)**
12:12
**Ang's (1)**
145:22
**answered (12)**
220:12;223:5,15,20;
224:8,14;225:21;
226:1;228:9,18;230:9;
231:20

**apartment (1)**
11:17
**appealing (1)**
94:20
**appeared (1)**
7:6
**appearing (1)**
6:12
**appears (2)**
163:9;226:16
**Applebees (1)**
59:25
**approval (4)**
206:4;209:8,11,16
**approximately (13)**
76:22;151:3;218:21;
223:12;225:18;228:6;
230:6;232:16,20,24;
233:2,6,17
**April (1)**
205:16
**area (3)**
17:15;107:7;133:14
**arguing (1)**
210:22
**Argumentative (4)**
210:21;235:20,23;
237:19
**around (19)**
8:17;17:7,8;29:14;
35:17;58:15,25;
119:25;130:22;133:13;
141:9;142:17;144:2;
146:11,14;148:5;
219:23;235:7;237:3
**Arrangements (4)**
106:4,7,10,22
**articles (1)**
32:22
**artificial (8)**
93:3;134:13;135:5;
137:17;177:3,3;
201:24;224:5
**ascorbic (1)**
164:2
**asparagus (1)**
47:8
**Association (33)**
81:14,17,19;82:4,18,
25;83:5;84:9;85:13,23;
86:2,8;107:20;109:14;
197:25;198:4,8,11;
203:12;209:5,7,9,16,
18,19,23,25;213:19;
216:1,8;226:5,11;
242:4
**Association's (1)**
213:14
**assume (13)**
10:21;26:11;42:25;
82:1;110:2,5,6,8;
112:11;135:10;142:24;
182:9;183:3

**assumed (5)**
84:9;148:19;184:9;
211:5;220:13
**assuming (2)**
167:4;183:7
**assumption (3)**
209:6;211:7;226:10
**ate (8)**
17:4;32:19;46:23;
48:18;89:5;135:14;
184:6;210:15
**Atkins (4)**
33:4;47:13;48:12,16
**attached (1)**
111:9
**attention (1)**
123:11
**attorney (2)**
130:16,23
**attorney-client (2)**
83:20;241:2
**audibly (1)**
10:6
**aunt (6)**
147:17;148:3,21;
149:12,24;217:10
**available (3)**
74:13;168:23;169:10
**Avenue (8)**
12:5,6,22;13:3;
29:16;30:14;49:18;
142:12
**average (2)**
48:22;113:12
**avoid (2)**
61:9;94:8
**aware (7)**
87:14;103:6;145:13;
189:17;208:24;209:2;
217:9
**away (5)**
130:2,4;165:24;
166:4,5
**azodicarbonamide (1)**
176:22

**B**

**Back (54)**
14:20;16:3;37:7,9,
13,14;38:9;45:18,19,
22;59:5,14,16,20;79:1,
2,5,21;80:13,16;90:19;
98:17;103:8;104:12,
17,18,19,20,22;107:2;
131:14;133:14;156:5,
7;158:7;180:16;187:4,
6;188:12;191:20,21;
196:5;199:1;202:21,
24;203:13;208:10,20;
210:24;211:3;222:20;
229:3;231:6;237:22
**bad (2)**

53:23;178:3
**bag (45)**
41:25;68:3,9;76:4;
78:13;79:4,6,16,22;
80:13,16;81:1;82:7;
83:6,10;84:14;95:23;
111:25;112:1,8;113:9,
11,14,19;135:25;
144:15,17,19,23;145:6;
167:10;184:17,25;
185:15,16;196:10,12,
14,16,18;198:20;
203:2;204:9,10;224:7
**bagel (57)**
25:8;26:12,15,17;
48:5,14;71:2,4,11,15,
22;72:1,4,11;77:4,17,
22;78:24;79:6,15,22,
25;80:21,24,25;81:9,
12,13,15;82:5;83:6;
84:2,6,10;86:13,14;
87:15;88:6;95:23;
113:18;125:14,15,18;
143:5;172:3;177:23;
196:11;197:24;198:17;
199:13,23;200:4;
203:2,11;225:8;226:3;
238:1
**bagels (75)**
25:8,12,13,14,16,20,
24;26:2,4,5,7,14,24;
47:17,22,25;48:8,9,10,
18;53:12,13;72:12;
76:2,5,9,10,15,23;77:6,
9,12;78:4;80:20;81:3,
6;83:8;86:16,23;87:1;
95:18;112:6,10,12,18;
113:18;145:10;155:14;
171:4,13,18,22,23,24;
172:2;196:19;198:1,
16,23;199:14;200:1,3,
6,7,14;201:11;202:5;
203:3;238:4,8,11,13,
15,17;239:7
**bags (12)**
76:10,15,22;111:21,
24;143:11,15;144:1,2,
5,8,12
**baguette (7)**
30:17;36:13;52:16;
54:16,17,18;140:22
**baguettes (8)**
36:11,15;39:16,20;
43:12;47:16;55:3;
111:13
**bake (1)**
112:11
**baked (13)**
25:7;52:12;109:23,
25;110:2,3,4,7,8;
112:15,21;127:1;184:4
**Bakeries (26)**
6:3,18;7:14;61:23;

62:1,5;70:25;88:4;
98:25;99:12,19;
107:11;108:13;109:7;
111:15,20;196:3;
205:19,24;206:3,7;
215:7,11;220:9,16;
221:4
**Bakeries' (4)**
214:3;221:21,23;
222:2
**bakery (16)**
25:3,14,14;36:14;
47:16;53:9;56:22;62:2;
99:5;113:24;114:3,6,8,
13;152:15;184:7
**Balance (1)**
201:7
**ballpark (7)**
64:3;72:5;76:8,15;
77:1;118:16;119:23
**banana (2)**
103:14,17
**bananas (5)**
103:2,2,5,6,9
**bar (2)**
101:25;134:3
**barbecue (1)**
137:9
**bar-code (2)**
78:15,17
**Barkley (1)**
6:13
**barley (4)**
183:5,9,10,11
**bars (2)**
138:22;189:15
**based (8)**
101:24;103:13,18;
128:16;167:10,17;
170:1;202:3
**baseline (1)**
169:20
**bases (1)**
104:1
**basically (7)**
18:19;19:8,22;20:10;
43:6;104:11;185:3
**basis (1)**
25:6
**baskets (2)**
106:8,11
**Bates (1)**
128:3
**Bay (3)**
107:7;133:14;151:18
**bean (2)**
60:23,24
**bedroom (2)**
131:8,11
**beef (10)**
15:21;27:2;46:7,12,
25;47:1;51:6,7;134:9;
138:2

**beer (2)**
108:3;177:21
**begin (2)**
48:11;148:18
**beginning (3)**
98:18;106:8;156:6
**begins (1)**
6:1
**behalf (1)**
6:13
**belief (1)**
224:18
**Bell (1)**
60:5
**belong (2)**
218:11;219:3
**belonged (1)**
219:2
**belt (2)**
62:4;218:7
**beneficial (1)**
214:23
**benefits (2)**
33:2;208:2
**Berkeley (16)**
13:5;14:2,5,23;
15:13;19:20;25:14;
26:15;29:3,5,14;62:15;
107:5;217:20,23;218:9
**berry (1)**
57:20
**besides (5)**
8:22;16:20;52:7;
64:16;100:24
**best (12)**
9:12,15;10:13,15,19,
25;11:6;22:22;103:3;
111:6;221:20;231:18
**best-before (1)**
242:22
**best-buy (20)**
110:15,17,18;111:4,
8,13,16,19;112:5,9,13,
17,24;113:2,5;205:4,7;
243:3,6,9
**better (15)**
21:12;32:3;34:5;
51:9;55:12;74:7;120:1;
142:8;181:17,25;
182:3;190:9;197:15;
201:20,25
**big (4)**
20:19;33:4;43:4;
53:23
**biggest (2)**
62:2;189:15
**Bimbo (81)**
6:3,18;7:13;61:23;
62:1,5;70:25;88:4,15;
92:16;93:24;94:11;
96:11,24;97:2,6,23;
98:6,21,25;99:5,12,19;
107:10;108:13;109:7;

111:15,20,22;112:23;
113:7;124:3,10,14;
145:1;149:15;152:15;
155:20;175:5,10,11;
176:2;177:10,13,17;
196:2;203:21,25;
205:19,24;206:3,7;
207:19,23;208:1,5,8,
24;209:3,10,10,13,23;
210:3;212:8,19,22;
213:2,5;214:3;215:7,
11;220:9,16;221:3,21,
23;222:1;237:8;240:4;
242:20
**Bimbo's (22)**
62:9,13;70:24;88:5,
9,19;89:8,16;92:22,24;
93:2,5,20;94:5;98:3;
123:24,25;143:5;
209:15;222:23;223:4,
22
**birthday (6)**
25:6,6;47:20;113:24;
114:16,18
**bit (9)**
20:6;22:17;26:19;
28:9;32:12;52:17;
77:21;104:15;221:11
**black (2)**
169:4,5
**bleached (2)**
182:24;207:5
**Blondies (1)**
17:11
**blurry (1)**
178:10
**Boboli (1)**
174:20
**body (2)**
100:23;101:9
**bold (2)**
123:21;165:15
**boneless (2)**
136:4,7
**booklet (2)**
9:21,22
**born (1)**
106:24
**both (4)**
15:17;24:8;43:21;
49:6
**bottle (1)**
42:10
**bottom (2)**
132:19;165:15
**bought (202)**
15:19;18:5,11;20:23;
21:2;22:3;24:13;25:20,
24;26:4,7,23;31:16;
34:2,5,8,9;38:9;40:14,
23;41:7,7;42:9;43:22;
44:9;45:16,18,20,21;
46:8;48:3,8;54:8;

55:18;56:17;61:1,2;
62:5,11,12,15,17,18,
19;63:4,8,14,18;64:7;
66:14,17,21;67:4,12;
71:3;72:12,16,18,20;
75:19;76:6,19;77:9,12,
22;78:4,6,8,10,20;
80:20,21;84:7,8;86:16;
87:6,19,25;88:4,14,15,
16,17;89:16,18,24;
90:1,1,4,6;91:4,5,19,
22;92:22;93:6,9;97:4,
6,9,13,23;98:3,5,25;
99:2;107:10,14,15,19;
109:13,22;110:10;
111:16;112:24;113:7,
15,19,21,23,23;114:5;
115:2,21;116:3;
118:23;119:12;123:16,
17,18;124:14;125:24,
25;126:4,7,15,16;
127:5,6,12,16,19,20;
137:6,21;138:18;
140:18;144:25;145:1;
152:4;153:13,16,19;
154:22;167:1,6;
170:11,14,17;171:7,22;
172:21;174:22;175:11;
176:16,20,25;177:4;
178:19;179:9,17,21;
180:11;183:14,19;
185:12;188:4,10;
190:1,4,17;194:18,20;
195:23;196:24;198:3;
200:3,6;204:14;205:5;
210:9,15,18;211:21,23;
213:5,8;224:6;230:14;
238:11,13,23
**bouillon (3)**
134:10,11;138:5
**box (14)**
40:18,19,22,25;
44:23,24;60:5;85:11,
13;122:15;131:9;
183:21;191:15;199:10
**boxes (2)**
40:9,11
**boying (1)**
174:4
**Brad (1)**
147:7
**bran (1)**
164:4
**brand (71)**
16:10;18:13;21:6,6;
22:17,24;27:14,16,25;
28:3;31:9;33:25;36:13,
17;39:22,23;45:8;
46:11,11;52:15,15;
55:6,7;57:7,13;60:20,
21;61:24;64:6,8,16,21;
69:7;72:12,16,21;
74:25;75:13;76:3,16;

77:8,11;80:19;86:18,
21;91:17;92:2;112:3,3;
113:25;114:9,13;
116:18,18;118:2;
119:11,19;120:5;
127:17;139:5;140:23;
152:10;154:16,18;
198:17;221:10;226:3;
228:19;230:15;238:19,
23
**brands (44)**
15:25;18:8,11,12;
20:23;21:14;23:10;
25:20;32:21;33:18,21,
24;34:5,6;35:13,15;
44:9,13;46:8;48:2,5;
56:7;57:5;62:3,11;
63:15,17;64:15;74:5,
16,17;75:6,11,12;76:2;
121:4,7,11;124:9;
144:11;149:13;150:13;
217:11;238:21
**bread (379)**
15:21;16:10;20:16,
23;21:1,3,4,9,14,25;
22:3,12;24:18,21,23,
25;25:11;26:24;30:9,
12,16;31:6,12,13,13,
14,15,18;32:5,6,10,13,
14,15,19,23,23;33:1,1,
6,6,15,16,18;34:3,12,
13,17,20;35:1,2,5,7,8,
13,16,17,18,21,25;
36:5,6,8,9,21;37:4,18;
39:8,12,19,20;43:12;
47:17,25;52:13,14,19,
20,21,24;53:1,4,7;
54:11,14,15;56:3,6,6,9,
10,10,11,12,15,16,18,
22;62:9,11,20;63:5,9,
10,12,13,15,18;64:7,
10,12,16,18,22,25;
65:3,4,15,21;66:2,8,13,
16;67:3,5,7,12,20;68:4,
9,15,21;69:5,7,10,15,
18;70:1,4,8,16,19,22,
24;72:14,15,18,19,22,
23;73:3,4,8,9,11,12;
74:2,3,11,12,14,22,24;
75:3,7,15,16,17;76:20;
88:6;90:20;91:1,12;
93:25,25;94:6,11,17,
21;95:25;96:3,5,11,13;
98:6;102:13;108:25;
109:16,19,20;111:21,
24,25;112:1,3,23;
113:8;116:12,16,16,18,
19,21;117:9,10,14,16;
118:3,3,4,9,10,11,13,
22,25;119:5,9,11,15,
18,19;120:4,6;121:3,4,
8,22;123:18,24;124:1,
4,7,11,15;125:6,9;

143:3,4;144:15,17;
145:1,10,11;149:15;
151:24;152:1,3,4;
153:3,11;154:2,3,5,6,8,
10,12,14,16,17,19;
155:11,20;161:24;
162:19;163:13;164:6,
10,14,16,22;167:10,11,
13,18;168:9,10;169:18,
24;170:7,23;171:1;
172:16,17;175:6,10;
176:2;177:11,13,18;
179:5,8;180:9;181:2,6,
9,12,15,20,24,24,25;
182:3,15,16,21;183:15,
17;185:7,12;186:1;
187:14,21;188:4,9;
189:11,25;190:3,11;
191:7,8,16;192:5,8;
193:4;194:1,19,24,25;
195:19,22;203:21;
204:1,4,11,13,17,22,
23;205:4,8;206:11,22;
207:1,9,13;210:6,7,8,
15,18,19;211:8,12,12,
17;212:1,11,15;
222:23;223:4,23;
224:2,18;236:25;
237:9,12,24;238:18,23;
239:1,3,9,11,13,16;
240:4,15;242:21
**breaded (2)**
136:14,15
**breading (1)**
136:16
**breads (9)**
33:22;34:2,9;74:10;
75:19;121:23,25;
122:6,10
**break (10)**
10:25;11:4;59:10;
98:10;155:23;156:8,
11;158:9;202:15,17
**breakfast (2)**
79:11,12
**breaks (1)**
11:3
**breasts (1)**
50:23
**brie (1)**
44:6
**briefly (1)**
221:19
**bring (6)**
104:17,19,22;
127:14;183:24;235:4
**broccoli (2)**
27:3;47:8
**broken (1)**
204:15
**brought (15)**
16:1,11;18:9;24:9;
34:1;35:22;40:3;64:19;

89:8;99:2;127:8;
152:11;177:20;179:4;
194:16
**Brown (8)**
33:8,10,12;93:23;
193:3;224:15,18,19
**bubbles (4)**
169:4,15;186:19;
187:1
**bucks (1)**
17:24;58:13
**buffalo (1)**
27:8
**building (2)**
106:8;218:1
**bulb (2)**
82:2,12
**bulk (1)**
51:22
**burger (1)**
17:8
**burgers (1)**
28:23
**businesses (1)**
105:16
**buy (198)**
18:6,12;21:12;23:16,
24;24:1,18;25:2,6;
26:14,18,25;27:2,3;
30:2,3;32:21;33:10,12,
13,16,18,22;35:2,5;
36:11,13,15;37:22;
39:2,9,15,24;40:6;42:3,
6,15;43:17,20,23;
44:25;45:12;46:8,19;
47:16;48:8;50:13,21;
51:11,12;52:2,7,12,13;
53:9,12,16;54:3,11,14;
55:5,7,15;56:3,6,7,9,9,
22,24;57:1,16,25;
60:15;61:20;63:10,12;
65:11;67:6;72:11,14,
18,22;73:3,8,12;75:13,
17;76:2;77:23;81:11,
16;86:14,21,23;87:23;
88:9;90:13,15,25;91:3,
10,12,14,15,17;92:4,9;
94:11;96:4,11,23;
99:23,24,25;103:13,22;
108:17,20;109:3,7,17;
110:17,18;113:7,10,24;
114:6,6,12;116:10;
117:10,16,19;119:8,18;
122:12,18,19,25;123:2,
3;124:3,6,10;125:12;
126:11;135:1;137:12;
141:12;143:6,10;
144:24;151:16,20;
152:3,20;153:22;
155:11,14;166:1,3,9;
169:24;170:10;171:15,
23;176:3;179:23;
181:2,6,9,20;188:19;

190:11,16;197:3,6,8;
198:7;199:23,23;
201:16;220:22;222:3;
223:10;224:25;228:3;
229:11;230:1;231:12;
238:17,18,20;239:7,9,
12,13
**buying (90)**
21:15;22:4,6,11,12,
14,17,22,25;24:25;
31:7,15;32:5,18;34:17,
20,24;35:25;36:5;38:2;
39:12,19,22;40:22;
41:5;42:9,10;44:13;
45:5,7;46:7;47:11;
56:15,19;66:23;74:21;
75:4,15;77:25;81:6;
86:13;90:9;92:1,11;
93:10,24;97:19;99:5;
102:13,18,21;103:23;
109:1;110:19;114:9,
15;136:7;140:6;
151:22;152:1,15,18,24,
25;153:8,9;167:8;
171:12,17;191:10,16;
192:8;196:20;204:1;
210:11,12,13,19,19;
211:25;212:1;221:21,
23;222:1;224:17,22;
236:24;237:1;238:15;
239:20
**buys (8)**
22:18;54:24;55:2;
86:10;108:9,13;
126:17,19
**Byun (1)**
13:19
**B-Y-U-N (1)**
13:19

---

**C**

**cafe (1)**
28:25
**cafes (1)**
17:7
**cake (12)**
25:6;47:19;114:7,9,
12,13,18;126:18,23,24;
127:1;153:14
**cakes (9)**
25:3;47:17;53:14;
113:24,24;114:4,6,8;
126:20
**calcium (13)**
100:23,25;163:2,3,
23;164:15,22;181:1,3,
5,14;191:3;230:18
**calculations (1)**
29:16
**California (9)**
6:5,11;7:4,6,15;
11:18;60:11;100:14;

142:13
**call (1)**
51:10
**called (9)**
7:8;44:17;52:18;
105:11;175:24;176:1;
189:25;204:4;211:8
**Calls (24)**
220:18;221:1;
222:25;223:14;224:1;
225:6,12,20;227:10,18,
23;228:10,23;229:9,
19;230:3,9,21;231:4,
11;240:6,17;241:22;
242:8
**calorie (1)**
202:3
**calories (20)**
45:24;46:4;68:11,12;
79:20,24;80:2;163:20;
167:21,24;173:7;
176:7;178:17;198:1;
199:16,20;200:8;
202:1,8;203:11
**came (8)**
35:18;59:5,20;129:9;
143:19;22;158:7;237:4
**camera (1)**
142:9
**campus (1)**
17:7
**can (88)**
10:2;12:10,14;15:23;
17:21;21:22;22:9;23:4,
10;34:7,19;35:19;
50:17;62:12;64:3,15;
66:19;67:18;69:22;
70:23;71:24;72:5;
81:18;84:4,22;85:1;
91:18;93:19;98:2,2,20,
24;100:24;102:24;
103:3,12,16;112:22;
116:14;119:10,23;
120:9,12;122:17;
127:3;137:8;141:14;
143:18,22;148:9;
150:18;153:8;155:13,
15;158:13;166:21;
170:1;177:20;182:23;
185:1;187:25;193:1,2;
195:20;197:2,19;
202:2;204:10;205:10;
208:10;212:17;221:19;
222:15;224:10;226:20;
227:6;230:12;232:8,
12;233:25;235:10,25;
237:20,23;239:3;
240:7;241:8,24
**candy (6)**
94:20;101:25;102:5,
6;134:25;136:25
**car (1)**
104:21

ALEX ANG v.
BIMBO BAKERIES USA, INC.

carbohydrate (5)
68:25;69:14;70:22;
80:10;176:7
carbohydrates (11)
33:5;68:13,17;70:18;
79:20;80:8;163:19;
173:8;178:17;199:19;
202:10
Card (2)
133:8;155:16
care (21)
55:11;101:16;
107:22;140:16;163:1,
5,7;164:10,15,18,19,
24;165:6,18,21,22;
169:21;189:25;190:3,
6,14
cared (4)
164:21;165:3,10;
190:8
career (1)
76:6
Carrier (1)
13:21
C-A-R-R-I-E-R (1)
13:22
cart (3)
45:4;74:8;93:16
case (31)
6:4,6;7:24;8:5,24;
9:2;60:25;130:6;143:8;
146:18;147:2,18,22;
148:9,12,13;159:13,16,
21;216:23;217:1,3,5,
11;226:7;231:15;
232:17,25;233:3,7;
234:8
cases (1)
149:9
categories (1)
146:3
cause (22)
10:14;16:16;31:17,
20;55:8;61:3;74:11;
77:15;85:6;110:25;
114:14;128:22;129:8;
138:17,18;172:16;
174:7;195:23;198:22;
199:6;222:12;238:10
caused (1)
190:16
Caution (1)
177:7
Center (1)
7:3
cents (1)
118:20
Century (1)
107:2
cereal (23)
20:16;22:25;23:2,4,
16,17;24:2,5,12,17;
26:24;30:10;40:3,4,6,

11,24;43:12;44:4,13;
79:3,10;145:9
cereals (3)
40:13;121:22;122:12
certain (11)
71:25;79:17;82:12;
102:3,4,5;126:6;146:2;
188:22;192:10;193:3
certification (7)
213:22;215:25;
216:7;217:24;218:1,4;
226:19
Certified (5)
7:5;242:3,5,12;
243:19
chain (3)
29:2;59:25;60:4
chance (1)
219:13
change (4)
28:20;98:9;242:6,12
changed (1)
40:5
changes (2)
19:10,14
changing (4)
125:18;158:1;
235:18,21
Channing (10)
14:2,7,9,10,13,23;
15:1,12;21:23;32:8
characteristic (3)
206:12,16,19
characteristics (1)
206:8
charge (1)
130:6
Charlie (1)
13:21
cheap (1)
118:19
cheaper (16)
22:17;53:24;54:4;
73:11;74:6;75:12;
117:14,17,18,20;
118:14,15,18,19,21;
119:25
check (10)
38:9;79:2;82:21;
83:8;96:10;143:8;
144:4;173:7;209:24;
216:17
checked (4)
79:1,13,19;180:16
checking (1)
103:4
cheddar (1)
44:6
Cheerios (10)
23:7,20;24:16;40:4,
25;44:16;122:14,18,19,
21
cheese (15)

44:3,5,6,10;95:10,
11;134:21,21;139:1,9,
12,15,21,24,25
Chewy (1)
138:20
chicken (25)
15:22;20:19;27:3;
46:7,14;50:23;51:1,3,4,
8,12;94:21;102:1,2,4,4;
134:9;135:10,21,24;
136:5,7,10,12;138:2
childhood (1)
75:8
Chinese (2)
17:7;28:23
chips (16)
27:7,11,13,14,15;
30:11;41:7,11,12;
43:12;106:17;135:11,
22,25;137:10;201:5
chiropractic (1)
218:13
Chiropractor (2)
218:14,15
chloride (2)
176:13,16
chocolate (4)
106:14,15,16;138:20
choice (5)
28:3;55:9;58:3;
101:18;110:21
cholesterol (1)
214:16
choose (4)
34:12;116:16;
200:17;201:3
choosing (4)
198:18;200:14,21,24
chose (3)
25:23,24;34:13
chosen (1)
119:17
Christopher (1)
13:13
Chuck (1)
13:24
ciabatta (2)
30:17;54:17
Ciabatta's (1)
54:21
Cinnamon (1)
124:22
circle (2)
167:24;189:22
circles (2)
167:19,21
City (2)
107:2;128:21
claim (14)
114:21;115:3;
116:21;117:5,16;
119:20;120:4;121:3,5,
8,12;200:7;206:10;

208:24
claimed (2)
116:20;119:18
claims (2)
149:25;222:7
Clara (1)
217:19
class (4)
8:19;123:8;149:3;
216:21
classes (1)
217:22
Classic (8)
172:10;187:13;
188:19;199:13;227:7;
236:17;237:11;243:8
classified (2)
101:12;116:1
classify (4)
101:3;173:21;174:2;
208:19
cleaning (1)
50:19
clear (7)
83:14;93:17;193:17;
194:13;204:10;212:18;
224:7
client (1)
151:6
close (6)
30:21;31:3;49:12;
115:18;219:25;228:12
closed (1)
141:10
closer (1)
58:13
closest (3)
16:16;17:16;151:19
club (12)
48:17;73:17,20,25;
132:22,25;133:2,3,7,
18,23;155:16
Cocoa (1)
23:13
coffee (14)
52:5;55:13,17,20,22,
25;60:15,16,19;126:18,
20,23,24;127:1
Coke (8)
28:2;42:3,6,9,12,16;
94:24;202:2
collect (2)
234:21,24
collected (1)
235:11
collecting (2)
233:16,16
collection (1)
161:16
college (16)
18:16;21:10;22:15,
15;28:21;63:19;76:13,
21;91:23;92:2;107:5;

132:6;218:24;219:1,
10,21
color (29)
93:3,20,23;94:9,12,
17,18,20,22;95:16,19;
96:1,3,6,16;132:17;
135:5;136:18;137:17;
139:19,21,24;140:3;
177:3,4;224:13;
239:25;240:4,11
colored (1)
210:14
coloring (5)
94:21,21,23;95:5;
139:14
colors (3)
134:14;135:15,21;
194:14
combination (1)
76:24
commencing (1)
7:2
comment (1)
10:15
communal (10)
20:11,14;26:23;30:2,
7,10,11;42:13,14;43:11
communication (1)
83:20
company (5)
8:4;62:2;84:22;
85:18;218:6
comparable (4)
74:6,10;116:6;
190:11
compare (2)
22:6;191:8
compared (7)
22:7;86:16;119:21;
180:4;181:11,12;
230:25
comparing (9)
115:4;116:15;117:7;
121:16;181:23;182:2;
191:6;198:16;226:12
comparison (2)
171:20;226:12
complaining (1)
221:13
complaint (9)
123:9,15;129:22;
130:9;142:4;223:25;
226:7;228:22;230:19
complex (1)
33:5
concerning (6)
223:25;226:7;
228:22;230:19;232:25;
233:3
concluded (1)
243:23
concludes (2)
220:4;243:16

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

confuse (1)
125:9
connection (2)
159:16,21
consider (4)
96:13;117:2;171:17;
174:6
considered (4)
171:12;174:8,10,13
consistency (1)
239:25
consisting (1)
243:17
constitute (1)
174:16
consulting (4)
105:8,10;106:3,18
consume (1)
89:4
consumed (1)
99:1
consumer (2)
173:24;205:18
consumption (9)
82:12;223:9,11;
228:2,5,8;229:25;
230:5;236:2
contacted (2)
149:7,10
contained (8)
164:15,22,24;165:1,
18;176:15,19;229:5
contains (5)
132:16;164:10;
165:16;206:21;224:5
content (6)
68:8,10;169:21;
170:9;176:8;215:1
contents (1)
224:11
continues (1)
123:13
continuing (1)
126:13
control (4)
45:25;142:3,5;
145:15
conversation (2)
149:22;232:2
conversations (2)
232:20,24
cook (1)
16:23
cooked (1)
17:5
cookie (1)
48:2
cookies (4)
47:22,23;53:14;
138:10
cooking (1)
19:23
coordinate (1)

104:17
coordination (1)
105:9
copy (2)
123:7;157:24
corn (13)
164:7,11;165:25;
166:2,6,9,19;181:7;
189:23;190:15;193:15;
201:25;230:16
corrections (2)
10:11,14
correctly (4)
136:5;227:3;231:13;
239:12
corresponds (1)
185:3
Costco (23)
49:16,19;50:6,14,16,
17,22;52:12,13,15;
53:10,12,23,25;54:5;
57:1,6,7,17;58:3;
60:18;155:6,7
Costcos (1)
50:2
costs (1)
216:13
counsel (2)
6:14;173:19
Count (5)
197:3;203:3,7,8;
226:4
counts (1)
132:9
couple (2)
9:24;40:8
coupons (6)
119:8;155:11,14,15,
17,19
course (1)
238:24
courses (2)
218:5,8
Court (25)
6:5,13,20,22;8:1;9:9,
11,18;19:11;36:18;
38:21;58:24;61:5;
150:19;157:6;158:25;
159:23;160:20;184:11;
185:21;187:9;188:14;
205:12;213:10;243:19
cover (2)
216:2,10
covering (1)
104:1
cracker (9)
91:8,13;92:2;98:5;
124:7;210:6,20;
211:18;239:15
crackers (18)
89:6;90:24;91:10,13,
14,15,16,17,20,22;
92:1,4,8,10;113:4;

137:4;177:16;205:3
crash (1)
104:21
craze (1)
33:4
cream (4)
56:1;138:9,10,12
creamer (6)
52:3,7;53:21;54:2;
55:5,15
criteria (1)
82:24
croissant (1)
46:2
croissants (3)
45:7,10,13
crossed (1)
68:7
crumb (2)
126:23,24
crumbled (1)
204:16
crunchier (1)
27:19
Crust (1)
174:20
cube (2)
134:9,9
cubes (3)
134:10,11;138:2
cupcakes (1)
153:20
curiosity (1)
37:19
curious (1)
37:20
current (2)
104:3;129:1
currently (4)
11:11,13;121:23;
122:12
custody (3)
142:2,5;145:15
customer (3)
104:13,15;200:5
customers (1)
30:24
cut (1)
28:18

D

dad (6)
24:19;108:24;
126:17,19,25;132:21
dad's (4)
132:22;133:16,20,23
daily (7)
109:23;110:1,4,7;
115:15;214:24;215:6
dairy (4)
53:18,20;54:2;
102:21

damages (1)
204:21
darker (1)
210:14
date (37)
6:8;63:2;67:1;69:20;
110:11,15,17,18,19,22;
111:4,5,7,9,13,16;
112:2,5,10,13,17,24;
113:2,5;120:8;142:18;
148:4;151:2;205:4,7;
242:21,22,24;243:3,6,
9,12
dated (3)
128:23;146:4;157:10
datem (4)
163:25;164:24;
176:18,19
dates (1)
111:19
day (9)
39:6;48:20;92:8;
108:3;110:2;112:12,
15;127:1;173:20
days (1)
56:4
deal (5)
22:22;30:1;180:1,3;
181:17
dealt (1)
106:12
December (8)
105:3;128:23,24;
146:4,6;151:10;
157:10;243:7
decided (1)
148:10
decision (8)
26:12;82:24;103:1,
12;117:13;185:10;
197:6;221:5
decisions (8)
18:20;21:8;117:4,25;
199:23;200:12;201:4;
221:15
deemed (1)
84:10
deep (1)
37:25
Defendant (1)
7:8
defendant's (3)
150:23;159:4;160:24
define (2)
115:11,13
defined (1)
115:19
definitely (5)
23:12;41:7;78:25;
125:25;193:14
definitions (1)
118:18
degree (2)

19:18;103:18
Deli (1)
136:4
Deluxe (2)
238:4,7
demand (1)
205:18
demonstrative (1)
184:17
depended (1)
18:15
Depending (1)
73:13
depends (4)
41:15;74:5;114:1;
117:17
depicted (2)
192:24;193:4
deposed (1)
7:17;9:6
deposition (16)
6:2,10;9:8,22;98:13;
156:1,12,15,25;157:3;
220:5;233:5,12;
234:18;243:17,23
depositions (1)
177:22
depth (1)
54:25
describe (4)
52:16;67:10;221:19;
224:10
described (1)
118:10
design (1)
218:2
dessert (1)
125:7
destroy (1)
131:17
determination (2)
101:21,22
determine (10)
85:23;102:11;
117:12;170:11,13,16;
174:12;176:17;206:15;
211:12
determined (1)
197:5
determining (3)
102:7;181:24;182:3
di (1)
89:4
diet (14)
27:23;28:2;33:4;
42:3,6,9,12,15;48:12;
94:23;201:12,19,20,22
differ (1)
39:5
difference (17)
21:17,22,24;22:9;
36:7;58:8;101:5;
103:19,25;118:20;

187:17,25;189:16,17,
21;207:3,7
**different (16)**
18:6;21:14;22:3;
43:3;62:3;63:17;
104:16,16;118:18;
140:3;187:23;189:23;
194:6,10,11;198:13
**dig (1)**
37:25
**dimensional (1)**
184:19
**diminishes (1)**
111:7
**Ding (1)**
25:3
**dinner (5)**
23:14;52:25;59:20;
102:5,7
**dipped (1)**
106:14
**direct (1)**
83:9
**direction (2)**
116:23,25
**discloses (1)**
226:21
**disclosures (1)**
141:22
**discount (2)**
73:25;74:7
**discounted (1)**
74:4
**discounts (1)**
155:16
**discovery (4)**
159:12;161:9;
231:15,24
**discussed (1)**
157:3
**dispute (1)**
130:6
**distributed (1)**
99:12
**District (3)**
6:5,5;7:15
**Division (1)**
6:6
**DNVGL (3)**
105:11,14;106:18
**document (25)**
123:9;141:23;142:1;
145:24;146:1,4;
150:18,25;151:1,5,8;
157:13,17;158:3,6;
159:5;160:5,8,9;161:1;
205:20,22;231:15;
243:5,10
**documents (29)**
86:1;128:6;145:23;
146:2,4,6,18,24;147:2;
156:11,21;158:10,12,
14,16;159:5,11,15,17,

20;160:7,25;161:5,8;
184:15;185:25;187:8;
234:25;235:9
**dog (1)**
105:12
**dollar (2)**
117:20;118:15
**donations (2)**
215:23;216:15
**done (7)**
32:25;84:21;132:5;
156:24;217:20;219:20;
240:19
**Dongs (1)**
25:3
**donut (4)**
184:1,6,7,8
**donuts (11)**
25:3;47:17;53:14;
85:12;127:7,10,13,16,
17;153:17;184:3
**Doritos (8)**
41:14,17,19,20,25;
42:1;95:6,11
**Double (5)**
123:25;124:3,10,15;
129:11
**down (12)**
9:18,23;10:2;28:18;
102:11;134:20;136:4;
138:9,25;140:5;
180:25;221:8
**downtown (1)**
106:2
**dozen (1)**
26:18
**drank (2)**
61:4,6
**drawn (1)**
65:11
**drink (3)**
27:21,23,24
**drinker (1)**
55:13
**drinking (2)**
55:12;201:20
**Driscoll (1)**
13:13
**driven (2)**
21:9;23:23
**drivers (1)**
121:14
**driving (1)**
18:19
**Dryer's (1)**
138:10
**due (1)**
224:19
**duly (1)**
7:9
**During (18)**
15:12;22:21;28:7,16;
29:15,21;30:13;31:7;

39:24;40:11;43:24;
48:19;54:8;63:18;
66:20;156:11,21;
159:21
**dyes (1)**
224:5

## E

**e4very (1)**
119:24
**earlier (1)**
75:10
**easily (2)**
168:2,23
**East (1)**
151:18
**Easy (1)**
169:11
**eat (36)**
17:2,6;19:7;23:5;
26:2;28:13,21;32:15;
39:6;46:23;52:25;
58:19,21;59:4;60:9;
77:6;88:22,24;89:1,5,
6;90:20,21,22;91:7;
92:7;99:6,25;121:20,
23;122:12,22;124:5;
125:3,4;126:12
**eaten (6)**
99:1,9;122:19,21;
183:25;239:20
**eaters (1)**
25:8
**eating (13)**
20:18;28:15;32:10,
14;40:17;44:23;47:4;
79:4,11,12;113:11;
144:20;184:7
**economics (1)**
19:19
**edamame (1)**
123:3
**Edible (4)**
106:4,7,10,22
**educate (1)**
174:15
**education (1)**
217:23
**efficient (1)**
105:20
**Eggo (5)**
140:5,8,11,18;
141:12
**Eggos (1)**
140:17
**eight (2)**
203:3;212:25
**either (13)**
49:16;55:22;76:17;
90:14;103:8;116:2,18;
126:15;127:5;143:13;
145:7;209:21;215:17

**else (38)**
15:7,23;23:21;27:5;
30:22;31:4;41:9;43:13,
15;46:4,5;54:3,5;
56:20;67:15,17;70:21;
86:7;102:8;123:4;
125:6;126:2;127:8;
130:24;132:4,5;147:1;
162:21,24;163:21;
176:5;180:4;199:17;
202:10,12;204:5,19;
217:7
**e-mail (1)**
233:2
**e-mailed (1)**
233:10
**e-mailing (1)**
233:15
**e-mails (1)**
147:12
**Embarcadero (1)**
7:3
**Emerson (1)**
132:19
**Emeryville (1)**
128:21
**employment (1)**
104:3
**end (5)**
98:12;104:21;146:6;
155:25;232:11
**ended (1)**
74:7
**endorse (3)**
81:15,21,24
**endorsement (7)**
83:3,9;226:17,18,22;
241:17,21
**endurance (1)**
11:5
**Energy (5)**
81:25;82:8,11;
105:16,18
**enforcement (1)**
241:18
**English (1)**
125:25
**Enjoy (1)**
199:13
**enough (2)**
109:12;170:9
**enriched (2)**
182:24;207:5
**ensure (1)**
231:17
**Entenmann's (10)**
85:14;126:17,19;
127:1,10,16;183:17,25;
184:3,6
**entire (6)**
113:11;115:16;
173:4;175:21;217:1,3
**entry (4)**

132:13;134:24;
136:24;137:3
**envelope (4)**
142:8;143:1;144:9;
150:6
**environmental (1)**
19:19
**environmentally (1)**
218:2
**Eric (2)**
12:9;42:23
**Eric's (1)**
12:16
**estimate (4)**
17:21;28:6;233:14,
20
**even (2)**
103:6;190:9
**everyday (5)**
77:7;88:11;90:18;
125:8;201:13
**evil (1)**
201:8
**exact (12)**
71:7;72:3;79:13;
110:21;142:18;148:4;
151:2;152:21;194:15;
237:13,14,17
**exactly (24)**
32:4;35:20;36:25;
37:8;52:18;62:18;68:1;
71:5,23;74:15,23;
76:17;77:20;93:1;
97:16,25;127:9;
147:22;153:1;193:22;
195:3;200;234:16;
238:23
**EXAMINATION (4)**
7:11;220:7;233:22;
242:18
**examined (1)**
7:9
**example (7)**
40:25;72:23;100:23;
103:14,17;105:19;
166:21
**excellent (23)**
16:7;115:22,24;
116:4,11,20;117:5,15;
118:4,7;119:18;120:5;
121:9;122:7;162:22;
163:1;180:25;181:3,4;
193:16;221:9;230:17,
25
**except (1)**
158:16
**exchanges (1)**
233:2
**exclusive (1)**
200:4
**Excuse (1)**
83:14
**exercise (1)**

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

219:11
**Exhibit (74)**
123:7;127:24;128:2;
129:18;130:16;141:5,
16,19,21,21;145:19,22;
150:20,22;157:7,9,19,
20,23;158:12,15,22;
159:1,3,24;160:2,21,
23;161:14,15;168:12;
171:3;184:11,12,14;
185:4,22,24;187:10,12,
16,18,18;188:15,18,21,
25;189:2,4,6,8,10,18;
192:1,4;193:24,25;
195:12,16;196:7,10;
202:22;203:1,18,20;
205:13,14;213:10,11,
13,23;215:21;222:10;
234:18
**Exhibits (1)**
189:19
**expected (1)**
81:3
**expenses (2)**
216:2,10
**expensive (1)**
52:10
**expert (3)**
85:3,4;242:8
**expiration (3)**
110:11,22;112:2
**extent (1)**
83:19
**eyes (1)**
141:10

**F**

**face (1)**
182:5
**facilities (1)**
104:25
**facility (1)**
104:25
**fact (4)**
9:23;41:25;180:12;
185:6
**factor (1)**
221:14
**factory (2)**
184:8,9
**facts (7)**
84:10;167:10,17;
178:8,14;199:19;
215:13
**fair (8)**
26:12;42:20;75:13;
76:24;78:21;109:12;
185:4;190:12
**Fall (1)**
199:14
**familiar (32)**
24:17,23;34:14;

38:10;61:23;62:1;
74:25;75:7,11,20;
77:16;98:22;100:10,
13,16;108:18;137:15;
138:17,24;170:6;
173:16;189:13;192:13,
14,15,25;197:12;
203:5;204:7;211:15;
213:18;239:19
**family (3)**
74:23;88:19;217:7
**family's (1)**
133:22
**far (12)**
16:3;20:14;22:12;
43:11,17;46:23;90:19;
92:1;131:14;219:16;
237:21;239:25
**fast (4)**
59:23;60:9,11;91:25
**fast-food (3)**
29:1,2,8
**fat (6)**
68:8,10;213:25;
214:4,8,10
**fats (1)**
214:13
**favorite (2)**
27:14;46:22
**FDA (2)**
100:6,8
**FDA's (1)**
100:2
**February (2)**
6:8;7:1
**federal (2)**
99:20;100:11
**fee (2)**
216:1,7
**feel (9)**
17:4;55:12;119:24;
200:19;202:6;222:1;
226:24;229:7;231:9
**felt (2)**
21:13;200:18
**few (8)**
49:24;129:19,20,25;
130:5;131:15;189:14;
242:19
**Fiber (16)**
123:25;124:3,11,15;
163:6;170:9,10;
181:10,13,19,25;191:3;
193:16;200:7;215:6;
230:17
**fifteen (1)**
233:1
**figure (2)**
77:1;163:3
**figured (2)**
31:17;221:7
**file (1)**
8:16

**filed (4)**
129:22;130:9;
133:12;232:15
**filing (1)**
130:12
**filler (1)**
101:10
**find (5)**
33:5;96:5;128:10;
203:7;240:23
**finish (2)**
113:11;150:17
**firm (3)**
105:8,10;147:17
**first (36)**
7:9;13:16,18;14:12,
23;19:22;32:2;45:17,
21;71:19;74:21;75:3;
77:20;88:17;106:19;
132:12;134:24;136:24;
142:20;145:22;150:23;
151:1;159:4,8,25;
160:13,24;161:23;
168:12;172:23;175:16,
17;180:8;182:24;
213:23;227:17
**Fischer (1)**
12:21
**F-I-S-C-H-E-R (1)**
12:21
**fish (3)**
27:3;46:19,19
**fit (1)**
168:16
**Fitness (2)**
219:3,7
**five (5)**
63:21;97:5;98:10;
234:6,10
**Flakes (6)**
23:8;20;24:14;40:4,
16,22
**flavor (1)**
117:3
**Fleishman (1)**
147:5
**flour (59)**
31:20,21;33:8;65:14,
15,16,17,22,23;66:1,3,
6,7,8,9,10;167:3,4,5;
182:10,10,11,12,13,14,
14,17,20,25,25;183:2,
5,5,6,7,9,10;188:2,5,6;
206:21,21,23,24,25;
207:1,2,4,5,6,9,10,12,
16;208:20;228:25;
229:3,5;240:16
**focused (1)**
175:25
**font (1)**
193:4
**food (87)**
8:6,8;11:10;15:18;

18:5,8;20:15;23:17;
26:25;27:7;28:23;
41:10;44:2;45:5;56:24;
57:1;59:23;60:9,11;
61:19;81:4;87:3;94:8,
12,16,18,19,20,21,22,
23;95:5;99:23,24,25;
100:10,13,16;101:16,
17;102:4,5,9,24;
103:11,12,12,16;
106:11,21;107:14,19,
23;109:13,22;129:14,
17;130:8;132:4,5;
143:9;147:18,22,25;
148:8,9,14,19;149:9,
25;150:1;151:13,16;
154:25;213:21;215:24,
25;216:6,6;217:11,14;
220:25;224:5;235:4;
236:5,7,9
**foods (9)**
41:5;51:20,21,25;
52:2,8;121:20;122:22;
134:2
**forgot (2)**
14:3;35:16
**form (2)**
9:21;224:17
**formal (1)**
217:23
**former (1)**
131:20
**forth (1)**
7:10
**forty (2)**
77:3;228:12
**found (8)**
130:18;131:2;
206:14;221:25;224:21;
240:4,14,22
**foundation (22)**
110:12;220:11,18;
221:6,17;222:25;
223:6,21;224:23;
225:7,16;227:11,19,24;
228:10,17,24;229:9,20;
230:4,21;231:7
**Four (7)**
17:5;19:7;28:16;
43:1;64:5;212:23;
219:9
**fourth (3)**
46:1;168:15;169:2
**Francisco (44)**
6:6;7:4;12:3;29:22;
30:8;31:8;33:11,14;
34:12;35:3,6;36:1;
38:13,25;39:4,13,25;
40:12;41:6,8;42:4;
43:10,25;46:9,20,24;
47:5,12,15;48:6,15,19;
55:23;76:13;104:23;
128:15,18,24;129:4,9,

13;142:12;219:13;
237:7
**free (4)**
51:3,4,8,12
**french (2)**
47:9;140:22
**fresh (6)**
109:23,25;110:4,7,9;
112:21
**freshman (1)**
19:21
**Friday (1)**
7:1
**friends (1)**
232:22
**fries (1)**
47:9
**front (59)**
37:4,25;38:9,11;
40:18;44:23;45:17,22;
67:13,20,23;68:2;
78:25;79:4;93:13;
123:6;141:6,8;162:10,
11,13;168:2,5,7,8,10,
13,24;172:22;173:2,4;
175:15,18,21;178:6,22;
180:15,18,20;182:6;
183:22;184:25;186:15,
18;190:21,24;192:16;
193:14;196:19;197:18,
21;198:24;199:6;
203:2,10;222:22;
225:4;227:5;229:14
**Frosted (7)**
23:8,20;24:7,13;
40:4,16,21
**frozen (12)**
44:2,3;45:5,7;56:24;
57:1,3,5,19,21;58:4,5
**fructose (13)**
164:7,11;165:25;
166:1,6,9,19;181:7;
189:23;190:15;193:15;
201:25;230:16
**fruit (13)**
57:3,5,9,12,15,16,19;
58:4,4,5;106:8,10,13
**full-on (1)**
151:25
**further (10)**
17:16;110:19,22;
134:20;136:4;138:9;
140:5;220:1;242:17;
243:15
**future (8)**
199:24;222:2;225:1;
226:25;229:8;231:10;
239:12,14

**G**

**gave (3)**
146:9;233:24;238:20

ALEX ANG v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

**general (5)**
66:7;104:21;166:21;
182:13,14
**generally (4)**
21:1;139:23;153:2;
224:10
**generic (3)**
76:3;78:14;112:1
**gesturing (1)**
185:1
**gift (1)**
99:14
**girlfriend (32)**
11:13,14;22:18;49:6,
9,10;51:13,17,25;
53:16;54:12,23;55:16,
21;56:13,16;57:2;
58:12,18;59:4,19,22;
61:11,20;107:10;
129:8;132:1,8;135:2,3;
136:25;213:8
**girlfriend's (3)**
11:22;51:10;133:1
**given (3)**
9:9;119:1;212:19
**G-L (1)**
105:13
**glancing (1)**
187:19
**goes (6)**
10:22;20:15;55:1;
148:8;182:14,20
**Good (43)**
6:16;7:12;11:8;
76:14;114:21,25;
115:9,11,16;121:3;
163:3,5;173:18,22,25;
174:1,3,6,8,10,13,17;
180:1,3,3;181:9,13,13,
14,19,20;191:2,3;
193:15;200:7;201:7,9;
206:4;218:7;219:8;
230:16,17,24
**GOODMAN (129)**
6:18,18;7:12,13;8:3;
14:15,22;19:15;36:20;
38:23;59:3,9,16;61:7;
83:17,22;84:1;98:9,20;
110:14;127:22;128:1;
141:14,19;145:17,21;
150:17,22;155:23;
156:7;157:9;158:24;
159:3,24;160:4,23;
184:14;185:18,24;
187:8,12;188:12,17;
189:6,10;191:25;
192:3;196:5,9;202:16,
24;203:17,20;205:10,
13,16;210:22,24;
211:2;212:5,7;213:13;
220:1,11,18;221:1,6,
12,16;222:10,11,17,25;
223:5,14,20,24;224:1,

8,14,23,25;225:6,12,
16,18,20;226:1,9;
227:1,4,10,13,18,21,
23;228:4,9,17,21,23;
229:9,19;230:3,9,21;
231:4,11,20;232:8,12;
233:8,23;235:10,11,21,
25;237:20,23;240:10,
19;241:5,25;242:11,
16;243:5,10,15,21
**goods (16)**
25:7;47:16;50:16,18;
53:9;205:25;206:8;
207:20,24;208:2,6,9,
15,23;209:3;210:4
**GORE (94)**
6:16,16;8:10;83:14,
18;84:16,19;86:5;
110:12;142:11,14;
143:2,6,11;146:9,17,
23,24;147:18;149:6,9,
24;150:3,5,16;155:24;
156:17,25;202:14;
203:16;205:11,17;
206:14,17;210:21;
211:1;212:3;220:6,8,
15,21;221:3,19;222:13,
14,15,21;223:3,8,17;
224:4,10,16;225:10,14,
23;226:6,15;227:20;
228:1,6,11,13;229:2,
13,22;230:6,12;231:2,
9,14,22;233:11,21,23;
235:20,23;236:13,25;
237:19;240:6,17,24,25;
241:2,19,22;242:7,14,
19;243:6,12,14,22
**Gore's (4)**
217:10;235:17;
241:10,16
**go-to (1)**
59:2
**government (1)**
82:15
**grabbed (1)**
144:5
**grabbing (1)**
144:6
**graduated (7)**
19:17;76:21;132:6;
218:22,24;219:1,20
**graduating (1)**
219:10
**grain (48)**
33:22;34:8,16;35:21,
22;48:9;65:16;66:6,9,
10;115:5;116:20;
117:5,15;118:5;121:4,
9;122:1,6,7,19;162:23;
170:16,19,25;173:11,
18,19;178:25;181:14,
21;182:4,8,10,12,13,
18,20;183:4,11,13;

191:4;193:16;215:1;
229:17;230:15,24;
243:2
**grains (27)**
34:24;101:2,11,13;
114:21;115:1,6,9,12,
22,25;116:4,11;
119:19;120:5;121:21,
24;122:3,10,13,14,22;
170:22;173:19,20;
213:21;221:10
**gram (1)**
214:11
**grams (11)**
69:6;169:17;170:4,7,
19;173:18,20;214:1,5,
14;215:8
**Grand (3)**
49:18,25,25
**granola (1)**
138:22
**Green (3)**
167:19;189:15;
192:17
**grew (6)**
24:11,15;26:9;77:19;
107:4;109:8
**groceries (7)**
15:21;17:18;20:7;
28:7;58:11,16;153:23
**grocery (22)**
15:13,15;28:14;
29:22,24;30:19;31:3;
61:15;109:11;112:1;
128:7;130:17,21,24;
131:3,11;151:19,25;
195:1;201:5;232:4,10
**ground (3)**
9:7;47:1;60:23
**grow (2)**
32:10;107:3
**growing (2)**
28:5;75:6
**guarantee (2)**
111:6,9
**guess (20)**
64:4;65:8;101:8,24;
103:11;118:16;124:17;
125:7,21;140:6,25;
154:5;183:23;198:5;
201:6,19;202:16;
204:21;230:23;238:14
**guessing (5)**
117:21,23;124:16;
126:12;137:9
**guidance (1)**
100:3
**guidelines (4)**
213:15,19,22;215:22
**Gutierrez (2)**
6:21;7:4
**guy (4)**
23:17;27:7;38:6;

197:3
**guys (14)**
16:23;26:20;30:1,12,
24;31:7,7;43:5;49:14;
52:24;55:7;58:21;
60:15;147:10
**gym (3)**
218:11;219:2,11

## H

**habit (1)**
166:13
**habits (4)**
11:10;19:10,13;
20:13
**half (11)**
11:4,21,25;38:15,18;
56:2,2;97:6;129:10;
144:25;208:18
**handed (2)**
142:7;157:9
**happen (4)**
11:7;128:10;145:6;
201:9
**happened (7)**
9:2;75:25;108:6,7;
117:22,25;120:10
**happens (1)**
60:7
**hard (10)**
22:5;48:20;72:3,10,
13;77:4;89:15;90:19;
94:3;211:6
**hardly (1)**
237:17
**head (21)**
10:6;17:20;25:22;
27:6;33:20;48:4;62:23;
68:18;70:9;72:6;88:8;
96:17;102:11;113:17;
118:24;123:5;134:6;
139:7;140:25;152:5;
236:11
**health (2)**
33:1;81:4
**healthier (21)**
31:17,21;32:23;33:7,
9;34:3,25;58:2;75:15;
81:9,11,22;115:8;
199:25;200:15,17,21,
25;201:3,18;221:8
**healthiest (1)**
24:5
**healthy (5)**
48:11;81:3,8;102:5;
109:19
**hear (1)**
61:1
**heard (5)**
31:20,23,24,25;51:9
**Heart (37)**
81:14,17,19;82:4,17,

21,25;83:5;84:9;85:10,
13,22;86:2,8;107:19;
109:14;197:25;198:4,
8,11;203:11;209:5,6,9,
16,17,19,23,25;213:14,
19;216:1,7;226:5,11;
241:17;242:3
**Heart-Check (38)**
82:25;84:2,6,22,25;
85:11,19,23;86:2,8,11,
15,17,18,24;87:2,5,7,
15,20,22;88:1,2;
107:20,23;108:4,10;
109:17,20;213:15,21;
214:4;215:7,11,22,24;
216:15;226:21
**heart-healthier (1)**
226:13
**help (1)**
105:20
**helpful (1)**
10:9
**helps (1)**
200:2
**hereinafter (1)**
7:10
**high (18)**
69:3,4;151:21;152:8;
164:7,10;165:25;
166:1,5,9,19;181:6;
189:22;190:15;193:15;
201:25;217:18;230:16
**high-fiber (1)**
24:1
**Ho (1)**
25:4
**hoard (1)**
42:13
**Hogan (1)**
7:2
**hold (2)**
185:2;197:19
**holding (1)**
77:2
**home (6)**
24:20;26:18;50:16,
18;55:18;232:5
**Homestyle (3)**
140:5,8,11
**honest (8)**
32:20;74:18;97:4;
124:8;160:10;189:24;
211:20;238:16
**Hopefully (1)**
11:1
**Horizon (1)**
55:6
**horrible (1)**
140:21
**Ho's (1)**
25:4
**Hospital (2)**
104:5,20

**hospitals (3)**
104:12,12,17
**hot (1)**
134:3
**hour (9)**
7:2;11:3,3;38:16,19;
156:20;157:1;219:3,7
**hours (2)**
233:6,19
**house (61)**
13:6;15;14:4;16:23;
20:6,12;21:4;23:8,9,
12;24:11;25:11;28:5;
30:4,13,25;35:12,14,
20;41:14;42:19;43:2;
47:19,23,25;48:1,3,6;
61:3;74:24;88:12,21,
24;90:21;99:3;116:18,
21;119:11;128:13,14;
131:2,3;132:23;
133:24;137:22;143:12,
13,14,16,16,19,23,23;
144:3,14;145:7,7;
235:12,12;237:5;239:6
**household (4)**
11:12;15:16;61:12,
20
**hypothetical (2)**
220:19;242:8

**I**

**ice (2)**
138:9,12
**idea (6)**
63:20;107:21;
113:22;119:4,13;236:8
**identification (19)**
127:25;145:20;
150:21;157:8;159:2;
160:3,22;179:8;
184:13;185:23;187:11;
188:16;189:9;192:2;
196:8;202:23;203:19;
205:15;213:12
**identified (3)**
142:3;179:7;242:21
**identify (4)**
6:14;137:8;141:9;
143:22
**identifying (1)**
41:20
**image (2)**
193:8;203:2
**images (4)**
192:4;196:10;
197:22;203:20
**important (2)**
10:13;191:5
**inaccurate (1)**
169:14
**Inc (2)**
6:19;7:14

**inch (2)**
38:6,8
**include (2)**
151:14,15
**includes (2)**
93:3;164:7
**including (4)**
9:19;107:10;233:9,
12
**Incomplete (2)**
220:19;242:7
**Incorporated (1)**
6:4
**incorrect (1)**
158:22
**independently (1)**
206:18
**indicate (1)**
112:14
**individual (1)**
30:3
**industry (3)**
100:3,6;106:22
**influence (2)**
199:22;200:12
**information (12)**
57:14;78:15;92:21;
101:6,9,11;182:24;
188:5,6,8;207:15;
240:21
**ingredient (12)**
57:14;78:15;92:21;
101:6,9,11;182:24;
188:5,6,8;207:15;
240:21
**ingredients (30)**
36:23;37:15;40:15;
41:1,16,23;44:20;53:6;
68:3;78:16;80:23;
92:16,24;95:24;96:8,
19;102:15;137:23;
164:17;165:8,11;
166:8,15,18;188:1;
207:14,20;211:11;
240:9,11
**initial (3)**
141:21;236:16,20
**In-N-Out (5)**
29:12;59:21,24;
60:10,11
**inside (1)**
204:22
**inspect (1)**
93:15
**instance (1)**
120:3
**instead (2)**
124:11;171:22
**instruct (1)**
241:3
**instruction (1)**
241:6
**interactions (1)**

240:24
**interesting (5)**
148:10,12,13,16,17
**internal (1)**
201:6
**interrogated (1)**
7:9
**interrogatories (7)**
150:23;157:15,18;
158:19;160:1,13;
231:16
**interrogatory (1)**
160:17
**interrupting (1)**
83:15
**into (13)**
9:20;32:25;37:25;
82:20,24;84:21;
104:12,19,20;127:14;
182:15,20;183:24
**investigating (2)**
148:14;204:8
**involve (1)**
104:13
**involved (3)**
147:16;149:21;
217:15
**involving (1)**
149:25
**issue (1)**
154:25
**item (1)**
77:7
**items (18)**
20:14,19;25:3;26:25;
30:7;39:2;42:19;43:9,
11,20,23;45:5;50:13;
88:13;90:18;151:13;
154:22,25

**J**

**Jack (1)**
60:5
**jam (1)**
89:3
**James (1)**
13:18
**job (7)**
104:14;105:2,7,22;
106:3,4,19
**jobs (1)**
106:21
**Joel (4)**
12:9,20,21;42:23
**Joe's (18)**
16:18;17:16;20:3;
25:17,18;30:23;43:21,
24;44:1,2,4,4,14,25;
45:6,9,12;51:16
**jogging (4)**
219:12,15,16,18
**Join (1)**

48:17
**Jose (5)**
6:11;104:8;107:3,4;
151:18
**juice (8)**
87:17,19,21,24;
198:5,7,10,13
**July (3)**
129:3,7;133:13
**Junior (1)**
13:7

**K**

**Kaiser (7)**
104:4,5,9,11,12,23;
107:2
**keep (15)**
120:15;129:14,16,
20;130:5,12;131:5,7,
16;185:18;216:12;
232:10;234:7;238:16,
18
**Keith (1)**
147:4
**kettle (2)**
27:15;41:12
**Kevin (3)**
15:5;16:20;19:3
**kid (12)**
26:2;32:11,16,19,21;
75:1;88:20;122:21;
180:6;210:16;211:13,
18
**kids (1)**
32:13
**kind (56)**
15:18;23:2;24:18,25;
25:13;26:25;30:1,5,10,
12;31:6;32:18,21;33:4;
37:4;39:2,22;40:3;
41:11,15;44:5;45:5;
47:6,7,10,14;48:20;
50:13,21;52:14,16;
53:23;54:14;55:5;
57:16;63:10;64:18,20;
66:8;76:25;77:4,8;
78:12;87:21;89:6;
91:15;107:17,25;
109:2;111:7;118:16;
129:11;160:10;169:6;
204:21;239:15
**kinds (3)**
22:15,25;121:20
**King (2)**
13:6;19:16
**Kirkland (2)**
52:15;53:7
**kitchen (2)**
16:25;30:6
**knew (16)**
74:19;81:4;165:4,6;
167:5;176:15,24;

179:25;210:18;211:4,
22;212:2;225:1;
239:16,18,23
**knowing (2)**
102:3;222:7
**knowingly (2)**
220:24;221:2
**knowledge (23)**
8:5,20;31:5;35:6;
42:16;53:4;57:24;66:9;
101:25;103:9;109:8;
111:20;122:23;123:4;
124:20;126:5;169:13,
16;173:15;196:25;
198:2;213:6;231:19
**known (5)**
127:20;166:25;
176:19;177:3;220:15

**L**

**label (154)**
36:8;37:1,3,6,10,13,
22;38:7;40:21;41:3,19,
25;44:18;45:3,15,19;
54:23;65:2;66:20;67:9,
10,20,24;68:1;69:7,17,
23;70:3,10,22;77:11;
78:5,10,11,20,24,25;
79:14;81:14,23;82:7;
84:11,13;93:5,8,14,17;
94:12;103:4;135:8;
137:14,25;138:23;
139:3;143:4,4;148:8,9;
150:7;161:23,25;
162:1,3,8,10,11,13,17;
163:10,12,14;164:8;
167:13;168:2,13;
171:5,6,9;172:1,7,11,
13,20,22;173:2,4;
174:25;175:6,8;
180:12,15,18,20;
184:16,16,21,23;
185:25;186:2,8,10,13,
18;187:2,5,7,14,14,18,
21;188:9,18,20,23,23,
24;189:11,12;190:20;
191:14;192:6,9,11,12,
24;193:2,10,12,15,20,
21;194:15,17,21,22;
195:12,15;196:10;
197:12,16,18;203:9,13;
221:13;223:18,25;
225:24;226:7,20;
228:14,22;230:13,20;
231:3
**labeled (14)**
112:21;115:21,22;
116:4,5;220:23;222:4,
6;225:2;227:3;229:11;
231:12;239:12,13
**labeling (8)**
100:10,13,16;

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

147:18;148:1;185:13;
192:4;193:5

**labels (40)**
40:10;78:3;103:7;
138:3,7,16;140:8;
141:4;142:9;143:1,3,6,
7,9,15,19;145:14;
146:23;147:23;148:15,
19,20,22;150:1,3,5,6,9,
10,14;188:1;192:19;
194:6,10;217:14;
220:9;221:3;236:5,7,
10

**Lacks (21)**
220:11,18;221:6,16;
222:25;223:5,20;
224:23;225:6,16;
227:10,18,23;228:9,17,
23;229:9,19;230:3,21;
231:7

**lake (1)**
219:14

**language (1)**
189:22

**last (41)**
12:12,13,16;13:18,
21,24;15:6;54:6;56:14;
59:3;60:3;62:19;71:14;
88:14,16;89:17,23,25;
90:8;91:5,6,19,21;
97:13,15;103:20;
109:13;110:8,25;
129:20;157:19;175:18;
177:6;178:11;183:16;
186:15;189:14;195:8,
25;203:10;208:10

**law (4)**
9:11;100:11,14;
147:17

**lawful (1)**
220:10

**lawfully (1)**
225:1

**Lawrence (1)**
217:19

**Lawry's (2)**
132:13,16

**laws (2)**
29:4;100:17

**lawsuit (10)**
7:19;8:16,19;130:12;
133:12;149:21;216:18;
217:8;221:13;232:15

**lawsuits (1)**
217:15

**lawyer (4)**
9:19;142:7;144:1,12

**Lays (2)**
135:10,24

**Lay's (3)**
27:20;137:7,10

**Leading (1)**
220:12

**lean (3)**
87:5;115:5;116:7

**Leandro (2)**
49:20;50:3

**learned (2)**
32:2;83:12

**lease (1)**
68:15

**least (8)**
68:24;89:13;152:8;
174:5;201:17;218:22,
22;219:8

**lecithin (2)**
166:23;167:1

**Lee (103)**
62:9,12,20;63:5,10,
12;64:7,16;66:16;67:3,
5,7,10,12,16,20,21;
68:9;70:4,24;71:20;
72:14,19;73:3,8,11;
74:9,21,24;88:5;114:7;
116:12,15,16,19;118:2,
4,11,22,25;119:5,9,18;
120:4;121:8;143:4;
149:16;152:23,25;
153:8,13,16,19;154:12;
161:24;162:19;163:13;
167:13;172:9;178:24;
179:7;180:9,13,25;
181:15;184:15;185:7,
11;186:1;187:13,20;
188:19;189:10;190:21;
191:11,17;192:4,16,19;
193:25;194:3,18;
195:19,22;207:1,8;
212:11,13,15;227:7;
228:19;229:16;230:15;
236:12,17;237:11,24;
238:4,7,13;240:15;
243:2,8

**LEED (1)**
218:1

**L-E-E-D (1)**
218:3

**Lee's (1)**
207:13

**left (2)**
59:7;132:12

**Legal (1)**
205:18

**less (12)**
28:14;31:21;58:2;
109:19;213:25;214:5,
8,11,13,17,20;230:11

**letter (4)**
100:3,6;205:17,18

**level (4)**
69:1,2,15;80:10

**lied (1)**
220:22

**life (5)**
97:5;113:23;122:20;
193:11;223:13

**lifetime (2)**
96:25;121:5

**light (3)**
82:2,11;210:13

**lightbulb (1)**
82:1

**lightning (1)**
105:20

**liked (3)**
26:8;74:19;75:11

**likely (2)**
91:12,14

**likes (3)**
52:3;126:21;136:25

**limited (1)**
151:22

**line (1)**
83:18

**list (25)**
23:17;41:2,10,23;
44:20;54:5;57:14;
60:17;78:15,16;88:11,
13;95:24;98:20;
102:15;109:11;126:3,
5;164:17;166:15,18;
188:8;207:15;238:10;
240:21

**listed (2)**
61:17;207:14

**listing (2)**
123:14,22

**lists (2)**
151:12;229:3

**Literally (1)**
107:3

**litigation (9)**
7:14;8:10,12,14;
147:16;151:14;154:1,
25;232:11

**little (21)**
16:2,6;17:16;20:6;
22:17;26:19;28:9;
32:12,13,16,19;43:2;
52:17;54:25;77:21;
104:15;129:16;150:16;
169:20;189:23;221:11

**live (11)**
11:14;12:1,6,22;
13:4,10;14:1,7,13;
107:7;219:14

**lived (14)**
11:19,24;12:1;13:3;
14:23;15:1,12;21:19;
43:24;49:11,22;55:21;
109:9;129:4

**living (54)**
12:3;13:5;17:13;
19:16,25;20:10,24;
21:23,24;22:18;23:5;
24:4,19,20;25:2,21;
26:5,15;27:1;28:1,7;
29:9,15,21;30:20;
33:10,14;34:11;35:3,6;

36:1;38:13,24;39:3,12,
25;40:12;41:6,8;42:3;
43:10;46:20;47:5,15;
48:25;55:16;58:19;
62:15;76:12;114:1;
128:19,24;143:13;
151:18

**LLP (1)**
7:3

**loaf (12)**
30:16,17;52:22;
62:20;63:4;118:2,3,22;
191:7,8;194:24,25

**loaves (1)**
118:9

**located (1)**
106:1

**logo (5)**
192:16;203:12;
209:5;226:16,22

**long (23)**
11:19,24;12:22;
13:10;14:7;38:13;
56:18;73:20;75:12;
78:13;105:2,22;113:8;
129:21;131:2,5;133:7;
143:21,24;154:7;
156:19;190:10;218:20

**longer (1)**
110:25

**look (55)**
36:6;37:1,3,24,24;
38:11;45:15,22;65:2,4;
67:9;69:7,9;70:21;
74:17;78:9,10;79:19;
80:15,23;81:25;82:11;
95:10,11;102:13,16,18,
22,25;111:19;114:23;
119:25;128:18;131:3;
143:18;160:10;161:13,
14;164:16;166:18;
167:22,24;168:1;
169:1;173:3,16;
175:23;176:7;178:16;
187:4,23;197:12;
199:3;204:13;205:7

**looked (60)**
37:4,7;41:21;45:17,
18;67:25;68:12;69:19;
70:3,12;78:5,25;79:16,
22;84:9,10;85:22;
93:12;94:2;114:20;
118:2,9;121:11;
139:20,23;140:3;
146:17;163:14;166:15;
168:24;169:3,3,9,22;
172:21,22;173:4;
175:15,21,24;178:6,8;
180:15,17;19;185:15;
186:15,23;190:21;
192:15;198:24;199:1,
18;204:4,5;224:11,12;
240:8,10,21

**looking (63)**
37:9,12;45:19,23;
46:3;65:7,10;67:19,22;
68:19,20,22,25;69:5,
14,17,21,23;70:10,15,
18;79:5,11,24;80:4,8,
12;81:6,7;114:25;
117:24;118:1;141:4;
144:11;146:8;159:15,
17,20;161:8;163:17;
164:12;167:15;168:24;
169:7;170:23;171:18,
19;172:5,6;175:2;
176:9,12;180:12;
183:15;187:6;189:20;
190:24;195:11,14;
202:7;204:19,20;
217:12

**looks (20)**
54:25;95:2;109:11;
120:1;128:15,16;
134:4;136:6;138:9;
142:9;160:6;175:17;
187:15;188:21;189:13,
13;192:13,14;193:21;
203:5

**lot (13)**
62:3;75:17;77:6;
160:6;169:17,19;
170:20,21;175:2;
180:24;200:2;202:6;
204:8

**love (3)**
108:4,25;199:14

**Lovells (1)**
7:3

**low (1)**
42:18

**loyal (1)**
30:24

**Lucky (1)**
153:8

**Lucky's (13)**
151:15,16,19,20;
152:2,3,4,7,11,16,20,
23;155:2

**Luke (1)**
136:6

**lunch (3)**
134:4;155:23;156:8

**Luther (2)**
13:6;19:16

**luxury (1)**
21:12

**Lynn (2)**
6:3;148:25

**M**

**M&Ms (1)**
137:20

**mail (1)**
142:22

**maintain (1)**
130:8

**majority (1)**
49:25

**makes (2)**
36:4;122:2

**making (6)**
101:16;102:8;
162:18;185:8,10;218:2

**man (1)**
201:7

**manufacturer (1)**
111:5

**manufacturers (2)**
215:24;216:6

**many (30)**
7:22;25:7;29:3;
39:11;47:11;60:8;
63:17;72:1,4;76:5,9,
10;89:12;113:14,18;
119:17,21;149:9;
162:15;219:6,18;
223:12;228:6;230:6;
232:16,20,24;233:2,6;
238:24

**March (3)**
8:18;71:16,21;100:5;
129:5,6;130:22,25;
142:17,19;146:11,12,
14;148:5;159:11,16;
160:16;213:6;221:22;
232:15;234:15;235:7;
243:13

**Marinade (2)**
132:14,16

**Mark (61)**
6:18;7:13;81:17,19;
82:21;83:1;84:2,6,22;
85:1,7,11,13,19,24;
86:11,15,17,19,24;
87:2,7,15,20,22;88:1,2;
107:20,23;109:14,17,
20;127:22;141:14,20;
150:16;158:24;173:11,
13;184:16;185:20;
187:8;198:4,8,13,17,
18;202:14;205:10;
209:24,24;210:1;
213:15;214:4;215:7,
11,22;222:10,11;
241:17,21

**marked (38)**
109:23;123:6;
127:24;128:1;141:16,
17,20;145:18,19,21;
150:20;157:7;159:1;
160:2,21;161:13,15;
184:12;185:22,24;
187:10;188:15,24;
189:8,18,19;192:1,3;
195:12,15;196:7,9;
202:22;203:1,18;
205:14;213:11;234:17

**market (2)**
16:16;226:13

**marking (1)**
184:18

**marks (1)**
155:25

**Martin (2)**
13:6;19:16

**matter (4)**
6:2;85:1;99:22;
139:17

**matters (1)**
96:7

**may (4)**
152:17;198:25;
242:9,25

**maybe (17)**
17:24;27:9;28:9;
38:20;42:8;48:21;
76:15;97:6;101:10;
103:24,24;113:12;
117:20;232:3,18;
233:4,19

**McDonalds (1)**
60:5

**McQuilkin (1)**
13:25

**M-C-Q-U-I-L-K-I-N (1)**
13:25

**meal (3)**
19:20;20:17;53:2

**mean (43)**
8:3;15:24;65:9,13,
21,25;73:14;74:15,18;
81:20,24,25;83:4,7;
89:2;94:19;104:18;
105:18;109:1;110:3;
111:24;112:3;116:24;
118:16;120:13,25;
128:16,16;139:18;
140:17;153:5;154:23,
24;180:5,21,24;
188:24;191:6;192:23;
193:12;197:5;216:5;
239:18

**means (9)**
20:9;65:14;110:1;
182:8,9;215:4;216:3,
11,14

**meant (1)**
198:23

**measuring (1)**
230:24

**meat (2)**
46:17;102:18

**meats (2)**
50:15,21

**media (6)**
6:1;98:12,18;155:25;
156:6;243:17

**medium (1)**
105:16

**meet (7)**

**market (1)** 
156:17,19,25;
209:17,24;215:12,16

**meeting (3)**
156:22;227:17;
233:15

**meets (2)**
82:2,12

**melba (17)**
91:3,5,7;96:15,18,
23;97:4,9,13,19;98:6;
113:1;124:9,11;
144:23,24;145:6

**member (3)**
73:17,21;155:7

**membership (2)**
155:6,9

**memories (2)**
16:7,7

**memorized (1)**
155:10

**memory (4)**
37:8;68:1,16;189:20

**mention (1)**
149:13

**mentioned (1)**
189:4

**Mesquite (1)**
137:7

**met (5)**
147:13;148:25;
156:16;232:16;233:10

**microwave (3)**
177:8,16,17

**microwaved (1)**
177:13

**middle (1)**
11:1

**might (14)**
16:6;35:4,11;44:17;
51:14;71:9,10;89:23;
90:16;118:17,19;
124:12;126:2;179:20

**miles (1)**
219:17

**milk (28)**
8:9,24;9:3;15:21,25;
20:16;22:14,15,16,19,
23,24;26:24;30:9;
39:22,24;43:12;53:20,
21;54:2;55:16;60:25;
61:1,4;151:24;163:4;
165:16,19

**milligrams (2)**
214:17,20

**mind (3)**
68:7;74:10;173:23

**mine (2)**
131:22;166:13

**Mini (5)**
171:4,12,23;172:1,2

**minimum (2)**
170:25;215:6

**minute (1)**

**98:10**

**minutes (6)**
38:15,15,18;234:7,
10,10

**misbranded (5)**
220:17,24;224:21;
231:3;242:13

**mislabeled (7)**
8:6;9:4;221:25;
240:23;241:1,9,13

**Misstates (4)**
212:3;223:6;243:5,
10

**mix (1)**
57:20

**MLK (24)**
13:10;14:1;19:25;
20:10,24,25;21:20,24;
22:21;23:1,6;24:4;
25:2,9,21;26:5,15;27:1,
12,22;28:1,8;29:9;32:8

**moan (1)**
43:7

**moldy (1)**
204:24

**mom (3)**
24:19;32:21;151:24

**moment (5)**
79:13;222:16;
237:13,14,17

**Monday (1)**
59:5

**money (3)**
28:11,13;59:7

**month (27)**
17:22,25;28:10;
38:24;39:1,11,14,16,
17,18;40:2,8;42:8,23,
24;49:11,13;50:7,8,10,
11;53:17;58:13,16;
60:8;219:7,9

**months (6)**
52:1;60:13;129:20,
25;130:5;131:15

**more (55)**
17:5;20:7;23:12;
28:9,11,13,14;36:5;
48:10;52:22;54:25;
63:21,23,25;64:1;
68:23;72:7,9,11,14,16,
18,21;76:19;89:9,14;
91:12;94:20;96:23;
97:2,3;101:10;102:1,4,
8;104:14;105:20;
114:18;118:15;125:7;
129:10;152:5,7;
173:18,20,24;174:2;
202:6;205:2;210:6;
214:24;215:2;221:11;
226:13;242:19

**morning (5)**
6:16;7:12;57:4;79:4;
142:7

**most (2)**
31:14;91:14

**mostly (3)**
32:6;51:10;175:25

**mother (1)**
102:6

**motor (1)**
85:7

**move (2)**
129:1;185:11

**moved (9)**
13:15,16;29:18;
51:13,17;58:12;107:4;
133:14;151:17

**moving (2)**
104:24;180:25

**much (43)**
17:18;19:10,14;20:8,
13;27:24;28:6,15;29:6;
35:21,24;38:17;58:11;
87:23;88:9;97:3,6;
117:17,18;118:22,25;
119:5,11,14;145:1;
154:21,24;155:2,4;
169:23;179:15;197:11;
212:19,22;213:2;
216:23,23,25;217:2,2;
218:18;220:2;233:17

**Muffins (1)**
125:25

**multigrain (6)**
33:13,15,16,18;34:1;
36:6

**multi-grain (1)**
33:6

**must (13)**
14:14;54:7;61:3;
71:16;91:21;128:19;
130:22;142:17,19;
148:5;154:2;234:15;
238:14

**myself (3)**
18:16;56:2;137:21

**N**

**name (16)**
7:13;8:4;11:22,23;
12:10,12,13;13:18,21,
24;15:6;64:15;73:23;
132:20;147:4;230:15

**named (3)**
8:22;147:7;217:4

**names (2)**
12:8,9

**Nancy (1)**
105:13

**national (6)**
18:11;21:5;60:9;
112:3;113:25;114:13

**nature (1)**
199:6

**necessarily (4)**

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

111:6;112:14,16;
193:8
**need (12)**
10:5,25;11:4;16:8;
21:13;94:16,18,22;
98:9;130:6;202:14;
239:13
**needed (1)**
144:1
**needs (1)**
145:17
**neighborhood (2)**
28:24;59:1
**Neither (1)**
140:2
**Nestle (1)**
106:16
**network (1)**
104:12
**new (3)**
18:6;58:25;176:12
**next (26)**
123:13;127:22;
135:10;136:24;137:3,
7,20;138:20,25;
140:22;141:14;158:24;
167:9;171:3;172:9;
174:19;175:5;177:23;
178:24;183:4;185:20;
191:25;198:9;205:10;
209:2;215:21
**Nguyen (1)**
6:12
**Nick (3)**
15:10;17:13;18:25
**Nilam (3)**
12:9,18;42:23
**N-I-L-A-M (1)**
12:11
**Nilam's (1)**
12:10
**Noah's (6)**
26:14,16;80:22,23;
112:5,17
**nods (1)**
10:6
**non (1)**
207:4
**None (2)**
25:22;81:18
**non-frosted (1)**
24:7
**non-organic (2)**
58:3,6
**non-whole (1)**
65:23
**normally (2)**
120:17;178:16
**Northern (2)**
6:5;7:15
**note (1)**
59:9
**notes (1)**

216:17
**notice (1)**
205:18
**noticed (1)**
42:17
**Nowadays (1)**
114:3
**number (29)**
6:1,6;13:6;14:4;72:4,
5,6;98:13,18;123:23;
132:23,25;133:2,3,4,5,
8,15,16,20,23,24;
142:1;155:9;156:1,6;
170:22;203:16;205:11
**numbered (1)**
142:1
**numbers (2)**
133:18;191:5
**numerous (1)**
179:9
**nutrient (5)**
100:19,21;101:5;
103:7,13
**nutrients (23)**
100:22,24;101:2,4,8,
9,13,17,19,19,20;
102:1,14,16,19,22;
103:1,5,18,21,22,23;
214:24
**nutrition (5)**
84:10;178:8,14,22;
199:18
**nutritional (5)**
213:15,19,22;
215:13,22
**nutritious (1)**
102:8
**nuts (1)**
27:9
**NVGL (1)**
218:6

## O

**o0n (1)**
111:19
**Oakland (12)**
11:18,20;12:2;48:25;
49:4,11,22;106:2;
128:22;129:9,10;
219:14
**oath (4)**
9:9,10;59:17;156:9
**object (5)**
83:18;211:2;225:4;
227:5;229:14
**objection (15)**
83:17;110:12;
210:21;211:1;212:3;
228:4;235:20,23;
237:19;240:6,17;
241:2,22;242:7,14
**objects (1)**

9:20
**obligates (1)**
9:11
**obviously (2)**
126:10;178:18
**occasion (1)**
89:9
**Occasionally (3)**
29:10;54:13;61:14
**occasions (3)**
225:18;228:7;230:7
**October (1)**
100:2
**off (43)**
14:15,17;17:20;
25:22;27:6;33:20;48:4;
58:10;59:11;62:23;
68:16,18;70:9;88:8;
96:17;98:13;104:8;
113:16;118:24;123:5;
134:6;12;139:7;
140:24;141:10,18;
150:15;152:5;156:1;
171:19;184:10;185:25;
189:7;201:21;202:18;
210:13;214:6;222:15,
18,19;232:3;236:11;
243:18
**office (3)**
127:7,14;218:13
**often (26)**
17:2;23:12;35:12;
38:23;39:11,15,24;
40:6;42:6,15,22,23;
46:21;47:24;48:18;
49:9;50:5,6,9;51:24;
56:5;58:18;60:1;
144:24;145:2;219:4
**oil (1)**
85:7
**old (3)**
61:4,6;132:23
**older (3)**
32:12,14;77:21
**once (22)**
27:13;33:19;39:14,
17,18;40:8;42:5,8;
44:6;48:15,23;50:8;
51:21;52:1;58:20;
60:13;72:7;88:11;
104:21;219:8,19,23
**one (88)**
7:23;8:17;9:24;10:3,
18;13:13;14:8,9;35:14;
49:20,23;50:3,4;51:21;
67:11;72:16,20,24;
75:12;81:15;87:4,5;
88:10;89:9;90:18;
104:7,8;108:3;109:6;
110:22,23;115:4,5;
117:7,8;118:21;
119:22;120:14;121:14,
17;123:20,25;124:6,

13;126:2,18;127:22;
128:15;135:10;136:9;
137:7,20,23;139:19;
140:22;145:7,17;
149:22;172:23;178:3,
9;185:20;186:15,19;
187:23,25;188:1,2,18;
189:5;193:22,23;
194:3,7;197:8;198:11,
13,14;199:5;201:4;
203:6,10;208:10,11;
217:16;237:1;238:25;
241:15
**ones (13)**
26:8;29:11;74:20;
76:4,19;77:24;101:20;
125:22;127:9;129:24;
138:4;157:18;193:22
**one's (2)**
201:7;203:7
**one-stop (1)**
151:22
**only (17)**
10:2;49:21,21;58:4;
76:3;77:24;83:19;97:4;
103:22;117:1,12;
124:13;125:18;129:19;
144:20;155:15;189:21
**onto (2)**
84:2,6
**open (1)**
100:5
**operating (2)**
216:2,10
**operation (1)**
200:15
**Operations (1)**
104:10
**opinion (2)**
140:21;242:8
**opposed (15)**
21:6;65:23;70:4;
87:20;103:22;114:13;
124:6;127:17;143:23;
145:10;160:9;172:17;
184:8;191:11;207:2
**option (5)**
81:11;200:17,22,25;
201:3
**options (1)**
74:12
**orange (13)**
87:17,19,21,23;
140:1;198:5,7,10,13,
21;199:1,3,21
**order (5)**
55:24;85:19;127:22;
159:12;185:19
**organic (15)**
22:19;51:3,4,6,7,8,
12;55:8,11,12;57:13,
22,25;58:5,6
**Original (4)**

174:20;175:11,12;
223:23
**Ornelas (1)**
12:13
**O-R-N-E-L-A-S (1)**
12:15
**Oroweat (17)**
64:17,18,20;66:13;
69:18,23;70:8,10,15,
19,21;72:18,22;73:9,
11;74:9;154:14
**Os (3)**
44:17,18,25
**others (6)**
29:13;41:13;116:13;
122:16;125:23;226:14
**Ounce (3)**
188:18;196:11,11
**out (59)**
17:2,4,5,6,17;19:7;
21:10;28:13,15,21,21;
37:19;38:9;44:2;45:25;
55:17,20;58:18,21;
59:4,19;65:9;74:16;
79:1,2,19;89:3;94:6,
10;102:2;104:11;
105:19;107:7;110:19;
112:20;114:24;128:22;
143:8;144:4;151:17;
167:4;173:7;177:21;
180:16;183:7;191:19;
200:2;201:7;206:14;
211:5;221:25;223:10;
224:21;228:3;230:1;
240:4,14,22,23
**outlet (1)**
51:20
**outside (1)**
102:10
**over (24)**
9:7;72:22;73:3,8;
81:15;96:25;116:21;
118:11;119:19,22;
120:5;142:20;143:7;
146:14;153:6;158:9,
20;170:3,7;199:14;
200:15;212:23;237:2;
238:23
**own (4)**
159:17,20;177:22;
228:2
**Oyster (1)**
137:4

## P

**pack (7)**
42:10,11;197:3,4,7,
10;203:7
**package (74)**
38:1;67:14;93:15;
143:4;163:9;168:5,7,9,
11,17,18,20,24;170:2;

175:14,15,21;177:24;
178:1,4,6,21,23;
181:13;182:6;190:24;
191:21;194:20;198:1,
10;199:21;200:9,12;
204:13,22;205:8;
211:6;222:14,24;
223:3,8;224:11;225:8,
10,15,24;226:4,8,17,
21;227:7,9,14,15,16,
22;228:14,22;229:16,
18,23;230:13,20;
231:3;236:13,14,18,20,
25;242:20,22;243:1,1,8
packaged (1)
  142:10
packages (11)
  146:14;203:21;
  222:8;233:16;235:2,5;
  236:1,3,4;237:2,4
packaging (9)
  141:6,8;142:3,5;
  203:5,23,25;204:6;
  221:10
packet (1)
  163:9
page (29)
  123:11,21;127:19;
  134:8;136:24;142:1,
  13;151:12;155:6;
  163:8,17;167:9,17;
  168:12,16;169:2;
  172:23;173:10;175:16,
  17,18;178:7,11,12;
  182:24;183:4;213:23;
  215:21,21
pages (5)
  123:14;126:14;
  128:2;185:4;234:18
pagination (1)
  189:24
paid (18)
  83:3,6,10;84:14;
  85:2,14,15;179:15;
  212:19,22;213:2;
  218:6;226:17,18,22;
  241:17,21;242:2
panel (1)
  93:17
pantry (2)
  91:25;113:13
paragraph (7)
  123:21,23;124:19;
  125:12;126:8,13;
  127:19
parents (6)
  75:5;99:8;108:14,20;
  143:25;144:6
parents' (8)
  73:23;99:3;143:14,
  16,23;145:7;235:12;
  237:5
part (43)

37:3,6,12;41:3,24;
103:1,23;162:8,10,11;
163:9,10,12;168:8,10;
172:6;178:7,14,21;
184:23,25;186:15,16,
18;190:20,25;191:1;
192:15,16;193:10;
197:18,21,22;198:20,
21,21;199:1,4,22;
201:11;203:9;204:10;
215:21
partially (1)
  93:17
Participating (1)
  215:24
particular (58)
  34:4,20;36:14;37:12;
  44:9;68:25;69:2;70:11,
  15,19;97:23;98:2;
  101:17;102:24;120:21;
  127:17;130:15;136:9;
  144:10;149:13;154:18;
  162:9;163:18;170:22,
  24;172:20;173:2,5;
  175:19,23;180:18,19,
  23;186:8;187:21;
  188:20;191:10;192:6,
  9,11;193:11,12,20,21;
  195:15;197:14,22;
  201:2;208:9;209:3;
  217:11;223:18;224:18;
  227:9,21;228:14;
  229:18;230:13
particularly (2)
  162:18;181:8
parts (18)
  67:19,22;78:23;
  79:15;93:8;162:17;
  163:16;172:20,25;
  175:14;178:4;180:12,
  18;186:13;189:2;
  195:15;197:12,16
part-time (1)
  106:4
past (4)
  133:9;212:23,25;
  238:11
pasta (1)
  33:7
Patel (1)
  12:19
P-A-T-E-L (1)
  12:19
patents (2)
  104:18,24
patients (2)
  104:11,17
Patrick's (1)
  35:17
pay (3)
  84:22;215:25;216:7
paying (1)
  35:19

payment (1)
  85:18
pays (2)
  82:14,17
Peanut (1)
  137:20
peanuts (1)
  27:8
penalty (1)
  9:13
pending (1)
  7:14
people (9)
  16:6,7;20:18;30:5;
  38:6;104:16;106:9;
  127:12;183:24
per (6)
  17:22;49:11;169:25;
  170:7;173:18;214:20
percent (98)
  8:21;35:24,25;36:8;
  53:5;54:20;57:8;58:7;
  64:9,24;65:3,6,10,11,
  13,15,21,25;66:4,14,
  17,21;67:3,5,7,12,13,
  21;68:4,9,15,20;82:16;
  87:18;95:7;97:12;
  111:18;122:1,4,6;
  123:18;137:1;150:8;
  160:7;161:24;162:19,
  20;163:13;164:6;
  172:10;173:10,24;
  174:2,5;178:25;182:7,
  9,11,16;185:7,12;
  186:1;187:13;188:19;
  189:11;190:3,6,9,11;
  191:11;192:5,17,22,23,
  24;193:3,6,7,25;194:4,
  19;203:6;206:10,20,
  23;207:1,9,13;208:21;
  214:24;215:2;221:9;
  227:8;228:19;229:1;
  236:24;240:15;243:9
percentage (1)
  208:22
percentage-wise (1)
  97:3
period (3)
  39:25;40:11;221:20
perjury (1)
  9:13
peroxide (3)
  163:23;164:15,22
person (5)
  10:3;13:16;149:3;
  232:18;233:15
personal (9)
  218:12,15;223:9,11;
  228:5,8;229:25;230:5;
  236:2
personally (4)
  7:6;16:14;89:9;
  115:14

pesticides (1)
  58:2
Pete's (2)
  60:20,22
pharmacy (3)
  50:16,18,19
phone (6)
  133:3,5;147:14;
  232:20,24;233:15
photograph (1)
  123:12
photographs (1)
  161:19
physical (1)
  219:11
physically (1)
  104:24
pick (19)
  20:12;42:18;44:1;
  50:23;52:3;53:18;
  56:11;57:3;60:18;65:5;
  101:20;110:23;116:19;
  118:4,7;141:10;145:9;
  151:24;200:15
picked (6)
  25:16;27:10;47:21;
  119:22;120:3;198:11
picking (3)
  56:12;57:6;118:10
picture (6)
  120:18;167:9;169:2;
  174:19;178:3,10
pictures (14)
  161:16;163:8;171:3;
  172:5,9;174:19;175:5,
  19;177:23;178:24;
  182:23;183:16;184:17;
  187:13
piece (1)
  102:1
pieces (2)
  169:18;204:17
Pierce (8)
  6:16;71:19;83:12;
  127:23;142:11;148:10;
  156:16;235:10
Pierce's (1)
  235:17
pineapple (1)
  57:21
Pinole (1)
  50:4
Pizza (4)
  17:9,10;28:23;
  128:21
place (8)
  6:10;14:8,9;20:2;
  30:8;129:8;131:6;
  229:13
placed (3)
  222:21;225:4;227:5
places (6)
  17:6,7,8;28:20;

pesticides – continued column
58:25;61:16
plage (1)
  177:6
Plain (14)
  77:9,10,24;78:1;
  89:6;125:18,21;143:5;
  177:24;196:11;197:24;
  203:11;225:9;226:4
plaintiff (7)
  7:16,19;8:22;145:22;
  146:3;217:4,8
plaintiffs (2)
  6:17;142:2
plaintiff's (1)
  141:21
plan (1)
  19:20
plastic (3)
  76:4;78:13,13
playing (1)
  108:3
please (18)
  6:14,22;10:19;
  124:17;141:15;158:24;
  185:2,20;193:23;
  197:15;205:10;210:24;
  222:22;225:5;227:6;
  228:13;229:14;230:12
pm (14)
  98:14,15,16,19;
  156:2,3,4,6;202:18,19,
  20,21;243:18,23
point (14)
  9:22;25:25;28:15;
  61:2;71:11;72:24;
  78:21;97:22;117:2,4;
  130:24;132:10;185:2;
  226:20
pointing (1)
  123:20
points (1)
  127:15
pong (1)
  108:3
poor (1)
  230:25
popcorn (1)
  27:11
poppy (1)
  77:9
portion (2)
  226:20;230:13
portions (3)
  221:12;223:18;
  225:23
possession (3)
  142:2,5;145:14
possible (4)
  10:16,23;90:17;
  201:18
Possibly (4)
  33:15;73:22;89:21;
  99:2

postmark (2)
142:21,25
potassium (2)
103:2,9
potato (7)
27:11,13,14;135:11,
22,25;137:10
potatoes (3)
47:9,10,11
pound (2)
208:17,18
predominantly (1)
16:18
prefer (1)
11:2
prepare (2)
156:14,24
presently (1)
232:5
preservative3s (1)
57:11
preservatives (7)
64:12;134:16;
135:18,21;137:18;
139:8,12
presliced (1)
196:19
pretty (17)
30:10,11;31:2;36:3,
4;60:13;74:6;79:17;
91:22;95:7;105:6;
187:24;188:21;189:14;
194:8;219:8;233:19
previous (2)
32:5;179:8
previously (8)
62:10;81:2;123:6;
125:17;129:5;161:14,
15;189:19
price (25)
18:19;21:9,11;23:23;
24:24;26:11;34:15,22;
58:8;72:24;73:6,10,15,
16;75:22;117:2,4;
118:6;121:18;172:18,
19;180:3;181:17;
190:10;198:10
prices (1)
18:15
primary (2)
121:14;190:17
print (2)
169:8;199:8
prior (6)
34:13;55:15;71:21;
101:24;163:12;212:3
privilege (2)
83:21;241:3
probably (73)
8:18;18:14;23:21;
24:5;28:9;30:23;32:12,
17;33:3;36:12;37:19;
39:14;40:1,8,17;42:11;

45:17,22;46:25;47:3,7;
49:12;50:10;56:11;
58:20;63:24;64:1,4;
65:5,11;68:12,22;
69:11;71:25;72:24;
74:7,15;77:10;79:1;
81:10;86:22;87:5;9:6,
14;93:12;96:5;97:2,10,
18;110:23;113:13;
114:2,3,8,14;118:13,
21;129:20;133:13,13;
135:7;139:19;153:3,4;
162:13,14;165:6;
175:25;180:1;199:2;
219:19;230:11;232:18
proceedings (1)
123:7
process (1)
224:20
produce (3)
146:3;233:25;234:12
producing (1)
146:5
product (116)
34:12,13;37:24;38:8;
66:21;67:2;78:20;
81:22,24;82:9,22;83:1;
85:1,1;87:25;88:1;
93:18;99:1;109:13;
110:20;111:6,20;
113:9;115:14;116:6,7,
15;123:22;136:19,22;
137:14;139:6;140:14;
145:10;153:11;162:5,
6;164:24;165:19;
166:25;167:5;170:10;
171:7;172:14,15;
173:8;174:22,23;
175:20;176:8,12,15,19,
24;178:2,5,19;179:1,3,
4,13,18,21,23,24;
180:11;181:12;184:24;
185:9;186:4,7,11,14;
188:20;191:10,12,13;
192:8;194:15;195:22;
197:14,17;204:7,11;
207:17;209:7,10,11;
211:15,16,22;212:2;
220:25;223:13,18,25;
224:3,6,7,17,21;
225:19,25;226:24;
228:1,8,16;229:5,7;
230:2,8,14;231:10;
239:19;242:5,11
production (5)
145:23;158:11;
159:4;160:25;161:4
products (141)
8:7,8;15:18;18:4,5,9;
22:12;31:22;33:13;
34:16,21;37:23;52:12;
53:19,20;54:2,24;61:9;
62:6,8;70:25;71:20;

73:25;74:2,3;81:16,23;
82:18;84:23;85:20;
86:10;87:3,4,7,10;
88:5;94:8;98:6;99:6,
13,19,23;102:13,18,21;
106:11;107:11,14,19,
24;108:9,13,17,21;
109:7,22;110:10,17,18,
22;111:8,16,23;114:20,
23;115:2,4,20,21;
116:3,10;117:7;
119:22;121:16;122:25;
123:2,13,14,17;124:19;
125:13;126:8,11,15;
127:4,20;137:17;
138:10,14,16,23;141:5;
142:10;143:10;144:12,
13;151:16,20;152:15,
20,21,23,24,25;155:12;
177:11;179:8,9;
187:21;196:3;198:3;
208:23;209:15,23;
212:8,11,19,23;213:3,
5;214:3;215:7,11;
220:9,16;221:4,21,
24;222:2;226:13;
236:9;240:23;241:1,9,
13
program (10)
105:9,15;213:22;
215:24,25;216:2,7,10,
12,15
programs (1)
217:24
proof (4)
195:18,21,24;196:2
properly (3)
222:4;6;229:12
protected (2)
83:20,23
protects (1)
142:3
protein (3)
27:2;43:18;46:22
proud (1)
60:12
prove (1)
236:21
provide (13)
100:22;101:14;
130:15;159:7,12;
160:12,17;161:8;
174:5;232:7,8,12;
234:11
provided (7)
146:23,23;147:1;
161:3;227:16,22;
231:23
provides (3)
101:17;173:17,24
public (1)
216:18

publications (1)
100:8
Puffs (1)
23:13
purchase (34)
72:1;73:25;74:2,3;
86:25;87:3;102:25;
103:16;114:20;130:9;
134:2;144:16;162:18;
163:15;172:15;176:17;
179:10;180:2;185:8;
195:18,21,24;196:2;
209:13;221:5,14;
223:8;225:19;227:2;
228:1,7;229:6;230:7;
238:5
purchased (61)
43:10;70:6;71:14,22;
72:4;76:22;79:6,9;
97:1;98:21;121:5;
124:20,21,23,25;125:2,
17;127:2;151:13;
162:4,6;164:16,22,23,
25;165:2,19;172:14;
175:9,20;178:2,5;
179:11,12;184:24;
185:16;186:5,7,11,14;
187:20;195:25;196:16;
197:13,17;220:8,16,17,
24;221:4;223:4,13,17;
225:17;227:15;229:24,
25;235:17;237:6,8;
238:6
purchases (10)
23:18;77:5;101:16;
102:9;121:15;129:15,
17;133:22;239:1,3
purchasing (35)
11:10;18:19;21:8,25;
26:12;66:21;69:5;
71:1,11,20;89:9;94:8;
103:1,11;117:25;
163:13;164:12,14;
185:10;188:7;198:23;
199:23;200:12;211:16;
225:25;226:24;228:15;
229:5,7;231:10;
237:10,11,23;238:7;
239:17
purely (1)
202:3
purports (1)
205:17
purpose (4)
99:5,9;111:3;114:15
put (24)
9:20;17:24;25:10;
45:4;80:25;82:21,25;
83:10;84:14,22;85:1,6,
11,13;89:3;93:16,25;
94:2;142:22;143:1;
148:20,22;203:2;209:7

Q

Quaker (1)
138:20
quality (1)
210:4
quantities (1)
208:6
quantity (3)
208:10,15,24
quick (1)
59:9
quickly (1)
14:16

R

R8CC (1)
215:8
Raisin (1)
124:22
range (4)
51:3,4,8,12
rare (1)
60:14
Raspberries (1)
57:20
rate (1)
82:11
rated (2)
82:2,5
rates (1)
82:8
rather (1)
221:10
rationale (1)
202:1
re (1)
205:19
read (92)
32:22;37:15;38:6;
40:10,15,21;41:16,19;
44:18;45:3;53:6;57:14;
68:3,8;77:11;78:3,16,
21,24;79:18;86:1;
92:16,24;93:8;94:12;
95:23;96:7,18;100:2,5,
8;135:8,24;137:7,14,
23,25;138:3,7,16,23;
139:3;140:8;158:20;
165:8,10;166:8;
168:20,22;169:4,5,8,
11;170:2;172:1;
174:25;178:15;180:22;
190:25;191:20;193:14,
15,18;197:13,18,23,
24;198:20,21;199:6,7,
8,9,10,13,14,16,22;
200:13;203:13;210:24,
25;211:3,11,14;223:19,
22,22;225:24;228:15;
230:14

reader (2)
37:22;54:23
Reading (8)
40:19;41:3,24;44:24;
78:19;136:5;180:23;
191:21
reads (1)
55:1
real (1)
106:19
realize (5)
59:17;141:20;156:8;
229:4;233:13
really (53)
14:15;18:6;20:7,12;
21:7,17;22:1,5,6;25:7;
29:6;33:12;37:25;40:5;
42:25;43:7;44:7;52:3;
53:15;56:18;62:23;
63:22;69:3,4;72:20;
75:17;81:5;85:3;87:23;
90:3;93:15;101:1;
108:22;109:10;112:19;
113:22;115:19;120:14;
124:12;140:17,24;
143:17;169:6;180:16;
187:15;191:18;197:10,
11;210:7;211:20;
230:23;236:20;239:1
reason (18)
11:5;24:14;73:5;
122:5,9;135:20;
137:16;139:11;144:10;
145:5,12;190:17;
201:2;214:7;215:10,
15,19;231:22
reasons (12)
24:24;34:19;73:1;
95:3;98:21,23;103:24;
107:13;108:20;111:1;
126:22;211:9
rebate (1)
105:15
rebates (2)
105:16,21
recall (222)
15:3,18,23,25;16:10,
13;18:7,8;20:23;21:1,
5,7,14,17,22;22:1,9;
23:4;24:9,13;25:13,20,
23;31:12;32:2,4;34:7,
8;35:4,11,13,16,19,25;
36:2,22;37:8,9,12,20;
41:18,24;43:9;45:19;
48:2,5;51:14;54:8;
56:12,14,15,19;62:10,
12,14,25;63:8,22;
66:19;67:19;68:1,16,
17,19;69:12,14,17,21;
70:10,14,18,25;71:3,5,
6,11,21;72:16;77:25;
78:19,19,23;79:5,13,
21,23,24;80:2,4,6,8,10,
12,14;81:18;87:13;
88:3,7,14,16,17;89:18,
25;90:3,9,19;91:18;
92:19,20,25;93:2,5,9,
14;95:24;97:19;98:8;
100:9;109:15,24;
112:22;114:9;116:8,
14;118:8,12;119:10;
120:3,7;121:4;124:14,
22,23,25;125:2;127:3;
130:23;134:22;136:7;
140:6;141:4;142:13;
143:17;146:5;149:14;
150:10,13;151:3;
152:1,10,15,18,21,23,
24,25;153:4,8,9,10;
154:4,6,8,9,10,12,14;
155:13,21;157:15,22;
159:6,11,15,20;160:16;
161:8;162:6;163:16,
22;166:17;167:12;
171:8,9,22,25;172:4;
173:1;177:10;179:14,
15,17,20;180:8,11;
181:23;183:20;186:10;
190:23;191:15,21,23;
192:8;193:5,10;195:3;
197:1;198:12,16;
205:9;212:15;232:2;
233:25;234:3;236:11,
24;237:1,8,11;238:2,7,
15
receipt (18)
128:23;131:21;
132:12,13,19;134:2,8,
20,23;138:20
receipts (37)
128:3,4,7,10;129:14,
17,19,23;130:9,13,15,
17,18,21,24;131:3,11,
16,19,24;132:2;146:9,
14,15,16,19,22;232:4,
7,10;233:16,24;234:7,
11,17,19,22
recent (1)
105:6
recently (1)
105:5;144:20
Recess (5)
14:18;59:12;98:15;
156:3;202:19
recognize (37)
125:23;126:14;
127:4;128:4;159:5;
160:4,25;161:19,23;
162:1,3;163:10;
172:10,13;173:13;
175:6,8;177:24;178:1;
179:1,3;183:16;
184:21;186:1,4;
187:14;189:12;192:5;
196:12,20;203:3,23;
205:20;225:15;227:14;
229:18,22
recognized (1)
176:2
recollection (6)
120:17;172:6;
195:11,14;221:20;
238:13
recommended (2)
115:15,16
recommends (1)
173:20
record (26)
14:15,17,20;59:11,
14,16;83:15;98:14,17;
141:18;156:2,5,8;
184:10;189:7;202:18,
21,24;210:25;222:15,
18,19,20;232:3,4;
243:18
red (1)
177:7
refer (1)
184:18
references (2)
134:2;155:6
referred (1)
110:15
reflected (2)
129:18;141:5
refresh (2)
172:6;238:12
refuse (1)
241:12
regard (1)
188:17
register (1)
197:11
regular (14)
15:21;25:6;47:21;
51:18;55:25;91:16;
92:11;111:21,24;
144:16;166:13;200:1,
16;201:21
regularly (5)
52:9;91:23,24;
144:13;179:11
regulated (1)
148:19
relate (1)
184:15
related (2)
142:3;150:13
relating (6)
32:22;146:18;147:2;
150:3;156:12;187:13
relied (7)
162:18;185:8;187:1;
189:3,3;228:15;230:14
rely (2)
223:19;225:24
remember (96)
15:20;17:23;18:16;
20:25;22:6;23:10,14;
31:11;32:20,24;33:25;
44:12;46:5;47:11;60:3;
64:20,21;66:23;67:6,
11,18,22;69:22;70:23;
76:14;77:4,20,24;
89:21,23;90:12,14;
112:25;113:6,20;
116:17;120:20,21,25;
137:6;144:21;148:4,
23;149:17,19;151:2,
11;153:1,12,15,18,21;
154:11,13,15,17,18;
158:4,5;171:16;173:9;
174:24;176:6,9;
179:22;182:2;187:6;
188:4;191:9,10,19;
195:4,6,8,10;198:15,
19;199:18;200:20,21,
24;203:14;204:1;
205:6;212:14,17;
217:13,13;235:14;
237:10,13,18,21,23;
239:1,3
REMEMBERED (1)
7:1
Rendering (1)
205:19
repeat (1)
84:4
rephrase (1)
10:20
reporter (21)
6:20,22;7:5;8:1;9:10,
18;19:11;36:18;38:21;
58:24;61:5;150:19;
157:6;158:25;159:23;
160:20;185:21;187:9;
188:14;205:12;213:10
Reporters (1)
6:13
represent (3)
6:15;7:13;8:10
representative (1)
123:8
represented (11)
205:25;206:4,8;
207:19,23;208:1,5,8,
14;209:3;210:3
representing (2)
149:6;185:25
request (5)
145:23;158:11;
159:4;160:24;161:4
requesting (1)
146:2
requests (2)
146:1;231:15
required (1)
159:7
requirement (3)
86:25;87:2,4
requirements (4)
85:18;100:11,14,17
requires (1)
9:24
research (5)
32:25;82:20;84:17,
21;174:12
resell (1)
99:22
residence (2)
32:6;129:2
residency (1)
129:11
respect (10)
9:7;21:9;37:17;39:8;
121:2;169:2;186:18,
25;187:1;204:9
response (5)
153:24;161:4;235:8,
16;241:15
responses (15)
145:22;158:11,15,
19;159:4,8,12,25;
160:13,18,24;231:14,
16,18,24
restaurant (3)
60:4,9,11
restaurants (6)
17:8;29:1,2,8;59:23,
25
restroom (2)
202:14,17
resuming (1)
222:1
retracted (1)
141:19
revealing (1)
241:9
review (17)
9:21;156:11,21;
158:10,14,16,18;
162:12;163:12;175:14,
20;178:21;184:24;
186:13;203:9;209:10;
231:16
reviewed (9)
92:21;151:5,7,9;
162:9;163:17;178:4;
184:25;209:7
reviewing (6)
157:15,23;159:11;
160:16;186:10;193:10
rice (6)
27:3;33:8,8,9,10,12
rid (1)
130:7
ridiculous (1)
16:6
right (42)
11:9;21:20;38:7;
40:23;75:22;77:3;94:4;
108:7,8;117:3;121:18;
127:23;130:1;131:12;
145:17;155:22;165:7,
10,11,14;168:17;

176:20;177:2;181:23;
183:22,25;189:22;
191:15;193:12;196:9;
200:3,6;203:17;
204:18;210:16,20;
222:9;223:12;236:6;
240:1,3;243:14
ring (1)
106:9
room (1)
13:14
roommate (7)
13:12,13;19:5;23:13;
61:4,6;131:20
roommates (26)
12:7,25;13:8;14:10;
15:3;20:4,21;23:5;
26:24;29:24;30:25;
35:5;42:15;47:5;48:3,
6;90:20;99:9;107:9,14,
18;129:12;131:20,23;
132:6,9
Rotten (1)
128:21
rough (1)
233:19
roughly (6)
17:25;18:22;89:12;
144:25;181:16;225:22
rules (1)
9:7
running (1)
216:12
rye (2)
31:13;56:20

S

safe (1)
106:18
Safeway (109)
16:15,19,21,22;
17:15;18:12;20:2;
25:15,18;30:21,23;
36:12,13;38:14,24;
39:3,23;40:7;41:6;
43:20,22;46:11,16;
49:16,17,18,22,23;
50:9;53:17,18,21,24,
25;54:3,4,6,11,14;55:5;
56:3,13,24;64:8,16;
69:7,15;72:14,22;73:3,
17,20,24,25;74:2,9,13;
75:3,5,24;76:3,5,16,17,
23;77:8,11;78:10,12,
14;79:12;80:19;86:18,
21;90:15;95:18,23,25;
96:3;97:10,11;114:2,5,
6,8;117:9,10,14;118:2,
3,10,13;119:11,14;
120:5,11;124:16;
132:13,22;133:22;
134:8;136:8;144:15,

17;151:14;154:24;
181:12,24;238:12
Safeways (1)
128:19
Safeway's (2)
181:25;182:2
Saint (1)
217:19
salads (1)
27:4
sale (4)
23:3,22;72:25;86:22
sales (1)
106:9
salsa (1)
27:7
saltine (4)
91:16,19,22;113:4
saltines (3)
92:11;96:13;98:7
same (63)
8:6,17;9:10;12:25;
13:12;17:14,15;18:2,
22;19:2;20:2;22:14;
24:14,16,18;28:22;
30:1,9;31:2;32:18;
34:12;39:2,17,23;40:3;
42:17;43:1;44:22;
47:22;61:16;73:5,10;
75:5;76:20;90:23;91:7;
94:21;118:6;121:2;
125:19;127:1;129:12;
131:6;133:24;136:24;
138:4;149:22;152:13;
167:15;176:18;181:16;
185:16;186:18,25;
190:10;198:10;203:10,
25;211:1;228:4;
236:19,22;242:14
San (51)
6:5,11;7:3;12:3;
29:21;30:7;31:8;33:11,
14;34:11;35:3,6;36:1;
38:13,24;39:3,12,25;
40:12;41:6,8;42:4;
43:10,24;46:9,20,24;
47:5,12,15;48:6,15,19;
49:20;50:3;55:23;
76:12;104:8,22;107:3,
4;128:15,18,24;129:4,
9,13;142:12;151:18;
219:13;237:7
sandwich (23)
21:3;25:11;26:17;
30:16;31:6;35:8;39:8,
12,20;43:11;47:17;
52:21;53:1;56:3,6,9,
15;68:24;89:3;94:6;
96:11;125:9;170:6
sandwiches (1)
24:22
Santa (2)
104:8;217:19

Sara (105)
62:9,12,20;63:5,10,
12;64:7,16;66:16;67:3,
5,7,10,12,16,20,21;
68:9,14;70:4,24;71:20;
72:14,19;73:3,8,11;
74:9,21,23;88:5;114:7;
116:12,15,16,19;118:2,
4,11,22,25;119:5,8,18;
120:4;121:8;143:4;
149:16;152:23,25;
153:8,13,16,19;154:12;
161:24;162:18;163:13;
167:13;172:9;178:24;
179:7;180:8,13,25;
181:15;184:15;185:7,
11,25;187:13,20;
188:18;189:10;190:21;
191:11,17;192:4,16,19;
193:25;194:3,18;
195:18,21;207:1,8,13;
212:11,13,15;227:7;
228:19;229:16;230:15;
236:12,17;237:11,24;
238:4,7,13;240:15;
243:1,8
sat (1)
118:1
satisfied (1)
178:18
satisfy (1)
222:5
saturated (1)
214:10
sauce (2)
123:3;136:14
saved (2)
129:23;195:24
saw (11)
37:4;74:5,11,24;
88:24;94:14;180:21;
192:19;193:22;195:4;
207:5
saying (10)
28:16;33:5;35:7;
41:1;67:6;117:5,11;
118:6;166:3;193:17
school (7)
21:16;106:5;107:6;
151:21;152:8;217:18,
20
score (1)
127:14
seal (7)
82:1,1;209:8,11,12,
15,19
searched (1)
131:19
searching (1)
146:5
Second (12)
13:20;123:8;142:4;
160:23;161:3;163:8;

175:17;177:6;178:11;
182:24;185:3;215:21
section (3)
44:3;224:7;228:14
seeded (1)
77:9
seeing (13)
40:24;66:20;93:2,5;
159:6;167:12;171:9;
172:2;175:3;177:10;
191:15;193:13;212:15
seeking (1)
83:22
seeks (1)
83:19
seem (3)
16:6;34:5;189:24
seemed (2)
34:3;199:25
Seems (2)
115:8;235:22
see-through (1)
204:10
seized (1)
99:20
select (1)
144:8
self-serve (1)
134:7
sell (4)
58:4;99:17,24;
112:12
selling (2)
208:16,17
sells (1)
208:24
Semifreddi (1)
121:25
Semifreddis (1)
122:2
Semifreddis' (1)
122:6
Semifreddi's (16)
36:16,19,21,24;
37:10,18;39:15;54:15;
55:2;109:16;111:12;
122:10;140:25;144:19,
20;239:5
send (10)
143:6,7,10;144:3,12;
145:5;150:3,5;235:4;
236:3
sending (3)
142:13;236:25;237:2
sent (12)
142:20;143:2;
146:13,14,16;150:9,10;
236:4,5,14,18,19
separately (1)
109:10
series (3)
128:2,2;187:12
served (1)

151:6
service (1)
104:13,15
serving (23)
41:21;42:1;46:1,3;
68:12,14,19;69:9;70:7,
11,15,22;79:20;80:4,6;
163:19;173:18;178:16;
199:19;200:2;202:7,8;
214:21
sesame (1)
77:10
set (19)
7:10;82:12;109:2;
150:23;159:8,25;
160:14;161:23;171:3;
172:9;174:19;175:5;
177:23;178:24;182:23;
183:16;184:15,17;
185:25
settle (3)
8:14;216:23;217:3
settled (1)
217:1
settlement (1)
216:18
seven (1)
232:19
several (2)
226:1;239:20
shakes (1)
10:6
shall (1)
146:3
share (1)
30:2
sharing (1)
20:7
shelf (1)
141:10
shop (12)
17:14;20:1,9;26:15;
29:22,24;49:1;51:19;
55:22;73:24;75:25;
151:22
shopped (7)
16:13,15,20;31:1,4;
49:22;75:5
shoppers (1)
20:5
shopping (39)
11:12;15:13,15;
17:14;18:25;19:2;
20:13;28:14;30:19;
38:12,14,18,24;39:7,9;
41:10;42:22,24;43:5;
49:4,10,14,15;50:11;
51:16,18,23;54:5;
61:11,12,15;65:2;
74:13;119:25;132:4,5;
152:9;171:20;197:4
shorter (1)
52:17

ALEX ANG v.
BIMBO BAKERIES USA, INC.

Shorthand (1)
 7:5
show (5)
 39:7;142:9;193:23;
 203:6;222:14
showed (2)
 189:14;236:13
showing (1)
 236:12
Shredded (2)
 24:6,9
siblings (1)
 109:5
side (13)
 53:1;65:5,5,10,11;
 134:23;163:8;167:9;
 168:8,17,18,20;186:19
sides (1)
 47:6
signature (1)
 157:11
signed (2)
 132:23;157:16
significantly (3)
 118:14,15,18
Silk (6)
 149:21,25;150:3,6;
 216:18;217:16
Silverman (1)
 147:8
similar (12)
 26:5;123:12,14;
 124:9;187:15,24;
 188:21;189:14,24;
 194:8,9;226:13
simply (2)
 87:19;103:13
Singles (1)
 138:25
sister (2)
 109:6;133:25
sit (11)
 22:2,8;66:19;69:22;
 80:15;102:11;108:8,
 12;145:13;161:7;
 215:18
sitting (3)
 183:21;193:12;
 198:22
situation (1)
 118:9
six (4)
 42:10;123:13;169:3;
 232:18
size (24)
 41:21;42:1;46:1,3;
 68:14,20;69:9;70:7,11,
 15,22;79:20;80:4,6;
 163:19;175:12;178:17;
 196:20,24;197:8;
 199:19;200:2;202:7,8
sized (1)
 105:16

sizes (2)
 68:13;196:23
slice (3)
 52:25;169:25;175:12
sliced (12)
 21:4;24:23;35:8;
 47:25;52:22;63:13,15,
 18;64:7,16;154:5,6
slices (9)
 68:24;113:14;
 167:10,18;170:1,7;
 175:11;193:4;204:5
small (5)
 105:15;169:4,5,8;
 199:8
smaller (2)
 43:4;200:1
Smooth (15)
 178:25;180:9,13;
 189:11,21;190:1,22;
 192:4;194:3,18;
 195:19;229:16;236:12;
 237:24;243:2
smoothies (1)
 57:4
snack (6)
 27:7;30:11;41:5,10;
 90:23;92:8
social (1)
 232:22
soda (8)
 27:21,23,25;43:14;
 201:19,20,22;202:1
sodas (1)
 202:4
sodium (2)
 170:13;214:20
Soft (7)
 178:24;180:9,13;
 183:17;189:10,21,25;
 190:21;192:4;194:3,
 18;195:19;211:5;
 229:16;236:12;237:24;
 243:2
Softees (3)
 184:1,3,6
softies (2)
 85:12,13
sold (1)
 99:15
solely (3)
 181:20,22;198:9
somebody (8)
 13:15;42:17;99:8;
 126:10,16;127:5,8;
 147:4
somebody's (2)
 25:5;47:20
somehow (1)
 42:20
someone (5)
 43:3,4;223:9;228:2;
 230:1

sometimes (10)
 30:16;41:15;43:3,4;
 44:2,4;47:24;53:22;
 74:1;123:3
somewhat (1)
 118:19
sophomore (1)
 19:21
Sorry (14)
 12:24;15:9;19:11;
 29:11;43:14;58:24;
 81:7;83:15;92:1;122:7;
 125:19;158:13;168:15;
 196:11
sort (5)
 43:6;48:21;101:8;
 111:9;226:19
sought (4)
 112:20;115:20,21,21
sound (1)
 218:2
sounded (3)
 148:10,12,13
Sounds (1)
 11:8
Sour (1)
 137:2
source (53)
 84:15,19;114:21,25;
 115:9,12,17,22,24;
 116:4,11,20;117:5,15;
 118:5,7;119:19;120:5;
 121:3;122:7;162:22;
 163:2,5;173:19,25;
 174:6,8,10,13,17;
 180:25;181:3,5,10,13,
 14,14,19,21,25;182:3;
 191:2,3;193:16,16;
 200:7;221:9;230:16,
 17,17,24,25;231:1
sources (1)
 121:9
soy (34)
 8:9,24;9:3;60:25;
 61:1,4,6,7,9;122:25;
 123:2,3;134:18;
 136:21;138:13;165:16,
 18;166:23,25;167:3,4,
 5;182:17;188:2,5,6;
 206:21,24;207:12,16;
 208:22;229:3,5;240:15
speak (1)
 20:12
speaking (4)
 9:25,25;10:1,2
Specialist (1)
 104:10
specializes (1)
 114:4
specific (20)
 15:24;31:9;51:14;
 63:8;64:20;67:1,2;
 68:19;144:11;149:19;

152:10;166:20;189:5;
 195:11,14;223:24;
 226:6;228:21;230:19;
 237:1
specifically (41)
 15:20;16:2;20:25;
 23:11;26:1;32:24;36:2;
 37:14;42:2;46:6;54:10;
 62:14;65:9;66:25;
 69:13,16;82:10;
 108:11;111:22;112:22;
 114:24;115:23;116:17;
 118:12;120:7;121:13;
 148:24;149:17;152:12;
 153:12;154:4;162:25;
 166:17;181:4;190:23;
 198:19;212:14,17;
 237:10,25;238:3
specifics (3)
 9:1;150:2;153:5
speculation (24)
 220:19;221:1;223:1,
 14;224:1;225:6,12,20;
 227:10,18,23;228:10,
 23;229:10,19;230:3,10,
 22;231:5,6,11;240:6,
 17;241:23
spell (2)
 12:10,14
spend (4)
 28:6;38:17;58:11;
 203:22
spending (1)
 18:22
spent (16)
 17:18;18:23;38:14;
 58:15;118:25;119:6,
 14;129:10;154:21,24;
 155:2,4;175:2;233:6,
 12,14
spoke (1)
 149:12
sponsorship (1)
 205:25
spot (2)
 59:2;201:4
spread (2)
 89:7,7
sprouted (1)
 56:19
square (1)
 191:2
stable (1)
 104:22
stacks (1)
 224:12
stamped (1)
 128:3
stand (1)
 191:19
standard (3)
 82:13;208:9;209:4
standards (6)

82:3;209:17,20,25;
 215:12,16
Star (2)
 81:25;82:8
Starbucks (2)
 55:22,24
start (6)
 9:25;10:2;74:21;
 75:4;84:8;171:18
started (11)
 19:23;32:14;107:2;
 142:20;144:20;210:13;
 211:5;233:5;239:6,17,
 20
starting (1)
 123:11
stashes (1)
 30:5
state (4)
 6:14;7:5;99:20;
 100:17
statement (1)
 193:5
statements (3)
 169:14;191:16;
 194:14
States (3)
 6:4;146:1,2
stay (4)
 113:13;165:24;
 166:3,5
stayed (1)
 28:22
steak (3)
 20:18;47:1;50:24
steaks (3)
 47:3,4;50:23
stew (1)
 47:2
stick (1)
 59:24
sticker (5)
 78:14;83:5;173:11,
 13;177:7;226:5
still (17)
 8:12;20:11;23:14;
 35:17;59:17;108:15;
 117:16;129:12;132:25;
 151:18;156:9;176:19,
 25;177:4;183:14;
 200:3;209:11
stop (5)
 9:25;10:1,1;221:23;
 224:22
stopped (3)
 71:20;167:7;221:21
store (22)
 18:12,12;21:6;22:17,
 24;61:19;66:21;
 105:19;112:1;113:25;
 114:10;120:9;141:9;
 151:19;171:10;175:1;
 179:17;183:23;195:1,

2;201:5;221:10
stores (8)
16:13,17;31:3;51:19,
20;128:17;151:12;
154:22
strawberries (1)
57:20
Street (8)
6:3;11:17,19;12:2;
14:3,13;49:25;55:23
Striate (2)
148:25;149:7
strike (4)
12:24;35:24;99:4;
227:20
structured (1)
43:7
struggle (1)
201:6
stuck (1)
74:20
stuff (10)
20:11;21:13;28:24;
30:4;44:2;50:17;79:19;
106:14;185:18;219:14
stuffed (1)
142:8
Su (1)
12:17
S-U (1)
12:17
subject (2)
151:13;153:25
subsequently (1)
198:25
substance (4)
100:22;173:25,25;
174:17
substantial (1)
221:14
substantially (2)
123:12,14
substitute (2)
93:24;94:5
sue (1)
217:12
sugar (4)
169:17,21,23;170:7
suit (1)
217:16
Suite (1)
7:3
supplemental (7)
159:3,8,25;160:13,
17,24;161:4
supplies (1)
50:19
support (1)
215:23
supposed (4)
11:5;34:25;41:22;
58:1
suppressive (1)

26:20
sure (88)
8:23;16:15;17:23;
22:13;36:3,4;37:7;
45:24;46:1;51:7;53:5;
54:20;60:8;65:25;
66:12;67:25;69:8,19;
70:5,12;79:18;80:21;
83:16;84:5;88:7;90:1,
7;95:7;101:3,7,12;
103:25;107:12;109:9;
111:11,14;112:11;
117:9;122:4,11;
124:18;126:1,9,18;
127:8;132:18;135:7;
137:21;139:10;143:20,
21,23;145:12;146:13,
15;150:8;151:7;
152:17;157:16;158:10,
14,18;160:6;166:5,8,
15;179:25;184:2;
185:15;187:23;188:9;
191:13;193:2,19;
194:20;198:6;199:18;
203:6;204:15;208:12,
19;216:20;218:2;
222:17;233:24;238:21,
22;242:11
sway (4)
116:22,24;117:6;
121:17
swayed (1)
181:15
swear (1)
6:22
sweeteners (1)
201:24
Swirl (1)
124:22
switched (1)
105:19
sworn (1)
7:9
syrup (13)
164:7,11;165:25;
166:2,6,9,19;181:7;
189:23;190:15;193:15;
201:25;230:16
system (5)
85:24;86:2,8;104:19;
230:24

T

table (1)
198:22
Taco (1)
60:5
talk (11)
11:9;80:17;104:16;
108:1,22;147:20,24;
148:10;149:4,15,18
talked (9)

71:19;107:16;147:4,
7,14;148:3;151:15;
186:17;217:10
talking (11)
27:12;35:7,9;47:1;
66:6,7;75:16;176:18;
233:14;237:15;241:19
tall (1)
218:16
tape (1)
98:9
taste (11)
23:25;28:5;34:14,22;
75:11;98:22;108:19;
172:16;199:13;222:3;
239:25
tasted (2)
74:19;179:25
Tastes (1)
140:21
Tech (1)
192:17
technical (1)
104:14
telling (5)
14:22;117:21;144:5;
187:22;234:3
ten (11)
72:9;89:13;152:6,7;
153:6;223:16;225:22;
230:11;233:1,19;
234:10
tend (1)
26:25
tendency (1)
197:8
Teresa (1)
104:8
terms (1)
185:10
terrible (1)
16:7
test (2)
11:6;82:11
tested (5)
82:2,5;242:3,5,12
testified (8)
75:10;81:2;125:17;
157:22;193:19;201:11;
235:8,16
testimony (6)
10:13;158:1;212:4;
223:6;235:19,22
testing (4)
82:14,18;226:11,12
texture (1)
239:25
Thanks (1)
197:21
theoretically (1)
101:23
thereof (1)
7:2

thereupon (1)
7:9
Thin (3)
79:22;83:6;200:4
thinking (1)
130:12
Thins (36)
71:2,4,11,15,22;72:2,
4,11;77:17,22;78:24;
79:6,16,25;81:13;82:5;
84:3,6;86:13,14;87:16;
88:6;113:18;125:14,
15,18;143:5;177:23;
196:11;197:24;199:24;
203:2,11;225:9;226:4;
238:1
third (5)
13:23,24;168:15;
173:10;185:4
thirty (1)
228:12
Thomas (5)
80:16,19;113:18;
143:5;203:11
Thomas' (44)
71:2,3,11,14,22;72:1,
11;76:18,23;77:17,22;
78:3,11,20,23;79:6,15,
22,25;80:13;82:5;84:2,
6;86:13;87:15;88:6;
124:21;125:14,25;
149:18;171:4,12,23;
172:1,2;177:23;
196:10;197:24;198:16,
18;199:23;225:8;
238:1,12
Thomas's (1)
203:1
though (12)
22:22;38:7;58:7;
122:1,19;126:18;
129:12;137:1;150:9;
182:18;183:19,23
thought (10)
9:3;27:19;75:14;
125:19;126:25;144:3;
210:11,13;211:20,25
Today's (3)
6:8;220:4;243:16
together (3)
49:8;58:19;233:17
told (7)
86:5,7;102:6;109:3;
126:25;147:17;148:23;
149:24;150:1;189:3;
204:3;206:17;209:12;
223:9;228:2;230:1;
234:21
took (2)
161:21;182:5
top (26)
17:20;25:22;27:6;
33:20;48:4;58:10;
62:23;68:18;70:9;88:8;
96:17;113:16;118:24;

50:11;53:17;60:8;72:1,
4,9;89:12;97:5;119:17,
21;219:6,9,18;223:12,
16;226:2;232:16,19;
233:9
title (1)
104:10
Toast (50)
62:9,13;70:25;88:5,
9,15,19;89:8,17;91:3,5,
7;92:17,22,25;93:2,6,
20,21,24;94:5,5;96:11,
15,18,24,24;97:2,4,7,9,
14,19,23;98:3,6,7,21;
113:1;124:9,11;143:5;
144:23,24;145:6;
210:11,12;211:4;
224:12,13
toasted (56)
90:20,25;91:12;
93:25;94:3,11;98:6;
112:23;113:8;123:24,
25;124:3,7,10,11,15;
145:1,11;149:15;
155:20;175:5,10;
176:2;177:10,13,18;
203:21;204:1,4,23;
205:4,8;210:6,7,8,14,
15,18,19;211:6,8,11,
12,17;212:1,11;
222:23;223:4,22;
237:9;239:9,11,13,16;
240:4;242:20
toaster (2)
94:1,2
toasting (1)
224:19
today (26)
6:20;9:8,16;10:13,
16,23;22:2,9;66:19;
69:22;80:15;108:9,12;
110:3;132:25;142:11;
145:13;156:15;161:7;
166:10;215:18;232:2,
11;233:5,12;234:18
Today's (3)
6:8;220:4;243:16
together (3)
49:8;58:19;233:17
told (26)
86:5,7;102:6;109:3;
126:25;147:17;148:23;
149:24;150:1;189:3;
204:3;206:17;209:12;
223:9;228:2;230:1;
234:21
took (2)
161:21;182:5
top (26)
17:20;25:22;27:6;
33:20;48:4;58:10;
62:23;68:18;70:9;88:8;
96:17;113:16;118:24;

ALEX ANG v.
BIMBO BAKERIES USA, INC.

123:5;132:12;134:6,
12;139:7;140:24;
150:15;152:5;168:8,
10;214:6;215:23;
236:11
total (4)
50:11;213:25;214:4;
233:18
tough (2)
76:7;88:10
toward (1)
185:1
towards (6)
87:5;115:6;116:7;
121:17;181:15;221:8
track (3)
120:15;238:16,18
Trader (18)
16:18;17:16;20:2;
25:16,18;30:23;43:21,
24;44:1,2,3,4,14,25;
45:6,9,12;51:16
trainer (2)
218:12,15
trans (1)
214:13
transcript (3)
10:7,12;243:20
translate (1)
10:7
treat (4)
48:14;201:14,16,18
treated (1)
205:2
trial (1)
10:15
tried (5)
27:23;29:12;48:16;
99:17;219:5
trip (14)
27:10;38:14,18;39:5,
5,7,9,10;40:1;42:18;
43:2,4,4;54:9
trips (2)
51:18;151:25
Trolley (1)
137:2
true (12)
132:20;148:20,22;
157:16;158:12,15,19;
159:8;160:14;206:13;
222:8;231:18
truth (2)
9:12,15
truthful (2)
148:15;220:10
truthfully (1)
225:1
try (18)
48:8;58:25;61:9;
73:24;74:3;81:10;94:8;
96:5;104:11,22;
110:18;125:11;165:24;

166:3;201:9;219:12,
14;234:21
trying (7)
10:22;28:13;47:14;
69:2;103:25;185:18;
194:13
Tse (1)
15:6
T-S-E (1)
15:6
Tuesday (2)
156:18,25
Turning (1)
123:11
turns (1)
43:5
twenty (3)
77:2;89:14;233:4
twice (5)
39:1;40:1;42:22;
49:12;50:10
two (49)
12:23,25;15:8,10;
17:24;18:1;19:10,14;
20:4;23:11,21;28:18;
31:3;48:19,21,23;
49:21;51:22;52:1;
53:17;54:7;58:9;63:23;
64:2;65:5;68:23,24;
76:24;80:21;87:4;
110:21;113:13;117:7;
118:9;119:22;121:16;
133:9;167:10,18;
169:18;170:1,7;188:1;
193:4;194:6;195:8;
198:13;207:7;219:17
two-and-a-half (1)
126:14
type (7)
8:8;28:20;50:16;
102:24;103:12;125:8;
183:2
types (16)
17:6,14;21:1;22:3;
23:4;25:23;39:19;53:9;
56:19;61:19;63:12,14;
90:25;200:6;207:2;
238:11
typical (1)
38:17
typically (15)
22:16;24:21;26:16;
38:14;50:13;52:2;
53:17;58:22;91:11,15;
92:5;110:18;113:8;
129:15;238:20

U

Uh-hum (5)
65:18;87:9;92:13;
186:20;235:13
under (15)

9:10,12;59:17;62:4;
69:6;73:23;100:11,14,
17;156:9;205:18;
209:6;213:21;218:7;
226:10
undergrad (9)
14:3;15:13;17:4;
19:15;23:16,19;24:22;
28:17;114:2
understandable (1)
10:20
understood (5)
10:21;16:4;108:24;
120:16;219:23
undertaken (1)
206:15
United (1)
6:4
unless (1)
107:17
unsweetened (1)
24:1
untrue (2)
206:16,19
up (39)
20:12;24:11,15;
25:16;26:9;27:10;28:5;
32:10;39:7;42:18;44:1;
47:21;50:23;52:4,23,
25;53:18;55:22;56:11,
12;57:3,6;60:18;74:7;
75:6;77:19;104:21;
106:9;107:3,4,4;109:8;
132:23;151:24;177:20;
185:2;197:19;204:15;
233:13
upgrades (2)
105:17,18
uphill (1)
219:13
USA (4)
6:3,19;7:14;205:19
use (19)
55:16;65:15,16,22;
66:1,4;89:7;91:13;
94:4;119:8;125:6;
132:24,25;133:3,24;
155:14,19;182:10,11
used (15)
24:12,19,21;28:5;
39:6;92:11;106:16;
155:11;164:20;169:6;
207:1;215:23;216:1,
15;228:25
uses (2)
207:8,24
using (7)
65:23;133:1,7,15,16,
18;208:21
usually (23)
11:3;20:17;22:24;
23:8;38:11;39:7;43:22;
49:8;50:15,23;53:18,

21,24;54:15;55:17;
57:3;59:24;78:12;
79:19;91:24;130:5;
163:3;169:8
utterances (1)
10:7

V

Vague (8)
221:16;226:9;227:1;
228:24;230:22;231:4;
233:8;241:22
value (10)
103:13;115:15,16;
182:5;197:3,3,4,7,10;
214:24
varieties (4)
77:23;95:13,15;
198:13
variety (2)
57:25;77:25
various (3)
33:1;142:10;146:3
Vegas (2)
59:6,20
vegetable (1)
47:7
vegetables (5)
15:22;27:3;50:15;
53:22;201:5
veggies (2)
43:18;54:2
verification (1)
157:10
verified (1)
231:17
verify (1)
236:15
version (3)
139:18,20,23
versus (11)
6:3;21:15;22:15;
33:1;35:22;88:1;
143:16;188:5;197:7,8;
202:2
vice-versa (1)
54:1
Victor (1)
105:13
VIDEOGRAPHER (17)
6:1,12,20;14:17,20;
59:11,14;98:12,17;
155:25;156:5;202:18,
21;220:4;222:18,20;
243:16
view (1)
163:8
vitamin (1)
191:3
volume (1)
6:2
volunteered (1)

83:23

W

Waffle (7)
135:10,21,24;140:6,
12,19;141:12
Waffles (1)
140:9
wait (2)
9:25;10:1
waiving (1)
83:21
Walgreens (3)
153:22;154:2;155:4
walk (1)
141:9
walking (1)
175:3
Warren (1)
6:12
Wave (2)
7:25;8:2
way (17)
34:13;62:16;76:14,
14;89:5;90:23;91:7;
94:10;95:2;117:11;
165:7;213:18;215:17;
220:17;222:3;240:3,14
ways (1)
109:2
weapon (1)
188:1
website (2)
85:23;213:14
week (17)
17:3,22;19:7;23:3;
28:17;58:20;73:13,14;
74:6;110:8;129:10;
156:18;219:9,18,19,22,
24
weekends (1)
49:8
weeks (5)
17:24;48:21,23;54:7;
113:13
weigh (1)
218:18
weighed (1)
218:20
weight (2)
215:2;218:21
weird (2)
107:17,25
welcome (1)
220:3
weren't (11)
20:7;45:25;79:12;
81:4;86:25;93:24;
112:14;148:20,22;
210:19;211:25
what's (19)
11:16,22;12:12;

44:19;55:24;69:4;84:1;
119:25;129:18;133:5;
134:11;136:12,16;
140:11;155:9;169:2;
175:16;201:22;207:15
**Wheat (156)**
24:6,10;31:13,14,15,
21,22;32:3,6,10,14,15,
18,23,25;33:6,6;35:25;
36:6,8,9,21;48:9;
52:20;53:4;54:18,21;
56:9,11,12,20;63:11,
13,15,17;64:6,10,15,
22,24;65:3,4,6,10,12,
13,15,21,22,23,23,25;
66:1,2,4,14,17,22;67:3,
5,7,12,13,21;68:4,9,15,
20;74:11,12;75:16;
76:20;88:5;92:4,9;
95:25;96:3;123:18;
125:15;126:1;140:14,
18;141:2;143:4;154:8;
161:24;162:19,20;
163:13;164:4,6;
165:16,18;167:13;
172:10,16;182:11,15,
16,21,25,25;183:5,6,8,
17;184:16;185:7,12;
186:1;187:14;188:19;
189:11;190:4,6,7,7,8,9,
12,22;191:12;192:5,17,
22,23,25;193:3,6,7;
194:1,4,19;206:10,21,
23,25;207:1,2,4,5,9,9,
10,13;208:20,21;
221:9;227:8;228:20;
229:1,1;230:17;
236:25;240:15;243:9
**whenever (1)**
219:12
**whereas (1)**
101:9
**White (38)**
7:25;8:2;31:12,18,
20;32:3,13,23;33:1,8,8,
9;34:3,25;35:2,5,7,13,
17;52:19;56:10,15,17;
75:15,17;154:10;
172:17;178:25;179:5,
8;181:12;183:15;
191:15;193:3;229:17;
230:16;237:24;243:2
**whole (193)**
10:22;31:21,21;33:6,
22;34:8,16,24;35:21,
22;36:9,21;48:9,9;
51:20,21,25;52:2,7;
53:4;54:18;60:23,24;
63:11,13,15,17;64:6,9,
15,24;65:3,6,10,11,13,
15,21,22,25;66:2,4,14,
17,22;67:3,5,7,12,13,
21,25;68:4,9,15,20;

88:5;92:4,9;101:2,11,
13;114:21,25;115:5,6,
9,12,22,24;116:4,11,
20;117:5,15;118:5;
119:19;120:5;121:4,9,
20,23,25;122:2,6,7,10,
13,14,18,20,22;123:18;
125:15;126:1;133:22;
134:2;140:14,18;
141:1;143:4;161:24;
162:13,16,19,20,22;
163:13;164:6;167:13;
170:16,19,22,25;
172:10;173:10,18,19,
19,20;178:25;180:19;
181:14,21;182:4,7,10,
12,13,16,25;183:4,4,5,
6,7,13;184:15;185:7,
12;186:1;187:14;
188:19;189:11;190:4,
7,7,8,9,12,22;191:3,11;
192:5,17,22,23,25;
193:3,6,7,16;194:1,4,
19;204:17;206:10,20,
23;207:1,4,5,9,10,13;
208:20,21;213:21;
215:1;221:9,9;227:8;
228:20;229:1,1,17;
230:15,17,24;236:24;
240:15;243:2,9
**who's (4)**
123:17;126:4,7;
127:20
**whose (1)**
36:14
**wider (1)**
52:17
**window (1)**
204:20
**wings (3)**
27:8;136:5,7
**wish (1)**
10:12
**within (1)**
97:15
**without (5)**
81:23;86:23;144:5;
198:14;241:9
**witness (55)**
6:23;7:8;8:2;19:13;
36:19;38:22;58:25;
61:6;98:11;110:13;
210:23;211:4;212:6;
220:3,13,20;221:2,7,
18;223:2,7,16,22;
224:2,9,15,24;225:8,
13,17,22;226:3,10;
227:2,12,25;228:5,19,
25;229:11,21;230:5,11,
23;231:8,12,21;233:9;
236:1;237:21;240:8,
18;242:10,15;243:11
**Wonder (1)**

35:16
**wondering (2)**
108:2,24
**word (2)**
110:9;142:8
**words (12)**
10:8;113:9;162:15;
192:24;193:5,7,13,18;
194:14;197:10,22;
208:16
**work (4)**
104:4;129:9;183:24;
232:17
**working (8)**
21:12,15;61:14;
105:3,8;128:22;218:6;
233:6
**works (4)**
85:24;86:3,8;147:17
**world (1)**
62:3
**worthy (1)**
84:11
**write (1)**
114:14
**writing (3)**
9:23;79:18,21
**written (2)**
231:14,24

**Y**

**Yap (2)**
15:10;17:13
**Y-A-P (1)**
15:10
**year (38)**
11:21,25;13:15,17,
18,20,23,24;14:8,9,12,
23;19:21,22;71:7,24;
89:19;91:6,21;97:15,
23;98:2,4;119:1,2,14;
120:12,14,19;159:21;
179:20;195:6;212:20;
219:3;237:15,18;
238:25;239:6
**years (20)**
12:23;13:1,11,14;
19:10,14;21:20;28:7,
16;48:19;63:18;133:9;
152:6,7;153:6;195:9;
212:23,25;238:24;
239:20
**Yep (1)**
179:6

**Z**

**zero (1)**
202:1
**zoning (1)**
29:4

**0**

**0.5 (1)**
214:14
**0pm (1)**
222:18

**1**

**1 (7)**
6:1,2;98:13;123:7;
142:1;178:7;214:10
**1.7 (1)**
215:8
**1:00 (1)**
150:16
**1:38 (2)**
156:2,3
**10 (1)**
214:24
**10:07 (2)**
14:17,18
**10:08 (2)**
14:18,21
**100 (91)**
8:21;17:24;35:24,25;
36:8;53:5;54:20;57:8;
58:7;64:9,24;65:3,6,10,
11,13,15,21,25;66:4,
14,17,21;67:3,5,6,12,
13,21;68:4,9,15,20;
82:16;87:18;95:7;
97:12;111:18;122:1,4,
6;123:18;137:1;150:8;
160:7;161:24;162:19,
20;163:13;164:6;
172:10;173:10;182:16;
184:15;185:7,12;
186:1;187:13;188:19;
189:11;190:3,6,9,11;
191:11;192:5,17,22,23,
24;193:3,6,7,25;194:3,
18;203:6;206:10,20,
23;207:1,9,13;208:21;
221:9;227:8;228:19;
229:1;236:24;240:15;
243:9
**11 (2)**
151:10;157:10
**11:06 (2)**
59:11,12
**11:20 (2)**
59:12,15
**110 (4)**
197:25;199:16;
200:8;203:11
**11th (1)**
146:4
**12 (1)**
42:11
**12:10 (2)**
98:14,19

**12:11 (1)**
98:15
**12:19 (1)**
98:15
**13 (9)**
7:1;127:23,24;128:2,
23;129:18;130:16;
141:5;196:11
**13CIV1196WHO (1)**
6:7
**13th (1)**
6:8
**14 (12)**
141:16,20;145:18,
19,22;157:23;158:12,
15,22;175:11,12;204:5
**15 (6)**
38:21;150:19,20,22;
157:20;158:22
**1500 (1)**
7:3
**1529 (1)**
11:17
**16 (9)**
157:6,7,9;188:18;
196:11,19;197:2;
198:1;203:8
**16-pack (1)**
113:21
**17 (3)**
158:25;159:1,3
**18 (4)**
109:10;159:23,24;
160:2
**180 (1)**
123:12
**1871 (1)**
6:10
**19 (4)**
160:20,21,23;205:16
**198 (1)**
126:8
**1986 (1)**
106:25
**1992 (1)**
23:14

**2**

**2 (6)**
98:18;134:8;141:21,
21;142:1;156:1
**2:22 (2)**
156:3,6
**20 (15)**
38:15,15,18;76:15,
22;170:3,4,7;184:11,
12,14;185:4;187:16,
18;214:16
**200 (2)**
17:25;58:13
**20007 (1)**
15:9

ALEX ANG  v.
BIMBO BAKERIES USA, INC.

ALEX ANG, VOL. I
February 13, 2015

**2004 (1)**
152:9
**2005 (1)**
73:22
**2006 (21)**
14:14,24;15:3,5,9,16,
19;16:1,11,14,15;17:2,
19;18:6,18,23;19:22;
22:4,7,11;62:15
**2007 (14)**
15:1,10;17:13;18:2,
4,9,18,23;19:8;21:18,
19,23;155:7,7
**2008 (9)**
19:17;21:7,18;76:11;
90:6,7,9;105:23;
218:23
**2009 (12)**
21:19,24;22:3,7,12;
63:1,5;90:4;100:2;
225:19;228:7;230:7
**2010 (7)**
29:17;62:24;89:22;
90:2,8,9;100:5
**2011 (11)**
29:18,19;31:23,25;
62:22;71:8,12,13;
89:20;129:5,6
**2012 (5)**
29:17;71:6,25;89:17;
213:3
**2013 (39)**
8:18;49:1;71:17,21;
97:25;128:23,24;
129:5,6;130:1,22,25;
133:10;142:17,19;
146:4,6,12;148:5;
151:10;157:10;195:23;
205:16;213:6;221:22;
225:19;228:7;230:7;
232:15;234:15;235:7;
237:9,12,24;238:2,5,
25;239:2;242:25
**2014 (11)**
97:17,19;105:4,24;
129:3,7;159:12,16,21;
160:17;161:8
**2015 (5)**
6:8;7:2;239:4,7,9
**202 (1)**
11:17
**203 (1)**
125:12
**2046 (1)**
12:5
**20oz (1)**
42:9
**20th (8)**
12:5,6,22;13:3;
29:16;30:14,20;142:12
**21 (9)**
123:11;185:21,22,
24;188:22;189:4,19;

193:24,25
**215 (1)**
126:13
**22 (6)**
123:21;187:9,10,12,
18;189:19
**226 (1)**
127:19
**23 (6)**
188:13,15,18,25;
189:2,19
**24 (7)**
189:6,8,10,18;203:7;
219:3,7
**25 (5)**
191:25;192:1,4;
195:12,16
**250 (3)**
28:10;58:14;202:2
**26 (3)**
196:6,7,10
**260 (2)**
218:19,20
**27 (2)**
202:22;203:1
**27th (1)**
243:7
**28 (6)**
127:19;170:19;
173:17;203:16,18,20
**28th (1)**
243:13
**29 (3)**
205:12,13,14
**29th (1)**
242:25

---

**3**

---

**3 (8)**
7:3;156:6;161:14,15;
168:12;171:4;178:12;
243:17
**3:24 (1)**
202:18
**3:25 (1)**
202:19
**3:33 (2)**
202:19,21
**30 (6)**
69:6;213:10,11,13,
23;215:21
**30-grams (1)**
215:8
**35 (4)**
178:25;182:7,9,11

---

**4**

---

**4:00 (1)**
222:18
**4:02 (1)**
222:20

**4:24 (1)**
243:18
**4:25 (1)**
243:23
**400 (1)**
214:19
**408281-4751 (1)**
133:21
**48 (1)**
173:20
**494 (1)**
123:21

---

**5**

---

**5 (1)**
169:17
**50 (4)**
38:22;173:24;174:2,
5
**50/50 (2)**
19:4;49:7
**51 (1)**
215:2
**5'11 (1)**
218:17

---

**6**

---

**6.5 (2)**
213:25;214:5
**60 (1)**
118:20

---

**7**

---

**7 (1)**
151:12
**72 (1)**
222:10

---

**8**

---

**8 (1)**
155:6
**80 (1)**
214:20
**831 (1)**
133:15
**831578-3960 (1)**
133:6

---

**9**

---

**9:57 (2)**
6:9;7:2
**98 (1)**
123:23