# Exhibit R

# DOCUMENT SOUGHT TO BE FILED UNDER SEAL PURSUANT TO LOCAL RULE 79-5