Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

Keith M. Fleischman (admitted *pro hac vice*)
Bradley F. Silverman (admitted *pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 13 Civ. 1196 (HSG)<br><br>**DECLARATION OF ALEX ANG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 18, 2013<br>Motion Hearing Date: August 20, 2015 |

ALEX ANG hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a plaintiff in the above-entitled action. I make this declaration in support of plaintiffs' opposition to defendant's motion for spoliation sanctions. I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently to the truth thereof.

2. I first met my attorney Pierce Gore on March 13, 2013. We discussed the duties of a class representative. We specifically discussed my grocery shopping, and my purchases of defendant's products. I decided to retain Mr. Gore as my attorney, and serve as a class representative in litigation against defendant.

3. I brought to my meeting with Mr. Gore packages of defendant's products that I had purchased during the prior month. At that time, I no longer had any receipts for my purchases of those products.

4. I discussed with Mr. Gore the need to save receipts from future grocery purchases. However, I misunderstood Mr. Gore's direction and thought that I only had to save receipts for any future purchases of defendant's products.

5. No one has never asked or instructed me to discard or destroy any receipts for grocery purchases that I personally made.

6. In response to document requests from defendant, at Mr. Gore's request, I gave him all the food receipts that I had in my possession at the time my attorneys were responding to those requests. At my deposition, defendant's counsel asked me questions about my packages and grocery receipts.

7. I have not purchased any of defendant's products since the day I first met with Mr. Gore.

8. To my knowledge, I also have not purchased any products from any manufacturer: with the American Heart Association Heart-Check Mark on the label; with the phrase "good source of whole grain" or "excellent source of whole grain" on the label; with the word "bread" on that label that also contains added coloring; or with the phrase "100% whole wheat" that also contains non-whole wheat flour.

-2-

-3-

9. In general, I usually keep grocery receipts long enough to balance my checking account, and then I routinely discard them.

10. My girlfriend, with whom I have resided since approximately August of 2013, and other members of my extended family often purchase groceries that I ultimately consume. I have never told them to save any grocery receipts.

11. Since I moved in with my girlfriend, she does most of our grocery shopping. I have done a limited amount of grocery shopping since my deposition. Since my deposition, I have saved my receipts, and provided them to Mr. Gore on June 26, 2015.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed this 26 day of June, 2015.

_____
Alex Ang

---

DECLARATION OF ALEX ANG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS; Case No. CV13-01196-HSG