| | |
|---|---|
| Pierce Gore (SBN 128515)<br>PRATT & ASSOCIATES<br>1871 The Alameda, Suite 425<br>San Jose, CA 95126<br>Telephone: (408) 369 0800<br>Fax:  (408) 369-0752<br>pgore@prattattorneys.com | Brian K. Herrington (*admitted pro hac vice*)<br>BARRETT LAW GROUP<br>404 Court Square North<br>Lexington, MS 39095<br>662-834-2488<br>Fax: 662-834-2628<br>bherrington@barrettlawgroup.com |
| Keith M. Fleischman (admitted *pro hac vice*)<br>Bradley F. Silverman (admitted *pro hac vice*)<br>THE FLEISCHMAN LAW FIRM, PLLC<br>565 Fifth Avenue, Seventh Floor<br>New York, New York 10017<br>Telephone: (212) 880-9571<br>Fax:  (917) 591-5245<br>keith@fleischmanlawfirm.com<br>bsilverman@fleischmanlawfirm.com | *Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNNE STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No.  CV13-01196-HSG (NC)<br><br>**NOTICE OF RECENT DECISION** |

    Plaintiffs, through the undersigned counsel, submit this Statement of Recent Decision pursuant to Local Rule 7-3(d)(2).

    Attached hereto as **Exhibit A** is a true and correct copy of a decision from the United States Court of Appeals for the Seventh Circuit, dated July 28, 2015, entitled *Mullins v. Direct Digital, LLC.,* Nos. 15-1776   *Mullins* is a judicial opinion relevant to plaintiffs' pending motion for class certification.

NOTICE OF RECENT DECISION
Case No. CV13-01196-HSG (NC)

| | | |
|---|---|---|
| 1 | Dated: August 6, 2015. | Respectfully submitted, |
| 2 | | */s/ Ben F. Pierce Gore* |
| 3 | | Ben F. Pierce Gore (SBN 128515)<br>PRATT & ASSOCIATES |
| 4 | | 1871 The Alameda, Suite 425<br>San Jose, CA  95126 |
| 5 | | Telephone:  (408) 429-6506<br>Fax:  (408) 369-0752 |
| 6 | | pgore@prattattorneys.com |
| 7 | | |
| | | Keith M. Fleischman (*admitted pro hac vice*) |
| 8 | | Bradley F. Silverman (*admitted pro hac vice*)<br>THE FLEISCHMAN LAW FIRM, PLLC |
| 9 | | 565 Fifth Avenue, Seventh Floor<br>New York, New York 10017 |
| 10 | | Telephone: (212) 880-9571 |
| 11 | | Fax:  (917) 591-5245<br>keith@fleischmanlawfirm.com |
| 12 | | bsilverman@fleischmanlawfirm.com |
| 13 | | Brian K. Herrington (*admitted pro hac vice*) |
| 14 | | BARRETT LAW GROUP<br>404 Court Square North |
| 15 | | Lexington, MS 39095<br>662-834-2488 |
| 16 | | Fax: 662-834-2628<br>bherrington@barrettlawgroup.com |
| 17 | | |
| 18 | | *Attorneys for Plaintiffs* |

NOTICE OF RECENT DECISION
Case No. CV13-01196-HSG (NC)

2