UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEX ANG, et al.,

          Plaintiffs,

     v.

BIMBO BAKERIES USA, INC.,

          Defendant.

Case No.  13-cv-01196-HSG

**SCHEDULING ORDER**

As discussed at the hearing held on August 20, 2015, the Court amends the case schedule as follows:

| | |
|---|---|
| Close of Fact Discovery | September 18, 2015 |
| Plaintiffs' Expert Disclosures Due | September 25, 2015 |
| Defendant's Rebuttal Expert Disclosures Due | October 16, 2015 |
| Close of Expert Discovery | October 30, 2015 |
| Dispositive Motions Filing Deadline | November 6, 2015 |
| Opposition Filing Deadline | December 4, 2015 |
| Reply Filing Deadline | December 21, 2015 |
| Dispositive Motions Hearing | January 7, 2016 at 2:00 p.m. |
| Pretrial Conference | April 5, 2016 at 3:00 p.m. |
| Trial Date | April 18, 2016 at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated:  8/26/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge