Mark C. Goodman (Bar No. 154692)
Ethan A. Miller (Bar No. 155965)
David W. Skaar (Bar No. 265377)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: + 1 (415) 374-2300
Facsimile: + 1 (415) 374-2499
mark.goodman@hoganlovells.com
ethan.miller@hoganlovells.com
david.skaar@hoganlovells.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 3:13-CV-1196-HSG (NC)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME [RE DKT NO. 147]; AND ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 18, 2013 |

Pursuant to Local Civil Rule 6-2, it is hereby stipulated and agreed, by and among the undersigned counsel for Plaintiffs Alex Ang and Lynn Streit ("Plaintiffs") and Defendant Bimbo Bakeries USA, Inc. ("Defendant"), respectively, as follows:

WHEREAS, at a hearing before this Court on August 20, 2015, the parties discussed the Court's proposed scheduling order, and since it appeared to the attorneys present at the hearing that there were no scheduling conflicts, the Court thereafter entered the proposal as a Scheduling Order (Dkt. 147).

WHEREAS, following the hearing, Mr. Skaar, who appeared at the hearing on behalf of Defendant, determined that the April 18, 2016 trial date is unworkable for Defendant's trial counsel, who must appear at another trial that had previously been set for the same time. (Declaration of David W. Skaar ("Skaar Decl."), ¶ 2).

WHEREAS, at the hearing the Court recognized that the expert discovery schedule may need to be modified so that experts will be able to prepare their reports with the benefit of a decision on the pending motion for class certification. (*See* Hearing Transcript, 8/20/2015, at 13:3-15).

WHEREAS, the parties also agree that the schedule should be modified to accommodate expert analysis and dispositive motions based on the Court's forthcoming ruling on the class certification motion. (Skaar Decl., ¶ 4).

WHEREAS, the parties met and conferred to determine a mutually agreeable resolution of the foregoing scheduling issues, and the parties agreed that each date set forth in the Scheduling Order should be postponed for approximately two months. (*Id.* at ¶ 5).

NOW, THEREFORE, IT IS HEREBY STIPULATED and respectfully requested by and between the parties through their respective attorneys of record that the Court amend the Scheduling Order, Dkt. 147, to reflect the following dates:

- Close of Fact Discovery: November 18, 2015
- Mutual Exchange of Expert Disclosures: November 25, 2015
- Mutual Exchange of Rebuttal Expert Disclosures: December 18, 2015
- Close of Expert Discovery: January 15, 2016

STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. CV13-01196-HSG (NC)

- Dispositive Motions Filing Deadline: January 22, 2016

- Opposition Filing Deadline: February 19, 2016

- Reply Filing Deadline: March 7, 2016

- Dispositive Motions Hearing: March 24, 2016 at 2:00 p.m.

- Pretrial Conference: June 7, 2016 at 3:00 p.m.

- Trial Date: June 20, 2016 at 8:30 a.m.

Dated: September 21, 2015

/s/ Bradley F. Silverman (attestation below)
---
Keith M. Fleischman (*admitted pro hac vice*)
Bradley F. Silverman (*admitted pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

Ben F. Pierce Gore (Bar No. 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

/s/ David W. Skaar
---
Mark C. Goodman (Bar No. 154692)
Ethan A. Miller (Bar No. 155965)
David W. Skaar (Bar No. 265377)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: + 1 (415) 374-2300
Facsimile: + 1 (415) 374-2499
mark.goodman@hoganlovells.com
ethan.miller@hoganlovells.com

*Attorneys for Defendant*

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | Pursuant to the foregoing stipulation, IT IS SO ORDERED. |
| 4 | |
| 5 | |
| 6 | DATED:   October 5, 2015         _____ |
| | HON. HAYWOOD S. GILLIAM, JR. |
| 7 | UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| 1 | **<u>Attestation Regarding Signatures</u>** |
| 2 | I hereby attest that Bradley Silverman, counsel for the plaintiffs, authorized the filing of |
| 3 | this document on September 18, 2015. |
| 4 | /s/ David W. Skaar <br> David W. Skaar |