Keith M. Fleischman (*admitted pro hac vice*)
Bradley F. Silverman (*admitted pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

Ben F. Pierce Gore (Bar No. 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

Mark C. Goodman (Bar No. 154692)
Ethan A. Miller (Bar No. 155965)
David W. Skaar (Bar No. 265377)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: + 1 (415) 374-2300
Facsimile: + 1 (415) 374-2499
mark.goodman@hoganlovells.com
ethan.miller@hoganlovells.com
david.skaar@hoganlovells.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 3:13-CV-1196-HSG (NC)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME [RE: DKT. NO. 154]; AND [PROPOSED] ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 18, 2013 |

Pursuant to Local Civil Rule 6-2, it is hereby stipulated and agreed, by and among the undersigned counsel for Plaintiffs Alex Ang and Lynn Streit ("Plaintiffs") and Defendant Bimbo Bakeries USA, Inc. ("Defendant"), as follows:

WHEREAS, at the hearing before this Court on August 20, 2015, the Court recognized that the expert discovery schedule may need to be modified so that experts will be able to prepare their reports with the benefit of a decision on the pending motion for class certification (*see* Hearing Transcript, 8/20/2015, at 13:3-15); and

WHEREAS, the Court thereafter entered a Scheduling Order (Dkt. No. 147); and

WHEREAS, the parties previously agreed that the Scheduling Order should be modified so that expert reports and dispositive motions could be made with the benefit of a decision on the class certification and, on September 21, 2015, submitted a proposed stipulation to modify the scheduling order (Dkt. No. 151); and

WHEREAS, on October 5, 2015, the Court entered an order approving that stipulation (Dkt. No. 154); and

WHEREAS, the motion for class certification and Defendant's motion for sanctions remain pending; and

WHEREAS, the parties have agreed that, for the reasons that the scheduling order was previously modified, each date set forth in the current Scheduling Order should be postponed for approximately three months.

NOW, THEREFORE, IT IS HEREBY STIPULATED and respectfully requested by the parties through their respective attorneys of record that the Court amend the Scheduling Order (Dkt. No. 154) to reflect the following dates:

- Close of Fact Discovery: February 12, 2016
- Mutual Exchange of Expert Disclosures: February 19, 2016
- Mutual Exchange of Rebuttal Expert Disclosures: March 18, 2016
- Close of Expert Discovery: April 15, 2016
- Dispositive Motions Filing Deadline: April 22, 2016
- Opposition Filing Deadline: May 20, 2016

- Reply Filing Deadline: June 7, 2016
- Dispositive Motions Hearing: June 23, 2016 at 2:00 p.m.
- Pretrial Conference: September 13, 2016 at 3:00 p.m.
- Trial Date: September 26, 2016 at 8:30 a.m.

Dated: November 12, 2015

*/s/ Bradley F. Silverman*
Keith M. Fleischman (*admitted pro hac vice*)
Bradley F. Silverman (*admitted pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

Ben F. Pierce Gore (Bar No. 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

*/s/ Mark C. Goodman*
Mark C. Goodman (Bar No. 154692)
Ethan A. Miller (Bar No. 155965)
David W. Skaar (Bar No. 265377)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: + 1 (415) 374-2300
Facsimile: + 1 (415) 374-2499
mark.goodman@hoganlovells.com
ethan.miller@hoganlovells.com

*Attorneys for Defendants*

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: November 13, 2015

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

1 **<u>Attestation Regarding Signatures</u>**

2 I hereby attest that Mark C. Goodman, counsel for the defendant, authorized the filing of

3 this document on November 12, 2015.

				*/s/ Bradley F. Silverman*
				Bradley F. Silverman