Keith M. Fleischman (*admitted pro hac vice*)
Bradley F. Silverman (*admitted pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

Ben F. Pierce Gore (Bar No. 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

Mark C. Goodman (Bar No. 154692)
Ethan A. Miller (Bar No. 155965)
David W. Skaar (Bar No. 265377)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: + 1 (415) 374-2300
Facsimile: + 1 (415) 374-2499
mark.goodman@hoganlovells.com
ethan.miller@hoganlovells.com
david.skaar@hoganlovells.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 3:13-CV-1196-HSG (NC)<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME [RE: DKT. NO. 156]; AND ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 18, 2013 |

Pursuant to Local Civil Rule 6-2, it is hereby stipulated and agreed, by and among the undersigned counsel for Plaintiffs Alex Ang and Lynn Streit ("Plaintiffs") and Defendant Bimbo Bakeries USA, Inc. ("Defendant"), as follows:

WHEREAS, at the hearing before this Court on August 20, 2015, the Court recognized that the expert discovery schedule may need to be modified so that experts will be able to prepare their reports with the benefit of a decision on the pending motion for class certification (*see* Hearing Transcript, 8/20/2015, at 13:3-15); and

WHEREAS, the Court thereafter entered a Scheduling Order (Dkt. No. 147); and

WHEREAS, the parties previously agreed that the Scheduling Order should be modified so that expert reports and dispositive motions could be made with the benefit of a decision on the class certification and, on September 21, 2015 and again on November 12, 2016 submitted proposed stipulations to modify the Scheduling Order then in effect (Dkt. Nos. 151 and 155); and

WHEREAS, on October 5, 2015 and November 13, 2015, the Court entered Orders approving each of those stipulations (Dkt. Nos. 154 and 156); and

WHEREAS, Plaintiffs' motion for class certification and Defendant's motion for sanctions remain pending; and

WHEREAS, the parties have agreed that, for the reasons that the Scheduling Order was previously modified, each date set forth in the current Scheduling Order (Dkt. No. 156) should be postponed for approximately three to three and a half months.

NOW, THEREFORE, IT IS HEREBY STIPULATED and respectfully requested by the parties through their respective attorneys of record that the Court amend the Scheduling Order (Dkt. No. 156) to reflect the following dates:

- Close of Fact Discovery: May 13, 2016
- Mutual Exchange of Expert Disclosures: May 20, 2016
- Mutual Exchange of Rebuttal Expert Disclosures: June 24, 2016
- Close of Expert Discovery: July 22, 2016
- Dispositive Motions Filing Deadline: July 29, 2016
- Opposition Filing Deadline: September 1, 2016

- Reply Filing Deadline: September 20, 2016
- Dispositive Motions Hearing: October 6, 2016 at 2:00 p.m.
- Pretrial Conference: January 3, 2017 at 3:00 p.m.
- Trial Date: January 17, 2017 at 8:30 a.m.

Dated: February 5, 2016

*/s/ Bradley F. Silverman*

Keith M. Fleischman (*admitted pro hac vice*)
Bradley F. Silverman (*admitted pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
keith@fleischmanlawfirm.com
bsilverman@fleischmanlawfirm.com

Ben F. Pierce Gore (Bar No. 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

*/s/ Mark C. Goodman*

Mark C. Goodman (Bar No. 154692)
Ethan A. Miller (Bar No. 155965)
David W. Skaar (Bar No. 265377)
HOGAN LOVELLS US LLP
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: + 1 (415) 374-2300
Facsimile: + 1 (415) 374-2499
mark.goodman@hoganlovells.com
ethan.miller@hoganlovells.com

*Attorneys for Defendants*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: February 8, 2016

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. CV13-01196-HSG (NC)

2

| | |
|---|---|
| 1 | **<u>Attestation Regarding Signatures</u>** |
| 2 | I hereby attest that Mark C. Goodman, counsel for the defendant, authorized the filing of |
| 3 | this document on February 5, 2016. |
| 4 | |
| 5 | _____ */s/ Bradley F. Silverman*<br>Bradley F. Silverman |

STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. CV13-01196-HSG (NC)