Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES, USA, INC.,<br><br>Defendant. | Case No. 13-cv-01196-HSG<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND ORDER** |

COMES NOW, Brian Herrington, one of Plaintiff's counsel, and moves to withdraw as counsel for Plaintiff and, in support thereof, would show unto the Court the following:

1. Effective January 1, 2016, Brian Herrington resigned from the firm Barrett Law Group, P.A.

2. Now that Brian Herrington is no longer associated with Barrett Law Group, P.A., he wishes to withdraw as counsel for Plaintiff.

3. Plaintiff is currently represented by Pierce Gore and will continue to be represented by Mr. Gore. Therefore, Plaintiff will suffer no prejudice from the requested withdrawal.

4. Counsel for Defendant Bimbo Bakeries, USA, Inc., has no objection to the requested relief.

Case No. 13-cv-01196-HSG
MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

WHEREFORE, PREMISES CONSIDERED, Brian Herrington respectfully requests that the Court grant this motion and relieve Brian Herrington from any further responsibilities in this case.

Respectfully submitted, this the 17th day of May, 2016.

*/s Brian Herrington*
Brian Herrington

Herrington Law, PA
PO Box 3260
Ridgeland, MS 39158
601.208.0013
brian@herringtonlawpa.com

**ORDER**

**IT IS HEREBY ORDERED** that BRIAN HERRINGTON'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF is granted.

Dated: May 19, 2016

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE