UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 13-CV-1196-HSG (NC)<br><br>**ORDER GRANTING JOINT REQUEST TO LIFT STAY AND SET A CASE MANAGEMENT CONFERENCE** |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

The Court, having considered the parties' joint request to lift stay and set a case management conference, HEREBY ORDERS as follows:

1. The stay that was ordered on March 31, 2016 is lifted.
2. The Court will hold a case management conference on February 6, 2018 at 2:00 p.m.

IT IS SO ORDERED.

Dated: January 8, 2018

Hon. Haywood S. Gilliam, Jr.