BAKER MCKENZIE
Mark C. Goodman (Bar No. 154692)
2 Embarcadero Center, Suite 1100
San Francisco, California 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099
mark.goodman@bakermckenzie.com

HOGAN LOVELLS US LLP
David W. Skaar (Bar No. 265377)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4701
david.skaar@hoganlovells.com

Attorneys for Defendant
Bimbo Bakeries USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Alex Ang and Lynn Streit, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 13-CV-01196-HSG (NC)<br><br>**ORDER RELIEVING DAVID W. SKAAR OF HOGAN LOVELLS US LLP AS COUNSEL FOR DEFENDANT BIMBO BAKERIES USA, INC.**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>[Filed concurrently with: Notice of Withdrawal of David W. Skaar of Hogan Lovells US LLP as Counsel for Defendant Bimbo Bakeries USA, Inc.] |

1 | Pursuant to Defendant Bimbo Bakeries USA, Inc.'s ("BBUSA") request and Local Rules
2 | 5-1(c)(2)(E) and 11-5(a), the Court hereby relieves David W. Skaar (Bar No. 265377) of Hogan
3 | Lovells US LLP as counsel of record for BBUSA.
4 | **IT IS SO ORDERED.**

Dated: April 12, 2018

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge