BAKER MCKENZIE
Mark C. Goodman (Bar No. 154692)
2 Embarcadero Center, Suite 1100
San Francisco, California 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099
mark.goodman@bakermckenzie.com

Attorneys for Defendant
Bimbo Bakeries USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No.: 13-CV-1196 HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE HEARING**<br><br>***Current CMC Hearing Date***<br>Date: September 25, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor<br><br>***Proposed CMC Hearing Date***<br>Date: October 2, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

STIPULATION AND [PROPOSED] ORDER
CASE NO. 13-CV-1196 HSG

Pursuant to Civil Local Rules 16-2(e) and 7-12, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Alex Ang and Lynn Streit, on the one hand, and Defendant Bimbo Bakeries USA, Inc., on the other hand, through their undersigned counsel, that:

1. Counsel of record for Defendant, Mark C. Goodman, is unable to appear at the Case Management Conference set by the Court for September 25, 2018 at 2:00 p.m. because he will be out of town on a matter relating to another case, a commitment that pre-existed the Court's August 31, 2018 or setting the Case Management Conference fro September 25.

2. Counsel for Defendant meet and conferred with counsel for the plaintiffs and they agreed that the dates for the Case Management Conference and the Case Management Conference Statement set by the Court could be extended one week.

3. Accordingly, the parties jointly request that the Court reschedule the Case Management Conference to October 2, 2018 at 2:00 p.m. and order that the joint Case Management Conference statement will be due by September 25, 2018.

Dated: September 14, 2018     Respectfully submitted,

**BAKER & McKENZIE LLP**

By: /S/MARK C. GOODMAN
    Mark C. Goodman
    Attorney for Defendant
    BIMBO BAKERIES USA, INC.

Dated: September 14, 2018     Respectfully submitted,

**PRATT & ASSOCIATES**

By: /S/BEN F. PIERCE GORE
    Ben F. Pierce Gore
    Attorney for Plaintiffs
    ALEX ANG AND LYN STREIT

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

1

STIPULATION AND [PROPOSED] ORDER
CASE NO. 13-CV-1196 HSG

# [~~PROPOSED~~] ORDER

Pursuant to the above Stipulation the Case Management Conference scheduled for September 25, 2018 is rescheduled to October 2, 2018 at 2:00 p.m.

IT IS SO ORDERED.

Date: September ___17__, 2018

By: _/s/ Haywood S. Gilliam, Jr._
Honorable Haywood S. Gilliam, Jr.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

2

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. 13-CV-1196 HSG