Ben F. Pierce Gore (Bar No. 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

Keith M. Fleischman (admitted *pro hac vice*)
Joshua D. Glatter (admitted *pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
keith@fleischmanlawfirm.com
jglatter@fleischmanlawfirm.com

*Attorneys for Plaintiffs*

Mark C. Goodman (Bar No. 154692)
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099
mark.goodman@bakermckenzie.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No.: 13-CV-1196 HSG<br><br>[~~PROPOSED~~] ORDER RE CASE SCHEDULE<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 18, 2013 |

Plaintiffs Alex Ang and Lynne Streit (collectively, "Plaintiffs") and defendant Bimbo Bakeries U.S.A., Inc. ("Defendant") (collectively "the Parties") jointly submit this proposed Order re case scheduling for the Court's consideration:

| | |
|---|---|
| Deadline to serve supplemental discovery responses | November 16, 2018 |
| Fact discovery cutoff | April 2, 2019 |
| Deadline to exchange opening expert reports | May 14, 2019 |
| Deadline to exchange rebuttal expert reports | June 13, 2019 |
| Expert discovery deadline | July 15, 2019 |
| Deadline for dispositive motions | August 29, 2019 |
| Deadline for responses to dispositive motions | October 11, 2019 |
| Deadline for reply briefs ISO dispositive motions | November 11, 2019 |
| Hearing on dispositive motions | November 25, 2019 |
| Deadline for pretrial exchange of evidence | December 13, 2019 |
| Deadline for motions in limine | December 20, 2019 |
| Deadline for all pretrial filings | December 20, 2019 |
| Pretrial conference | January 7, 2020 |
| Deadline for submission of flash drive | January 17, 2020 |
| Deadline to file form exhibit and witness lists | January 24, 2020 |
| Trial | January 27, 2020 |

Dated: October 9, 2018

/S/BEN F. PIERCE GORE
Ben F. Pierce Gore
**PRATT & ASSOCIATES**
Attorney for Plaintiffs
ALEX ANG AND LYNN STREIT

Keith M. Fleischman (*admitted pro hac vice*)
Joshua D. Glatter (*admitted pro hac vice*)
**THE FLEISCHMAN LAW FIRM, PLLC**

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

1

[PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. CV13-01196-HSG (NC)

Dated: October 9, 2018

        /S/MARK C. GOODMAN
        Mark C. Goodman
        **BAKER & McKENZIE LLP**
        Attorney for Defendant
        BIMBO BAKERIES USA, INC.

## [PROPOSED] ORDER

The Court hereby adopts the case schedule proposed by the parties as the schedule for the remainder of this action.

**IT IS SO ORDERED**, except the dispositive motion hearing deadline is Thursday, November 21, 2019 at 2:00 p.m.

Dated: October 10, 2018

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United Stated District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
Tel: 1 415 576 3000

2

[PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. CV13-01196-HSG (NC)