Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
634 North Santa Cruz Avenue
Suite 204
Los Gatos, CA 95030
Telephone: (408) 806-4600
*pgore@prattattorneys.com*

Keith M. Fleischman (admitted *pro hac vice*)
Joshua D. Glatter (admitted *pro hac vice*)
THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
*keith@fleischmanlawfirm.com*
*jglatter@fleischmanlawfirm.com*

*Attorneys for Plaintiffs*


Mark C. Goodman (SBN 154692)
*mark.goodman@bakermckenzie.com*
Anne M. Kelts (SBN 298710)
*anne.kelts@bakermckenzie.com*
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX ANG and LYNNE STREIT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>    Defendant. | Case No. 4:13-CV-1196-HSG<br><br>**STIPULATION EXTENDING EXPERT WITNESS DEADLINES; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed:  March 18, 2013 |

| | |
|---|---|
| 1 | Pursuant to Northern District Rule 6-2, and subject to the Court's approval, Plaintiffs Alex Ang and Lynne Streit (collectively, "Plaintiffs") and defendant Bimbo Bakeries U.S.A., Inc. ("Defendant") (collectively "the Parties") respectfully submit the following Stipulation and proposed Order. |

Pursuant to Northern District Rule 6-2, and subject to the Court's approval, Plaintiffs Alex Ang and Lynne Streit (collectively, "Plaintiffs") and defendant Bimbo Bakeries U.S.A., Inc. ("Defendant") (collectively "the Parties") respectfully submit the following Stipulation and proposed Order.

WHEREAS, the Parties are actively engaged in productive settlement negotiations;

WHEREAS, the Court has ordered the Parties to schedule a teleconference with the ADR Unit and to advise the Court no later than May 17, 2019 as to the scheduled date;

WHEREAS, the deadline to exchange opening expert reports is May 14, 2019;

WHEREAS, counsel for the Parties believe that a three week extension of the expert witness deadlines will aid settlement negotiations and enable the parties to avoid significant expense;

WHEREAS, there have been no previous extensions of the pretrial schedule in this action;

WHEREAS, a three week extension of the expert witness deadlines will have no effect on the remainder of the schedule in this action;

The Parties stipulate to the following three week extension of each expert witness deadline, and respectfully request that the Court enter the accompanying proposed Order:

| | |
|---|---|
| Deadline to exchange opening expert reports | June 4, 2019 |
| Deadline to exchange rebuttal expert reports | July 5, 2019 |
| Expert discovery deadline | August 5, 2019 |

Dated: May 14, 2019

*/s/ Pierce Gore*
Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

STIPULATION AND ORDER
Case No. CV13-01196-HSG

| | |
|---|---|
| 1 | |
| 2 | */s/ Mark C. Goodman* |
| 3 | Mark C. Goodman (Bar No. 154692)<br>BAKER & MCKENZIE LLP |
| 4 | Two Embarcadero Center, Suite 1100<br>San Francisco, California 94111 |
| 5 | Telephone: (415) 576-3000<br>Facsimile: (415) 576-3099 |
| 6 | mark.goodman@bakermckenzie.com |
| 7 | *Attorneys for Defendant* |

STIPULATION AND ORDER
Case No. CV13-01196-HSG

| | |
|---|---|
| 1 | **ECF ATTESTATION** |
| 2 | I, Pierce Gore, am the ECF User whose ID and password are being used to file the |
| 3 | following: **STIPULATION AND [PROPOSED] ORDER**. In compliance with General Order |
| 4 | 45, X.B., I hereby attest that Mark C. Goodman has concurred in this filing. |
| 5 | May 14, 2019     *Pierce Gore* |

**ORDER**

Pursuant to Stipulation of the parties, and good cause appearing therefor, the Court hereby approves the Stipulation, and enters it as the Order of the Court.

Dated: May 15, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge