UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANG ET AL.

                Plaintiff(s)

v.

BIMBO BAKERIES USA, INC.

                Defendant(s)

CASE No C 4:13-CV-01196-HSG

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
Private mediation through JAMS or similar provider

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: August 30, 2019

Date: May 30, 2019      /s/ Joshua D. Glatter (admitted pro hac vice)
                                  Attorney for Plaintiff

Date: May 30, 2019      /s/ Anne M. Kelts
                                  Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 5/31/2019

*Haywood S. Gilliam, Jr.*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*