Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
634 North Santa Cruz Avenue
Suite 204
Los Gatos, CA 95030
Telephone: (408) 806-4600
pgore@prattattorneys.com

Keith M. Fleischman (admitted *pro hac vice*)
Joshua D. Glatter (admitted *pro hac vice*)
FLEISCHMAN BONNER & ROCCO LLP
565 Fifth Avenue, Seventh Floor
New York, New York 10017
Telephone: (212) 880-9571
Fax: (917) 591-5245
kfleischman@fbrllp.com
jglatter@fbrllp.com

*Attorneys for Plaintiffs*

Mark C. Goodman (SBN 154692)
mark.goodman@bakermckenzie.com
Anne M. Kelts (SBN 298710)
anne.kelts@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX ANG and LYNNE STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 3:13-CV-1196-HSG<br><br>**STIPULATION EXTENDING PRE-TRIAL SCHEDULE; [PROPOSED] ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 18, 2013 |

Pursuant to Northern District Rule 6-2, and subject to the Court's approval, Plaintiffs Alex Ang and Lynne Streit (collectively, "Plaintiffs") and defendant Bimbo Bakeries U.S.A., Inc. ("Defendant") (collectively "the Parties") respectfully submit the following Stipulation and proposed Order:

WHEREAS, the Parties are actively engaged in productive settlement negotiations;

WHEREAS, the Parties have stipulated to private ADR, with a deadline of August 30, 2019, which the Court approved on May 31, 2019 (Doc. 207);

WHEREAS, Defendant designated expert witnesses on June 4, 2019;

WHEREAS, the deadline for the Parties to designate rebuttal expert witnesses is July 5, 2019, and the deadline for expert discovery is August 5, 2019;

WHEREAS, the Parties have agreed to schedule a mediation before the Hon. Phillip M. Pro (Ret.) on July 31, 2019;

WHEREAS, counsel for the Parties have agreed that, in written mediation statements to be exchanged, Plaintiffs will identify any rebuttal expert witnesses they may designate;

WHEREAS, counsel for the Parties believe that a modest extension of the pre-trial schedule, including the date for rebuttal expert witness disclosures, will allow the Parties to conduct ADR before engaging in expert discovery and enable the Parties to avoid significant expense;

WHEREAS, there has been one extension of the pretrial schedule in this action (Doc. 200); and

WHEREAS, the Parties agree that a further, modest, extension of the pre-trial schedule is warranted and will increase the likelihood of achieving a consensual resolution of this action.

THEREFORE, subject to the Court's approval, the Parties stipulate to the following extensions of the pre-trial and trial schedule and respectfully request that the Court enter the accompanying proposed Order:

| | |
|---|---|
| Deadline to exchange rebuttal expert reports | August 14, 2019 |
| Expert discovery deadline | September 30, 2019 |

| | | |
|---|---|---|
| Last day to file motion to compel expert discovery | | October 14, 2019 |
| Deadline to file dispositive motions | | October 21, 2019 |
| Deadline for opposition to dispositive motions | | November 18, 2019 |
| Deadline for replies to dispositive motions | | December 16, 2019 |
| Dispositive motion hearing deadline | | January 13, 2020 |
| Trial | | March 27, 2020 |

Dated: June 28, 2019

*/s/ Pierce Gore*
Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
634 North Santa Cruz Avenue, Suite 204
Los Gatos, CA 95030
Telephone: (408) 806-4600
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiff*

*/s/ Mark C. Goodman*
Mark C. Goodman (Bar No. 154692)
BAKER & MCKENZIE LLP
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099
mark.goodman@bakermckenzie.com

*Attorneys for Defendant*

## [PROPOSED] ORDER

Pursuant to Stipulation of the parties, and good cause appearing therefor, the Court hereby approves the Stipulation and enters it as an Order of the Court.

Dated: 7/1/19

Hon. Haywood S. Gilliam
United States District Judge

**ECF ATTESTATION**

I, Mark C. Goodman, am the ECF User whose ID and password are being used to file the following: **STIPULATION EXTENDING PRE-TRIAL SCHEDULE; [PROPOSED] ORDER**. In compliance with General Order 45, I hereby attest that Pierce Gore has concurred in this filing.

Dated: June 28, 2019
                                         */s/ Mark C. Goodman*
                                         Mark C. Goodman