UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX ANG, et al.,<br>        Plaintiffs,<br>v.<br>BIMBO BAKERIES USA, INC.,<br>        Defendant. | Case No. 13-cv-01196-HSG<br><br>**ORDER GRANTING SCHEDULING STIPULATION AND VACATING PENDING DEADLINES**<br><br>Re: Dkt. No. 211 |

On August 12, 2019, the parties filed a Notice of Settlement and Joint Scheduling Stipulation requesting that the Court vacate all pending case deadlines and hearing dates in this action in light of their successful mediation. Dkt. No. 211. The parties explained that they are in the process of preparing a settlement agreement and anticipate filing a motion for preliminary settlement approval by October 31, 2019.

Accordingly, the Court **GRANTS** the parties' stipulation and **VACATES** the following case deadlines and hearing dates:

| | |
|---|---|
| Deadline to exchange rebuttal expert reports | August 14, 2019 |
| Deadline to hold ADR session | August 30, 2019 |
| Deadline to complete expert discovery | September 30, 2019 |
| Deadline for motions to compel expert discovery | October 14, 2019 |
| Deadline to file dispositive motions | October 21, 2019 |
| Deadline for responses to dispositive motions | November 18, 2019 |
| Deadline for pretrial exchange of evidence | December 13, 2019 |
| Deadline for reply briefs ISO dispositive motions | December 16, 2019 |

| Deadline for motions in limine and all pretrial filings | December 20, 2019 |
| --- | --- |
| Hearing on dispositive motions | January 16, 2020 |
| Deadline for submission of flash drive | January 17, 2020 |
| Pretrial Conference | March 10, 2020 |
| Trial | March 23, 2020 |

To ensure the efficient resolution of this action, the Court also **SETS** a further in-person case management conference for November 5, 2019, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA. Should the parties file the motion for preliminary approval before October 31 as anticipated, the Court will vacate this case management conference.

**IT IS SO ORDERED.**

Dated: 8/13/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge