Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
634 North Santa Cruz Avenue
Suite 204
Los Gatos, CA 95030
Telephone: (408) 806-4600
pgore@prattattorneys.com

Keith M. Fleischman (admitted *pro hac vice*)
Joshua D. Glatter (admitted *pro hac vice*)
FLEISCHMAN BONNER & ROCCO LLP
81 Main Street, Suite 515
White Plains, New York 10601
Telephone: (212) 278-5100
Fax: (917) 591-5245
Kfleischman@fbrllp.com
Jglatter@fbrllp.com

*Attorneys for Plaintiffs*

Mark C. Goodman (SBN 154692)
mark.goodman@bakermckenzie.com
Anne M. Kelts (SBN 298710)
anne.kelts@bakermckenzie.com
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX ANG and LYNNE STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 4:13-CV-1196-HSG<br><br>**SCHEDULING STIPULATION; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 18, 2013 |

Pursuant to Northern District Rule 6-1(b), and subject to the Court's approval, Plaintiffs Alex Ang and Lynne Streit (collectively, "Plaintiffs") and defendant Bimbo Bakeries U.S.A., Inc. ("Defendant") (collectively "the Parties") respectfully submit the following Scheduling Stipulation and proposed Order.

WHEREAS, counsel for the Parties are presently preparing a settlement agreement and accompanying motion for settlement approval by the Court;

WHEREAS, preparation of the settlement agreement and motion for settlement approval has taken longer than originally anticipated;

WHEREAS, counsel for the Parties reasonably anticipate filing a motion for settlement approval on or before November 22, 2019;

WHEREAS, the next case management conference is scheduled on November 5, 2019;

WHEREAS, there have been four modifications of the pretrial schedule in this action, most recently on August 13, 2019 (Doc. 212);

Subject to the Court's approval, the Parties stipulate and respectfully request that the Court reschedule the next case management conference from November 5, 2019 to December 3, 2019.

Dated: October 22, 2019

/s/ Pierce Gore
Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
634 North Santa Cruz Avenue, Suite 204
Los Gatos, CA 95030
Telephone: (408) 806-4600
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiff*

/s/ Mark C. Goodman
Mark C. Goodman (Bar No. 154692)
BAKER & MCKENZIE LLP
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099
mark.goodman@bakermckenzie.com

*Attorneys for Defendant*

# ORDER

Pursuant to the accompanying Scheduling Stipulation; [Proposed] Order, and good cause appearing therefor, the Court hereby reschedules the next case management conference from November 5, 2019 to December 3, 2019 at 2 pm.

Dated: 10/23/2019

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge