1 | Mark C. Goodman (SBN 154692)
mark.goodman@bakermckenzie.com
2 | Anne M. Kelts (SBN 298710)
anne.kelts@bakermckenzie.com
3 | BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
4 | San Francisco, CA 94111
Telephone: (415) 576-3000
5 | Facsimile: (415) 576-3099

6 | *Attorneys for Defendant*

7 | Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
8 | 634 North Santa Cruz Avenue
Suite 204
9 | Los Gatos, CA 95030
Telephone: (408) 806-4600
10 | pgore@prattattorneys.com

11 | Keith M. Fleischman (admitted *pro hac vice*)
Joshua D. Glatter (admitted *pro hac vice*)
12 | THE FLEISCHMAN LAW FIRM, PLLC
565 Fifth Avenue, Seventh Floor
13 | New York, New York 10017
Telephone: (212) 880-9571
14 | Fax: (917) 591-5245
keith@fleischmanlawfirm.com
15 | jglatter@fleischmanlawfirm.com

16 | *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX ANG and LYNNE STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 4:13-CV-1196-HSG<br><br>**SCHEDULING STIPULATION; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 18, 2013 |

| | |
|---|---|
| 1 | Pursuant to Northern District Rule 6-1(b), and subject to the Court's approval, Plaintiffs Alex Ang and Lynne Streit (collectively, "Plaintiffs") and defendant Bimbo Bakeries U.S.A., Inc. (collectively "the Parties") respectfully submit the following Scheduling Stipulation and proposed Order. |

Pursuant to Northern District Rule 6-1(b), and subject to the Court's approval, Plaintiffs Alex Ang and Lynne Streit (collectively, "Plaintiffs") and defendant Bimbo Bakeries U.S.A., Inc. (collectively "the Parties") respectfully submit the following Scheduling Stipulation and proposed Order.

WHEREAS, counsel for the Parties are presently in the process of negotiating and preparing a settlement agreement and accompanying motion for settlement approval by the Court;

WHEREAS, preparation of the settlement agreement and motion for settlement approval has taken longer than originally anticipated;

WHEREAS, counsel for the Parties reasonably anticipate filing a motion for settlement approval on or before December 13, 2019;

WHEREAS, the next case management conference is scheduled on December 3, 2019; and

WHEREAS, there have been five modifications of the pretrial schedule in this action, most recently on October 23, 2019 (Doc. 214);

THEREFORE, subject to the Court's approval, the Parties stipulate and respectfully request that the Court reschedule the next case management conference from December 3, 2019 to January 7, 2020.

Dated: November 15, 2019

/s/ Ben F. Pierce
Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
634 North Santa Cruz Avenue, Suite 204
Los Gatos, CA 95030
Telephone: (408) 806-4600
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

/s/ Mark C. Goodman
Mark C. Goodman (SBN 154692)
BAKER & MCKENZIE LLP
Two Embarcadero Center, Suite 1100
San Francisco, California 94111
Telephone: (415) 576-3000
Facsimile: (415) 576-3099
mark.goodman@bakermckenzie.com

*Attorneys for Defendant*

# ORDER

Pursuant to the accompanying Scheduling Stipulation and [Proposed] Order, and good cause appearing therefor, the Court hereby reschedules the case management conference in this case from December 3, 2019 to January 7, 2020 at 2:00 pm Pacific time.

Dated: November 18, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge