Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
634 North Santa Cruz Avenue
Suite 204
Los Gatos, CA 95030
Tel:    (408) 806-4600
pgore@prattattorneys.com

Keith M. Fleischman (admitted *pro hac vice*)
Joshua D. Glatter (admitted *pro hac vice*)
FLEISCHMAN BONNER & ROCCO LLP
81 Main Street, Suite 515
White Plains, NY 10601
Tel:    (212) 278-5100
kfleischman@fbrllp.com
jglatter@fbrllp.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX ANG and LYNNE STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No. 4:13-CV-1196-HSG<br><br>**REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY; ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Action Filed: March 18, 2013 |

1    Keith M. Fleischman and Joshua D. Glatter of Fleischman Bonner & Rocco LLP ("FBR"),
Co-Lead Counsel for Plaintiffs and the Class, hereby respectfully request leave to appear via
telephone for the Case Management Conference ("CMC") scheduled for March 10, 2020 at 2:00
P.M. PT.

    Applicants' co-counsel, Ben F. Pierce Gore, Esq., will appear in person for the CMC.
Applicants have requisite knowledge and experience to also participate in the CMC, but Messrs.
Glatter and Fleischman reside and work in the New York metropolitan area, and, other exigent
matters and scheduling logistics render it exceedingly difficult for Applicants to attend in person
on that day. Accordingly, Applicants respectfully request permission to appear telephonically.

Dated: March 6, 2020

          */s/ Keith M. Fleischman*
          Keith M. Fleischman (admitted *pro hac vice*)
          Joshua D. Glatter (admitted *pro hac vice*)
          FLEISCHMAN BONNER & ROCCO LLP
          81 Main Street, Suite 515
          White Plains, NY 10601
          Tel:   (212) 278-5100
          Fax:  (917) 591-5245
          kfleischman@fbrllp.com
          Jglatter@fbrllp.com


          */s/ Pierce Gore*
          Ben F. Pierce Gore (SBN 128515)
          PRATT & ASSOCIATES
          634 North Santa Cruz Avenue, Suite 204
          Los Gatos, CA 95030
          Tel:   (408) 806-4600
          Fax:  (408) 369-0752
          pgore@prattattorneys.com


          *Attorneys for Plaintiffs and the Class*

**ORDER**

IT IS HEREBY ORDERED that Plaintiffs' counsel Fleischman Bonner & Rocco LLP is permitted to appear by telephone at the Case Management Conference scheduled for March 10, 2020 at 2:00pm Pacific time.

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: March 6, 2020

Hon. Haywood S. Gilliam, Jr.