Mark C. Goodman, State Bar No. 154692
   mark.goodman@bakermckenzie.com
Anne Kelts Assayag, State Bar No. 298710
   anne.assayag@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Defendant
BIMBO BAKERIES USA, INC.

Ben F. Pierce Gore, State Bar No. 128515
   pgore@prattattorneys.com
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: +1 408 429 6506
Facsimile: +1 408 369 0752

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No.  13-CV-01196-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEADLINES IN SUPPORT OF FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**<br><br>Crtrm.:   2, 4th Floor<br>Before:   Hon. Haywood S. Gilliam, Jr. |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

6885364-v2\SFODMS

Case No. 13-CV-01196-HSG
STIP AND PROPOSED ORDER RE DEADLINES IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT

Pursuant to the Court's April 28, 2020 order, counsel for the parties have conferred and hereby stipulate to the following deadlines related to final approval of the class action settlement:

| Event | Date |
|---|---|
| Deadline for posting class notice on websites and issuing press release | May 29, 2020 |
| Filing deadline for attorneys' fees and costs motion | June 10, 2020 |
| Filing deadline for incentive payment motion | June 10, 2020 |
| Filing deadline for final approval motion | June 10, 2020 |
| Deadline for class members to submit objections to motions | July 24, 2020 |
| Final fairness hearing and hearing on motions | August 27, 2020 |

**IT IS SO STIPULATED.**

Dated: May 5, 2020                    BAKER & McKENZIE LLP


                                      By:/s/ Anne Kelts Assayag
                                         Anne Kelts Assayag
                                         Attorneys for Defendant
                                         BIMBO BAKERIES USA, INC.

Dated: May 5, 2020                    PRATT & ASSOCIATES


                                      By:/s/ Ben F. Pierce Gore
                                         Ben F. Pierce Gore
                                         Attorneys for Plaintiffs


**<u>ATTESTATION</u>**

I, Anne Kelts Assayag, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 5, 2020                    /s/ Anne Kelts Assayag
                                      Anne Kelts Assayag

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6885364-v2\SFODMS

2

Case No. 13-CV-01196-HSG
STIP AND ~~PROPOSED~~ ORDER RE DEADLINES IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION OF THE PARTIES,** it is hereby ordered the following deadlines shall apply in this matter:

| Event | Date |
|---|---|
| Deadline for posting class notice on websites and issuing press release | May 29, 2020 |
| Filing deadline for attorneys' fees and costs motion | June 10, 2020 |
| Filing deadline for incentive payment motion | June 10, 2020 |
| Filing deadline for final approval motion | June 10, 2020 |
| Deadline for class members to submit objections to motions | July 24, 2020 |
| Final fairness hearing and hearing on motions | August 27, 2020 at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated: _____5/6/2020_____

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6885364-v2\SFODMS

3

Case No. 13-CV-01196-HSG
STIP AND ~~PROPOSED~~ ORDER RE DEADLINES IN SUPPORT OF FINAL APPROVAL OF CLASS SETTLEMENT