Mark C. Goodman, State Bar No. 154692
mark.goodman@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Anne Kelts Assayag, State Bar No. 298710
anne.assayag@bakermckenzie.com
BAKER & McKENZIE LLP
600 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299

Attorneys for Defendant
BIMBO BAKERIES USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEX ANG and LYNN STREIT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIMBO BAKERIES USA, INC.,<br><br>Defendant. | Case No.  13-CV-01196-HSG<br><br>**STIPULATED FINAL JUDGMENT**<br><br><br>District Judge Haywood S. Gilliam, Jr.<br>Oakland Courthouse, Courtroom 2 – 4th Fl. |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Case No. 13-CV-01196-HSG
STIPULATED FINAL JUDGMENT

Plaintiffs ALEX ANG and LYNN STREIT ("Plaintiffs") and Defendant BIMBO BAKERIES USA, INC. ("BBUSA") hereby stipulate to the following Stipulated Final Judgment:

1. Judgment in this matter is entered in accordance with, and incorporates by reference the findings of, the Court's Order Granting in Part and Denying in Part Motion for Final Approval of Class Action Settlement, Attorneys' Fees, and Incentive Awards (the "Final Approval Order"). (Dkt. 250, reported at *Ang v. Bimbo Bakeries USA, Inc.*, 2020 U.S. Dist. LEXIS 179748 (Sept. 29, 2020) and hereby adopted and incorporated by reference into this Stipulated Final Judgment as if stated herein in full.) All capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement (Dkt. 235-2) and the Final Approval Order.

2. Having granted final approval of the settlement and granted in part Class Counsel's request for attorneys' fees and costs in the amount of $225,000, the Court hereby dismisses the claims of the Class Representatives with prejudice and enters Final Judgment on the claims of the Class Representatives and the Settlement Class. All Class Members are bound by this Judgment and are barred from pursuing, or seeking to reopen, any of the Injunctive Relief Claims.

3. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned action and the parties, including all Class Members, for purposes of enforcing the terms of the Judgment entered herein.

The Clerk shall close the case.

IT IS SO STIPULATED.

Dated:  October 20, 2020         PRATT & ASSOCIATES


By: /s/ Ben F. Pierce Gore
Ben F. Pierce Gore
Attorneys for Plaintiffs
ALEX ANG and LYNNE STREIT

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

2

Case No. 13-CV-01196-HSG
STIPULATED FINAL JUDGMENT

| | |
|---|---|
| Dated: October 20, 2020 | FLEISCHMAN BONNER & ROCCO LLP |
| | By: /s/ Joshua D. Glatter |
| | Joshua D. Glatter (admitted *pro hac vice*) |
| | Attorneys for Plaintiffs |
| | ALEX ANG and LYNNE STREIT |
| Dated: October 20, 2020 | BAKER & McKENZIE LLP |
| | By: /s/ Mark C. Goodman |
| | Mark C. Goodman |
| | Anne Kelts Assayag |
| | Attorneys for Defendant |
| | BIMBO BAKERIES USA, INC. |

### FILER'S ATTESTATION OF CONCURRENCE

I, Mark C. Goodman, pursuant to Local Rule 5-1(i), attest that I am counsel for Defendant Bimbo Bakeries USA, Inc.  As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

| | |
|---|---|
| Dated: October 20, 2020 | BAKER & McKENZIE LLP |
| | By: /s/ Mark C. Goodman |
| | Mark C. Goodman |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

3

Case No. 13-CV-01196-HSG
STIPULATED FINAL JUDGMENT

# **FINAL JUDGMENT**

JUDGMENT IS HEREBY ENTERED on the terms set forth in the parties' Stipulated Final Judgment.

Dated: 10/21/2020

_____
Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

4

Case No. 13-CV-01196-HSG
STIPULATED FINAL JUDGMENT